Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Dirk D. Thomas, Esq. (*pro hac vice* application to be submitted)
Email: dthomas@dl.com
Jeff E. Schwartz, Esq. (*pro hac vice* application to be submitted)
Email: jschwartz@dl.com
Robert A. Auchter, Esq. (*pro hac vice* application to be submitted)
Email: rauchter@dl.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Attorneys for Plaintiffs

FILED

2008 AUG 18  PM 3: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ Y N / X _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1 5 1 2 LAB AJB

VIA-FAX

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK USA, INC.; WARSAW ORTHOPEDIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH, | Case No.: |
| Plaintiffs, | COMPLAINT FOR PATENT INFRINGEMENT |
| v. | JURY TRIAL DEMANDED |
| NUVASIVE, INC. | |
| Defendant. | |

Plaintiffs Medtronic Sofamor Danek USA, Inc. ("Medtronic USA"), Warsaw Orthopedic, Inc. ("Warsaw"), Medtronic Puerto Rico Operations Co. ("Medtronic Puerto Rico"), and Medtronic Sofamor Danek Deggendorf, GmbH ("Medtronic Deggendorf") bring this Complaint against defendant NuVasive, Inc. ("NuVasive"), alleging as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Medtronic USA is a Tennessee corporation, with its principal place of business in Memphis, Tennessee.  Medtronic USA is a leading distributor of medical devices and instruments for use in the spine, including spinal implants.

2.    Plaintiff Warsaw is an Indiana corporation, with its principal place of business in Winona Lake, Indiana.

3.    Plaintiff Medtronic Puerto Rico is a Cayman Islands corporation, with its principal place of business in Villalba, Puerto Rico.

4.    Plaintiff Medtronic Deggendorf is a German corporation, with its principal place of business in Deggendorf, Germany.

5.    Defendant NuVasive is a Delaware corporation, with its principal place of business in San Diego, California.  NuVasive manufactures and markets various medical devices and instruments for use in the spine, including spinal implants.

6.    This action arises under the patent laws of the United States, Title 35 of the United States Code.

7.    This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331 and 1338(a) in that this action arises under the Acts of Congress relating to patents.

8.    Upon information and belief, NuVasive transacts business in this judicial district by manufacturing, selling, or offering to sell products that infringe, by contributing to the infringement of the patents at issue in this action, or by conducting other business within this judicial district.

9.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and/or 1400(b).

### COUNT I

10.    Paragraphs 1-9 are incorporated into this count by reference.

11.    United States Patent No. 5,860,973 (the "'973 patent," a copy of which is attached hereto as Exhibit A), entitled "Translateral Spinal Implant," issued on January 19, 1999.  Plaintiff Warsaw is the owner of the '973 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018883, Frame 0400.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '973 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

12.    NuVasive is infringing and has infringed the '973 patent by making, selling, offering for sale, and using infringing products, including but not limited to its CoRoent XL product, within the United States.

13.    NuVasive's infringement of the '973 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT II

14.    Paragraphs 1-9 are incorporated into this count by reference.

15.    United States Patent No. 5,772,661 (the "'661 patent," a copy of which is attached hereto as Exhibit B), entitled "Methods and Instrumentation for the Surgical Correction of Human Thoracic and Lumbar Spinal Disease from the Antero-Lateral Aspect of the Spine," issued on June 30, 1998.  Plaintiff Warsaw is the owner of the '661 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018323, Frame 0173.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '661 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

16.    On information and belief, NuVasive has contributed to acts of infringement of the '661 patent, such acts having been committed in the United States.  Such acts of infringement have been committed by at least Doctors Burak M. Ozgur,

3

1   Henry E. Aryan, Luiz Pimenta, and William R. Taylor as evidenced by the technical

2   report entitled "Extreme Lateral Interbody Fusion (XLIF): a novel surgical technique

3   for anterior lumbar interbody fusion," published in The Spine Journal 6, in 2006, and

4   attached as Exhibit C.

5       17.    By selling, offering to sell, and promoting and teaching the use of at least

6   its CoRoent XL product, NuVasive has contributed to the infringement and continues

7   to contribute to the infringement of the '661 patent, under 35 U.S.C. § 271(c), by

8   selling, offering to sell, and promoting and teaching components and/or materials that

9   are especially made or especially adapted  for use in direct infringement of at least one

10  of the methods claimed in the '661 patent, and are not a staple article suitable for

11  substantial non-infringing use.

12      18.    NuVasive's contributory infringement of the '661 patent has caused and

13  will continue to cause Plaintiffs substantial damages, and has caused and will continue

14  to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

15                                   **COUNT III**

16      19.    Paragraphs 1-9 are incorporated into this count by reference.

17      20.    United States Patent No. 6,936,051 B2 (the "'051 patent," a copy of which

18  is attached hereto as Exhibit D), entitled "Multilock Anterior Cervical Plating System,"

19  issued on August 30, 2005.  Plaintiff Warsaw is the exclusive licensee of the '051

20  patent.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf

21  are co-exclusive sub-licensees of the '051 patent from Plaintiff Warsaw and, together

22  with Plaintiff Warsaw, share the right to bring suit for infringement of the patent.

23      21.    NuVasive is infringing and has infringed the '051 patent by making,

24  selling, offering for sale, and using infringing products, including but not limited to its

25  Gradient product, within the United States.

26

27

28

4

22.    NuVasive's infringement of the '051 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT IV

23.    Paragraphs 1-9 are incorporated into this count by reference.

24.    United States Patent No. 6,936,050 B2 (the "'050 patent," a copy of which is attached hereto as Exhibit E), entitled "Multilock Anterior Cervical Plating System," issued on August 30, 2005.  Plaintiff Warsaw is the exclusive licensee of the '050 patent.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive sub-licensees of the '050 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the right to bring suit for infringement of the patent.

25.    NuVasive is infringing and has infringed the '050 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Gradient product, within the United States.

26.    NuVasive's infringement of the '050 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT V

27.    Paragraphs 1-9 are incorporated into this count by reference.

28.    United States Patent No. 6,916,320 B2 (the "'320 patent," a copy of which is attached hereto as Exhibit F), entitled "Anterior Cervical Plate System," issued on July 12, 2005.  Plaintiff Warsaw is the owner of the '320 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018207, Frame 0410.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '320 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

29.   NuVasive is infringing and has infringed the '320 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Gradient product, within the United States.

30.   NuVasive's infringement of the '320 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT VI

31.   Paragraphs 1-9 are incorporated into this count by reference.

32.   United States Patent No. 6,945,933 B2 (the "'933 patent," a copy of which is attached hereto as Exhibit G), entitled "Instruments and Methods for Minimally Invasive Tissue Retraction and Surgery," issued on September 20, 2005.  Plaintiff Warsaw is the owner of the '933 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018573, Frame 0086.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '933 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

33.   NuVasive is infringing and has infringed the '933 patent by making, selling, offering for sale, and using infringing products, including but not limited to its MaXcess product, within the United States.

34.   NuVasive's infringement of the '933 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT VII

35.   Paragraphs 1-9 are incorporated into this count by reference.

36.   United States Patent No. 7,008,422 B2 (the "'422 patent," a copy of which is attached hereto as Exhibit H), entitled "Instruments and Methods for Stabilization of Bony Structures," issued on March 7, 2006.  Plaintiff Warsaw is the owner of the '422

1   patent by assignment, as recorded at the United States Patent and Trademark Office,

2   Reel 018323, Frame 0669.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and

3   Medtronic Deggendorf are co-exclusive licensees of the '422 patent and, together with

4   Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

5       37.    On information and belief, NuVasive has contributed to acts of

6   infringement of the '422 patent, such acts having been committed in the United States.

7       38.    By selling, offering to sell, and promoting and teaching the use of at least

8   its SpheRx Guide Assembly product, NuVasive has contributed to the infringement and

9   continues to contribute to the infringement of the '422 patent, under 35 U.S.C. §

10  271(c), by selling, offering to sell, and promoting and teaching components and/or

11  materials that are especially made or especially adapted  for use in direct infringement

12  of at least one of the methods claimed in the '422 patent, and are not a staple article

13  suitable for substantial non-infringing use.

14      39.    NuVasive's contributory infringement of the '422 patent has caused and

15  will continue to cause Plaintiffs substantial damages, and has caused and will continue

16  to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

17                              **COUNT VIII**

18      40.    Paragraphs 1-9 are incorporated into this count by reference.

19      41.    United States Patent No. 6,530,929 B1 (the "'929 patent," a copy of which

20  is attached hereto as Exhibit I), entitled "Instruments for Stabilization of Bony

21  Structures," issued on March 11, 2003.  Plaintiff Warsaw is the owner of the '929

22  patent by assignment, as recorded at the United States Patent and Trademark Office,

23  Reel 018720, Frame 0500.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and

24  Medtronic Deggendorf are co-exclusive licensees of the '929 patent and, together with

25  Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

26

27

28

42.   NuVasive is infringing and has infringed the '929 patent by making, selling, offering for sale, and using infringing products, including but not limited to its SpheRx DBR system, within the United States.

43.   NuVasive's infringement of the '929 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

**COUNT IX**

44.   Paragraphs 1-9 are incorporated into this count by reference.

45.   United States Patent No. 6,235,028 B1 (the "'028 patent," a copy of which is attached hereto as Exhibit J), entitled "Surgical Guide Rod," issued on May 22, 2001. Plaintiff Warsaw is the owner of the '028 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018688, Frame 0760.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '028 patent and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

46.   NuVasive is infringing and has infringed the '028 patent by making, selling, offering for sale, and using infringing products, including but not limited to its SpheRx DBR Guide product, within the United States.

47.   NuVasive's infringement of the '028 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

**COUNT X**

48.   Paragraphs 1-9 are incorporated into this count by reference.

49.   United States Patent No. 6,969,390 B2 (the "'390 patent," a copy of which is attached hereto as Exhibit K), entitled "Anterior Cervical Plating System and Bone Screw" issued on November 29, 2005.  Plaintiff Warsaw is the owner of the '390 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel

1   018720, Frame 0323.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and

2   Medtronic Deggendorf are co-exclusive licensees of the '390 patent and, together with

3   Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

4        50.     NuVasive is infringing and has infringed the '390 patent by making,

5   selling, offering for sale, and using infringing products, including but not limited to its

6   Helix product, within the United States.

7        51.     NuVasive's infringement of the '390 patent has caused and will continue

8   to cause Plaintiffs substantial damages, and has caused and will continue to cause

9   Plaintiffs irreparable harm for which there is no adequate remedy at law.

10                                **COUNT XI**

11       52.     Paragraphs 1-9 are incorporated into this count by reference.

12       53.     United States Patent No. 6,428,542 B1 (the "'542 patent," a copy of which

13  is attached hereto as Exhibit L), entitled "Single-Lock Anterior Cervical Plate," issued

14  on August 6, 2002.  Plaintiff Warsaw is the owner of the '542 patent by assignment, as

15  recorded at the United States Patent and Trademark Office, Reel 018720, Frame 0323.

16  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-

17  exclusive licensees of the '542 patent and, together with Plaintiff Warsaw, share the

18  exclusive right to bring suit for infringement of the patent.

19       54.     NuVasive is infringing and has infringed the '542 patent by making,

20  selling, offering for sale, and using infringing products, including but not limited to its

21  Helix product, within the United States.

22       55.     NuVasive's infringement of the '542 patent has caused and will continue

23  to cause Plaintiffs substantial damages, and has caused and will continue to cause

24  Plaintiffs irreparable harm for which there is no adequate remedy at law.

25                                **COUNT XII**

26       56.     Paragraphs 1-9 are incorporated into this count by reference.

27

28

9

57.   United States Patent No. 6,592,586 B1 (the "'586 patent," a copy of which is attached hereto as Exhibit M), entitled "Single-Lock Anterior Cervical Plating System," issued on July 15, 2003.  Plaintiff Warsaw is the owner of the '586 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018207, Frame 0410.  Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '586 patent and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

58.   NuVasive is infringing and has infringed the '586 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Helix product, within the United States.

59.   NuVasive's infringement of the '586 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that the Court:

1.   Adjudge that NuVasive has infringed and is infringing the '973 patent;

2.   Adjudge that NuVasive has contributed and is contributing to the infringement of the '661 patent.

3.   Adjudge that NuVasive has infringed and is infringing the '051 patent;

4.   Adjudge that NuVasive has infringed and is infringing the '050 patent;

5.   Adjudge that NuVasive has infringed and is infringing the '320 patent;

6.   Adjudge that NuVasive has infringed and is infringing the '933 patent;

7.   Adjudge that NuVasive has contributed and is contributing to the infringement of the '422 patent;

8.   Adjudge that NuVasive has infringed and is infringing the '929 patent;

9.   Adjudge that NuVasive has infringed and is infringing the '028 patent;

10.   Adjudge that NuVasive has infringed and is infringing the '390 patent;

1       11.    Adjudge that NuVasive has infringed and is infringing the '542 patent;

2       12.    Adjudge that NuVasive has infringed and is infringing the '586 patent;

3       13.    Preliminarily and permanently enjoin NuVasive and its affiliates,

4 subsidiaries, officers, directors, employees, agents, representative, licensees,

5 successors, and assigns, and all those acting for it and on its behalf, or acting in concert

6 with it, from further infringement, including contributory infringement, of the '973,

7 '661, '051, '050, '320, '933, '422, '929, '028, '390, '542, and '586 patents.

8       14.    Award compensatory damages to Plaintiffs, together with interest;

9       15.    Award Plaintiffs their costs and, where appropriate, reasonable attorneys

10 fees under 35 U.S.C. § 285; and

11       16.    Award Plaintiffs any other such relief as the Court deems just and proper.

Respectfully submitted,

Dated:  August 18, 2008

Stephen C. Holmes (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Dirk D. Thomas, Esq. (*pro hac vice* application
to be submitted)
Jeff E. Schwartz, Esq. (*pro hac vice* application
to be submitted)
Robert A. Auchter, Esq. (*pro hac vice*
application to be submitted)
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

*Attorneys for Plaintiffs*
MEDTRONIC SOFAMOR DANEK USA, INC.;
WARSAW ORTHOPEDIC, INC.;
MEDTRONIC PUERTO RICO OPERATIONS
CO.; and MEDTRONIC SOFAMOR DANEK
DEGGENDORF, GmbH.

11

## JURY TRIAL DEMAND

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Dated:  August 18, 2008

*[signature]*

Stephen C. Holmes (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Dirk D. Thomas, Esq. (*pro hac vice* application
to be submitted)
Email:  dthomas@dl.com
Jeff E. Schwartz, Esq. (*pro hac vice* application
to be submitted)
Email:  jschwartz@dl.com
Robert A. Auchter, Esq. (*pro hac vice*
application to be submitted)
Email:  rauchter@dl.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C.  20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

*Attorneys for Plaintiffs*
MEDTRONIC SOFAMOR DANEK USA, INC.;
WARSAW ORTHOPEDIC, INC.;
MEDTRONIC PUERTO RICO OPERATIONS
CO.; and MEDTRONIC SOFAMOR DANEK
DEGGENDORF, GmbH

# EXHIBIT A

# United States Patent [19]

**Michelson**

[11] **Patent Number:** 5,860,973

[45] **Date of Patent:** Jan. 19, 1999

[54] **TRANSLATERAL SPINAL IMPLANT**

[76] Inventor: **Gary Karlin Michelson,** 438 Sherman Canal, Venice, Calif. 90291

[21] Appl. No.: **741,301**

[22] Filed: **Oct. 30, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 479,596, Jun. 7, 1995, abandoned, which is a continuation-in-part of Ser. No. 394,836, Feb. 27, 1995.

[51] Int. Cl.⁶ ...................................................... A61B 17/56
[52] U.S. Cl. ................................................. 606/61; 606/72
[58] Field of Search ................................... 606/61, 72–78, 606/86, 87, 88; 623/16, 17

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 2,677,369 | 5/1954 | Knowles . |
| 3,298,372 | 1/1967 | Feinberg . |
| 3,867,728 | 2/1975 | Stubstad et al. . |
| 3,875,595 | 4/1975 | Froning . |
| 3,905,047 | 9/1975 | Long . |
| 4,070,514 | 1/1978 | Entherly et al. . |
| 4,259,072 | 3/1981 | Hirabayashi et al. . |
| 4,309,777 | 1/1982 | Patil . |
| 4,328,593 | 5/1982 | Sutter ....................................... 623/18 |
| 4,349,921 | 9/1982 | Kuntz ....................................... 623/17 |
| 4,501,269 | 2/1985 | Bagby ....................................... 623/18 |
| 4,535,485 | 8/1985 | Ashman et al. . |
| 4,545,374 | 10/1985 | Jacobson . |
| 4,553,273 | 11/1985 | Wu . |
| 4,599,086 | 7/1986 | Doty . |
| 4,636,217 | 1/1987 | Ogilvie et al. . |
| 4,714,469 | 12/1987 | Kenna . |
| 4,759,766 | 7/1988 | Buettner-Janz et al. . |
| 4,759,769 | 7/1988 | Hedman et al. . |
| 4,820,305 | 4/1989 | Harms et al. . |
| 4,848,327 | 7/1989 | Perdue . |
| 4,863,477 | 9/1989 | Monson . |
| 4,865,603 | 9/1989 | Noiles . |
| 4,877,020 | 10/1989 | Vich . |

| | | |
|---|---|---|
| 4,904,261 | 2/1990 | Dove et al. . |
| 4,911,718 | 3/1990 | Lee ..................................... 623/17 |
| 4,936,848 | 6/1990 | Bagby . |
| 4,955,908 | 9/1990 | Frey et al. . |
| 4,961,740 | 10/1990 | Ray et al. . |
| 5,015,247 | 5/1991 | Michelson . |
| 5,015,255 | 5/1991 | Kuslich . |
| 5,026,373 | 6/1991 | Ray et al. . |
| 5,055,104 | 10/1991 | Ray . |
| 5,059,193 | 10/1991 | Kuslich . |
| 5,071,437 | 12/1991 | Steffee . |
| 5,123,926 | 6/1992 | Pisharodi . |
| 5,192,327 | 3/1993 | Brantigan . |
| 5,258,031 | 11/1993 | Salib et al. . |
| 5,263,953 | 11/1993 | Bagby . |
| 5,306,309 | 4/1994 | Wagner et al. . |
| 5,397,364 | 3/1995 | Kozak et al. . |
| 5,425,772 | 6/1995 | Brantigan . |
| 5,489,308 | 2/1996 | Kuslich et al. . |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0 260 044 | 3/1988 | European Pat. Off. . |
| 0 179 695 | 4/1986 | France . |

*Primary Examiner*—Michael Buiz
*Assistant Examiner*—Kevin Truong
*Attorney, Agent, or Firm*—Lewis Anten, Esq.; Amedeo Ferraro, Esq.

[57] **ABSTRACT**

An oversized spinal implant for translateral insertion into the disc space between two vertebrae a length that is greater than one half of the transverse width of the vertebrae and is greater than the depth of the vertebrae. The translateral implant of the present invention has a height that is greater than the height of the disc space between two adjacent vertebrae so as to engage both of the vertebrae. The width of the implant need be only slightly less than the depth of the vertebrae themselves. The translateral spinal fusion implant of the present invention has more surface area of contact and thus permits greater stability so as to withstand torque, and in the case of a threaded implant, increases the depth which any threads are able to penetrate the vertebrae.

**73 Claims, 8 Drawing Sheets**



**U.S. Patent**          Jan. 19, 1999          Sheet 1 of 8          5,860,973



*FIG. 1*

*FIG. 2*

*FIG. 5*



*FIG. 3*

*FIG. 4*



FIG. 6

FIG. 7

FIG. 8



*FIG. 9*

*FIG. 10*

*FIG. 11*



FIG. 12

FIG. 13

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 20 of 149

*FIG. 15*



*FIG. 15b*



Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 21 of 149

*FIG. 18*



*FIG. 16*



*FIG. 17*

*FIG. 19*



*FIG. 20*

5,860,973

**1**

# TRANSLATERAL SPINAL IMPLANT

## RELATED APPLICATIONS

This is a continuation of the application Ser. No 08/479,596 filed on Jun. 7, 1995, now abandoned, which is a continuation in part of application Ser. No. 08/394,836 entitled IMPROVED METHODS AND INSTRUMENTATION FOR THE SURGICAL CORRECTION OF HUMAN THORACIC AND LUMBAR SPINAL DISEASE FROM THE LATERAL ASPECT OF THE SPINE, filed on Feb. 27, 1995 now pending, incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to spinal fusion implants, and more particularly to spinal fusion implants for insertion from the side of a patient (translateral) across the transverse width of the spine and between two adjacent vertebrae.

2. Description of the Related Art

In the past, spinal fusion implants have been inserted only from either an anterior or posterior direction, from the front or the back of the patient. Such implants are well known in the art and may have cylindrical, rectangular and other shapes. In the past, Cloward, Wiltberger, Crock, Viche, Bagby, Brantigan, and others have taught various methods involving the drilling of holes across the disc space between two adjacent vertebrae of the spine for the purpose of causing an interbody spinal fusion. Cloward taught placing a dowel of bone within that drilled hole for the purpose of bridging the defect and to be incorporated into the fusion. Viche taught the threading of that bone dowel. Bagby taught the placing of the bone graft into a metal bucket otherwise smooth on its surface, except for rows of radially placed holes communicative to the interior of the basket and to the bone itself. The Bagby device was disclosed as capable of being used in a horse. Brantigan taught the use of inert blocks preferably made of metal and having that metal at its external surface imitate the porosity of bone. Brantigan theorized that the dowel could be replaced entirely with a metal plug that, while not itself active in the fusion, would nevertheless serve to support the vertebrae from within the disc space while allowing fusion to occur around it.

U.S. Pat. No. 3,844,601 issued to Ma et al. on Nov. 19, 1974, teaches a method and instrumentation for preparing rectangular spaces across the disc space into the adjacent vertebrae and for preparing a rectangular graft of the bone itself that is inserted in the rectangular spaces.

U.S. Pat. No. 4,743,256 issued to Brantigan on May 10, 1988 teaches the use of an inert artificial spacer in the shape of a rectangle in place of using a rectangular bone graft as taught by Ma et al.

U.S. Pat. No. 4,878,915 issued to Brantigan on Nov. 7, 1989, teaches the use of fully cylindrical inert implants for use in interbody spinal fusion. Such implants do not participate in the bone fusion process but act as inert spacers and allow for the growth of bone to the outer surfaces of the implants.

U.S. Pat. No. 4,834,757 issued to Brantigan on May 30, 1989, teaches a rectangular shaped, hollow spinal fusion implant for use in lieu of a rectangular bone graft or Brantigan's earlier artificial inert spacer.

However, all of the prior implants have been inserted from either the front or the back of the patient. As a result, the spinal fusion implants of the past were necessarily limited in

**2**

size to the dimensions of the vertebrae relative to the direction in which the implants were inserted. For example, the maximum possible length for an implant that is inserted from either the front or the back of the patient is limited to the depth of the vertebrae, the depth of a vertebrae being the dimension of the vertebrae measured from the anterior end to the posterior end of the vertebrae. It was not previously possible to insert an implant that had a length that was greater than the depth of the vertebrae from front to back as such an implant would protrude from either the anterior or posterior aspect of the spine resulting in great harm to the patient.

In U.S. Pat. No. 5,015,247 to Michelson, a cylindrical threaded implant is described for insertion across the disc space between two adjacent vertebrae. Such an implant was disclosed as being inserted either from the front of the patient or from the back and has a diameter larger than the disc space so that it engages both of the adjacent vertebrae.

The maximum diameter possible with a cylindrical implant that is inserted from the front or the back of the patient is limited by at least two factors. The first factor limiting the diameter of a cylindrical implant is realized when an attempt is made to use a single, centrally placed implant from either the front or the back of the patient. Such an implant must be large enough to occupy a sufficient portion of the transverse width of the disc space to promote firm stability. The use of an implant that is placed in the disc space to stabilize the two adjacent vertebrae requires that the vertebrae be stable when the implant is in place, otherwise there will not be any bone bridging between the implant and the vertebrae. If a single implant is used in the center of the disc space, inherent instability is created, as the vertebrae are generally free to rock back and forth over the implant which serves as a fulcrum. However, to achieve the required stability, it would be necessary to use the widest possible implant and the excursion of such a large single implant into the adjacent vertebrae would be so severe that the two vertebrae would be virtually cut in half.

The second factor which limits the diameter size of a cylindrical implant is in the situation where two cylindrical implants are implanted from either the front or the back of the patient and placed side-by-side across a disc space and into the two adjacent vertebrae in an attempt to gain stability while avoiding the problems of the single implant. Such implants require a diameter that is sufficiently large to penetrate into and significantly engage each of the adjacent vertebrae yet the diameter may not be so large that it is no longer possible to place two such implants side-by-side and to still have them contained within the transverse width of the spine.

The use of multiple implants requires that the implants be small enough so as to fit into the same limited spinal width. These implants being of smaller diameter as limited by the need to place more than one within the width of the spine then penetrate only minimally into the depth of the vertebral bone.

Also, the insertion of multiple implants requires multiple procedures, essentially a duplication of any procedure done on one side of the center line must also be performed on the other side of the center line.

Therefore, there exists a need for a spinal fusion implant that is inserted from the translateral approach to the spine that is capable of stabilizing the vertebrae adjacent to such an implant in order to permit bone bridging between the vertebrae and the implant to ultimately achieve fusion of the adjacent vertebrae.

5,860,973

3

## SUMMARY OF THE INVENTION

The present invention discloses a spinal fusion implant that is inserted from the side of the patient, herein referred to as the translateral approach to the spine. The translateral spinal fusion implant of the present invention is inserted into the spine of a patient across the transverse width of the vertebrae to be fused. The transverse width of a vertebra is measured from one lateral aspect of the spine to the opposite lateral aspect. The depth of a vertebra is measured from the anterior aspect to the posterior aspect of the spine.

As the translateral spinal fusion implant of the present invention is inserted substantially along the transverse width of the vertebrae or at a slight angle to the vertebrae, it has a different structural configuration as compared to spinal implants for insertion from either the front or the back of the patient, as such implants are necessarily limited by the depth, measured from front to back of the vertebrae.

In one embodiment of the translateral spinal fusion implant of the present invention, the implant is dimensioned to fit within a bore created across the disc space and into the adjacent vertebrae. Such an implant may be substantially cylindrical and has an outer surface comprising bone engaging means for engaging the implant to the adjacent vertebrae. In this embodiment, for the lumbar spine, the translateral spinal fusion implant of the present invention has a length that is greater than one half of the transverse width of the vertebrae and is greater than the depth of the vertebrae. The translateral implant of the present invention has a height that is greater than the height of the disc space between two adjacent vertebrae so as to engage both of the vertebrae. The width of the implant need be only slightly less than the depth of the vertebrae themselves.

In another embodiment of the present invention, the translateral spinal fusion implant of the present invention is dimensioned to fit within the disc space created by the removal of disc material between two adjacent vertebrae. Such an implant is inserted from the translateral approach to the spine and has a length that is substantially greater than the depth of the vertebrae and a width that approximates the depth of the vertebrae. The height of such an implant is approximately the same height of the normal height of the disc space between two adjacent vertebrae and may be wedged so as to reproduce anatomic lordosis. The upper and lower surfaces of such an implant may be contoured so as t conform to the shape of the disc space and the adjacent vertebral endplate surfaces.

The dimensions of the translateral spinal fusion implant of the present invention permits a single implant to be inserted by a single procedure into the spine and to engage more of the adjacent vertebrae. As a result, the translateral spinal fusion implant of the present invention has more surface area of contact and thus permits greater stability so as to withstand torque, and in the case of a threaded implant, increases the depth which any threads are able to penetrate the vertebrae.

The translateral implants of the present invention are safer to use than implants inserted from the front or the back as the aorta and vena cava lie anterior to the spine and the dural sac and nerves posteriorly, all of which structures are simply avoided in the lateral approach.

The translateral spinal fusion implant of the present invention may be inserted into the disc space through a hollow tube which is engaged to the lateral aspect of the spine through a lateral, anterior, or anterolateral incision making the procedure safe and simple.

The translateral spinal fusion implant of the present invention may comprise at least in part fusion promoting

4

and/or bioactive materials for active participation of the implant in the spinal fusion process.

## OBJECTS OF THE PRESENT INVENTION

It is an object of the present invention to provide a spinal fusion implant that may be inserted from a translateral approach to the spine.

It is another object of the present invention to provide a spinal fusion implant that is safer to use than the implants of the past.

It is another object of the present invention to provide a spinal fusion implant that is easier to insert into the spine.

It is a further object of the present invention to provide a spinal fusion implant that provides greater stability of the vertebrae being fused.

It is yet another object of the present invention to provide a spinal fusion implant that is less likely to fail.

It is another object of the present invention to provide a spinal fusion implant that is more deeply embedded into the adjacent vertebrae.

These and other objects of the present invention will become apparent from a review of the accompanying drawings and the detailed description of the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective side view of the translateral spinal fusion implant of the present invention having an external thread for engaging the bone of two adjacent vertebrae.

FIG. 2 is an elevational view of the anterior aspect of a segment of the spinal column with the spinal fusion implant of FIG. 1 inserted from the lateral aspect along the transverse width of the vertebrae.

FIG. 3 is an elevational view of the lateral aspect of a segment of the lumbar spine with a first spinal fusion implant of the present invention inserted from the lateral aspect into a hole drilled across a first disc space and into two adjacent vertebrae, and a second spinal fusion implant of the present invention inserted from the lateral aspect into a second hole drilled across a second disc space and into two adjacent vertebrae.

FIG. 4 is top sectional view along lines 4—4 of FIG. 3 showing the area of contact of the spinal fusion implant of the present invention and the vertebra.

FIG. 5 is an anterior elevational view of a segment of the lumbar spine with two cylindrical implants inserted from the anterior of the spine into holes drilled across the same disc space and into two adjacent vertebrae.

FIG. 6 is sectional view along lines 6—6 of FIG. 5 showing the area of contact between the two implants of FIG. 5 and the vertebrae.

FIG. 7 is a anterior perspective view of a single vertebra and an alternative embodiment of the spinal fusion implant of the present invention in the form of a dowel inserted translaterally into a hole drilled across a disc space and into the vertebra along the transverse width of the vertebra.

FIG. 8 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having ratchetings for engaging the vertebrae.

FIG. 9 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having a knurled surface for engaging the vertebrae.

FIG. 10 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having ratchetings for engaging the vertebrae and a flattened side.

5,860,973

5

FIG. 11 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having a knurled surface for engaging the vertebrae and a flattened side.

FIG. 12 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having a blasted surface for engaging the vertebrae.

FIG. 13 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having ratchetings for engaging the vertebrae with openings in the form of vertical and horizontal slots.

FIG. 14 is a perspective view of an alternative embodiment of the spinal fusion implant of the present invention having longitudinal splines for engaging the vertebrae and openings in the form of vertical slots.

FIG. 15 is elevational view of the lateral aspect of the spinal column having the spinal fusion implant of FIG. 14 inserted from the lateral aspect along the transverse width of the vertebrae into a hole created across the disc space and into two adjacent vertebrae.

FIG. 16 is a perspective side view of an alternative embodiment of the spinal fusion implant of the present invention.

FIG. 17 is a elevational anterior view of a segment of the spinal column having the spinal fusion implant of FIG. 16 inserted from the lateral aspect in the disc space between two adjacent vertebrae along the transverse width of the vertebrae.

FIG. 18 is a perspective side view of an alternative embodiment of the spinal fusion implant of the present invention.

FIG. 19 is a perspective lateral anterior view of a segment of the spinal column with a plurality of the spinal implants of FIG. 18 shown in hidden line inserted from the lateral aspect in a modular fashion in the disc space between two adjacent vertebrae along the transverse width of the vertebrae.

FIG. 20 is perspective view of an alternative embodiment of the spinal fusion implant of the present invention.

DETAILED DESCRIPTION OF THE DRAWINGS

Referring to FIGS. 1–5, an embodiment of the translateral spinal fusion implant of the present invention, generally referred to by numeral 100, is shown. The spinal fusion implant 100 has a substantially cylindrical configuration having an outer wall 112 surrounding an internal chamber 114 for holding bone promoting material. The exterior of the spinal fusion implant 100 comprises an external thread 116 suitable for engaging the vertebrae of the spine to stabilize the spinal fusion implant 100 across the disc space and into adjacent vertebrae once surgically implanted. The spinal fusion implant 100 has a removable cap 118 at one end which provides access to the internal chamber 114 and has an insertion end 120 adapted to engage insertion instrumentation.

The cap 118 is removable to provide access to the internal chamber 114, such that the internal chamber 114 can be filled and hold any natural or artificial osteoconductive, osteoinductive, osteogenic, or other fusion enhancing material. Some examples of such materials are bone harvested from the patient, or bone growth inducing material such as, but not limited to, hydroxyapatite, hydroxyapatite tricalcium phosphate; or bone morphogenic protein. The cap 118 and/or the spinal fusion implant 100 itself is made of material appropriate for human implantation such as titanium and/or

6

may be made of, and/or filled and/or coated with a bone ingrowth inducing material such as, but not limited to, hydroxyapatite or hydroxyapatite tricalcium phosphate or any other osteoconductive, osteoinductive, osteogenic, or other fusion enhancing material.

The outer wall 112 comprises openings 122 which may be closed wells or openings communicating into the internal chamber 114 to permit bone ingrowth into the chamber 114.

Referring specifically to FIG. 2, an elevational view of the anterior aspect of a segment of the spinal column S with the spinal fusion implant 100 inserted from the lateral aspect of the spinal column S into a hole bored into the adjacent vertebrae $V_1$ and $V_2$ across the disc space D. The spinal fusion implant 100 is inserted along the transverse width W of the adjacent vertebrae $V_1$ and $V_2$ such that the spinal fusion implant 100 extends translaterally in the direction from one lateral aspect of the vertebrae to the opposite lateral aspect of the vertebrae.

Referring to FIG. 3, an elevational view of the lateral aspect of a segment of the lumbar spine S is shown with a first implant 100a, identical to spinal fusion implant 100, inserted from the lateral aspect into a hole bored across a first disc space $D_1$ and into two adjacent vertebrae $V_1$ and $V_2$, and a second implant 100b, identical to spinal fusion implant 100, inserted from the lateral aspect into a second hole bored across a second disc space $D_2$ and into two adjacent vertebrae $V_2$ and $V_3$.

The translateral implants of the present invention are inserted by the translateral method disclosed in copending application Ser. No. 08/394,836 entitled IMPROVED METHODS AND INSTRUMENTATION FOR THE SURGICAL CORRECTION OF HUMAN THORACIC AND LUMBAR SPINAL DISEASE FROM THE LATERAL ASPECT OF THE SPINE, filed on Feb. 27, 1995, which is incorporated herein by reference. The translateral implants of the present invention may be made of an artificial material.

Referring to FIG. 4, a top sectional view along lines 4—4 of FIG. 3 is shown illustrating the area of contact of the implant 100a and the vertebra $V_1$. The vertebra $V_1$ has a depth D measured from the anterior to posterior aspect of the spine, and a transverse width W measured from one lateral aspect to the opposite lateral aspect of the vertebra $V_1$. The implant 100a has a length L that is substantially greater than the depth D of the vertebra $V_1$ such that the implant 100a may extend substantially across the transverse width W of the vertebra $V_1$. In the preferred embodiment, the implant 100a has a length L that is greater than one half the transverse width W of the vertebrae and has a diameter of a sufficiently large size that approximates the depth D of the vertebra $V_1$. As a result of the large length and diameter of the implant 100a, a large surface area of contact between the implant 100a and the vertebrae $V_1$ is possible creating a highly stable construct. The implant 100a has a much greater surface area of contact with the vertebra $V_1$ than was previously possible with implants that are inserted from the front or the back of the spine.

As described above in the Background of the Invention, a centrally placed single implant from either the front or the back of the patient must be large enough to occupy a sufficient portion of the transverse width W of the vertebrae to promote firm stability. However, the vertical height of such an implant and excursion into the adjacent vertebrae would be so severe that if any two consecutive disc spaces were to be operated upon, the vertebra in between the disc spaces would be cut in half. Therefore it has been the practice to use multiple implants, one on each side of the

5,860,973

7

center line (mid-saggital axis) of the vertebrae, thereby providing a greater degree of stability.

Referring to FIG. 5, an anterior elevational view of a segment of the lumbar spine S is shown with two cylindrical implants 150 and 152 inserted from the anterior aspect of the spine S into holes drilled across the same disc space D and into two adjacent vertebrae V₁ and V₂.

Referring to FIG. 6, sectional view along lines 6—6 of FIG. 5 illustrating the area of contact between the two implants 150 and 152 inserted from the anterior aspect of the spine and the vertebra V₁ is shown. As can be seen from FIG. 6, the surface area of the two spinal implants 150 and 152 in contact with the vertebra V₁ is substantially less than that of a single translateral spinal fusion implant 100 that is inserted across the transverse width W of the vertebra V₁. As a result, a more stable construct is achieved with the translateral spinal fusion implant 100 of the present invention than was previously possible with implants that are inserted from either the front or the back of the patient promoting from stability of the fusion construction.

In the preferred embodiment, the spinal fusion implant 100 of the present invention has an overall length in the range of 35 mm to 50 mm, with 38–44 mm being preferred, and a maximum diameter in the range of 22 mm to 30 mm, with 24–26 mm being preferred when inserted in the lumbar spine. In the thoracic spine such implants would have a length in the range of 12–30 mm, and a maximum diameter in the range of 14–26 mm, with the preferred diameter being 20 mm.

Referring to FIG. 7, an anterior perspective view of a single vertebra V₁ and an alternative embodiment of the translateral spinal fusion implant of the present invention, generally referred to by the numeral 199, is shown. The spinal fusion implant 199 is a dowel inserted into a hole drilled across a disc space and into the vertebra V₁ along the transverse width of the vertebra V₁. The spinal fusion implant 199 has the same dimensions as the spinal fusion implant 100 described above. The spinal fusion implant 199 can be made of any material suitable for human implantation may comprise fusion promoting and/or bioactive material to actively participate in the spinal fusion process. The implant 199 can be made of a porous, and/or mesh-like, and/or cancellous material, or any other material suitable for the described purpose.

Referring to FIG. 8, an alternative embodiment of the translateral spinal fusion implant of the present invention, is shown and generally referred to by the numeral 200. The spinal fusion implant 200 has a substantially cylindrical configuration having a thin outer wall 212 surrounding an internal chamber 214. The exterior of the spinal fusion implant 200 comprises surface roughenings that provide a surface suitable for engaging the bone of the vertebrae to stabilize the spinal fusion implant 200 across the disc space and into the adjacent vertebrae once surgically implanted. The surface roughenings comprise a plurality of ratchetings 220 along the circumference of the spinal fusion implant 200. Each of the plurality of ratchetings 220 has a bone engaging edge 222 and an angled segment 224.

The spinal fusion implant 200 is implanted into a cylindrical bore derived across the disc space and into two adjacent vertebrae. The spinal fusion implant 200 may be pushed into the cylindrical bore across the disc space by direct, linear advancement since it requires no thread to pull it forward through the spine. As no torque is required to advance the spinal fusion implant 200 there is no minimum requisite height of the surface roughenings.

8

The ratchetings 220 may face in one direction, the direction in which the spinal fusion implant 200 is inserted, and function to prevent the spinal fusion implant 200 from backing out of the disc space in a direction opposite to the direction of insertion once inserted between the two adjacent vertebrae. The ratchetings 220 urge the spinal fusion implant 200 forward against the unremoved bone of the vertebrae. Since implants generally want to back out along the same path in which they are inserted, the ratchetings 220 tend to urge the spinal fusion implant 200 forward against the solid unremoved bone at the end of the cylindrical bone, further resisting dislodgement and controlling motion resulting in an exceedingly stable implantation.

The spinal fusion implant 200 has an engagement means at one end for engaging a driver instrument for intimately engaging and binding the implant 200 and the driver instrument together. Once affixed to the implant driver instrument, the spinal fusion implant 200 may be then introduced through a hollow cylindrical tube and driven into the cylindrical hole that has been drilled across the disc space. The implant driver instrument may then be impacted by a mallet, or similar device, to linearly advance the spinal fusion implant 200 across the disc space. Once the spinal fusion implant 200 is inserted across the disc space, the ratchetings 220, engage the bone of the vertebrae and the implant driver instrument is detached from the spinal fusion implant 200.

Referring to FIG. 9, an alternative embodiment of the spinal fusion implant of the present invention generally referred to by the numeral 300 is shown. The spinal fusion implant 300 has a substantially cylindrical configuration having surface roughenings for stabilizing the implant 300 within the intervertebral space D. The surface roughenings comprise a surface knurling 320 such as, but not limited to, the diamond-shaped bone engaging pattern shown in FIG. 9. The spinal fusion implant 300 may have surface knurling 320 throughout the entire external surface of the spinal fusion implant 300, throughout only a portion of the external surface, or any combination thereof, without departing from the scope of the present invention. In those circumstances where there is no undrilled bone in the disc space forward of the spinal fusion implant 300 to resist further forward advancement of the implant, surface knurling 320 is preferred as it produces an exceedingly high interference fit with the bone of the vertebrae and resists motion equally in all directions and without the tendency to urge itself forward.

Referring to FIG. 10, an alternative embodiment of the spinal fusion implant of the present invention is shown and is generally referred to by the numeral 400. The spinal fusion implant 400 has a similar configuration to that of the spinal fusion implant 200, except that it comprises a partially cylindrical member having arcuate portions 402 and 404 which are arcs of the same circle with portions of its outer wall that are flattened so as to present a first flat side 406. Alternatively, the implant 400 may have a second flat side that is diametrically opposite to the first flat side 406. The spinal fusion implant 400 is substantially the same as the spinal fusion implant 200, except that the openings 428 are positioned on the ratcheting 420 such that the openings 428 are positioned between the bone engaging edges 422 and are not bisected by the bone engaging edges 422.

Referring to FIG. 11, an alternative embodiment of the spinal fusion implant of the present invention is shown and generally referred to by the numeral 500. The spinal fusion implant 500 is substantially identical to the spinal fusion implant 400 described above except that in place of ratchetings 420, it has surface knurling 520. The surface knurling

5,860,973

**9**

520 assists in the retaining of the spinal fusion implant **500** once it is inserted across the disc space between two adjacent vertebrae. It is recognized that the surface knurling **520** of the implant **500** may be combined with any of a number of other surface rougenings such as, but not limited to, ratchetings to assist in retaining the spinal fusion implant **500** across the disc space.

Referring to FIG. 12, an alternative embodiment of the spinal fusion implant of the present invention generally referred to by the numeral **600** is shown. The spinal fusion implant **600** has the same structure as the spinal fusion implant **300** described above but instead of knurling **320** has a different surface roughening. The spinal fusion implant **600** has a surface roughening comprising of a blasted external surface **601** which may be stippled to provide an engagement surface for the vertebrae when inserted across the disc space. The spinal fusion implant has a plurality of openings **628**, a removable cap **630** for accessing an internal chamber.

Referring to FIG. 13, an alternative embodiment of the spinal fusion implant of the present invention generally referred to by the numeral **700** is shown. The spinal fusion implant **700** is similar to spinal fusion implant **400** described above except that it has openings in the form of horizontal slots **728** on the flat side **706** and vertical slots **729** on the cylindrical portion of the spinal fusion implant **700**. The spinal fusion implant **700** has ratchetings **720** for engaging the bone of the vertebrae similar to the ratchetings **220** described above.

It is appreciated that the spinal fusion implants of the present invention may include any and all surface roughening configurations that either increase the surface area or interference fit of the implant and the vertebrae. It is appreciated that the ratchetings described above for the various embodiments of the spinal fusion implants of the present invention may also comprise a knurled or other surface roughenings in combination with the ratchetings to further enhance the retention of the spinal fusion implant across the disc space once inserted.

Referring to FIG. 14, an alternative embodiment of the spinal fusion implant of the present invention is shown and generally referred to by the numeral **800**. The spinal fusion implant **800** is similar in configuration to the spinal fusion implant **100** discussed above. However, instead of an external thread, the spinal fusion implant **800** has a plurality of longitudinal splines **810** along its external surface. The splines **810** are parallel to the central longitudinal axis L of the implant **800** in the direction of insertion of the implant **800**. The splines **810** have a sharp edge **812** and a sharpened leading end **814** to facilitate insertion of the spinal fusion implant **800** into the adjacent vertebrae. Located between the splines **812** are a plurality of slots **820** that allow bone growth into the implant and into the internal chamber of the implant **800** during spinal fusion.

Referring to FIG. 15, the spinal fusion implant **800** is shown inserted from the lateral aspect of the spine into a bore created across the disc space D and into the adjacent vertebrae $V_1$ and $V_2$ along the transverse width of the vertebrae $V_1$ and $V_2$. The spinal fusion implant **800** is pushed into place by linear advancement such that the splines **810** engage a portion of each of the adjacent vertebrae $V_1$ and $V_2$. The splines **810** function to engage the vertebrae $V_1$ and $V_2$ and stabilize the spinal fusion implant **800** once implanted. The splines **810** are oriented longitudinally with respect to the spinal fusion implant **800** to prevent any dislodgement of the spinal fusion implant **800**

**10**

from between the vertebrae $V_1$ and $V_2$ as result of anterior to posterior motion of the spine. It is appreciated that the number of splines **810** and the configuration of the splines **810** can vary depending on the size of the spinal fusion implant **800** being implanted.

Referring to FIG. 16, an alternative embodiment of the spinal fusion implant of the present invention is shown and generally referred to by the numeral **900**. The spinal fusion implant **900** differs from the implants described above in that it is inserted in the disc space D between the adjacent vertebrae of the spine and not into a cylindrical bore created across the disc space. Therefore, the spinal fusion implant **900** does not require the removal of any portion of bone from the adjacent vertebrae as the spinal fusion implant **900** fits within the natural disc space between the adjacent vertebrae. However, the removal of at least a portion of the disc material present between the adjacent vertebrae is required for proper insertion.

The spinal fusion implant **900** comprises a rectangular block **901** having a top surface **902** and a bottom surface **904** for engaging the adjacent vertebrae and may be flat or may conform at least in part. The top and bottom surfaces **902** and **904** may comprise any of the surface roughenings described herein for engaging the bone of the adjacent vertebrae to promote firm stability. The spinal fusion implant **900** may be solid or hollow at least in part and have a plurality of openings **906** to allow bone ingrowth. The openings **906** may be present on all surfaces of the implant **900** and may either pass through the entire implant **900**, or may be closed bottom wells for holding firm promoting materials.

Referring to FIG. 17, the spinal fusion implant **900** is shown implanted from the lateral aspect of the spine in the disc space D between two adjacent vertebrae V, $V_1$ and $V_2$ along the transverse width of the adjacent vertebrae $V_1$ and $V_2$. The spinal fusion implant **900** has a height that is substantially equal to the height of the disc space D, a length that is greater than one half the transverse width W of the vertebrae and a width that approximates the depth of the vertebrae.

In the preferred embodiment, the spinal fusion implant **900** has a height in the range of 8 mm to 16 mm, with the preferred height being 10–12 mm; a width in the range of 24 mm to 32 mm, with the preferred width being 26 mm; and a length in the range of 32 mm to 50 mm, with 42 mm being the preferred length.

Referring to FIG. 18, an alternative embodiment of the spinal fusion implant of the present invention is shown and generally referred to by the numeral **1000**. The spinal fusion implant **1000** is similar to the spinal fusion implant **900**, but has a narrower width such that more than one spinal fusion implant **1000** may be combined in a modular fashion for insertion within the disc space D between the adjacent vertebrae.

Referring to FIG. 19, a plurality of spinal fusion implants **1000** are shown combined in a modular fashion inserted in the disc space D from the lateral aspect of the spine and along the transverse width of the vertebrae $V_1$ and $V_2$.

Referring to FIG. 20, an alternative embodiment of the spinal fusion implant of the present invention is shown and generally referred to by the numeral **1100**. The spinal fusion implant **1100** is inserted into the disc space between two adjacent vertebrae from the lateral aspect of the spine and along the transverse width of the vertebrae. The implant **1100** is dimensioned to replace the natural disc material present between two adjacent vertebrae. The implant **1100**

5,860,973

| 11 | 12 |

has a generally rectangular body with curved sides 1102 and 1104. The top and bottom surfaces 1106 and 1108 have a plurality of splines 1110 similar in structure and function as the splines 810 described above. As the implant 1100 is inserted in the disc space, the splines 1110 engage the bone of the adjacent vertebrae.

The implant 1100 is shown as being hollow with openings and slots 1114 in the outer surface of the implant 1100 permitting bone ingrowth into the interior of the implant 1100. However, it is appreciated that the implant 1100 may be solid and may have channels or wells in place of opening 1112 to permit bone ingrowth and incorporation of the implant 1100 into the spinal fusion mass. The interior of the implant 1000 may be accessed through the aperture 1120 which may be closed with a snap fit cover.

While the present invention has been described in detail with regards to the preferred embodiment, it is appreciated that other variations of the present invention may be devised which do not depart from the inventive concept of the present invention.

What is claimed is:

1. A translateral spinal implant for insertion from the lateral aspect of the spine in the disc space between two adjacent vertebrae, said implant having a length that is greater than one half the transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, and a height for contacting each of the two adjacent vertebrae.

2. The spinal implant of claim 1 in which said implant has a height that is greater than the disc space and is capable of engaging both of said vertebrae.

3. The spinal implant of claim 1 in which said implant has surface roughenings for engaging said two adjacent vertebrae and for maintaining said implant in place, said surface roughenings being present on at least a portion of the exterior of said spinal implant.

4. The spinal implant of claim 3, in which said surface roughenings include a plurality of ratchetings.

5. The spinal implant of claim 4, in which said ratchetings face one direction.

6. The spinal implant of claim 3, in which said surface roughenings include knurling.

7. The implant of claim 6 in which said implant has a cap on at least one end for removably closing said hollow portion of said implant.

8. The spinal implant of claim 4 in which said surface roughenings include a plurality of longitudinal splines.

9. The spinal implant of claim 1 having a plurality of openings capable retaining fusion promoting material.

10. The spinal implant of claim 1 in which one end of said implant includes an engagement means for engaging instrumentation for the insertion of said implant.

11. The spinal implant of claim 1 in which said implant comprises a fusion promoting material.

12. The spinal implant of claim 1 in which said implant is at least in part bioabsorbable.

13. The spinal implant of claim 1 in which said implant has an internal chamber and an access opening for accessing said internal chamber.

14. The spinal implant of claim 13 in which said implant has means for closing said access opening.

15. The spinal implant of claim 13, in which said internal chamber is capable of containing fusion promoting material.

16. The spinal implant of claim 13, in which said implant comprises a wall surrounding at least in part said internal chamber.

17. The spinal implant of claim 16, in which said wall has a plurality of openings passing therethrough in communication with said internal chamber.

18. The implant of claim 1 in which said implant includes driving engaging means for engaging a driving instrument for implanting said implant within the disc space between the two adjacent vertebrae.

19. The implant of claim 1 in which said implant is generally rectangular in shape.

20. The implant of claim 1 in which said implant is generally square in shape.

21. The implant of claim 1 which said implant comprises a plurality of modular members, each of said modular members having a length that is greater than one half the transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, a height dimensioned to fit in the space created by the removed disc material from between two adjacent vertebrae, and a width less than the depth of the vertebrae.

22. The spinal implant of claim 21 in which said implant has a height that is greater than the disc space and is capable of engaging both of said vertebrae.

23. The spinal implant of claim 1 in which said implant comprises a bone ingrowth material.

24. The implant of claim 1 for use in the lumbar spine in which the length of said implant is in the range of approximately 35 mm to 50 mm.

25. The implant of claim 1 for use in the thoracic spine in which the length of said implant is in the range of approximately 12 mm to 30 mm.

26. The spinal implant of claim 1 in which said implant has a height that is greater than the disc space and is capable of penetrating into each of the two adjacent vertebrae.

27. The spinal implant of claim 26 in which said implant is at least in part cylindrical in shape.

28. The spinal implant of claim 27, in which said implant has an external thread for engaging the vertebrae.

29. The spinal implant of claim 27, in which said implant is hollow.

30. The implant of claim 27, for use in the lumbar spine in which the diameter of said implant is in the range of approximately 22 mm to 30 mm.

31. The implant of claim 27, for use in the thoracic spine in which the diameter of said implant is in the range of approximately 14 mm to 26 mm.

32. The implant of claim 27, for use in the lumbar spine in which said implant has a length in the range of approximately 38 mm to 44 mm and diameter in the range of approximately 24 mm to 30 mm.

33. The implant of claim 27, for use in the thoracic spine in which said implant has a length in the range of approximately 12 mm to 30 mm and diameter in the range of approximately 14 mm to 26 mm.

34. A translateral spinal implant for insertion from the lateral aspect of the spine in the disc space between two adjacent vertebrae, comprising:

a plurality of modular members, each of said modular members having a length that is greater than one half the transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, a width less than the depth of the vertebrae, and a height for contacting each of the two adjacent vertebrae, each of said modular members comprising:

upper and lower walls, and side walls, said upper and lower walls forming a support structure including at least a portion of the interior surface of said upper and lower walls for bearing against the end plates of the adjacent vertebrae,

whereby said plurality of modular members are capable of being inserted in between said two adjacent vertebrae.

5,860,973

13

**35.** A translateral spinal implant for insertion from the lateral aspect of the spine in the disc space between two adjacent vertebrae, said implant having a length that is greater than one half the transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, a height for contacting each of the two adjacent vertebrae, and a width that is at least as great as the height.

**36.** The spinal implant of claim 35 in which said implant has a height that is greater than the disc space and is capable of engaging both of said vertebrae.

**37.** The spinal implant of claim 36, in which said implant is at least in part cylindrical in shape.

**38.** The spinal implant of claim 37, in which said implant has an external thread for engaging the vertebrae.

**39.** The spinal implant of claim 37, in which said implant is hollow.

**40.** The spinal implant of claim 35, in which said implant has surface roughenings for engaging said two adjacent vertebrae and for maintaining said implant in place, said surface roughenings being present on at least a portion of the exterior of said spinal implant.

**41.** The spinal implant of claim 40 in which said surface roughenings include a plurality of ratchetings.

**42.** The spinal fusion implant of claim 41, in which said ratchetings face one direction.

**43.** The spinal implant of claim 40, in which said surface roughenings include knurling.

**44.** The implant of claim 43, in which said implant has a cap on at least one end for removably closing said hollow portion of said Implant.

**45.** The spinal implant of claim 40, in which said surface roughenings include a plurality of longitudinal splines.

**46.** The spinal implant of claim 35, having a plurality of openings capable retaining fusion promoting material.

**47.** The spinal implant of claim 35, in which one end of said implant includes an engagement means for engaging instrumentation for the insertion of said implant.

**48.** The spinal implant of claim 35, in which said implant comprises a fusion promoting material.

**49.** The spinal implant of claim 35 in which said implant is at least in part bioabsorbable.

**50.** The spinal implant of claim 35 in which said implant has an internal chamber and an access opening for accessing said internal chamber.

**51.** The spinal implant of claim 50, in which said implant has means for closing said access opening.

**52.** The spinal implant of claim 50 in which said internal chamber is capable of containing fusion promoting material.

**53.** The spinal implant of claim 50, in which said implant comprises a wall surrounding at least in part said internal chamber.

**54.** The spinal implant of claim 53, in which said wall has a plurality of openings passing therethrough in communication with said internal chamber.

**55.** The implant of claim 35, which said implant comprises a plurality of modular members, each of said modular members having a length that is greater than one half the

14

transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, a height to the height of the space created by the removed disc material from between two adjacent vertebrae, and a width substantially less than the depth of the vertebrae.

**56.** The spinal implant of claim 55 in which said implant has a height that is greater than the disc space.

**57.** The implant of claim 35 in which said implant is generally rectangular in shape.

**58.** The implant of claim 35, in which said implant includes driving engaging means for engaging a driving instrument for implanting said implant within the disc space between the two adjacent vertebrae.

**59.** The spinal implant of claim 35, in which said implant comprises a bone ingrowth material.

**60.** The implant of claim 35, in which said implant is generally square in shape.

**61.** A translateral spinal fusion implant for insertion from the lateral aspect of the spine in the disc space between two adjacent vertebrae, said implant having a length that is greater than one half the transverse width of the vertebrae, said length being substantially greater than the depth of the vertebrae, a height for contacting each of the two adjacent vertebrae; said implant having an outer surface with a plurality of openings passing through said implant, said plurality of openings capable of retaining fusion promoting substances and capable of permitting bone growth in continuity from one of said adjacent vertebrae to the other of said two adjacent vertebrae to permit fusion of said two adjacent vertebrae to occur at least in part through said implants capable of engaging both of said vertebrae.

**62.** The spinal implant of claim 1 in which said implant is made of an artificial material.

**63.** The spinal implant of claim 34 in which said implant is made of an artificial material.

**64.** The spinal implant of claim 35 in which said implant is made of an artificial material.

**65.** The spinal implant of claim 61 in which said implant is made of an artificial material.

**66.** The spinal implant of claim 1 in which said implant comprises bone morphogenetic protein.

**67.** The spinal implant of claim 34 in which said implant comprises bone morphogenetic protein.

**68.** The spinal implant of claim 35 in which said implant comprises bone morphogenetic protein.

**69.** The spinal implant of claim 61 in which said implant comprises bone morphogenetic protein.

**70.** The spinal implant of claim 1 in which said implant comprises a bioactive material.

**71.** The spinal implant of claim 34 in which said implant comprises a bioactive material.

**72.** The spinal implant of claim 35 in which said implant comprises a bioactive material.

**73.** The spinal implant of claim 61 in which said implant comprises a bioactive material.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,860,973                                    Page 1 of 1
DATED          : January 19, 1999
INVENTOR(S)  : Gary Karlin Michelson

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 12, claim 34,
Line 13, change "interior" to -- exterior --.

Signed and Sealed this

Sixteenth Day of April, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

Attesting Officer

# EXHIBIT B

US005772661A

# United States Patent [19]

## Michelson

[11] Patent Number: **5,772,661**

[45] Date of Patent: **Jun. 30, 1998**

[54] **METHODS AND INSTRUMENTATION FOR THE SURGICAL CORRECTION OF HUMAN THORACIC AND LUMBAR SPINAL DISEASE FROM THE ANTERO-LATERAL ASPECT OF THE SPINE**

[76] Inventor: **Gary Karlin Michelson**, 438 Sherman Canal, Venice, Calif. 90291

[21] Appl. No.: **394,836**

[22] Filed: **Feb. 27, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 74,781, Jun. 10, 1993, which is a continuation-in-part of Ser. No. 698,674, May 10, 1991, which is a division of Ser. No. 205,935, Jun. 13, 1988, Pat. No. 5,015,247, and a continuation-in-part of Ser. No. 219,626, Mar. 28, 1994.

[51] Int. Cl.$^6$ ........................................... A61B 17/56
[52] U.S. Cl. ................................. 606/61; 623/17
[58] Field of Search .................. 606/60, 61, 72–79; 623/16, 17

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 31,865 | 4/1985 | Roux . |
| Re. 34,871 | 3/1995 | McGuire et al. . |
| D. 245,259 | 8/1977 | Shen . |
| D. 257,511 | 11/1980 | Zahn . |
| 350,420 | 10/1886 | Dillon . |
| 1,137,585 | 4/1915 | Craig . |
| 2,065,659 | 12/1936 | Cullen . |
| 2,181,746 | 11/1939 | Siebrandt . |
| 2,243,718 | 5/1941 | Moreira . |
| 2,372,622 | 3/1945 | Fassio . |
| 2,514,665 | 7/1950 | Myller . |
| 2,537,070 | 1/1951 | Longfellow . |
| 2,543,780 | 3/1951 | Hipps et al. . |
| 2,677,369 | 5/1954 | Knowles . |
| 2,774,350 | 12/1956 | Cleveland . |
| 2,789,558 | 4/1957 | Rush . |
| 2,832,343 | 4/1958 | Mose . |
| 2,842,131 | 7/1958 | Smith . |
| 3,128,768 | 4/1964 | Giestauts . |
| 3,298,372 | 1/1967 | Feinberg . |

| | | |
|---|---|---|
| 3,426,364 | 2/1969 | Lumb . |
| 3,486,505 | 12/1969 | Morrison . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 260 044 | 3/1988 | European Pat. Off. . |
| 0 307 241 | 3/1989 | European Pat. Off. . |
| 0 599 419 A2 | 6/1994 | European Pat. Off. . |
| 0 179 695 | 4/1986 | France . |
| 2 581 336 | 11/1986 | France . |
| 1961531 | 7/1970 | Germany . |
| 3101333 A1 | 12/1981 | Germany . |
| 3132520 A1 | 6/1982 | Germany . |
| 3505567 A1 | 6/1986 | Germany . |
| 106 101 | 7/1939 | Sweden . |

*Primary Examiner*—Michael A. Brown
*Attorney, Agent, or Firm*—Lewis Anten, Esq.; Amedeo Ferraro, Esq.

[57] **ABSTRACT**

An improved method and instrumentation for performing spinal surgery, including discectomy, interbody fusion and rigid internal fixation of the spine, from the lateral aspect of the spine is disclosed. The surgical procedure can be performed through a very small incision. The instrumentation of the present invention, all of which is inserted from a lateral position into the spine in the preferred embodiment, comprises a guide pin, a distractor, an extended outer sleeve, an inner sleeve an adjustable drill and an implant driver. The distractor of the present invention is driven into the disc for spacing apart and realigning the adjacent vertebrae. It further functions as an alignment rod for inserting the extended outer sleeve which is a hollow tubular member capable of maintaining said spacing and alignment of two adjacent vertebrae and defines a protected space through which subsequent instruments which may include, but are not limited to, a drill and a diameter reducing inner sleeve may be passed, as well as a spinal implant. The remainder of the surgical procedure consisting of the removal of spinal material across the disc, fusion, and rigid internal stabilization via the implant may all be performed via the closed space within the extended outer sleeve.

**87 Claims, 14 Drawing Sheets**



**5,772,661**
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,604,487 | 9/1971 | Gilbert . |
| 3,605,123 | 9/1971 | Hahn . |
| 3,709,219 | 1/1973 | Halloran . |
| 3,720,959 | 3/1973 | Hahn . |
| 3,750,652 | 8/1973 | Sherwin . |
| 3,848,601 | 11/1974 | Ma ............................................ 606/61 |
| 3,855,638 | 12/1974 | Pilliar . |
| 3,867,728 | 2/1975 | Stubstad et al. . |
| 3,875,595 | 4/1975 | Froning ..................................... 623/17 |
| 3,892,232 | 7/1975 | Neufeld . |
| 3,905,047 | 9/1975 | Long . |
| 3,915,151 | 10/1975 | Kraus . |
| 3,948,262 | 4/1976 | Zaffaroni . |
| 3,952,334 | 4/1976 | Bokros et al. . |
| 3,987,499 | 10/1976 | Scharbach et al. . |
| 4,016,651 | 4/1977 | Kawahara et al. . |
| 4,051,905 | 10/1977 | Kleine . |
| 4,059,115 | 11/1977 | Jumashev et al. . |
| 4,070,514 | 1/1978 | Entherly et al. . |
| 4,086,701 | 5/1978 | Kawahara et al. . |
| 4,124,026 | 11/1978 | Berner et al. . |
| 4,142,517 | 3/1979 | Stravropoulos et al. . |
| 4,168,326 | 9/1979 | Broemer et al. . |
| 4,175,555 | 11/1979 | Herbert . |
| 4,177,524 | 12/1979 | Grell et al. . |
| 4,181,457 | 1/1980 | Holmes . |
| 4,206,516 | 6/1980 | Pilliar . |
| 4,222,128 | 9/1980 | Tomonaga et al. . |
| 4,237,948 | 12/1980 | Jones et al. . |
| 4,259,072 | 3/1981 | Hirabayashi et al. . |
| 4,262,369 | 4/1981 | Roux . |
| 4,271,832 | 6/1981 | Evans et al. . |
| 4,289,123 | 9/1981 | Dunn . |
| 4,293,962 | 10/1981 | Fuson . |
| 4,309,777 | 1/1982 | Patil . |
| 4,328,593 | 5/1982 | Sutter et al. . |
| 4,333,469 | 6/1982 | Jeffcoat et al. . |
| 4,341,206 | 7/1982 | Perrett et al. . |
| 4,349,921 | 9/1982 | Kuntz . |
| 4,356,572 | 11/1982 | Guillemin et al. . |
| 4,401,112 | 8/1983 | Rezaian . |
| 4,405,319 | 9/1983 | Cosentino . |
| 4,423,721 | 1/1984 | Otte et al. . |
| 4,439,152 | 3/1984 | Small . |
| 4,450,834 | 5/1984 | Fischer . |
| 4,484,570 | 11/1984 | Sutter et al. . |
| 4,492,226 | 1/1985 | Belykh et al. . |
| 4,501,269 | 2/1985 | Bagby . |
| 4,507,115 | 3/1985 | Kambara et al. . |
| 4,530,360 | 7/1985 | Duarte . |
| 4,535,374 | 8/1985 | Jacobson ................................... 606/61 |
| 4,535,485 | 8/1985 | Ashman et al. . |
| 4,542,539 | 9/1985 | Rowe, Jr. et al. . |
| 4,545,374 | 10/1985 | Jacobson . |
| 4,547,390 | 10/1985 | Ashman et al. . |
| 4,552,200 | 11/1985 | Sinha et al. . |
| 4,553,273 | 11/1985 | Wu . |
| 4,554,914 | 11/1985 | Kapp et al. . |
| 4,570,623 | 2/1986 | Ellison et al. . |
| 4,570,624 | 2/1986 | Wu . |
| 4,599,086 | 7/1986 | Doty . |
| 4,600,000 | 7/1986 | Edwards . |
| 4,604,995 | 8/1986 | Stephens . |
| 4,608,052 | 8/1986 | Van Kampen et al. . |
| 4,611,581 | 9/1986 | Steffee . |
| 4,628,921 | 12/1986 | Rousso . |
| 4,634,720 | 1/1987 | Dorman et al. . |
| 4,636,217 | 1/1987 | Ogilvie et al. . |
| 4,636,526 | 1/1987 | Dorman et al. . |
| 4,645,503 | 2/1987 | Lin et al. . |
| 4,653,486 | 3/1987 | Coker . |
| 4,655,777 | 4/1987 | Dunn . |
| 4,661,536 | 4/1987 | Dorman et al. . |
| 4,665,920 | 5/1987 | Campbell . |
| 4,677,883 | 7/1987 | Lee . |
| 4,677,972 | 7/1987 | Tornier . |
| 4,693,721 | 9/1987 | Ducheyne . |
| 4,696,290 | 9/1987 | Steffes . |
| 4,698,375 | 10/1987 | Dorman et al. . |
| 4,710,075 | 12/1987 | Davison . |
| 4,713,004 | 12/1987 | Linkow et al. . |
| 4,714,469 | 12/1987 | Kenna . |
| 4,721,103 | 1/1988 | Freedland . |
| 4,736,738 | 4/1988 | Lipovsek et al. . |
| 4,743,256 | 5/1988 | Brantigan . |
| 4,743,260 | 5/1988 | Burton . |
| 4,759,766 | 7/1988 | Buettner-Janz et al. . |
| 4,759,769 | 7/1988 | Hedman et al. . |
| 4,790,303 | 12/1988 | Steffee . |
| 4,820,305 | 4/1989 | Harms et al. . |
| 4,830,000 | 5/1989 | Shutt . |
| 4,834,757 | 5/1989 | Brantigan . |
| 4,848,327 | 7/1989 | Perdue . |
| 4,851,008 | 7/1989 | Johnson . |
| 4,863,477 | 9/1989 | Monson . |
| 4,865,603 | 9/1989 | Noiles . |
| 4,877,020 | 10/1989 | Vich . |
| 4,878,915 | 11/1989 | Brantigan ................................... 623/17 |
| 4,903,882 | 2/1990 | Long . |
| 4,904,260 | 2/1990 | Ray et al. . |
| 4,904,261 | 2/1990 | Dove et al. . |
| 4,911,718 | 3/1990 | Lee et al. . |
| 4,913,144 | 4/1990 | Del Medico . |
| 4,936,848 | 6/1990 | Babgy . |
| 4,943,291 | 7/1990 | Tanguy . |
| 4,955,885 | 9/1990 | Meyers . |
| 4,955,908 | 9/1990 | Frey et al. . |
| 4,957,495 | 9/1990 | Kluger . |
| 4,960,420 | 10/1990 | Goble et al. . |
| 4,961,740 | 10/1990 | Ray et al. . |
| 4,968,316 | 11/1990 | Hergenroeder . |
| 4,969,888 | 11/1990 | Scholten et al. . |
| 4,987,904 | 1/1991 | Wilson . |
| 5,015,247 | 5/1991 | Michelson . |
| 5,015,255 | 5/1991 | Kuslich . |
| 5,026,373 | 6/1991 | Ray ............................................ 606/61 |
| 5,055,104 | 10/1991 | Ray . |
| 5,059,193 | 10/1991 | Kuslich . |
| 5,071,437 | 12/1991 | Steffee . |
| 5,084,050 | 1/1992 | Draenert . |
| 5,102,414 | 4/1992 | Kirsch . |
| 5,116,304 | 5/1992 | Cadwell . |
| 5,122,130 | 6/1992 | Keller . |
| 5,123,926 | 6/1992 | Pisharodi . |
| 5,192,327 | 3/1993 | Brantigan . |
| 5,258,031 | 11/1993 | Salib et al. . |
| 5,263,953 | 11/1993 | Bagby . |
| 5,306,309 | 4/1994 | Wagner et al. . |
| 5,364,399 | 11/1994 | Lowery et al. . |
| 5,370,662 | 12/1994 | Stone et al. . |
| 5,393,036 | 2/1995 | Sheridan . |
| 5,396,880 | 3/1995 | Kagan ....................................... 604/280 |
| 5,397,364 | 3/1995 | Kozak et al. . |
| 5,425,772 | 6/1995 | Brantigan . |
| 5,435,723 | 7/1995 | O'Brien . |
| 5,489,307 | 2/1996 | Kuslich et al. . |
| 5,489,308 | 2/1996 | Kuslich et al. . |
| 5,571,109 | 11/1996 | Bertagnoli . |

**U.S. Patent**          Jun. 30, 1998          Sheet 1 of 14          **5,772,661**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



**FIG. 5**



**FIG. 6**

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 37 of 149



FIG. 7

FIG. 7A



FIG. 8



FIG. 9



FIG. 10

FIG. 11

FIG. 12



FIG. 13

FIG. 15

FIG. 14

Case 3:08-cv-01512-MMA-AJB   Document 1   Filed 08/18/08   Page 41 of 149



FIG. 16



FIG. 17

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 42 of 149



FIG. 18

FIG. 19





FIG. 22

FIG. 23

FIG. 24



FIG. 25

FIG. 35

FIG. 26

FIG. 27

FIG. 28



FIG. 30A

FIG. 31

FIG. 29

FIG. 32

FIG. 30

Case 3:08-cv-01512-MMA-AJB   Document 1   Filed 08/18/08   Page 47 of 149

FIG. 33



L5

1090

FIG. 34



V1

V2

V3

1095

1096

5,772,661

**1**

# METHODS AND INSTRUMENTATION FOR THE SURGICAL CORRECTION OF HUMAN THORACIC AND LUMBAR SPINAL DISEASE FROM THE ANTERO-LATERAL ASPECT OF THE SPINE

## RELATED APPLICATIONS

This application is a continuation in part of copending U.S. application Ser. No. 08/074,781 filed on Jun. 10, 1993, which is a continuation in part of U.S. application Ser. No. 07/698,674 filed on May 10, 1991 which is a divisional of application Ser. No. 07/205,935 filed on Jun. 13, 1988, now U.S. Pat. No. 5,015,247 all of which are incorporated herein by reference. This application is also a continuation in part of copending U.S. application Ser. No. 08/219,626 filed on Mar. 28, 1994 which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to instrumentation and methods of performing surgical procedures on the human thoracic and lumbar spine along the lateral aspect of the spine and from a true lateral or anterolateral approach, and specifically to the surgical correction of thoracic and lumbar disc disease and spinal deformities where concomitant fusion is desired.

2. Description of the Related Art

As regards the thoracic spine, it may be afflicted with a variety of ailments, some so severe as to require surgical intervention. A disc herniation may compress the spinal cord and/or nerve roots and cause pain, loss of function, and even complete paralysis of the legs with loss of bowel and bladder control. The correct treatment for such conditions is the removal of the offending discal tissue. However, this has proven both difficult and quite dangerous. When the discs of the thoracic spine are approached posteriorly (from behind) the spinal cord is in the way. To approach the same herniation anteriorly (from the front) requires the very formidable procedure of thoracotomy (cutting open the chest) and moving the heart and lungs out of the way.

Quite recently surgeons have begun performing these procedures from a lateral approach to the spine (from the side) using fiber optic viewing instruments called thorascopes and numerous small surgical openings through the chest wall (portals) through which various surgical instruments, such as burrs, rongeurs and curettes, may be placed to remove these disc herniations while avoiding formal thoracotomy. Because the discs are very narrow in the thoracic spine and the surgeon is approaching the spine laterally, there is very little space in which to work as the disc is entered in order to get to the back of the disc space. Therefore, the amount of disc removal may be limited. In the alternative, the surgeon might remove the pedicle to gain access to the spinal canal risking further weakening of the already diseased area.

Sometimes, for a variety of reasons including the removal of disc material, the thoracic spine may become unstable (too much motion) at any given level. Historically, this has been treated by fusion, the joining together permanently of the unstable vertebrae via a bridge of bone so as to eliminate all motion at that location. Fusions about the thoracic spine have been performed either anteriorly or posteriorly, either procedure being a rather large surgical undertaking.

Stability of the spine is required for fusion to occur. For this reason, and for the purpose of correcting spinal

**2**

deformity, it is often necessary to use hardware to rigidly internally fixate (stabilize) the spine. To date, the only benefit the use of the thorascope has provided in this regard is to allow the previous thoracotomy incision to be somewhat smaller.

So to date the following problems remain even utilizing the most recent technology as regards the surgical treatment of thoracic disc disease:

Firstly, the working space within the disc itself to access the herniation which is more posterior is quite limited.

Secondly, multiple or long incisions through the chest are still required.

Thirdly, when fusion is required a major surgical undertaking with its considerable risks is required.

Fourthly, the installation of hardware affixed to the spine still requires a thoracotomy, albeit a smaller one if visualization is assisted via the thorascope.

Fifthly, when, as is often the case, the patient requires all three, that is, discectomy (excision, in part or whole, of an intervertebral disc), fusion, and the application of hardware to the spine, those procedures are performed as serially (one after the other) combined surgical procedures with added surgical times, complications, morbidities, and mortalities.

As regards to the human lumbar spine, the treatment of discal disease with neural compression has generally been from a posterior (from behind) approach. This is sensible as the lumbar discs are generally quite large and it is only those protrusions occurring posteriorly which compress the neural elements which are themselves posterior to the discs. These posterior approaches have included both true posterior approaches and posterolateral approaches to the discs. Further, such approaches have been made via open incisions or through percutaneous stab wounds. In the latter case, instruments are inserted through the stab wounds and monitored by the use of radiographic imaging or the use of an endoscopic viewing device. While it is possible to also decompress a posterior disc herniation in the lumbar spine from an anterior approach (from the front) doing so requires the removal of a very substantial portion or all of the disc material in the front and mid portions of the disc thus leaving that disc incompetent and that spinal segment generally unstable. Therefore, such an anterior approach to the lumbar spine has been reserved for those instances where a fusion is to be performed in conjunction with, and following such a disc removal.

As regards to fusion, the application of bone or bone like substances between bones to induce bony bridging, such procedures have been performed outside the vertebral bodies and/or between the vertebral bodies. The latter being known as an interbody fusion. Such interbody fusions have been performed from posterior, posterolateral and anterior. The adjective applying specifically to the direction from which the bone grafts enter the intervertebral space. Interbody fusion from the posterior approach while still in use has been associated with significant complications generally related to the fact that the delicate dural sac and the spine nerves cover the back of the disc space and are thus clearly in harms way with such an approach. The posterolateral approach has generally been utilized as a compliment to percutaneous discectomy and has consisted of pushing tiny fragments of morsalized bone down through a tube and into the disc space.

Anterior interbody spinal fusion is performed from a straight anterior position as regards the path of entry of the fusion material into the intervertebral space. Such an anterior position is achieved in one of two ways. First, by a

5,772,661

**3**

straight anterior approach which requires that the peritoneal cavity, which contains the intestines and other organs, be punctured twice, once through the front and once through the back on the way to the front of the spine; or secondly, by starting on the front of the abdomen off to one side and dissecting behind the peritoneal cavity on the way to the front of the spine. Regardless of which approach to the front of the spine is used, and apart from the obvious dangers related to the dense anatomy and vital structures in that area, there are at least two major problems specific to the anterior interbody fusion angle of implant insertion itself. First, generally at the $L_4L_5$ disc, the great iliac vessels bifurcate from the inferior vena cava lie in close apposition to, and, covering that disc space making fusion from the front both difficult and dangerous. Secondly, anterior fusions have generally been done by filling the disc space with bone or by drilling across the disc space and then filling those holes with cylindrical implants. As presently practiced, the preferred method of filling the disc space consists of placing a ring of allograft (bone not from the patient) femur into that disc space. An attempt to get good fill of the disc space places the sympathetic nerves along the sides of the disc at great risk. Alternatively, when the dowel technique is used, because of the short path from the front of the vertebrae to the back and because of the height of the disc as compared to the width of the spine, only a portion of the cylindrical implant or implants actually engages the vertebrae, thus, compromising the support provided to the vertebrae and the area of contact provided for the fusion to occur.

There is therefore, in regard to the lumbar spine, a need for a new method and means for achieving interbody fusion which method avoids the problems associated with all prior methods, and which have included, but are not limited to, nerve damage when performed posteriorly, or the need to mobilize the great vessels when performed anteriorly. Further, the size of the implants are limited by the dural sac posteriorly, and the width of the spine and the delicate vital structures therewith associated anteriorly. An improved method and means for interbody fusion should provide for optimal fill of the interspace without endangering the associated structures and allow for the optimal area of contact between the implant or implants and the vertebrae to be fused.

### SUMMARY OF THE INVENTION

The present invention is directed to methods and instrumentation for performing surgery on the spine along its lateral aspect (side) and generally by a lateral or an antero-lateral surgical approach, from a position anterior to the transverse processes of adjacent vertebrae of the spine, such that the instruments enter the body from an approach that is other than posterior and make contact with the spine along its lateral aspect. The present invention provides for the entire surgical procedure to be performed through a relatively small incision and may be performed in either the thoracic or lumbar spine.

In the preferred embodiment, the instrumentation of the present invention comprises a guide pin, a distractor, an extended outer sleeve, an inner sleeve and drill adjustable for depth and with a depth limiting means. The distractor of the present invention is used for initially distracting (spacing apart) and realigning adjacent vertebrae of the spine and also functions as an alignment rod for inserting the extended outer sleeve. The distractor is placed at the affected disc space between adjacent vertebrae through a small incision in the body. For example, for surgery in the thoracic spine, a small incision in the chest cavity of the patient is made from

**4**

a lateral approach to the thoracic spine. For surgery in the lumbar spine a small incision may be made in the abdominal wall of the patient. The insertion of the distractor may be guided by a guide pin previously inserted in the disc space and visually monitored for proper orientation and placement by the surgeon either indirectly through an image intensifier, or directly through a thorascope or by direct vision.

The extended outer sleeve in the preferred embodiment is a hollow tubular member having an extension member that is inserted in the disc space and is capable of distracting and aligning the two adjacent vertebrae from the lateral aspect of the spine. In the preferred embodiment, the extended outer sleeve has a pair of prongs for fixedly engaging the two adjacent vertebrae and further stabilizing the adjacent vertebrae. With the distractor in place in the affected disc space, the extended outer sleeve is placed over the distractor, and the distractor guides and aligns the insertion of the extended outer sleeve. As the extended outer sleeve is seated, the extension member becomes inserted in the disc space and the prongs engage the outside wall of the adjacent vertebrae. The distractor is then removed and the extended outer sleeve maintains the proper distraction and alignment of the adjacent vertebrae. The remainder of the surgical procedure consisting of disc removal, fusion, and rigid internal stabilization may all be performed via the closed space within the extended outer sleeve. Alternatively, a convertible extended outer sleeve comprising a hollow tubular member that can be dissociated from its insertion end which remains engaged to the vertebrae to maintain distraction and alignment, may be used where it is desired to have direct visualization and access to the surgical site for at least a portion of the surgical procedure.

The drilling out and the subsequent removal of a rather significant mass of the disc itself may be curative in relieving a posterior disc herniation as the mass of tissue pushing from within the disc outward and posteriorly is thus removed. Further, the distractor in driving the vertebrae apart exerts significant tension on the walls of the disc which are pulled straight also tending to correct any disc herniation. Finally, since the hole drilled across the disc space is quite close to the posterior borders of the vertebrae, it makes the removal of any persisting posterior disc herniation quite simple. With the drill removed and the extended outer sleeve cleaned out by irrigation and suction, one can then place the endoscope directly down the outer sleeve and into the large space created by the removal of the disc, and in the preferred method, the adjacent vertebral bone, and then remove any remaining fragments of disc using conventional hand held instruments such as rongeurs and curettes under endoscopic visualization.

When it is desirable to remove posterior disc material, then a specialized modification of the extended outer sleeve having at its distal end a spine engaging portion comprising one anterior extension and posteriorly two prongs one each above and below the disc space may be used. Further, such an extended outer sleeve may be configured such that the great length of the hollow tubular portion of the extended outer sleeve is detachable, as by unscrewing, from the distal working end such that when uncoupled the distal end may remain in place maintaining distraction even after the hole is drilled and thus allowing the surgeon to work through that remaining portion of the extended outer sleeve and the space provided by the drilling to remove the posterior disc material under direct vision. For those instances where the surgeon has elected to access the spine through a more standard incision and is viewing the spine directly, the surgeon is then able to continue to operate through the distal spine engaging

5,772,661

**5**

portion of the extended outer sleeve and still maintain the distraction and alignment of the vertebrae.

A spinal implant may then be inserted through the extended outer sleeve and into the hole in the adjacent vertebrae. The extended outer sleeve is removed once the spinal implant has been inserted. If the spinal implant being inserted has surface projections such as a thread, then an inner sleeve is inserted in the extended outer sleeve prior to drilling to accommodate the height of the projections or as in the case of a thread, the difference between the major and minor diameters of the implant.

To further stabilize the spinal implant, a staple alignment rod may be mechanically coupled to the spinal implant prior to the removal of the extended outer sleeve. The extended outer sleeve is then removed and a staple having spine engaging prongs is inserted via the alignment rod and is coupled to the spinal implant. The alignment rod is removed and replaced with a locking screw to secure the staple to the spinal implant.

While the preferred method utilizing a cylindrical implant and involving the removal of some bone from each of the adjacent vertebrae in preparation for fusion has been described, it is understood that the distractor and sleeve could as well be rectangular and the drill supplemented with or replaced by a box chisel, or other chisel so as to produce a rectangular fusion site or similarly any of a variety of shapes. Further, it is understood that the outer sleeve could be dimensioned so as to confine the removal of the disc material, regardless of the means, to the area between the adjacent vertebrae rather than providing for the removal of the bone as well.

## OBJECTS OF THE PRESENT INVENTION

It is an object of the present invention to provide instrumentation for performing surgery on the thoracic spine through the chest cavity from a lateral approach to the spine.

It is another object of the present invention to provide a method of performing surgery on the thoracic spine through the chest cavity from a lateral approach to the spine that is safer, more effective and faster than previously possible.

It is a further object of the present invention to provide instrumentation and method of inserting a spinal implant in a hole drilled across the disc space and into two adjacent vertebrae of the thoracic spine through the chest cavity from a lateral approach to the spine.

It is another object of the present invention to provide for a method and instrumentation for performing a thoracic discectomy, an interbody fusion, and rigid internal fixation of the spine through the chest cavity from a lateral approach and all as a single integrated procedure.

It is yet another object of the present invention to provide for a method and instrumentation for performing a lumbar fusion from the lateral aspect of the spine.

It is further another object of the present invention to provide for a method and instrumentation for performing a lumbar fusion and spinal canal decompression from the lateral aspect of the spine.

It is further still another object of the present invention to provide for a method and instrumentation for performing a lumbar fusion, decompressive discectomy, and a rigid internal fixation of the spine and all as a single integrated surgical procedure.

It is further yet another object of the present invention to provide for a method and instrumentation to achieve discectomy, fusion and interbody stabilization of the lumbar

**6**

without the need to mobilize the great vessels from the front of the vertebral bodies.

These and other objects of the present invention will become apparent from a review of the accompanying drawings and the detailed description of the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a rear perspective view of a segment of the thoracic spine with the guide pin of the present invention about to be inserted from a lateral approach to the thoracic spine into the disc space between two adjacent vertebrae.

FIG. 2 is a rear perspective view of a segment of the thoracic spine with the guide pin inserted in the disc space between two adjacent vertebrae and the distractor of the present invention about to be placed over the guide pin.

FIG. 3 is an enlarged front elevational view of a segment of the thoracic spine along line 3 of FIG. 2 having a portion of the top vertebrae removed and a portion of the disc removed with the guide pin, shown partially in hidden line, inserted from a lateral approach to the thoracic spine into the disc space.

FIG. 4 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the guide pin and distractor, shown partially in hidden line, inserted from a lateral approach to the thoracic spine in the disc space.

FIG. 5 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the distractor, shown partially in hidden line, inserted from a lateral approach to the thoracic spine and seated in the disc space and the guide pin removed.

FIG. 6 is a rear perspective view of a segment of the thoracic spine having a distractor inserted from a lateral approach to the thoracic spine and seated in the disc space and the extended outer sleeve of the present invention coupled to a driver cap and about to be placed over the distractor.

FIG. 7 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the distractor and the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space.

FIG. 7A is side perspective view of the extended outer sleeve of the present invention.

FIG. 8 is a rear perspective view of a portion of the thoracic spine with the extended outer sleeve fully seated over the distractor inserted from a lateral approach to the thoracic spine and seated in the disc space and with the driver cap removed.

FIG. 9 is a front elevational view of a segment of the thoracic spine of FIG. 3 with the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the adjacent vertebrae showing the distractor being removed by a distractor puller.

FIG. 10 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae.

FIG. 11 is a front elevational view of a segment of the thoracic spine of FIG. 3 with the inner sleeve of the present invention being inserted into the extended outer sleeve.

FIG. 12 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the inner sleeve, shown in partial hidden line, inserted into the extended outer sleeve that is inserted from a lateral approach to the thoracic spine in the disc space and engages two adjacent vertebrae.

5,772,661

7

FIG. 13 is a side elevational view of a segment of the thoracic spine of FIG. 3 showing the extended outer sleeve inserted from a lateral approach to the thoracic spine in the disc space and engaging the two adjacent vertebrae with the inner sleeve and drill shown in an exploded view and partially in hidden line.

FIG. 14 is a cross sectional view along lines 14—14 of FIG. 13 of the drill, inner sleeve and extended outer sleeve.

FIG. 15 is a cross sectional view along lines 15—15 of FIG. 13 of the collar for limiting the drilling depth of the drill.

FIG. 16 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 showing the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae, the inner sleeve inserted in the extended outer sleeve, and the drill passing through the inner sleeve to create a hole across the disc space and into the adjacent vertebrae.

FIG. 17 is an enlarged front elevational view of the segment of the thoracic spine of FIG. 3 with the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae illustrating a hole drilled across the disc space and into the adjacent vertebrae.

FIG. 18 is a front elevational view of the segment of the thoracic spine of FIG. 3 showing the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae, an implant driver, and a spinal implant about to be inserted through the extended outer sleeve and into the hole drilled across the disc space and into the adjacent vertebrae.

FIG. 19 is a front elevational view of the segment of the thoracic spine of FIG. 3 showing the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae and a spinal implant implanted in the hole drilled across the disc space and into two adjacent vertebrae.

FIG. 20 is a front elevational view of the segment of the thoracic spine of FIG. 3 showing the extended outer sleeve inserted from a lateral approach to the thoracic spine and seated in the disc space and engaging the two adjacent vertebrae and an extractor cap for removing the extended outer sleeve about to be coupled to the extended outer sleeve.

FIG. 21 is an enlarged partial sectional view of the extractor cap engaging the extended outer sleeve.

FIG. 22 is a front elevational view of the segment of the thoracic spine of FIG. 20 with the distractor puller coupled to the extractor cap shown removing the outer sleeve from the disc space and the adjacent vertebrae in the direction of the arrow.

FIG. 23 is an enlarged front elevational view of a segment of the thoracic spine having a portion of the top vertebrae removed and a portion of the disc space removed and a spinal implant implanted from a lateral approach to the thoracic spine in the hole drilled across the disc space and into the two adjacent vertebrae.

FIG. 24 is a front elevational view of a segment of the thoracic spine having a spinal implant implanted from a lateral approach to the thoracic spine into a hole drilled across the disc space and into the adjacent vertebrae with a spinal fixation device coupled to the spinal fusion implant and engaging the adjacent vertebrae to lock the spinal implant in place.

8

FIG. 25 is a side perspective view of an alternative embodiment of the extended outer sleeve of the present invention having a pair of extension members and a pair of prongs.

FIG. 26 is a top plan view of the extended outer sleeve of FIG. 25 shown in partial cutaway with an inner sleeve and a drill inserted within its interior and placed adjacent to a vertebra of the spine with the major vessels and the dural sac and spinal nerves proximate to the vertebra shown in cross section.

FIG. 27 is an anterior elevational view of a vertebra of the spine with the extended outer sleeve of FIG. 25 shown inserted from the lateral approach and seated in the disc space and engaging the vertebra.

FIG. 28 is a posterior elevational view of a vertebra of the spine with the extended outer sleeve of FIG. 25 shown inserted from the lateral approach of the spine and seated in the disc space and engaging the vertebra.

FIG. 29 is a side elevational view of a segment of the lumbar spine with a first spinal implant inserted from the lateral aspect into a hole drilled across a first disc space and into two adjacent vertebrae, and a second spinal implant inserted from the lateral aspect into a second hole drilled across a second disc space and into two adjacent vertebrae.

FIG. 30 is top sectional view along lines 30—30 of FIG. 29 showing the area of contact of the first spinal implant and the vertebra.

FIG. 30A is a top sectional view similar to FIG. 30 showing the area of contact of a spinal implant inserted from slightly anterior (anterolateral) along the lateral aspect of the spine and oriented at least partially from side to side with respect to the vertebra.

FIG. 31 is an anterior elevational view of a segment of the lumbar spine with spinal cylindrical implants inserted from the anterior of the spine into holes drilled across the same disc space and into two adjacent vertebrae.

FIG. 32 is a top sectional view along lines 31—31 of FIG. 31 showing the area of contact of the two spinal implants and the vertebra which is the same size as the vertebra of FIG. 30.

FIG. 33 is a top sectional view of a single implant having a diameter equal to the diameter of the implant of FIG. 30 showing the area of contact with the vertebra which is the same size as the vertebra of FIG. 30.

FIG. 34 is a side elevational view of a segment of the spinal column with two spinal implants inserted from front to back at adjacent disc levels between three vertebrae.

FIG. 35 is a perspective side view of an alternative embodiment of the extended outer sleeve of the present invention having a removable distal end with a single extension member and a pair of prongs.

DETAILED DESCRIPTION OF THE DRAWINGS

Referring to FIG. 1, a rear perspective view of a segment of the thoracic spine S is shown with a guide pin 30 about to be inserted from a lateral approach anterior to the transverse processes of the adjacent vertebrae, (through the lateral chest wall) to the thoracic spine S into the disc space D between two adjacent vertebrae, for example vertebrae T$_7$ and T$_8$. The guide pin 30 may first be used as radiological marker to confirm the correct disk level and instrument position, and then functions to guide and guide the insertion of the instrumentation described below into the disc space D. The guide pin 30 is inserted through a small incision on the side of a patient's chest cavity perpendicular to the lateral

5,772,661

9

aspect of the vertebrae $T_7$ and $T_8$ of the thoracic spine S. The
guide pin 30 is made of a material appropriate for surgical
use and comprises a shaft portion 40, a tip 50 which may be
pointed to facilitate insertion into the disc space D, and a
distal end 60. In the preferred embodiment, the guide pin has
a diameter in the range of 1.5 mm to 5.0 mm, with 2.5 mm
being the preferred diameter, and a length in the range of 200
mm to 800 mm, with 350 mm being the preferred length.

Referring to FIGS. 2 and 3, the guide pin 30 is shown
inserted from a lateral approach to the thoracic spine S and
into the disc space D between adjacent vertebrae $T_7$ and $T_8$,
with a substantial part of the shaft portion 40 of the guide pin
30 remaining external to the disc space D and functions as
a guide post. The tip 50 of the guide pin 30 may penetrate
the disc space D for a substantial part of the transverse width
W of the vertebrae $T_7$ and $T_8$ such that at least a part of the
shaft portion 40 is within the disc space D. The guide pin 30
is firmly embedded in the discal material present within the
disc space D, but does not protrude through the opposite side
of the disc space D to prevent any unwanted damage to that
area. The guide pin 30 is placed in the disc space D so that
it is parallel to the end plates of the vertebrae $T_7$ and $T_8$, and
centered within the disc space D to bisect the disc space D
along the transverse width W of the vertebrae $T_7$ and $T_8$. In
this manner, a substantial portion of the vertebrae $T_7$ and $T_8$
is present near the circumference of the guide pin 30 such
that instruments having a diameter greater than the guide pin
30 may be inserted into the vertebrae $T_7$ and $T_8$ coaxial to
the guide pin 30 without protruding from the vertebrae $T_7$
and $T_8$. Such instruments are guided and aligned during
insertion by the guide pin 30 so that they are correctly
oriented with respect to the vertebrae $T_8$ and $T_8$. The surgeon
may monitor the correct orientation of the guide pin 30
within the disc space D indirectly with an image intensifier,
or directly with a thoracscope if one is being used.

Once inserted in the disc space D, the guide pin 30
functions as a guide post for a distractor 100 which is placed
over the guide pin 30 and inserted in the disc space D to
distract the disc space D and align the adjacent vertebrae $T_7$
and $T_8$ by urging them apart. Circumstances permitting, the
surgeon may elect to bypass the use of the guide pin 30 and
insert the distractor 100 directly. The distractor 100 has a
cylindrical barrel 106 that terminates at one end in a reduced
diameter disc penetrating portion 102 that is essentially
cylindrical, with a further reduced diameter, bullet-shaped
front end 103 to facilitate insertion into the disc space D. The
distractor 100 has a shoulder portion 104 where the pen-
etrating portion 102 extends from barrel 106 and has a
hollow longitudinal passageway 107 extending the entire
length of the distractor 100 for receiving the guide pin 30.
The passageway 107 of the distractor 100 is open at both
ends of the distractor 100 and has a diameter that is slightly
greater than the diameter of the shaft portion 40 of guide pin
30. The shaft portion 40 of the guide pin 30 may pass
through the passageway 107 as the distractor 100 is placed
coaxially over the guide pin 30. In this manner, the distractor
100 can be guided and aligned by the guide pin 30 so that
it is inserted into the disc space D coaxial to the guide pin
30 and is properly aligned with respect to the vertebrae $T_7$
and $T_8$. Once the distractor 100 is properly placed within the
disc space D, the guide pin 30 may be removed from the disc
space D through the passageway 107 of the distractor 100.

The appropriate placement of distractor 100 in the disc
space D may be determined visually by the surgeon by the
use of a thoracscope and or by the use of radiographic,
fluoroscopic, or similar procedures, such as utilizing an
image intensifier, all of which allow the surgeon to deter-

10

mine the correct orientation and placement of the guide pin
30 and distractor 100 within the disc space D. The correct
orientation and placement of the distractor 100 is important
to the success of the method of the present invention, as the
purpose of the distractor 100 is to space part and align the
vertebrae $T_7$ and $T_8$ and to guide the insertion into the disc
space D of the extended outer sleeve 140 described in detail
below. As the diameter of the distractor 100 is almost the
same as the inner diameter of the extended outer sleeve 140
and is the same as the spinal implant I, also described in
detail below, the surgeon can use x-rays to determine
whether the distractor 100 is properly oriented with respect
to the adjacent vertebrae $T_7$ and $T_8$, such that any subsequent
drilling through the extended outer sleeve 140 and insertion
of spinal implant I will be correctly oriented with respect to
the vertebrae $T_7$ and $T_8$. Such a precaution will permit the
surgeon to correct any misplacement of the distractor 100
before any irreversible drilling or implant insertion has
occurred.

The penetrating portion 102 of the distractor 100 may be
of various diameters and lengths, the preferred length being
less than the known transverse width W (side to side) of the
vertebrae $T_7$ and $T_8$. This combined with the circumferential
shoulder portion 104 of the distractor 100, which is too large
to fit within the disc space D, protects against the danger of
overpenetration. The barrel 106 of the distractor 100 may
have at its distal end a recessed portion 108 below the crown
110 which allows for the distractor 100 to be engaged by an
extractor unit shown in FIG. 9.

In the preferred embodiment of the distractor 100, the
barrel 106 has a diameter in the range of 10 mm to 30 mm,
with 20 mm being the preferred diameter, and the penetrat-
ing portion 102 has a diameter in the range of 3 mm to 10
mm, with 6 mm being the preferred diameter.

Referring to FIGS. 4 and 5, once the distractor 100 is
inserted into the disc space D, the penetrating portion 102 of
the distractor 100 distracts the vertebrae $T_7$ and $T_8$ apart,
such that the vertebrae $T_7$ and $T_8$ to either side of the
penetrating portion 102 are forced into full congruence and
thus become parallel, not only to the penetrating portion
102, but to each other. Because of the forced opposition of
the vertebrae $T_7$ and $T_8$ to the penetrating portion 102 the
distractor 100 will then come to lie absolutely perpendicular
to the plane P of the lateral aspect of the thoracic spine S and
absolutely parallel to the vertebral endplates, allowing opti-
mal alignment for the procedure to be performed.

Referring to FIGS. 6, 7 and 7A, the distractor 100 now
serves as both a centering post and an alignment rod for the
extended outer sleeve 140 which is fitted over the distractor
100 and inserted into the disc space D. As shown in FIG. 7A,
the extended outer sleeve 140 is a hollow tubular member
made of material appropriate for surgical use and preferably
metal, and has an inner diameter sufficiently sized to receive
the distractor 100. The inner diameter of the extended outer
sleeve 140 closely matches the outer diameter of the dis-
tractor 100, so that a close fit is achieved and the extended
outer sleeve 140 is precisely guided by the distractor 100.
The extended outer sleeve 140 has at its distal end 146 an
extension member 148 and two prongs 149 and 150 suffi-
ciently spaced apart to penetrate and hold fixed the two
adjacent vertebrae $T_7$ and $T_8$. The extension member 148 is
essentially a continuation of the extended outer sleeve 140
and the prongs 149 and 150 are offset from the extended
outer sleeve 140 or can also be a continuation of the
extended outer sleeve 140 like extension member 148. The
prongs 149 and 150 may have sharp insertion edges 152 and
154 to facilitate insertion into the vertebrae $T_7$ and $T_8$.

5,772,661

11

Where the surgery is for a disc herniation, the extension member 148 of the extended outer sleeve 140 located anteriorly is used without a second extension member posteriorly, as the use of the two prongs 149 and 150 in conjunction with the anterior extension member 148 makes it possible to operate through the extended outer sleeve 140 posteriorly, without obstruction and with good visibility when an endoscope is used such that any remaining disc herniation may be removed. The extension member 148 of the extended outer sleeve 140 provides a protective barrier to the structures lying beyond it.

However, if the surgery is not for a disc herniation, but for example, for stabilization of the spine, then the extended outer sleeve may have both an anterior extension member 148 and a corresponding posterior extension member with or without prongs, such as the extended outer sleeve 1100 shown in FIG. 35 and described in greater detail below.

In the preferred embodiment, the extension member 148 of the extended outer sleeve 140 functions to maintain the distraction and alignment of the vertebrae $T_7$ and $T_8$, as the extension member 148 is being inserted from the lateral aspect of the thoracic spine S. Without the extension member 148, in order to maintain the proper distraction of the adjacent vertebrae $T_7$ and $T_8$, it would be necessary to place a surgical instrument, such as a second distractor (not shown) on the opposite side of the vertebrae $T_7$ and $T_8$. This would require a second incision in the opposite side of the patient's chest cavity for insertion of the required surgical instruments. Further, as it is desired to insert an implant of the maximum possible length across the transverse width W of the vertebrae $T_7$ and $T_8$, the presence of any instrumentation at the opposite end of the vertebrae $T_7$ and $T_8$, would interfere with the insertion of such an implant. For example, the second distractor on the opposite side of the vertebrae $T_7$ and $T_8$ would be in the way of a drill used to create a hole across the transverse width W of the vertebrae $T_7$ and $T_8$, since the drilled opening would overlap the second distractor. Therefore, the extension member 148 solves the problem of maintaining an even distraction of the two adjacent vertebrae $T_7$ and $T_8$ across their transverse width W from only one side of the thoracic spine S, allowing for the unimpeded insertion of instruments and/or implants. While in the preferred embodiment, the extended outer sleeve 148, it is also possible to have an extended outer sleeve without any extension members and instead, having prongs of sufficient length that engage the bone of the adjacent vertebrae to maintain the distraction and alignment of the adjacent vertebrae created by the distractor 100. However, the use of such an extended outer sleeve capable of holding, but not of obtaining, the desired intervertebral distraction and alignment would require the use of a distractor prior to its insertion as earlier described herein.

In the preferred embodiment of the extended outer sleeve 140, a single extension member 148 is present and oriented anteriorly to protect the major vessels located to the anterior aspect of the thoracic spine S. The extended outer sleeve 140 has no extension member near the posterior aspect the spine as it is often necessary to access the spinal canal in order to remove any diseased discal material. In the special circumstances where only vertebral fusion is desired, the extended outer sleeve 140 may have a second extension member (not shown) identical to the extension member 148 positioned diametrically opposite the extension member 148 in order to protect the spinal canal, and in such instance may or may not have the bone penetrating prongs 149 and 150.

The extension member 148 of the extended outer sleeve 140 has a height that is generally approximately equal to the

12

diameter of the penetrating portion 102 of the distractor 100, such that the extension member 148 is capable of maintaining the spacing created by the insertion of the distractor 100 between the adjacent vertebrae $T_7$ and $T_8$ which is generally the restoration to normal of the disc space D. The extension member 148 is tapered at its leading edge 151 to facilitate insertion into the disc space D and is positioned approximately 120 degrees from each of the two prongs 149 and 150. The extension member 148 of the extended outer sleeve 140 works in conjunction with the prongs 149 and 150 which engage the vertebrae $T_7$ and $T_8$, respectively, to maintain the distraction and alignment of the vertebrae $T_7$ and $T_8$. Further, the prongs 149 and 150 not only hold the vertebrae $T_7$ and $T_8$ apart, but during drilling also help to hold them together so as to resist them moving apart.

In the preferred embodiment, the extension member 148 of the extended outer sleeve 140 has a length that is less than the transverse width W of the vertebrae $T_7$ and $T_8$. The extension member 148 needs to be relatively long because it must maintain distraction of the adjacent vertebrae $T_7$ and $T_8$ placed across the transverse width W of the vertebrae $T_7$ and $T_8$. Therefore, if the extension member 148 is shorter than one half the transverse width W of the vertebrae $T_7$ and $T_8$, it may not be capable of distracting and aligning the vertebrae $T_7$ and $T_8$, and a second distractor would be required as described above, to achieve the correct distraction and alignment of the vertebrae $T_7$ and $T_8$.

In the preferred embodiment, the extended outer sleeve 140 has an outer diameter in the range of 12 mm to 34 mm, with 24 mm being the preferred outer diameter, and an inner diameter in the range of 10 mm to 28 mm, with 20 mm being the preferred inner diameter of the extended sleeve 140.

In the preferred embodiment, the extension member 148 of the extended outer sleeve 140 has a length in the range of 14 mm to 30 mm, with 24 mm being the preferred length, and a height in the range of 3 mm to 10 mm, with 6 mm being the preferred height. In the preferred embodiment, the prongs 149 and 150 of the extension member 140 have a length in the range of 6 mm to 20 mm, with 14 mm being the preferred length and a diameter in the range of 2 mm to 3 mm, with 2 mm being the preferred diameter of the prongs 149 and 150.

Referring specifically to FIG. 6, coupled to the proximal end 157 of the extended outer sleeve 140 is a driver cap 160 in the form of an impaction cap which has at its far end a flat, closed-back surface 162 and at its other end a broad, circular opening. The driver cap 160 is used for driving the extended outer sleeve 140 toward the vertebrae $T_7$ and $T_8$ and fits over both the extended outer sleeve 140 and the distractor 100. An impaction force, such as a mallet blow, is applied to surface 162 of the driver cap 160 to advance the extended outer sleeve 140. That force is transmitted to the extended outer sleeve 140 via its proximal end 157, seating the prongs 149 and 150 of the extended outer sleeve 140 into the vertebrae $T_7$ and $T_8$ and inserting the extension member 148 into the disc space D. As the extended outer sleeve 140 is advanced forward, the crown 110 of the distractor 100 is allowed to protrude within the driver cap 160 unobstructed until it contacts the interior of the driver cap 160, such that further taps of the mallet will not further advance the extended outer sleeve 140. Any further motion is resisted by the flat shoulder portion 104 of the distractor 100 abutting the hard lateral outer surfaces of the adjacent vertebrae $T_7$ and $T_8$. The flat, planar area 156 of the distal end 146 of extended outer sleeve 140 serves to resist the further insertion of the extension member 148 into the disc space D and to resist further insertion of the prongs 149 and 150 into the

5,772,661

13

vertebrae $T_7$ and $T_8$. In this way, the extended outer sleeve 140 is safely and assuredly inserted to its optimal depth, and no further, and rigidly secures the two adjacent vertebrae $T_7$ and $T_8$ as shown in FIG. 7.

Referring to FIGS. 8 and 9, the driver cap 160 is then removed and the crown 110 and the recessed portion 108 of the distractor 100 protrude from the proximal end 157 of the extended outer sleeve 140. The distractor 100 may now be removed from within the extended outer sleeve 140 since the extended outer sleeve 140 functions to maintain the distraction and alignment of the vertebrae $T_7$ and $T_8$. The extended outer sleeve 140 is held secure by the extension member 148 inserted within the disc space D and by the prongs 149 and 150 engaging the vertebrae $T_7$ and $T_8$.

A distractor puller 200 is utilized to remove the distractor 100 in the direction of arrow Y from the disc space D leaving the extended outer sleeve 140 in place. The distractor puller 200 has front portion 202, a mid portion 204, and a back handle portion 206. The front portion 202 of the distractor puller 200, is connected to one end of shaft 210 which at its far end is connected to the back handle portion 206. The distractor puller 200 is described in detail in copending application Ser. No. 08/074,781, entitled APPARATUS AND METHOD FOR INSERTING SPINAL IMPLANT, and is incorporated herein by reference. The socket-like front portion 202 of the distractor puller 200 engages the circumferential recessed portion 108 of the distractor 100.

A cylindrical and freely movable weight 216 is fitted around shaft 210 between the front portion 202 and the rear handle portion 206 of the distractor puller 200 so as to form a slap hammer . The weight 216 of the distractor puller 200 is gently and repeatedly slid along the shaft 210 and driven rearwardly against flat surface 228 of the rear handle portion 206 to transmit a rearward vector force to front portion 202 and to the distractor 100 to which it is engaged. In this manner, the distractor 100 is removed from within the disc space D and out of the extended outer sleeve 140 without disturbing it.

Referring to FIG. 10, once the distractor 100 has been completely removed from within the extended outer sleeve 140 and from within the disc space D, the extension member 148 remains within the disc space D and the prongs 149 and 150 rigidly maintain the appropriate distraction and the relative position of the adjacent vertebrae $T_7$ and $T_8$. The remainder of the procedure occurs entirely through the extended outer sleeve 140 and the space therein is sealed off from any of the organs of the chest.

Referring to FIGS. 11 and 12, since the extended outer sleeve 140 is of a fixed length and rigid, the flat rearward surface 172 of the distal end 146 may be used as a stop to the advancement of any instruments placed through the extended outer sleeve 140, thus protecting against accidental overpenetration. Further, the extended outer sleeve 140 assures that the further procedure to be performed will occur coaxial to the disc space D and further, be symmetrical in regard to each of the adjacent vertebrae $T_7$ and $T_8$.

Where it is desirable to drill a hole smaller in diameter than the spinal implant to be inserted, such as in the case where the spinal implant is threaded, an inner sleeve 242 which functions as a drill guide and spacer having a thickness which corresponds to the difference between the major and minor diameters of the spinal implant, is inserted in the proximal end 158 of the extended outer sleeve 140. The inner sleeve 242 is a hollow tubular member comprising a barrel portion 243 and a cuff portion 244 having a greater

14

outer diameter than the barrel portion 243. The cuff portion 244 of the inner sleeve 242 seats against the flat rearward surface 172 of the extended outer sleeve 140 to prevent further insertion of the inner sleeve 242. The distal end 246 of the inner sleeve 242 extends towards but does not impact the lateral aspect of the adjacent vertebrae $T_7$ and $T_8$ in the interior of the extended outer sleeve 140 when fully seated. The barrel portion 243 of the inner sleeve 242 has an outer diameter that fits within the inner diameter of the extended outer sleeve 140. In the preferred embodiment, the barrel portion 243 of the inner sleeve 242 has an outside diameter in the range of 10 mm to 28 mm, with 20 mm being the preferred outer diameter, and a wall thickness in the range of 0.5 mm to 3 mm, with approximately 0.75 to 1.5 mm being the preferred thickness.

Referring to FIGS. 13–15, once the inner sleeve 242 is seated within the extended outer sleeve 140, a drill 250 connected to a handle 260 or to a drill motor (not shown), is introduced through the aperture in the proximal end 248 of the inner sleeve 242 and utilized to create a hole across the disc space D and into the adjacent vertebrae $T_7$ and $T_8$. The drill 250 reams out arcs of bone which it engages from the adjacent vertebrae $T_7$ and $T_8$, as well as any discal material within its path down to its predetermined and limited depth. It is appreciated that if an inner sleeve 242 is not used, the drill 250 may be placed directly into the extended outer sleeve 140 to create a hole across the disc space D and into the adjacent vertebrae $T_7$ and $T_8$.

The drill shaft of drill 250 comprises an upper portion 252, a central recessed portion 254 of a smaller diameter and a lower cutting portion 256. The drill 250 has a narrow engagement portion 258, which allows it to be affixed to a driving mechanism which may be either a manual unit such as, handle 260, or a power unit such as an electric drill motor. The upper portion 252 has a plurality of grooves 261 for engaging a circumferential collar 262 of an increased diameter which serves to limit the depth of penetration of the drill 250 and may be fixed, or lockably adjustable.

Referring to FIG. 15, a cross sectional view of the circumferential collar 262 is shown engaging the upper portion 252 of the shaft of drill 250. The collar 262 comprises diametrically opposite first and second flanges 264 and 266. The first and second flanges 264 and 266 are pivotably attached to the collar 262 by first and second pins 268 and 270 and spring biased by first and second spring 272 and 274. The first and second flanges 264 and 266 of the collar 262 are contoured to correspond to the curvature of the upper portion 252 of the drill 250. The first and second flanges 264 and 266 engage one of the grooves 261 when in the full biased position as shown in FIG. 15. To disengage the grooves 261, the first and second 264 and 266 are compressed together by the surgeon such that the first and second springs 272 and 274 are compressed and the first and second flanges 264 and 266 pivot away from the upper portion 252 of the shaft, such that the collar 262 can slide along the upper portion 252 of the drill 250. The first and second flanges 264 and 266 of the collar 262 are oriented opposite each other and need to be compressed together in order to disengage the grooves 261. The compression of one of the flanges 264 and 266 alone will not disengage the collar 262 from the grooves 261. In this manner, collar 262 can not become accidentally disengaged during the rotation of the drill 250.

While it is believed that this mechanism is entirely novel, it is appreciated that various mechanisms to lockably adjust drills are well-known to those skilled in the art. Such mechanisms include, but are not limited to, the use of

5,772,661

**15**

collets, threaded shafts with lock nuts, and flanges engaging grooves forced therein by either a cap pulled over the flanges or screwed down upon them.

Referring to FIGS. 13 and 14, in the preferred embodiment, the forward cutting edge 280 of drill 250 is a four cutting edge end mill modification of a large fluted drill design. The cutting portion 256 of the drill 250 resembles an end cutting mill which may contain any workable number of cutting surfaces, but preferably four or more, that are relatively shallow such that the advancement of the drill 250 occurs more slowly. The cutting portion 256 of the drill 250 may be of a different diameter depending on the type of spinal implant that is being inserted. If the spinal implant being inserted is threaded, the outside diameter of the cutting portion 256 of the drill 250 would generally correspond to the minor diameter of the threaded implant. The inner sleeve 242 has an inner diameter slightly greater than the minor diameter of a threaded implant and its outer diameter is slightly smaller than the inside diameter of the extended outer sleeve 140 which has the same outer diameter as the major diameter (with threads) of the threaded implant. If the implant is not threaded, the outside diameter of the drill 250 corresponds to the inside diameter of the extended outer sleeve 140 such that a hole the maximum diameter of the extended outer sleeve may be drilled.

The inner sleeve 242 serves many functions. First, it provides an intimate drill guide for drill 250 in the event a smaller diameter hole is to be drilled than that of the inside diameter of the extended outer sleeve 140. Second, since the inner sleeve 242 guides the drill 250, it allows for the extended outer sleeve 140 to have an internal diameter large enough to admit a threaded implant, which is larger in diameter than the outer diameter of the drill 240.

If a larger extended outer sleeve 140 were utilized absent the inner sleeve 242, then the drill 250 would be free to wander within the confines of that greater space and would not reliably make parallel cuts removing equal portions of bone from the adjacent vertebrae T₇ and T₈. Further, the bone removal not only needs to be equal, but must be correctly oriented in three dimensions. That is, the path of the drill 250 must be equally centered within the disc space, parallel the endplates, and perpendicular to the long axis of the spine dissecting the disc space D.

A further purpose of the inner sleeve 242 is that it may be removed simultaneously with the drill 250, thereby trapping the debris, both cartilaginous and bony, generated during the drilling procedure. The debris is guided rearward by the large flutes 251 of the lower cutting portion 256 and is collected around the central recessed portion 254 and then contained and between the recessed portion 254 and the inner wall of the inner sleeve 242. Thus, by removing the drill 250 in conjunction with the inner sleeve 242, much of the debris generated by the drilling procedure is safely removed from the drilling site.

Referring to FIG. 17, once the drill 250 and the inner sleeve 242 are removed from the extended outer sleeve 140 a cylindrical hole 290 remains across the disc space D and into the two adjacent vertebrae T₇ and T₈. The cylindrical hole 290 is oriented across the transverse width W of the vertebrae T₇ and T₈ in which an implant of appropriate diameter is to be implanted. The proper distraction and orientation of the two adjacent vertebrae T₇ and T₈ is maintained by the extension member 148 and the prongs 149 and 150 of the extended outer sleeve 140.

The cylindrical hole 290 may then be irrigated and vacuumed through the extended outer sleeve 140 to remove

**16**

any remaining debris from the drilling. If necessary, a thrombin soaked sponge may be inserted through the extended outer sleeve 140 and into the cylindrical hole 290 to coagulate any bleeding. The thrombin soaked sponge is then removed and the surgeon utilizing an endoscope then visually inspects the cylindrical hole 290 for any remaining discal material, and removes any such material requiring such removal with a surgical instrument such as a curette or rongeur.

Referring to FIG. 18, with the extended outer sleeve 140 still in place, the surgical site is now fully prepared to receive a spinal implant I for fusion of the vertebrae T₇ and T₈. The spinal implant I may be coated with, and/or made of, and/or loaded with substances consistent with bony fusion which may promote bone growth and/or fusion prior to being implanted. Once the spinal implant I has been prepared for implantation, a driver instrument, such as driver 300 may be used to either insert or to remove spinal implant I. Driver 300 has at its distal end 302, a rectangular protrusion 304, which intimately engages the complimentary rectangular slot in the rear of implant I. Extending from the rectangular protrusion 304 is threaded portion 306, which extends as a rod through hollow shaft 308 and hollow barrel portion 310 to knob 312 where it can be rotationally controlled. Threaded portion 306 screws into a threaded aperture in the spinal implant I and binding them together such that driver 300 can be rotated via paired and diametrically opposed extending arms 314 and 316 and in either direction while maintaining contact with the spinal implant I. Affixed to the driver 300, the spinal implant I is then introduced through the extended outer sleeve 140 and if the spinal implant I is threaded, screwed into the cylindrical hole 290 between the two vertebrae T₇ and T₈ until such time as the leading edge of the implant cap 318 reaches the depth of the cylindrical hole 290 at which time its forward motion is impeded by the bone lying before it which had not been drilled out. This allows for a progressive feel to the surgeon as the spinal implant I is inserted into place. It is appreciated that if the spinal implant I is not threaded, instead of being screwed into hole 290, it may be linearly advanced into hole 290 by pushing the driver 300 toward the hole 290.

The terminal resistance to further seating provides significant tactile feedback to the surgeon. Visual monitoring of the depth of insertion of the spinal implant I is provided to the surgeon by observing the progressive approximation of the forward surface 320, of barrel portion 310, as it approaches the rearward facing surface 172 of extended outer sleeve 140 and/or by the use of an image intensifier. As a final safety mechanism, when the full depth of insertion has been achieved, forward surface 320 of instrument 350 will abut surface 172 of the extended outer sleeve 140, prohibiting any further installation of the implant. Once the spinal implant I has been fully installed, the driver 300 is dissociated from the implant by turning knob 312 in a counterclockwise direction. The driver 300 is then withdrawn from the extended outer sleeve 140.

Referring to FIG. 19, the spinal implant I is shown fully installed to the determined depth in the cylindrical hole 290 drilled across the disc space D and into the adjacent vertebrae T₇ and T₈. The spinal implant I shown comprises a hollow tubular member which in the preferred embodiment is made of an ASTM surgically implantable material, preferably titanium. However, it is appreciated that other implants, cylindrical or partially cylindrical, or of a variety of shapes, and with or without threads or surface roughenings may be used with the instrumentation and method of the present invention.

5,772,661

17

Referring to FIG. 20 and 21, an extractor cap **340** for removing the extended outer sleeve **140** is shown about to be coupled to the extended outer sleeve **140**. The extractor cap **340** engages the proximal end **157** of the extended outer sleeve **140** by spring tabs **342a** and **342b** on either side of extractor cap **340** which snapfit into openings **344a** and **344b** on either side of the extended outer sleeve **140** to lock in place. The extractor cap **340** has a top **346** that is similar in structure to the proximal end of the distractor **100**, having a recess portion **350** and a crown portion **352**.

Referring to FIG. 22, once the extractor cap **340** is coupled to the extended outer sleeve **140**, the distractor puller **200** is coupled to the top **346** of extractor cap **340** to remove the extended outer sleeve **140** from the disc space D and from the adjacent vertebrae $T_7$ and $T_8$ in the direction of the arrow Z.

Referring to FIG. 23, once the extended outer sleeve **140** has been removed, the spinal implant I remains implanted within the cylindrical hole **290** drilled across the disc space D and the implant engages the two adjacent vertebrae $T_7$ and $T_8$.

Referring to FIG. 24, the spinal implant I may be further stabilized with use of a spinal fixation device **400** such as the staple disclosed in copending application Ser. No. 08/219,626 entitled APPARATUS, INSTRUMENTATION AND METHOD FOR SPINAL FIXATION, which is incorporated herein by reference. The spinal fixation device **400** is coupled to the spinal implant I with a locking screw **410** and engages the vertebrae $T_7$ and $T_8$ via prongs **420** and **422**. The spinal fixation device **400** functions to stabilize the spinal implant I and prevent any unwanted excursion of the spinal implant I during the spinal fusion process. It is appreciated that prior to removal of the extended outer sleeve **140**, a centering post (not shown) may be inserted through the extended outer sleeve **140** and attached to the threaded opening in the back of the spinal implant I. The extended outer sleeve **140** is then removed and the centering post functions as guide to align the spinal fixation device **400** as it is being driven into the vertebrae $T_7$ and $T_8$ as described in detail in the copending application referenced immediately above.

In the above description in regard to the thoracic spine, the surgical procedure has been described as being performed through a hollow tube (extended outer sleeve **140**) and with the aid of a thorascope. It is appreciated that there may be circumstances where the surgeon will elect to perform the surgical procedure through an incision, such as a thoracotomy, where direct visualization of the surgical site is possible obviating the need for the thorascope but without diminishing the teaching of the method of the present invention. In such cases, a modification of the extended outer sleeve **140**, such as the extended outer sleeve **1100** shown in FIG. 35 and described in detail below, having a detachable distal end may be beneficially utilized by the surgeon. In this manner, the surgeon has direct visualization of the surgical site while the proper distraction and alignment of the adjacent vertebrae is maintained throughout the procedure by the distal end of the extended outer sleeve.

While the present invention has been described in association with the insertion of a threaded spinal implant, it is recognized that other forms of implants may be used with the present method. For example, dowels, made from bone, coral or artificial materials, knurled or irregularly shaped cylinders or spheres, partial cylinders or any other shaped implants that can be introduced through the extended outer sleeve **140**, which itself need not be cylindrical may be used.

18

When such implants are used, it is appreciated that the steps of the method of the present invention described above may be reduced. For example, once the extended outer sleeve **140** has been seated such that the extension portion **148** is inserted in the disc space D and the prongs **149** and **150** engage the adjacent vertebrae, the step of inserting the inner sleeve **242** may be omitted and a drill having a diameter approximating that of the inner diameter of the extended outer sleeve **140** may be used to drill a hole the size of the inner diameter of the extended outer sleeve **140** across the disc space D and into the adjacent vertebrae. Once the drill has been removed, any remaining discal material or debris may be removed by irrigating and vacuuming the hole, and an implant such as a bone dowel or an implant without threads, may be linearly advanced through the extended outer sleeve **140** and implanted into the hole. The extended outer sleeve **140** is then removed in the same manner described above. Where the implant shape is generally not circular, an appropriately shaped chisel may be used by itself or in conjunction with a drill to prepare an opening for the fusion implant that is other than round.

It is further appreciated that it is also within the scope of the present invention to provide a method and instrumentation for the insertion of a spinal implant into the disc space between two adjacent vertebrae, without the drilling away of significant bone from the vertebrae. Such implants may have a height corresponding to the height of a disc space D and may be pushed into the disc space D when distracted once the disc space D has been cleaned out. This type of implant would preferably have in part a rectangular cross section and an extended outer sleeve used for the insertion of such implants would have a corresponding cross section and shape. Further, it is appreciated that the extended outer sleeve and inner sleeve of the present invention may have any shape or size corresponding to the shape and size of the implant to be inserted without departing from the scope of the present invention.

While the above description has been directed to the thoracic spine, the method and instrumentation of the present invention may also be utilized in the lumbar spine. In the preferred method, the surgeon makes a small incision in the abdominal wall and gently dissects his way retroperitoneal to reach the lateral aspect of the spine. As with the thorascopic method described above, the surgeon may use an endoscope within and/or outside of the extended outer sleeve to facilitate the surgery, and thereby require an incision barely larger than the diameter of the extended outer sleeve which itself is not much larger than the implant.

Referring to FIG. 25, an extended outer sleeve **1000** for use with the lateral method in the lumbar spine is shown. The extended outer sleeve **1000** is similar to the extended outer sleeve **140** described above and comprises a hollow tubular member **1002** having a distal end **1010** which is contoured to hug the vertebrae, for example $L_4$ and $L_5$. The extended outer sleeve **1000** has anterior and posterior extension members **1020** and **1022**, each having different heights, that are opposed 180 degrees from each other. Also extending from the distal end **1010** may be prongs **1012** and **1014**, similar to prongs **149** and **150** described above, for engaging the bone of the adjacent vertebrae $L_4$ and $L_5$. The extension members **1020** and **1022** are tapered at their leading edges **1024** and **1026** respectively, to facilitate insertion.

As shown in FIGS. 26–28, the extended outer sleeve **1000** is designed to be used in approaching the lumbar spine laterally from either side of the spinal column. The extended outer sleeve **1000** is shown inserted from a position anterior to the transverse processes P of the vertebrae L. The

5,772,661

**19**

extended outer sleeve **1000** by means of its extended portions **1020** and **1022** is capable of correcting those spinal deformities, such as scoliosis or any abnormality of kyphosis or lordosis, occurring specifically from a deformity of the disc. For example, in order to restore lordosis in the lumbar spine, the anterior extension member **1020** is placed anteriorly between the adjacent vertebrae $L_4$ and $L_5$ and the posterior extension member **1022**, having a lesser height than the extension member **1020**, is placed posteriorly. The greater height of the extension member **1020** relative to the extension member **1022** maintains the anterior portions of the vertebrae $L_4$ and $L_5$ spaced apart at a greater distance than the posterior portions of the vertebrae $L_4$ and $L_5$ producing an angular relationship between the bodies as would exist with naturally occurring physiologic lordosis. Once restored, lordosis is maintained throughout the surgical procedure.

Scoliosis refers to an abnormal curving of the spine when viewed from straight ahead or behind. Since the extension members **1020** and **1022** may be of a specific and constant height throughout their entire lengths, both sides of the disc space D are lifted to exactly the same height, thus eliminating any side to side angular deformity occurring through that disc space.

Referring specifically to FIG. 26, it can be appreciated that the posterior extension member **1022** effectively prevents any injury to the dural sac and neural elements, while the anterior extension member **1020** in a similar fashion, protects the great blood vessels including the aorta, vena cava and the iliac arteries and veins. As the extended outer sleeve **1000** of the present invention is quite stable once inserted, the preferred embodiment is shown as having only two prongs **1012** and **1014**, one each to engage each of the adjacent vertebrae $L_4$ and $L_5$. It is, however, understood that the extended outer sleeve **1000** may have more or less prongs or none at all. The distal end **1010** of the tubular member **1002** is contoured adjacent the origin of the anterior and posterior extended members **1020** and **1022** so as to assure an intimate fit between the tubular member **1002** and the vertebrae $L_4$ and $L_5$ adjacent the disc space D to which it is opposed, and for the purpose of confining the surgery to within the extended outer sleeve **1000** and excluding the adjacent soft tissues from potential injury. In the preferred embodiment, the distal end of the tubular member **1002** and the anterior and posterior extended members **1020** and **1022** themselves have been reinforced, that is are thicker than the adjacent tubular member **1002** itself so as to provide for increased support within the lumbar spine.

Referring still to FIG. 26, the extended outer sleeve **1000** engages the spine laterally, although the surgical approach in reaching the spine may be from an anterior, lateral, or anterior-lateral incision on the outside of the body, from a position anterior to the transverse processes P, and is hereinafter referred to as the "Lateral Method". The "Lateral Method" involves the insertion of a distractor, such as, but not limited to the distractor **100** described above into the lateral aspect of the spine, and generally from a side to side direction although said direction could be slightly from anterolateral to slightly posterolateral (diagonalized from the transverse axis) without departing from the teaching of the method of the present invention to distract the adjacent vertebrae, in this example, $L_4$ and $L_5$. Once the distractor **100** is in place, if fusion alone is to be performed, then the extended outer sleeve **1000** having both anterior and posterior extension members **1020** and **1022** is utilized. The extended outer sleeve **1000** is placed over the distractor **100** such that the posterior extension member **1022** is positioned

**20**

at the posterior aspect of the spine and the anterior extension member **1020** is positioned at the anterior aspect of the spine. Once the extended outer sleeve **1000** is in place, the distractor **100** is removed. Alternatively, it is appreciated that the "Lateral Method" may be performed without the use of a distractor. Instead, the extended outer sleeve **1000** may be inserted from the lateral aspect of the spine directly since the extension members **1020** and **1022** function to distract the adjacent vertebrae $L_4$ and $L_5$ to restore and maintain the normal angular relationship of those vertebrae $L_4$ and $L_5$.

If the implant to be inserted has surface irregularities such that there is a major diameter (including the surface irregularities) and a minor diameter (excluding the surface irregularities), then an inner sleeve **1040** similar to the inner sleeve **242** described above, may be inserted into the extended outer sleeve **1000**. The inner sleeve **1040** functions as a drill guide and spacer having a thickness which corresponds to the difference between the major and minor diameters of such implant as described in detail above in reference to an inner sleeve **1040**. A drill **250**, described above, is inserted into the inner sleeve **1040** and is used to drill the vertebrae with the inner sleeve **1040** providing a more intimate fit to the drill **250**, than the larger bore of the extended outer sleeve **1000** could have alone and thus more precisely controlling the path of the drill **250**. The inner sleeve **1040** and the drill **250** may be removed from the extended outer sleeve **1000** together thus trapping and removing much of the debris produced by the actual drilling. It is appreciated that in the alternative, a drill (not shown) may be used such that the distal bone engaging portion has an outside diameter generally corresponding to the minor diameter of the implant and more proximally, a shaft portion with a larger diameter generally corresponding to the major diameter of the implant. An implant I may then be inserted according to the method described above. If the implant to be inserted does not have a major and minor diameter, then no inner sleeve is required, and the drill **250** having a diameter corresponding with the diameter of such implant may be inserted directly into extended outer sleeve to drill the vertebrae $L_4$ and $L_5$.

While not considered the preferred method under most circumstances it is nevertheless anticipated that one could drill the described hole across the disc space and each of the adjacent vertebrae from the lateral aspect of the spine and in at least a partially side to side direction through the extended outer sleeve and then remove the extended outer sleeve and insert at least one spinal implant also from the lateral aspect of the spine and in an at least a partially side to side direction and with or without the use of some form of spinal distractor. In which circumstance the use of an inner sleeve is of less importance than that the size of the opening created is sufficient such that it is possible to insert the implant. To that end and independent of whether the extended outer sleeve is left in place for implant insertion, and whether an inner sleeve is used during drilling it is anticipated and should be appreciated that the extended outer sleeve and opening may be of a variety of shapes and that the creation of spaces of varied shapes across a disc and within the spine may be achieved by use of an instrument appropriate for the surgical removal of spinal material, such as a chisel or a router, and with or without the use of a drill, and/or an inner sleeve, and/or an extended outer sleeve; and with the essential element being that the space within the spine is being created across a disc intermediate two adjacent vertebrae from the lateral aspect of said disc and at least in part in a from side to side direction and that an implant is then inserted also from the lateral aspect of said disc which

5,772,661

21

implant occupies at least in part said space, engages at least in part each of the vertebrae adjacent said disc space and comes to lie in an at least partially side to side direction across said disc space.

Referring to FIGS. 29 and 30, the implants I and J are shown inserted across the disc spaces D between vertebrae $L_3$, $L_4$ and $L_5$, respectively. FIG. 30 is a top sectional view along lines 30—30 of FIG. 29 showing the area of contact of the implant I and the vertebrae $L_4$. It can be seen from FIG. 30 that the implant I has a true lateral orientation with respect to the vertebra $L_4$, such that there is a great area of contact between the implant I and the vertebra $L_4$.

Referring to FIG. 30A, a top sectional view of a vertebra similar to FIG. 30 is shown illustrating the area of contact of the implant I and the vertebrae $L_4$ when the implant I is inserted with the "Lateral Method" of the present invention from a slightly anterior position (anterolateral) along the Lateral aspect of the spine and in an at least partially side to side direction.

Referring to FIGS. 31 and 32, illustrating the prior art method, two implants 1050 and 1052 are inserted from the anterior or posterior aspect of the spine so that they are oriented in an anterior to posterior direction across the disc space D and vertebrae $L_4$ and $L_5$. It can be seen that implants 1050 and 1052 must have a much smaller diameter than implant I to fit within the width of the spine and therefore have very small areas of engagement to the vertebrae themselves as most of the diameter of the implants is used in just spanning across the height of the disc before contacting said vertebrae. FIG. 32 is a top sectional view along lines 32—32 of FIG. 31 showing the area of contact of the two spinal implants 1050 and 1052 and the vertebra $L_5$.

Referring to FIG. 33, a top sectional view showing the area of contact of a cylindrical spinal implant 1090 having the same diameter as implant I shown in FIG. 30, inserted from the anterior to posterior direction across the vertebra $L_5$ is shown and seen to have by necessity a much shorter length.

Referring to FIGS. 30 and 32–33, it can then be appreciated that an implant I inserted from the lateral aspect of the spine may have a diameter almost as great as the depth of the spine from front to back at that location unlike two implants such as implants 1050 and 1052 inserted side by side from front to back or the reverse where each implant can have a diameter no greater than one half the width of the spine at that location. It can further be appreciated that while the height of the disc space itself hardly affects the area of contact of the single large implant I with the adjacent vertebrae, it substantially effects the area of contact of the two implants 1050 and 1052 inserted in the front to back directions side by side. Further, as the lumbar vertebrae and discs are much wider from side to side then they are deep from front to back, it can be appreciated that when single implants of the same diameter are inserted across a given lumbar disc, the laterally inserted implant I may be of a much greater length and thus have more area of contact, for stability and fusion than implant 1090 inserted from anterior to posterior.

Referring to FIG. 34, a segment of the spinal column having single implants 1095 and 1096 inserted from front to back at adjacent disc levels between three vertebrae $V_{1-3}$ is shown. As it can be seen in FIG. 34, it is generally not possible to increase the diameter of singular implants inserted from front to back without risking severe structural and vascular damage to that area of the spine. Implants 1095 and 1096 each have a diameter that is substantially greater than the diameter of implant 1090, such that implants 1095

22

and 1096 could in theory have a greater area of contact with the adjacent vertebrae than implant 1090. However, in application, as a result of the larger diameter of the implants 1095 and 1096, a large portion of bone from the adjacent vertebrae would have to be removed to accommodate the large diameter of each of the implants 1095 and 1096 which would significantly weaken the structural integrity of those vertebrae. This is especially a problem when as shown in FIG. 34, implants 1095 and 1096 are inserted at adjacent disc levels such that the intermediate vertebrae $V_2$ would be cut in half to form a "butterfly" pattern resulting in the complete loss of the structural integrity of vertebrae $V_2$.

Thus, the implant I of the present invention inserted laterally provides for greater surface area of contact, the largest volume of fusion promoting material, and the greatest mechanical engagement and thus stability, and is therefore an improvement upon other methods of implant insertion in facilitating a successful fusion.

Referring to FIG. 35, an alternative embodiment of the extended outer sleeve is shown and generally referred to by the numeral 1100. As only a single relatively small incision (approximately three inches or less) is required through the abdominal wall of the patient to perform the procedure for the fusion of two vertebrae adjacent a disc space in the lumbar spine, it is anticipated that the surgeon may prefer to perform the method of the present invention under direct vision, without the need for an endoscope. In such a circumstance, a convertible extended outer sleeve 1100 may be used. The convertible extended outer sleeve 1100 may be similar in structure to the extended outer sleeve 1000, except that it comprises a hollow tubular member 1102 that is disengageable from the distal end portion 1104 of the convertible extended outer sleeve 1100. As shown in FIG. 35 the extended outer sleeve 1100 has a detachable hollow tubular member 1102. The vertebrae engaging distal end portion 1104 may be as shown in FIG. 35 or may be similar to the distal end shown previously in FIG. 7A, such that the convertible extended outer sleeve 1100 may be useable throughout the spine.

The convertible extended outer sleeve 1100 is inserted in the disc space D and the adjacent vertebrae $L_4$ and $L_5$ as described above for the extended outer sleeve 1000. Once the extension member 1120 is seated in the disc space D and the prongs 1112 and 1114 are engaged to the vertebrae $L_4$ and $L_5$, the hollow tubular member 1102 may be dissociated from the distal end portion 1104 which remains engaged to the vertebrae $L_4$ and $L_5$. In this manner, if an incision is made to access the spine directly, the surgeon may access the disc space D through the distal end portion 1104 which is closer to the spine, without having to pass through the entire length of the convertible extended outer sleeve 1100. With the distal end portion 1104 in place, the vertebrae remain distracted and aligned, and since the hollow tubular member 1102 has been removed, it is then possible for the surgeon to work in and around the spine under direct vision. The shortened distal end portion 1104 of the convertible extended outer sleeve 1100 left protruding from the adjacent vertebrae may be selected to be of a length such that it still serves to offer some protection to the large blood vessels which are safely positioned outside of the remaining working channel. Alternatively it can be of any length so as to fulfill the surgeon's purposes. The hollow tubular member 1102 may be re-engaged to the distal end portion 1104 for inserting an implant I in the manner described above.

In the specific embodiment of the convertible extended outer sleeve 1100, the distal end portion 1104 has a single extension member 1120 and two prongs 1112 and 1114

5,772,661

23

positioned approximately 120 degrees from the extension member 1120 for engaging the two adjacent vertebrae $L_4$ and $L_5$, for the purpose of allowing the surgeon direct access to the spinal canal. Thus, if a discectomy is to be performed, an extended outer sleeve having a single anterior intradiscal extended member 1120, but without a posterior extended member, and with two vertebrae engaging prongs 1112 and 1114 may be used.

It is appreciated that for surgery on the thoracic spine, while the method described above wherein the entire procedure is performed through the extended outer sleeve 140 is preferred, it is also possible to utilize the convertible extended outer sleeve 1100 when a full thoracotomy is made to access the thoracic spine without having to work through the entire length of the extended outer sleeve. In this manner the surgeon may directly visualize and access the surgical site.

Further, combining the features of the absence of any posterior intradiscal extended member with the convertible extended outer sleeve 1100 permits easy and direct access to the spinal canal for removal of any diseased discal material.

While the present invention has been described in detail with regards to the preferred embodiments, it is appreciated that other variations of the present invention may be devised which do not depart from the inventive concept of the present invention.

What is claimed is:

1. A method for inserting an interbody intraspinal implant into a disc space between adjacent vertebrae located within a human thoracic and lumbar spine having an anterior aspect and a posterior aspect being divided by a plane through transverse processes of the adjacent vertebrae, and having a lateral aspect, the method comprising the steps of:

penetrating from a position anterior to the transverse processes the lateral aspect of a spinal disc intermediate the adjacent vertebrae;

removing from between the adjacent vertebrae at least a portion of the spinal disc to form a laterally facing opening; and

inserting from a position anterior to the transverse processes of the adjacent vertebrae said implant into the laterally facing opening.

2. The method of claim 1 further comprising the step of positioning an extended outer sleeve in contact with the lateral aspect of the spine.

3. The method of claim 2 further comprising the step of engaging said extended outer sleeve to the spine.

4. The method of claim 3 in which the engaging step includes the sub-step of penetratingly engaging said extended outer sleeve into the spine.

5. The method of claim 3 in which the engaging into the step includes the sub-step of engaging disc space said extended outer sleeve having at least one distal extension.

6. The method of claim 3 further comprising the step of driving said extended outer sleeve having at least one extended member into the spinal disc from the lateral aspect of the spine in at least a partially side to side direction across the spinal disc.

7. The method of claim 6 in which the driving step includes the sub-step of guarding the spinal cord with said extended member.

8. The method of claim 6 in which the driving step includes the sub-step of guarding the neural and vascular structures along the posterior and anterior aspects of the spine with said extended member.

9. The method of claim 3 further comprising the step of distracting the adjacent vertebrae with said extended outer sleeve.

10. The method of claim 3 in which said extended outer sleeve includes means for corrective realignment of the vertebrae adjacent the disc space.

11. The method of claim 3 further comprising the step of disassociating said extended outer sleeve having a proximal portion oriented furthest from the spine from a distal portion of said extended outer sleeve being adjacent and oriented lateral to the spine such that said proximal portion is removed and said distal portion is left in place for at least a portion of said method.

12. The method of claim 3 in which a portion of said extended outer sleeve protrudes outside the body of a patient for at least a portion of said method.

13. The method of claim 3 in which the step of engaging includes the sub-stem of engaging said extended outer sleeve being at least in part tubular.

14. The method of claim 3 in which the removing step includes the sub-step of forming said opening through said extended outer sleeve and across the disc space and into the two adjacent vertebrae.

15. The method of claim 3 further comprising the step of inserting hand-held instruments through said extended outer sleeve to remove a portion of the spinal disc.

16. The method of claim 15 further comprising the step of passing an endoscopic viewing device through said extended outer sleeve to observe the removal of a portion of the spinal disc.

17. The method of claim 3 in which the inserting step includes the sub-step of inserting said implant through said extended outer sleeve.

18. The method of claim 3 wherein the step of removing includes the sub-steps of inserting a drill through at least a portion of said extended outer sleeve, drilling at least a portion of the spinal disc and at least a portion of bone from each of the adjacent vertebrae, and removing said drill.

19. The method of claim 18 further comprising the step of removing any debris left in a space formed by the step of drilling following the step of removing said drill.

20. The method of claim 18 in which the step of inserting a drill includes the sub-step of passing said drill through a hollow inner sleeve fitting at least in part around said drill, said inner sleeve having at least a portion thereof fitting within said extended outer sleeve.

21. The method of claim 3 further comprising the step of inserting an inner sleeve member into said extended outer sleeve prior to the removing step.

22. The method of claim 21 further comprising the step of removing said hollow inner sleeve member from said extended outer sleeve prior to the step of inserting said implant.

23. The method of claim 21 in which the step of removing includes the sub-steps of passing a drill through said inner sleeve member and penetrating said drill across at least a part of the spinal disc in at least a partial side to side direction across the adjacent vertebrae.

24. The method of claim 21 further comprising the step of inserting into the lateral aspect of a spinal disc a distractor having a penetrating portion prior to the step of inserting said extended outer sleeve.

25. The method of claim 2 further comprising the steps of making at least one incision along the lateral chest wall of a patient and driving said extended outer sleeve through said incision to the lateral aspect of the thoracic portion of the spine.

26. The method of claim 35 further comprising the step of tapping the opening to provide threads on at least a portion of the adjacent vertebrae prior to the step of inserting said implants.

5,772,661

25

27. The method of claim 2 further comprising the step of tapping the opening by passing a tap through at least a portion of said extended outer sleeve.

28. The method of claim 1 further comprising the steps of driving toward the lateral aspect of the spine an extended outer sleeve having means for distracting the disc space between the two adjacent vertebrae and inserting the distraction means into the disc space.

29. The method of claim 2 further comprising the steps of inserting a guide pin into the disc space between the adjacent vertebrae prior to the step of positioning said extended outer sleeve; placing over said guide pin an alignment rod having a penetrating portion and a passageway for receiving said guide pin; and inserting said penetrating portion into the disc space.

30. The method of claim 1 in which the inserting step includes the sub-step of inserting said implant oriented at least partially in a side to side direction across the disc space and occupies at least in part a portion of a space created by the removal of said portion of said spinal disc.

31. The method of claim 1 in which the step of inserting includes the sub-step of engaging said implant into at least a portion of each of the adjacent vertebrae.

32. The method of claim 1 in which said implant is inserted in at least a partial side to side direction across the disc space and into contact with the adjacent vertebrae.

33. The method of claim 1 in which the removing step includes the sub-step of drilling the opening.

34. The method of claim 33 in which the removing step includes the sub-step of limiting the penetration of said drill.

35. The method of claim 1 in which the removing step includes the sub-step of removing at least a portion of bone from at least one of the adjacent vertebrae.

36. The method of claim 35 in which said sub-step of removing a portion of bone includes the sub-step of using one of a drill, a router, and a mill.

37. The method of claim 1 in which said removing step includes the sub-step of chiseling to form the opening.

38. The method of claim 1 further comprising the step of inserting from a position anterior to the transverse processes an alignment rod into the lateral aspect of the spine.

39. The method of claim 38 in which said alignment rod extends from the spinal disc and protrudes outside of the patient's body.

40. The method of claim 38 further comprising the step of placing an extended outer sleeve over said alignment rod.

41. The method of claim 38 in which the step of inserting said alignment rod includes the sub-step of inserting said alignment rod being at least in part hollow.

42. The method of claim 41 further comprising the steps of inserting into the lateral aspect of the spinal disc a guide pin having at least a portion extending laterally from the spinal disc, and placing said alignment rod over said guide pin.

43. The method of claim 38 in which the step of inserting said alignment rod includes the sub-step of inserting into the disc space an intervertebral distractor that spaces apart the adjacent vertebrae.

44. The method of claim 38 in which the step of inserting said alignment rod includes the sub-step of inserting said alignment rod having a distal end portion for insertion into the spinal disc and distracting the two adjacent vertebrae.

45. The method of claim 1 further comprising the step of distracting the adjacent vertebrae prior to the stem of removing.

46. The method of claim 1 further comprising the step of inserting a distractor into the disc space between the adja-

26

cent vertebrae to provide for appropriate spacing of the disc space between the vertebrae.

47. The method of claim 46 in which the step of inserting said distractor includes the sub-step of inserting said distractor having a first extended member for insertion in the disc space.

48. The method of claim 47 in which the step of inserting said distractor includes the sub-step of inserting said distractor having a second extended member for insertion in the disc space.

49. The method of claim 1 further comprising the step of inserting a guide pin from a position anterior to the transverse processes of the adjacent vertebrae into the lateral aspect of the spinal disc.

50. The method of claim 47 further comprising the steps of placing over said guide pin a hollow distractor having a penetrating portion and a passageway for receiving said guide pin and inserting said penetrating portion into the disc space between the two adjacent vertebrae.

51. The method of claim 1 further comprising the step of making at least one incision into the lateral aspect of the body of a patient for the purpose of accessing the lateral aspect of the spine.

52. The method of claim 1 further comprising the step of accessing the lateral aspect of at least one spinal disc in the lumbar spine and at least a portion of the two vertebrae adjacent the disc by a retroperitoneal surgical dissection.

53. The method of claim 1 further comprising the step of tapping the opening to provide threads on at least a portion of the adjacent vertebrae prior to the step of inserting said implants.

54. The method of claim 1 further comprising the step of utilizing an endoscope during at least a portion of the method.

55. The method of claim 1 further comprising the step of utilizing a radiographic imaging device during at least a portion of the method.

56. The method of claim 1 further comprising the steps of coupling a spinal fixation device to said implant and engaging said spinal fixation device to the adjacent vertebrae.

57. The method of claim 1 in which the step of inserting said implant includes the sub-step of inserting said implant having a width that occupies more than one half of the depth of the spinal disc, said depth measured from the anterior aspect to the posterior aspect of the spinal disc.

58. The method of claim 1 in which the inserting step includes the sub-step of inserting at least two implants.

59. The method of claim 58 in which the sub-step of inserting said at least two implants includes inserting implants having a combined width that is greater than one half the depth of the spinal disc, said depth being measured from the anterior aspect to the posterior aspect of the spinal disc.

60. The method of claim 1 in which the inserting step includes the sub-step of inserting said implant having a width of at least 20 millimeters.

61. The method of claim 46 in which the step of inserting a distractor includes the sub-step of inducing angulation to the adjacent vertebrae.

62. The method of claim 61 in which the inducing angulation sub-step includes the sub-step of restoring lordosis to the adjacent vertebrae.

63. The method of claim 61 in which the inducing angulation sub-step includes the sub-step of restoring kyphosis to the adjacent vertebrae.

64. The method of claim 61 in which the inducing angulation sub-step includes the sub-step of correcting scoliosis of the adjacent vertebrae.

5,772,661

27

**65**. The method of claim 1 in which the removing step includes the sub-step of removing bone from the vertebrae along a substantial portion of the transverse width of the vertebrae.

**66**. The method of claim 1 in which the step of inserting includes the sub-step of inserting said implant having a length greater than one half of the depth of the spinal disc.

**67**. The method of claim 1 further comprising the step of attaching a driving member to said implant prior to the step of inserting.

**68**. A method for inserting an interbody intraspinal implant into a disc space between adjacent vertebrae located within a human thoracic and lumbar spine having an anterior aspect and a posterior aspect being divided by a plane through transverse processes of the adjacent vertebrae, and having a lateral aspect, the method comprising the steps of:

    engaging from a position anterior to the transverse processes of the adjacent vertebrae into the lateral aspect of the spine a tubular member;

    removing from a position anterior to the transverse processes of the adjacent vertebrae at least a portion of the spinal disc through said tubular member to form a laterally facing opening; and

    inserting from a position anterior to the transverse processes of the adjacent vertebrae at least one implant into the laterally facing opening.

**69**. The method of claim 68 in which the removing step includes the sub-step of removing at least a portion of bone from at least one of the adjacent vertebrae.

**70**. The method of claim 69 in which the insertion step includes the sub-step of penetrating said implant into the bone of each of the adjacent vertebrae.

**71**. The method of claim 68 in which the inserting step further comprises the sub-step of inserting said implant through said tubular member.

**72**. A method for inserting an interbody intraspinal implant into a disc space between adjacent vertebrae located within a human thoracic and lumbar spine having an anterior aspect and a posterior aspect being divided by a plane through transverse processes of the adjacent vertebrae, and having a lateral aspect, the method comprising the steps of:

    driving from a position anterior to the transverse processes of the adjacent vertebrae toward the lateral aspect of a spinal disc intermediate the adjacent vertebrae an extended outer sleeve having means for penetrably engaging the spine along its lateral aspect;

    removing from a position anterior to the transverse processes of the adjacent vertebrae through said extended outer sleeve at least a portion of the spinal disc to create a space; and

    inserting from a position anterior to the transverse processes into the lateral aspect of the spine at least one implant, said implant occupying at least in part the space created by the removing step.

**73**. The method of claim 72 in which the removing step includes the sub-step of removing at least a portion of bone from at least one of the adjacent vertebrae.

**74**. The method of claim 73 in which the insertion step includes the sub-step of penetrating said implant into the bone of each of the adjacent vertebrae.

**75**. The method of claim 72 in which the inserting step further comprises the sub-step of inserting said implant through said extended outer sleeve.

28

**76**. The method of claim 76 in which the driving step includes the sub-step of penetrating the disc space with said engaging means, and wherein said engaging means includes a disc penetrating extension.

**77**. The method of claim 76 in which the sub-step of penetrating includes the sub-step of urging apart the adjacent vertebrae with said disc penetrating extension.

**78**. A method for inserting an interbody spinal implant into a disc space between two adjacent vertebrae located within a human thoracic and lumbar spine having an anterior aspect and a posterior aspect being divided by a plane through transverse processes of the adjacent vertebrae, and having a lateral aspect, the method comprising the steps of:

    inserting from a position anterior to the transverse processes of the adjacent vertebrae a distractor into the lateral aspect of the disc space to provide for appropriate spacing apart of the adjacent vertebrae;

    inserting from a position anterior to the transverse processes of the adjacent vertebrae an extended outer sleeve into contact with the lateral aspect of the spine;

    driving said extended outer sleeve into engagement with the spine;

    removing said distractor;

    removing from a position anterior to the transverse processes of the adjacent vertebrae at least a portion of a spinal disc intermediate the adjacent vertebrae to form a lateral facing opening;

    inserting from a position anterior to the transverse processes of the adjacent vertebrae an implant into the disc space intermediate the adjacent vertebrae through the laterally facing opening; and

    removing the extended outer sleeve.

**79**. The method of claim 78 further comprising the step of inserting an alignment rod having a said penetrating portion into the disc space prior to the step of inserting a distractor.

**80**. The method of claim 78 in which the step of inserting a distractor includes the sub-step of inserting a said distractor having first and second extended members for distracting the disc space between two adjacent vertebrae.

**81**. The method of claim 78 further comprising the step of inserting an inner sleeve into the extended outer sleeve.

**82**. The method of claim 78 including the step of inserting a drill into the inner sleeve.

**83**. The method of claim 78 in which the step of removing at least a portion of the spinal disc includes the sub-step of forming a hole across the disc space and into the two adjacent vertebrae.

**84**. The method of claim 78 in which said distractor includes an alignment rod.

**85**. The method of claim 78 in which the step of removing at least a portion of the spinal disc includes the sub-step of removing at least a portion of bone from at least one of the adjacent vertebrae.

**86**. The method of claim 78 in which the inserting step further comprises the sub-step of inserting said implant through said extended outer sleeve.

**87**. The method of claim 85 in which the insertion step includes the sub-step of penetrating said implant into the bone of each of the adjacent vertebrae.

* * * * *

# EXHIBIT C



**ELSEVIER**

**THE SPINE JOURNAL**

The Spine Journal 6 (2006) 435–443

Technical Report

# Extreme Lateral Interbody Fusion (XLIF): a novel surgical technique for anterior lumbar interbody fusion

Burak M. Ozgur, MD[a,*], Henry E. Aryan, MD[a], Luiz Pimenta, MD, PhD[c], William R. Taylor, MD[b]

[a]Department of Neurosurgery, University of California, Irvine Medical Center, 101 The City Drive South Bldg. 56, Ste. 400, Orange, CA 92868, USA
[b]Division of Neurosurgery, University of California, San Diego Medical Center, 200 West Arbor Drive #8893, San Diego, CA 92103-8893, USA
[c]Rua Borges Lagoa, 783-Cj. 61, Sao Paulo, Brazil

Received 11 March 2005; accepted 25 August 2005

**Abstract**

**BACKGROUND:** Minimally disruptive approaches to the anterior lumbar spine continue to evolve in a quest to reduce approach-related morbidity. A lateral retroperitoneal, trans-psoas approach to the anterior disc space allows for complete discectomy, distraction, and interbody fusion without the need for an approach surgeon.

**PURPOSE:** To demonstrate the feasibility of a minimally disruptive lateral retroperitoneal approach and the advantages to patient recovery.

**METHODS/RESULTS:** The extreme lateral approach (Extreme Lateral Interbody Fusion [XLIF]) is described in a step-wise manner. There have been no complications thus far in the author's first 13 patients.

**CONCLUSIONS:** The XLIF approach allows for anterior access to the disc space without an approach surgeon or the complications of an anterior intra-abdominal procedure. Longer-term follow-up and data analysis are under way, but initial findings are encouraging. © 2006 Elsevier Inc. All rights reserved.

*Keywords:*  XLIF; Lateral; Retroperitoneal; Trans-psoas; Minimally Invasive; Split-blade retractor; EMG; Minimally disruptive

## Introduction

Since 1991, when Obenchain described the first laparoscopic lumbar discectomy [1], the field of minimally invasive spine surgery has continued to evolve. Surgeon and patient alike have been attracted by the advantages of minimally invasive surgery, including less tissue trauma during the surgical approach, less postoperative pain, shorter hospital stays, and faster return to activities of daily living. These reported advantages led to the laparoscopic anterior lumbar approach and mini-open anterior lumbar interbody fusion (ALIF) becoming commonly performed procedures [2–7].

However, greater acceptance of these minimally invasive procedures has been hampered by known complications and challenges associated with endoscopic spine surgery. Reported problems include anesthetic complications [8], visceral damage [9], large vessel bleeding [10,11], and sexual dysfunction [12,13]. Surgeons attempting to use this surgical technique are challenged by the required technical skills, steep learning curve, and continued requirement for access surgeon.

The current report describes a novel, minimally disruptive spine procedure called the Extreme Lateral Interbody Fusion or XLIF (NuVasive, Inc., San Diego, CA). This technique is novel in that it can be used to gain access to the lumbar spine via a lateral approach that passes through the retroperitoneal fat and psoas major muscle. Hence, the potential complications with an anterior transperitoneal approach to the lumbar spine can be avoided, major vessels are not encountered, an anterior access is not required, and the procedure can be done through two, 3–4-cm incisions. Here we report the techniques of this approach to the lower lumbar spine.

FDA device/drug status: not applicable.

Nothing of value received from a commercial entity related to this manuscript.

* Corresponding author. Department of Neurosurgery, University of California, Irvine Medical Center, 101 The City Drive South Bldg. 56, Ste. 400, Orange, CA 92868, USA. Tel.: (714) 456-6966; fax (714) 456-8212.

*E-mail address:* bozgur@ucsd.edu (B.M. Ozgur)

1529-9430/06/$ – see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.spinee.2005.08.012

## Materials and methods

### Patient selection and surgical indications

Patients who presented with axial low back pain without severe central canal stenosis were considered candidates for this surgery if they failed at least 6 months of conservative, traditional nonoperative management. Contraindications included significant central canal stenosis, significant rotatory scoliosis, and moderate to severe spondylolisthesis. In some patients, discography was used as a tool to assist in level selection. The group of patients is essentially the same as those with degenerative disc disease and considered candidates for fusion (ALIF) or more potentially lumbar disc arthroplasty. Figure 1 demonstrates images from a representative patient with degenerative disc disease at L2–L3.

### Surgical technique

#### Patient preparation

With general endotracheal anesthesia achieved and intravenous lines started, the patient is placed in a true 90° right lateral decubitus position with the left side elevated and taped in this position. A cross-table anterior-posterior (AP) image helps to confirm the true 90° position. The table and/or patient should be flexed in such a way as to increase the distance between the iliac crest and the rib cage, especially useful at upper lumbar levels and at L4–L5. At times it is helpful to place a bump/roll under the contralateral flank (Fig. 2).

After aseptic treatment of the skin, a k-wire and lateral fluoroscopic image are used to identify the lumbar disc's mid-position (Fig. 2). A mark is made on the patient's lateral side, overlying the center of the affected disc space.



Fig. 1. Preoperative images demonstrating degenerative disc disease at L2–L3.



Fig. 2. Images demonstrating patient positioning and k-wire planning.

Through this mark, a small incision will be created for insertion of atraumatic tissue dilators and an expandable retractor, which will be the working portal (Fig. 3).

*Retroperitoneal access*

A second mark is made posterior to this first mark at the border between the erector spinae muscles and the abdominal obliques. At this second mark, a longitudinal incision of about 2 cm is made to accommodate the surgeon's index finger which is inserted anteriorly through the muscle layers (Fig. 4A) to identify the retroperitoneal space. Blunt dissection scissors are used to carefully spread the muscle fibers until the retroperitoneal space is reached. Care should be taken to avoid perforation of the peritoneum. After passing through the fascia and accessing the retroperitoneal space (Fig. 4B), the index finger is used to sweep the peritoneum anteriorly and then to palpate down to the psoas muscle. Once the psoas muscle is identified, the index finger is swept up to the direct lateral target mark. An incision is made at this direct lateral location and an initial dilator (MaXcess System, NuVasive, Inc.) is introduced. The index finger, which is already in the retroperitoneal space, is used to escort the dilator safely from the direct lateral incision to the psoas muscle, protecting the intra-abdominal contents

438    *B.M. Ozgur et al. / The Spine Journal 6 (2006) 435–443*



Fig. 3. Image demonstrating incision planning.

(Fig. 4C). The dilator is then placed over the surface of the psoas muscle, exactly over the disc space to be operated, as confirmed by AP and lateral fluoroscopy.

*Trans-psoas access*

The fibers of the psoas muscle are then gently separated with the initial dilator using blunt dissection and the Neuro-Vision JJB electromyographic (EMG) monitoring system (NuVasive, Inc.) to assess close proximity of the lumbar nerve roots to the advancing dilator. Care should be taken to minimize trauma to the psoas muscle. The psoas should be parted between the middle and anterior third of the muscle, ensuring that the nerves of the lumbar plexus are located posteriorly and outside the operative corridor. Additionally, direct lateral trajectory through the psoas ensures that the great vessels remain anterior to the operative corridor. The nerves are not visualized, and the size of the psoas muscle does not seem to be a factor in this technique.

The MaXcess dilators are insulated to minimize current shunting while an isolated electrode at the distal tip acts as the stimulation source, connected via a Dynamic Stimulation Clip attached to the proximal end of the dilator. In the posterior one-third of the psoas muscle lie the descending nerves of the lumbar plexus [14–16]. The NeuroVision System assists with safe passage by these nerves or confirmation of their posterior location via evoked-EMG monitoring. In Detection mode, the NeuroVision System will continuously search for the stimulus threshold that elicits an EMG response on the myotomes monitored and audibly and visually report the thresholds. As the dilator is advanced through the psoas muscle, the stimulus necessary to elicit an EMG response will vary with distance from the nerve; ie, the closer the stimulus source is to the nerve, the less stimulus intensity will be required to elicit a response, and the lower the resulting threshold will be, providing an indication of relative proximity of the dilator to

the nerves [17,18]. Experience has suggested that threshold values greater than 10 mA indicate a distance that allows for both continued nerve safety and ample working space.

*Disc exposure*

The dissection continues, delicately spreading the mid portion of the psoas muscle fibers laterally, while avoiding the genitofemoral nerve, until the surface of the disc is reached (Fig. 4D). Final position should be reconfirmed by fluoroscopy. Subsequent dilators are introduced, gradually spreading the psoas muscle until the MaXcess retractor is inserted over the final dilator (pointing handles of the retractor directly posteriorly) (Fig. 5). Cross-table AP fluoroscopy is used to confirm the position of the retractor blades on the lateral border of the spine. A rigid articulating arm is attached to both the retractor and the surgical table to provide hands-free retraction. The retractor blades are expanded in a cranio-caudal direction to the desired aperture by squeezing the retractor handles. Anterior-posterior exposure is achieved by turning the knobs on the sides of the retractor. Because the articulating arm is attached to the independent posterior blade, expansion by turning the knobs is preferentially anterior so as to minimize blade pressure on the posterior portion of the psoas muscle and the nerves within it. The size of the exposure is customizable as needed and changeable intraoperatively.

A bifurcated light cable is provided with the MaXcess System to provide direct light and visualization into the wound. The single end of the bifurcated cable should be passed off and attached to a xenon arthroscopy light source; the two remaining ends placed down into the retractor blades and bent out of the way of the exposure. The operative corridor is thus established and should be thoroughly explored. Direct visualization and the NeuroVision EMG pedicle probe can be used to affirm a neurologically clear operative corridor. Bipolar electrocautery can be used to prepare disc visualization.

*Discectomy and interbody implant placement*

Under direct vision (Fig. 6), a thorough discectomy is performed using standard instruments such as an up-biting curette, pituitary rongeur, and various scrapers and broaches (Figs. 7 and 8). The posterior annulus is left intact, with the annulotomy window centered in the anterior half of the disc space and wide enough to accommodate a large implant. Disc removal and release of the contralateral annulus using a Cobb dissector provides the opportunity to place a long implant that will rest on both lateral margins of the epiphyseal ring, maximizing end plate support. Interbody distraction and implant placement in this anterior and bilateral epiphyseal position provides strong support for disc height restoration, and sagittal and coronal plane imbalance correction.

*Closure*

The exposure is copiously irrigated, and the retractor is removed slowly, so as to observe the psoas muscle



Fig. 4. Extreme Lateral Interbody Fusion procedure demonstrated sequentially. Schematic drawing showing (A) the surgeon's index finger inserted into the paraspinal incision site, (B) identifying the retroperitoneal space, and (C) guiding the initial dilator into position. Completion of the dilator positioning is achieved when (D) the retractor is inserted into the retroperitoneal space, penetrating the psoas major, and positioned directly on the lateral intervertebral disc space. (Schematics reprinted with permission from NuVasive, Inc., San Diego, CA).

rebounding and to confirm hemostasis. For both incision sites, the fascial layer is closed with 0 Vicryl and the subcutaneous layer is closed with 2.0 Vicryl sutures (Fig. 9). A 4.0 monocryl is used for subcuticular closure followed by skin glue for the final layer of closure. No drains have thus far been required. The patient is then placed prone for placement of percutaneous pedicle screws or done later at a second stage.

440



Fig. 5. Operative photograph of laterally inserted dilators. With patient in lateral decubitus position, sequentially larger dilators are shown inserted into the patient's side, penetrating the psoas major, and resting on the desired disc space.

## Results

During preoperative consultation, all patients were informed of all surgical options including ALIF, posterior



Fig. 6. View of the lateral lumbar spine. The retractor has been inserted through the retroperitoneal space and psoas muscle, exposing the disc space. A bifurcated light cable clearly illuminates the lumbar spine.



Fig. 7. Operative photo of discectomy being conducted under direct vision, facilitated by elongated instruments, a secured retractor, and fiber-optic lighting.

lumbar interbody fusion, transforaminal lumbar interbody fusion (TLIF), and XLIF. A complete discussion and description of the XLIF technique was described to all patients interested in the technique. Informed consent was attained for every patient.



Fig. 8. Operative photo of a distractor inserted into the lumbar disc space, before insertion of a bone graft.

B.M. Ozgur et al. / The Spine Journal 6 (2006) 435–443          441



Fig. 9. Operative photo of lateral incision site after interbody graft placement, measuring approximately 4 cm. The length of this closure site was extended from the original 2.5 cm incision.

All XLIF procedures were supplemented with percutaneous pedicle screw fixation (either immediate or staged), and all procedures concluded without complication. Figure 10 represents images from a patient having had an L3–L4 XLIF followed by percutaneous pedicle screw instrumentation. Nerve avoidance equipment alerted us to a nearby spinal nerve during the trans-psoas approach in one patient, prompting redirection of the approach more anteriorly, away from the nerve, with no consequence. Thus far, there have been no complications in this institution's first 13 patients. No postoperative intensive care unit stay or blood transfusions were required. The majority of patients needed only Vicodin and nonsteroidal anti-inflammatory drugs for analgesia and ambulated on postoperative day 1. Visual analog scale and Oswestry disability indexes were collected by our clinic nurse by means of a patient questionnaire that was filled out at every clinic visit. These follow-up results are forthcoming.

## Discussion

New techniques and technologies continue to push the limits of minimally invasive spine surgery [19].

Laparoscopic ALIF has been reported to be a safe surgical technique [2] and is commonly performed [2–7]. The primary advantages over the open surgical approach are less tissue trauma, reduced postoperative pain, shorter hospital stays, and earlier return to work. Nonetheless, the advantages of laparoscopy over open techniques have recently been questioned [20].

Laparoscopic techniques are not without their complications. During the initial percutaneous approach, the bowel may be injured [9]. $CO_2$ insufflation may lead to physiological complications [8] such as low cardiac output, elevated mean arterial pressure, and elevated vascular and systemic resistance. Other reported complications have included injury to great vessels [10,11], retrograde ejaculation [12,13], and arterial thromboembolism [21].

Moreover, significant technical challenges limit the value of laparoscopic anterior approaches. Mastering the operative use of laparoscopic instruments is a significant challenge, especially if not routinely employed. Depth perception is compromised with the use of two-dimensional video imaging. Access to the anterior lumbar spine at L4–L5 is particularly challenging with laparoscopy, given that it requires ligation of the iliolumbar vein and mobilization of the great vessels. Lastly, access to the anterior lumbar spine is still dependent on the general surgeon.

Reports have shown that the laparoscopic anterior lumbar approach offers no significant advantage over the mini-open approach [6,22]. Recently, Kaiser et al. reported on 98 patients who underwent ALIF procedures, 47 via laparoscopic approach and 51 via mini-open technique [22]. A significantly longer preparation time was observed when using a laparoscopic approach versus a mini-open approach. The average procedural time for the laparoscopic approach was 185 minutes. Although some of our earlier cases took longer than this time, it is notable that there is a learning curve associated with using a new technique and trusting the nerve monitoring equipment in avoiding nerve injury. Currently we are averaging 45 minutes per XLIF level.

The XLIF technique is a modification of the retroperitoneal approach to the lumbar spine. The technique was first presented in 2001 by Pimenta, who has performed more than 100 lateral trans-psoas surgeries since 1998 [23]. The equipment used in this procedure is uncomplicated, conventional, and does not require additional capital expenditure. An operative microscope may be used, but certainly is not required. In fact, thus far all of our cases have been performed simply using operative loupes. Furthermore, the attachable illumination provided by the MaXcess System enables unparalleled visibility without the discomfort of wearing a headlight.

When compared with anterior laparoscopic approaches to the lumbar spine, the lateral approach has several advantages. First, a general surgeon is not needed for access. A far lateral approach eliminates the need to violate or retract the peritoneum, or to retract the great vessels. Second,

*B.M. Ozgur et al. / The Spine Journal 6 (2006) 435–443*



Fig. 10. Postoperative images demonstrating Extreme Lateral Interbody Fusion and percutaneously placed pedicle screws and instrumentation at L3–L4.

compared with laparoscopic techniques, no steep learning curve exists for this minimally disruptive technique. All tissue dissection occurs under direct vision, without impairment of depth perception. Third, a far lateral approach avoids many of the known complications of laparoscopic anterior approaches, such as damage to the great vessels during mobilization [10,11], and retrograde ejaculation [12,13] most likely from disturbance of the superior hypogastric nerve plexus. Fourth, the most significant advantage we report between the laparoscopic ALIF and our XLIF is in operative time. When compared with mini-open laparotomy, a laparoscopic ALIF has been noted to have longer operative time [24].

Limitations do exist with this far lateral approach. First, the inferior edge of the 12th rib and the superior edge of the iliac crest limit the potential exposure sites to L1–L2, L2–L3, L3–L4, and L4–L5. Also, dissecting the psoas major, though technically straightforward, must be done carefully so as not to injure the nerves of the lumbar plexus or cause significant trauma to the psoas major. Prior reports of lateral retroperitoneal approaches included mobilization of the psoas muscle from the lumbar spine, but a high incidence of transient numbness along the genitofemoral nerve has been reported after retraction of the psoas muscle [25,26]. Because the XLIF approach requires neither retraction of the psoas major, nor significant dilation of the dissection site in the psoas major (as the exposure is expanded preferentially anteriorly by locking the posterior retractor blade to the surgical table), transient sensory deficits along the genitofemoral nerve are unlikely. Use of the NeuroVision EMG monitoring system is critical to the safe passage by the nerves within the psoas muscle itself. To date, this initial cohort has not shown any evidence of trauma to the psoas muscle or nerves.

As with most minimally disruptive spinal techniques, intraoperative fluoroscopy use is critical. The actual timing of fluoroscopy use is important; however, it is significantly affected by the experience of the technician as well as the surgeon. We found that our fluoroscopy time was decreased; however, quantitative analysis has not been performed thus far. We hope that we can provide this information in future follow-up studies.

The surgical results of this procedure have shown that it is a safe and reproducible technique. It has demonstrated the benefits of a minimally invasive procedure, with quick recovery and improvements in pain and function scales. It has also demonstrated that the underlying objectives of surgery need not be compromised for the sake of less morbidity. Disc heights were restored and stability maintained by preserving ligamentous structures and inserting a large interbody implant. This can indirectly improve the foraminal volume and result in reduction of radiculopathy. Sagittal balance was maintained or improved by placement of the implant in an anterior position. Coronal imbalances were corrected by ensuring full bilateral end plate coverage by the implant. Although it is still early to fully assess fusion rates, the longer follow-up patients in this study have shown solid fusion progression, apparently uncompromised by the technique.

## Conclusion

Given the known complications and challenges of endoscopic spine surgery, the XLIF may be a valuable alternative to laparoscopic anterior approaches for an interbody spine fusion. Subsequent articles shall report our longer-term follow-up data and efficacy. As comfort with this technique expands, so too do the indications for it. It has more recently also been used to treat low-grade spondylolisthesis and adult degenerative lumbar scoliosis with great success [27]. Longer follow-up is certainly required, but early results are encouraging. Time and increased numbers will also help us in determining fusion rates for future studies. Furthermore, we are in the process of trying to come up

*B.M. Ozgur et al. / The Spine Journal 6 (2006) 435–443*                                                                                                    443

with a control group as well as a more traditional surgical group for comparison.

## References

[1] Obenchain TE. Laparoscopic lumbar discectomy: case report. J Laparoendosc Surg 1991;1:145–9.

[2] Regan JJ, Aronoff RJ, Ohnmeiss DD, Sengupta DK. Laparoscopic approach to L4–L5 for interbody fusion using BAK cages. Spine 1999;4:2171–4.

[3] Lieberman IH, Willsher PC, Litwin DE, Salo PT, Kraetschmer BG. Transperitoneal laparoscopic exposure for lumbar interbody fusion. Spine 2000;25:509–14.

[4] Olsen D, McCord D, Law M. Laparoscopic discectomy with anterior interbody fusion of L5–S1. Surg Endosc 1996;10:1158–63.

[5] Regan JJ, Yuan H, McAfee PC. Laparoscopic fusion of the lumbar spine. Spine 1999;24:402–11.

[6] Zdeblick TA, David SM. A prospective comparison of surgical approach for anterior L4–L5 fusion. Spine 2000;25:2682–7.

[7] Zucherman JF, Zdeblick TA, Bailey SA, Mahvi D, Hsu KY, Kahrs D. Instrumented laparoscopic spinal fusion. Spine 1995;20:2029–35.

[8] Hannon JK, Faircloth WB, Lane DR, et al. Comparison of insufflation vs. retractional technique for laparoscopic-assisted intervertebral fusion of the lumbar spine. Surg Endosc 2000;14:300–4.

[9] Jacobs M, Verdeja JC, Goldstein HS. Minimally invasive colon resection (laparoscopic colectomy). Surg Laparosc Endosc 1991;1:144–50.

[10] Baker JK, Reardon PR, Reardon MJ, Heggeness MH. Vascular injury in anterior lumbar spine surgery. Spine 1993;18:2227–30.

[11] Regan JJ, McAfee PC, Guyer RD, Aronoff RJ. Laparoscopic fusion of the lumbar spine in a multicenter series of the first 34 consecutive patients. Surg Laparosc Endosc 1996;6:459–68.

[12] Christensen FB, Bunger CE. Retrograde ejaculation after retroperitoneal lower lumbar interbody fusion. Int Orthop 1997;21:176–80.

[13] Flynn JC, Price CT. Sexual complications of anterior fusion of the lumbar spine. Spine 1984;9:489–92.

[14] Ebraheim NA, Xu R, Huntoon M, Yeasting RA. Location of extraforaminal lumbar nerve roots: an anatomic study. Clin Orthop 1997;340: 230–5.

[15] Gu Y, Ebraheim NA, Xu R, Rezcallah AT, Yeasting RA. Anatomic considerations of the posterolateral lumbar disk region. Orthopedics 2001;24:56–8.

[16] Moro T, Kikuchi S, Konno S, Yaginuma H. An anatomic study of the lumbar plexus with respect to retroperitoneal endoscopic surgery. Spine 2003;28:423–8.

[17] McLaughlin J, Marks R, Goldberg M, Niznik G. Transcutaneous discectomy and cannula stimulation for detecting proximity to lumbar nerve roots. Paper presented at: American Society of Neurological Monitoring (ANSM) meeting; May 2003; Las Vegas, NV.

[18] Peloza J. Validation of neurophysiologic monitoring of posterolateral approach to the spine via discogram procedure. Proceedings of the 9th International Meeting on Advanced Spine Techniques (IMAST); May 2002; Montreux, Switzerland.

[19] Fessler RG. Minimally invasive surgery of the spine. Neurosurgery 2002;51(5 suppl):Siii–iv.

[20] Rodriguez HE, Connolly MM, Dracopoulos H, Geisler FH, Podbielski FJ. Anterior access to the lumbar spine: laparoscopic versus open. Am Surg 2002;68:978–82; discussion 982–3.

[21] Hackenberg L, Liljenqvist U, Halm H, Winkelmann W. Occlusion of the left common iliac artery and consecutive thromboembolism of the left popliteal artery following anterior lumbar interbody fusion. J Spinal Disord 2001;14:365–8.

[22] Kaiser MG, Haid RW Jr, Subach BR, Miller JS, Smith CD, Rodts GE Jr. Comparison of the mini-open versus laparoscopic approach for anterior lumbar interbody fusion: a retrospective review. Neurosurgery 2002;51:97–103; discussion 103–5.

[23] Pimenta L. Lateral endoscopic transpsoas retroperitoneal approach for lumbar spine surgery. Paper presented at: VIII Brazilian Spine Society Meeting; May 2001; Belo Horizonte, Minas Gerais, Brazil.

[24] Liu JC, Ondra SL, Angelos P, Ganju A, Landers ML. Is laparoscopic anterior lumbar interbody fusion a useful minimally invasive procedure? Neurosurgery 2002;51(5 Suppl.):155–8.

[25] Bergey D, Villavicanero AT, Goldstein T, Regan JJ. Endoscopic lateral trans-psoas approach to the lumbar spine. Spine 2004;29:1681–8.

[26] Nakamura H, Ishikawa T, Konishi S, Seki M, Yamano Y. Psoas strapping technique: a new technique for laparoscopic anterior lumbar interbody fusion. J Am Coll Surg 2000;191:686–8.

[27] Pimenta L, Vigna F, Bellera F, Schaffa T, Malcolm J, McAfee P. A new minimally invasive surgical technique for adult lumbar degenerative scoliosis. Proceedings of the 11th International Meeting on Advanced Spine Techniques (IMAST), Southampton, Bermuda, July 2004.

# EXHIBIT D

US006936051B2

(12) **United States Patent**      (10) **Patent No.:**    **US 6,936,051 B2**
Michelson                          (45) **Date of Patent:**        **Aug. 30, 2005**

(54) **MULTILOCK ANTERIOR CERVICAL PLATING SYSTEM**

(76) Inventor: **Gary K. Michelson**, 438 Sherman Canal, Venice, CA (US) 90291

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 259 days.

(21) Appl. No.: **10/410,902**

(22) Filed: **Apr. 10, 2003**

(65) **Prior Publication Data**

US 2003/0191472 A1 Oct. 9, 2003

**Related U.S. Application Data**

(62) Division of application No. 10/386,275, filed on Mar. 11, 2003, which is a division of application No. 09/618,036, filed on Jul. 17, 2000, now Pat. No. 6,620,163, which is a division of application No. 09/022,293, filed on Feb. 11, 1998, now Pat. No. 6,193,721.

(60) Provisional application No. 60/037,139, filed on Feb. 11, 1997.

(51) Int. Cl.[7] ............................................. A61B 17/70
(52) U.S. Cl. .............................. 606/61; 606/69; 606/70; 606/71; 606/76; 606/77
(58) Field of Search .............................. 606/61, 69, 70, 606/71, 76, 77

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 74,489 | A | 2/1868 | Bidwell |
| 824,867 | A | 7/1906 | Houghton |
| 1,105,105 | A | 7/1914 | Sherman |
| 2,423,511 | A | 7/1947 | Luben et al. |
| 2,757,457 | A | 8/1956 | Ziegelski, Sr. |
| 3,244,170 | A | 4/1966 | McElvenny |
| 3,386,437 | A | 6/1968 | Treace |
| 3,604,414 | A | 9/1971 | Borges |
| 3,709,219 | A | 1/1973 | Halloran |
| 3,750,652 | A | 8/1973 | Sherwin |
| 3,840,014 | A | 10/1974 | Ling et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4409833 | 10/1995 |
| DE | 4414781 | 11/1995 |
| EP | 0 554 915 | 8/1993 |
| EP | 1106144 | 6/2001 |
| FR | 2 740 321 | 4/1997 |
| WO | WO 90/02526 | 3/1990 |
| WO | WO 94/17744 | 8/1994 |
| WO | WO 94/26193 | 11/1994 |
| WO | WO 95/11632 | 5/1995 |
| WO | WO 95/31941 | 11/1995 |
| WO | WO 95/35067 | 12/1995 |
| WO | WO 96/08206 | 3/1996 |
| WO | WO 96/39975 | 12/1996 |

OTHER PUBLICATIONS

European Search Report dated Jan. 20, 2004 of corresponding European Patent Application No. 03028649.

Advertisement for Codman Anterior Cervical Plate System by Codman; Johnson & Johnson; Professional, Inc.; undated.

AESCULAP Scientific Information Booklet; *Anterior Cervical Fusion and Interbody Stabilization with the Trapezial Osteosynthetic Plate Technique* by Wolfhard Casper; Feb. 1986.

(Continued)

*Primary Examiner*—David O. Reip
(74) *Attorney, Agent, or Firm*—Martin & Ferraro, LLP

(57) **ABSTRACT**

Anatomically contoured anterior cervical plates with bone ingrowth surfaces, providing for intersegmental compressive preloading, and a rigid and locked interface to all of the bone screws, with those engaging the vertebrae deployed in highly convergent pairs. The bone screws have a tapered self-tapping leading end, an increasing root diameter with a generally constant outer diameter with a thread that is narrow and sharp throughout and an enlarged head portion capable of an interference fit to the receiving holes of the plate. Instrumentation consists of plate holders, a compression apparatus and a pilot hole forming device that interlocks with the plate. Methods for spinal compression and bone hole preparation are provided.

**39 Claims, 20 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,960,147 A | 6/1976 | Murray |
| 4,069,586 A | 1/1978 | Skelton |
| 4,102,339 A | 7/1978 | Weber et al. |
| 4,338,926 A | 7/1982 | Kummer et al. |
| RE31,628 E | 7/1984 | Allgower et al. |
| 4,488,543 A | 12/1984 | Tornier |
| 4,493,317 A | 1/1985 | Klaue |
| 4,503,848 A | 3/1985 | Caspar et al. |
| 4,542,539 A | 9/1985 | Rowe, Jr. et al. |
| 4,651,724 A | 3/1987 | Berentey et al. |
| 4,733,657 A | 3/1988 | Kluger |
| 4,794,918 A | 1/1989 | Wolter |
| 4,896,661 A | 1/1990 | Bogert et al. |
| 4,898,161 A | 2/1990 | Grundei |
| 4,957,495 A | 9/1990 | Kluger |
| 4,959,065 A | 9/1990 | Arnett et al. |
| 5,000,166 A | 3/1991 | Karpf |
| 5,019,079 A | 5/1991 | Ross |
| 5,041,113 A | 8/1991 | Biedermann et al. |
| 5,052,373 A | 10/1991 | Michelson |
| 5,053,036 A | 10/1991 | Perren et al. |
| 5,059,194 A | 10/1991 | Michelson |
| 5,127,912 A | 7/1992 | Ray et al. |
| 5,147,361 A | 9/1992 | Ojima et al. |
| 5,167,662 A | 12/1992 | Hayes et al. |
| 5,180,381 A | 1/1993 | Aust et al. |
| 5,190,544 A | 3/1993 | Chapman et al. |
| 5,209,751 A | 5/1993 | Farris et al. |
| 5,217,497 A | 6/1993 | Mehdian |
| 5,234,430 A | 8/1993 | Huebner |
| 5,300,073 A | 4/1994 | Ray et al. |
| 5,338,197 A | 8/1994 | Kwan |
| 5,364,399 A | 11/1994 | Lowery et al. |
| 5,380,328 A | 1/1995 | Morgan |
| 5,397,363 A | 3/1995 | Gelbard |
| 5,423,826 A | 6/1995 | Coates et al. |
| 5,456,685 A | 10/1995 | Huebner |
| 5,478,340 A | 12/1995 | Kluger |
| 5,478,348 A | 12/1995 | Bajada |
| 5,492,442 A | 2/1996 | Lasner |
| 5,520,690 A | 5/1996 | Errico et al. |
| 5,527,314 A | 6/1996 | Brumfield et al. |
| 5,531,554 A | 7/1996 | Jeanson et al. |
| 5,531,746 A | 7/1996 | Errico et al. |
| 5,545,163 A | 8/1996 | Miller et al. |
| 5,545,165 A | 8/1996 | Biedermann et al. |
| 5,549,612 A | 8/1996 | Yapp et al. |
| 5,558,674 A | 9/1996 | Heggeness et al. |
| 5,562,663 A | 10/1996 | Wisnewski et al. |
| 5,562,672 A | 10/1996 | Huebner et al. |
| 5,578,034 A | 11/1996 | Estes |
| 5,601,553 A | 2/1997 | Trebing et al. |
| 5,607,426 A | 3/1997 | Ralph et al. |
| 5,616,142 A | 4/1997 | Yuan et al. |
| 5,643,265 A | 7/1997 | Errico et al. |
| 5,662,652 A | 9/1997 | Schafer et al. |
| 5,672,175 A | 9/1997 | Martin |
| 5,676,666 A | 10/1997 | Oxland et al. |
| 5,676,703 A | 10/1997 | Gelbard |
| 5,735,853 A | 4/1998 | Olerud |
| 5,735,899 A | 4/1998 | Schwartz et al. |
| 5,755,796 A | 5/1998 | Ibo et al. |
| 5,766,254 A | 6/1998 | Gelbard |

| | | |
|---|---|---|
| D402,032 S | 12/1998 | Stone |
| 5,849,012 A | 12/1998 | Abboudi |
| D406,646 S | 3/1999 | Stone |
| 5,876,402 A | 3/1999 | Errico |
| 5,876,446 A | 3/1999 | Agrawal et al. |
| 5,954,722 A | 9/1999 | Bono |
| 6,022,350 A | 2/2000 | Ganem |
| 6,030,389 A | 2/2000 | Wagner et al. |
| 6,152,927 A | 11/2000 | Farris et al. |
| 6,342,055 B1 | 1/2002 | Eisermann et al. |

### OTHER PUBLICATIONS

Article from Plastic and Reconstructive Surgery; *Comparison of Compression and Torque Measurements of Self–Tapping and Pretapped Screws* by John T. Phillips, M.D., F.R.C.S. (C), and Berton A. Rahn, M.D., D.D.S.; Mar. 1989.

Article from The Journal of Prosthetic Dentistry; *Bone–implant interface structures after nontappping and tapping insertion of screw–type titanium alloy endosseous implants* by Keiichi Satomi, D.D.S.; Yasumasa Akagawa, D.D.S.; Ph.D.; and Hiroshima Tsuru, D.D.S., Ph.D.; Mar. 1988; vol. 59, No. 3.

Article from The Surgeon; *The Anterior Plating of the Cervical Spine with the Titanium Hollow Screw System* by E. Morshcer, F. Sutter, H. Jenny and S. Olerud; (1986).

Brochure by SYNTHES Spine for *Cervical Spine Locking Plate*; 1991.

Orion Brochure; *Anterior Cervical Plate System, Surgical Technique*, as described by Gary L. Lowery, M.D., Ph.D.; 1996.

Codman Brochure; *Anterior Cervical Plate Sytstem*; Sep. 1995.

Acromed; *AcroPlate Anterior Cervical System: Ordering Information for Implants and Instruments*; 1994.

Acromed; *Kaneda Anterior Spinal Instrumentation System, Technique Manual.*

Acromed; *University Plate Titanium Anterior System: Ordering Information for Implants and Instruments*; 1994.

Caspar et al.; *Experimental and Clinical Studies, Anterior Cervical Fusion and Caspar Plate Stabilization for Cervical Trauma*; Neurosurgery; vol. 25; No. 4; 1989; pp. 491–502.

Caspar, Wolfhard; *Anterior Cervical Fusion and Interbody Stabilization with the Trapezial Osteosynthetic Plate Technique*; AESCULAP Scientific Information Booklet.

Cloward Instrument Corporation; *Brochure, New Cloward Cervical Dislocation Reducer*; Catalog No. C17–1000.

Cloward Instrument Corporation; *Brochure, New Cloward Lumbar Vertebra Spreader*; Catalog No. C61–1025/C61–1026.

Cloward Instrument Corporation; *Catalog, Cloward Instruments*; 1993; 1–38.

Foley et al.; *Aline Anterior Cervical Plating System: Surgical Technique*; Surgical Dynamics; 1998; pp. 1–16

Stryker Implants; *alpha plate*; 1997.

Synthes Spine; *New Additions, Cervical Spine Locking Plate System*; 1995; pp. 1–17.

Synthes Spine; *Product Profile*; 1993; pp. 1–8.

Synthes Spine; *The Titanium, Anterior Thoracolumbar Locking Plate System, Technique Guide*; 1994; pp. 1–13.

**U.S. Patent**     Aug. 30, 2005     Sheet 1 of 20     US 6,936,051 B2



FIG 1

FIG 5

FIG 2

FIG 6

FIG 3

FIG 7

FIG 4

FIG 8



FIG 9

FIG 15

FIG 10

FIG 11

FIG 16

FIG 12

FIG 13

FIG 17

FIG 14

FIG 18



FIG 19

FIG 23

FIG 20

FIG 21

FIG 24 A

FIG 25

FIG 26

FIG 22

FIG 27



FIG 28

FIG 29

FIG 24B

FIG 30



FIG 31

FIG 32

FIG 33



*FIG 34*



*FIG 35*



*FIG 36*



*FIG 37*



*FIG 38*

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 82 of 149



*FIG 39*

*FIG 40*

*FIG 41*

*FIG 42*



*FIG 43*



*FIG 45*



*FIG 44*



*FIG 46*

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 84 of 149



FIG 50

FIG 47

FIG 51

FIG 48

FIG 49

FIG 52

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 85 of 149



*FIG 56*



*FIG 53*



*FIG 57*



*FIG 58*



*FIG 54*



*FIG 55*



*FIG 59*



FIG 61

FIG 60

FIG 62



FIG 63

FIG 64



FIG 65

FIG 66



FIG 68

FIG 69A

FIG 67

FIG 69B



FIG 70

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 90 of 149



FIG 71

FIG 72

FIG 74

FIG 73

FIG 75



*FIG 76*



*FIG 78*



*FIG 77*



*FIG 79*



*FIG 80*



*FIG 81*

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 93 of 149



*FIG 82*



*FIG 83*

*FIG 84A*



*FIG 84B*



*FIG 84C*



*FIG 84D*



*FIG 84E*

US 6,936,051 B2

1

# MULTILOCK ANTERIOR CERVICAL PLATING SYSTEM

## RELATED APPLICATIONS

This application is a divisional of application Ser. No. 10/386,275, filed Mar. 11, 2003; which is a divisional of application Ser. No. 09/618,036, filed Jul. 17, 2000, now U.S. Pat. No. 6,620,163; which is a divisional of application Ser. No. 09/022,293, filed Feb. 11, 1998, now U.S. Pat. No. 6,193,721; which claims the benefit of U.S. provisional application Ser. No. 60/037,139, filed Feb. 11, 1997; all of which are incorporated herein by reference. Application Ser. No. 09/022,344, filed Feb. 11, 1998, and titled SKELETAL PLATING SYSTEM, now U.S. Pat. No. 6,139,550, is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to implants, method, and instrumentation for fusion of the human cervical spine from the anterior aspect, and in particular to plate systems for aligning and maintaining adjacent cervical vertebrae in a selected spatial relationship during spinal fusion of those vertebrae.

### 2. Description of the Related Art

It is current practice in the art to use cervical plating systems for this purpose. Such systems are composed essentially of plates and screws for aligning and holding vertebrae in a desired position relative to one another. The earliest such devices consisted of stainless steel plates and screws and required that the screws passed entirely through the vertebrae and into the spinal canal in order to engage the strong bone tissue (the posterior cortex) of the vertebral bodies. This required the ability to observe or visualize this area radiographically, which is not always possible, especially in the lower cervical spine where the vertebrae may be hidden radiographically by the shoulders.

In order to form holes in the vertebral bodies for insertion of each screw, a drilling operation was performed, followed by a tapping operation. Each of these operations involved the passage of an instrument entirely through the associated vertebral body and into the spinal column. Thus, these instruments come into close proximity to the spinal cord and the dural sac which are in close proximity to the back surfaces of the vertebral bodies. Any procedure which introduces an object into the spinal canal presents serious risks which are of concern to the surgeon.

The conventional technique of forming a bone screw receiving hole in vertebral bodies by drilling has a number of significant disadvantages. For example, drilling removes bone material, leaving a void and resulting in a loss of bone material. Drilling also causes microfracturing of the bone at the drill bit-bone interface and the resulting fracture lines tend to propagate in directions perpendicular to the wall of the hole. More specifically, the bone material is essentially a type of ceramic which exhibits a brittle pattern of fracture formation and propagation in response to drilling. Furthermore, drilling generates heat which can result in thermal necrosis of the bone material precisely at the interface between the bone and a subsequently installed screw, where necrosis is most harmful. Any bone which does experience necrosis will subsequently be resorbed by the body as part of the bone repair process and this can lead to the loosening of the screw.

Another problem with drilling is that the path of the drill bit is difficult to control and since the drill bit operates by

2

rotation, it can wind up soft tissue about the associated plate. In addition, unless great care is taken, the drill bit may be driven significantly past the posterior cortex and cause irreparable harm within the spinal canal. Finally, a drill bit may bind and fracture within the vertebral body and can then cause serious injury as the still rotating portion of the drill bit passes into the wound, while the portion of the bit which has broken off may either protrude dangerously from the vertebral body or may be broken off flush with the upper surface of the body so as to be irretrievably embedded therein. In any event, the steps that must be taken to retrieve the broken-off portion of a drill bit will inevitably prolong and complicate the surgical procedure.

In known plating systems, there have been problems with loosening and failure of the hardware; breakage of the screws and plates, and backing out of screws into the patient's throat area. These occurrences generally require further surgical procedures to replace the broken parts or the plates and screws entirely, and to repair any damage that may have been caused.

Other problems which have been encountered with known systems result from the failure of the screws to achieve a sufficient purchase in the bone and the stripping of the screws. Also, the use of the known plating systems may result in a loss of lordosis, which is the normal curve of the cervical spine when viewed from the side.

Known plating systems additionally experience problems in connection with those procedures where bone grafts are placed between vertebral bodies to achieve an interbody fusion which heals by a process called "creeping substitution". In this process, bone at the interface between the graft and a vertebra is removed by a biological process which involves the production of powerful acids and enzymes, as a prelude to invasion of the interface by living tissue and the deposition, or growth, of new bone. While the plates allow for proper alignment of the vertebrae and their rigid fixation, they can therefore, at the same time unfortunately, hold the vertebrae apart while the resorption phase of the creeping substitution process forms gaps in the bone at the fusion site with the result that the desired fusion does not occur. Such failure is known as pseudoarthrosis. When such a failure occurs, the hardware itself will usually break or become loosened from the spine, thus requiring a further surgical procedure to remove the broken components and another surgical procedure to again attempt fusion.

In response to the problems described above, a second generation of plating systems has been developed and/or proposed. These include a system disclosed in U.S. Pat. No. 5,364,399 to Lowery and U.S. Pat. No. 5,423,826 to Morscher, as well as cervical spine locking plating systems offered by SYNTHES Spine, the DANEK ORION plate, the CODMAN SHURTLEFF plate, and the SMITH NEPHEW RICHARDS plate, among others. The systems' forming members of this second generation have a number of common properties. They are all made of either a titanium alloy or pure titanium rather than stainless steel, to minimize adverse tissue reactions and are MRI compatible, which stainless steel is not. The screws and the plates have been given increased thickness in order to achieve increased strength. The screws have larger diameters to improve their purchase without requiring that they engage the posterior cortex of the vertebral bodies. Some mild longitudinal contouring of the plates is employed to allow for some lordosis, and/or limited transverse contouring to better follow the generally curved aspect of the front of the vertebral bodies. Mechanisms are employed for securing the vertebral bone screws to their associated plates in a manner to prevent

US 6,936,051 B2

3

the screws from backing out. While this second generation of plating systems represents a significant improvement over earlier systems, certain existing problems persist, while new problems have been created.

For example, since the screws no longer extend into the posterior cortex, it is common for the threads in the tapped screw hole to become stripped and for the screws to fail to gain a suitable purchase. In addition, screw breakage continues to be experienced and occurs most commonly at the junction of the screw to the posterior aspect of the plate. The screws employed in both the SYNTHES system and the SMITH NEPHEW RICHARDS system are particularly vulnerable to this problem because those screws are hollow at the level where they attach to the plate to permit the internal reception of locking screws.

In an attempt to prevent screw to plate junction breakage of the screw, more recent designs of screws have an increasing root diameter from tip to head, which thus far has resulted in a near useless stubby and blunt thread near the screw head with little holding power and little tactile feedback to the surgeon to signal the completion of tightening prior to stripping of the screw within the bone. Based on empiric studies testing these prior art screws, the use of a pretapped hole, rather than a self-tapping screw, was found to be preferred for pullout strength and thus these screws have not been self-tapping and thus the screw holes must be pre-tapped. Since the thread cutting portion of a tap is necessarily sharp and rotated to work, there is a serious risk of damage to the surrounding soft tissues when it is used. This is compounded by the fact that the plates employed in these systems do not provide sufficient long axis contouring to make full allowance for lordosis and do not have sufficient transverse contouring to prevent rocking of the plate about its longitudinal axis and to conform to the anterior shape of the vertebral bodies, so that these plates do not prevent soft tissue from creeping in from the sides and beneath the screw holes thus exposing these tissues to damage by the drill and the tap. While it is possible, at the time of surgery, to make some change in the contouring of these plates, this is generally limited to contouring of the longitudinal axis and quite often causes distortion of the plate's bone screw holes and screw hole to plate junctions in a manner which has an adverse effect on the screw-plate interlock. Lack of proper contouring prevents these plates from having an optimally low profile relative to the spine.

In some of the second generation cervical plating systems, screw backout continues to occur, because these plates could not be designed to allow for the locking of all of the screws. Specifically, while the designers of these plates recognized the importance of securing the bone screws to the plates, they were unable to lock all of the screws and had to settle for leaving some of the screws unlocked.

Furthermore, several of these second generation systems utilize tiny and delicate "watchmaker" parts to achieve interlocking. These parts are characterized by the need to engage them with particularly delicate small ended screw drivers. These interlocking components are easily rendered ineffective by any effort to alter the contours of a plate during surgery.

Despite the improvement of these second generation plating systems over the first problems, the problems still persist, the most important of which is pseudoarthroses, and particularly "distraction pseudoarthroses". Although these second generation plates have clearly led to an increase in fusion rate, when a failure to produce fusion occurs, it is generally accompanied by bone resorption along a line at the graft-to-vertebra junction, which can be seen on a radiograph.

4

In the case of the weak first generation plates and screws, the plates might hold the vertebrae apart, preventing fusion, but only until the hardware would break, relieving the distraction, and then allowing the fusion to occur. The second generation systems of plates are too strong to allow this to occur, thus requiring further surgical procedures for the correction of the pseudoarthroses.

Compression plates are well known and are widely used in orthopedic surgery for the stabilization of tubular bones, and sometimes also flat bones. Such plates may rely on some external compression means or may be self-compressing, relying on the ability of the screw head to slide within a ramped slot such that the tightening of the bone screws through the plate imparts a linear motion perpendicular to the screw axes. U.S. Pat. No. 5,180,381 discloses an attempt to employ such a mechanism in connection with anterior spinal fixation.

However, it has been found that all of the proposed self-compressing plating systems have in common the need for a screw to engage both a proximal and a distal cortex, (bone casing of very dense bone material), so as to anchor the screw tip in a manner to allow the plate to move relative to the screw when tightened rather than allowing the plate to drag the screw off axis. However, as already discussed earlier herein, when a screw is to engage the posterior cortex of the vertebral body, it is necessary for the drill and the tap which form the screw hole, as well as the screw tip itself, to all enter the spinal canal, thereby exposing the spinal cord to damage.

While the system disclosed in U.S. Pat. No. 5,180,381 avoids such danger by engaging the vertebral body end plate instead of the posterior vertebral body cortex, the path of the screw is of necessity quite short, so that there is very little opportunity for the screw threads to achieve additional purchase within the vertebral body. It would therefore appear that to the extent that the device disclosed in U.S. Pat. No. 5,180,380 is able to achieve its stated objectives, it would pull the front of the spine together more than the back and would not appear to compress the back of the vertebral bodies at all, thus producing an undesirable iatrogenic loss of the normal cervical lordosis. Such a situation is disruptive to the normal biomechanics of the cervical spine and potentially quite harmful.

The creation of compression between adjacent vertebrae would offer a number of advantages, including reduced distraction pseudoarthrosis, increased surface area of contact between the graft and vertebrae as slightly incongruent surfaces are forced together, increased osteogenic stimulation, since compressive loads stimulate bone formation, and increased fusion graft and spinal segment stability.

Among the new problems created by these second generation systems is a tendency for the small "watchmaker" parts used to lock the bone screws to the plate to fall off of the driver used for attaching those parts, or out of the associated plates and to become lost in the wound. In addition, these small parts are quite fragile and require specialized additional instruments for their insertion and/or manipulation. Furthermore, incorrect bone screw placement relative to the axis of a plate hole may render the screw locking mechanism unworkable or may cause sharp and jagged shavings of titanium to be formed as a locking screw is driven into contact with an improperly seated screw. The means for establishing bone screw to plate hole alignment and preparation are less than reliable. Furthermore, most of these second generation systems lack a reliable and effective means for positioning and holding the plate during attachment.

US 6,936,051 B2

**5**

Specific features of various prior art systems will be summarized below.

The system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, cited earlier herein, includes a thin stainless steel plate which allows for side-by-side or offset bicortical screw placement, the plate having a combination of screw holes and slots.

The "Acromed" system includes a titanium plate and screws which require bicortical screw placement. This system does not include any locking means for the bone screws.

The system disclosed in U.S. Pat. No. 5,180,381 includes an "H" shaped plate having a combination of ramped slots and a hole which requires bicortical screw placement at a 45N angle to the plane of the plate. This patent discloses that this angular positioning is for the purpose of producing compression.

The SYNTHES Morscher plate system employs hollow, slotted screw heads. The screws are placed unicortically so that the heads, when properly aligned, come to rest in the upper portion of the plate holes. The upper portion of each screw is internally threaded to receive a tiny screw which is screwed into the bone screw head in order to increase the interference fit between the bone screw head and the wall of the associated plate hole.

In the system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, use is made of pairs of unicortical bone screws that may be locked in place at both ends of the associated plate by locking screws which have a small diameter shank and a large head. At each end of a plate two bone screws may be locked in place by a single locking screw which is situated between the bone screws. Generally, the plate is provided, between its two ends, with a diagonal slot or slots for receiving one or more additional screws, each additional screw being securable in a bone graft or a respective vertebra which is spanned by the plate. There is no locking screw associated with these intermediate bone screws to lock the bone screws to the plate.

The Codman Shurtleff plating system utilizes the side of a preinstalled rivet having a head rotatable to press against the side of the head of a bone screw so as to secure that one screw to the plate. The plates of this system also are provided with holes for receiving intermediate screws, but these screws are not associated with any locking means.

While the designers of the last-mentioned systems recognized the importance of locking the bone screws in position on their associated plates, they did not provide for any locking of the intermediate bone screws in their associated holes.

In an earlier version of the Codman Shurtleff system, the locking mechanism was a lever pivotable about a shaft passing entirely through the plate and then flared so as to retain the shaft within the plate. The lever was rotated after the bone screw had been inserted to engage the head of the bone screw and thus secure the bone screw to the plate.

Based on a consideration of the features of all of the known cervical plating systems, it appears that there remains a need for an improved system having the following combination of features:

1) The plate should be sufficiently strong to perform its intended function without mechanical failure;

2) The plate should be preformed in three dimensions so as to anatomically conform in both the longitudinal and transverse planes to the anterior cervical spine;

3) The plate should be constructed so that all of the bone screws are generally perpendicular to the plate when

**6**

viewed from the side, but pairs of screws are highly convergent corresponding to any vertebral level when viewed from the bottom, or on end;

4) Each pair of screws engages in a respective vertebra and the high convergence of screws in a pair allows the length of the screws which engage the bone to be longer and still remain within that vertebra and provide a safer and stronger engagement with the vertebrae;

5) The system should include bone screws which are capable of achieving enhanced purchase within the bone of the vertebral body and without the need to penetrate the posterior vertebral cortex and enter the spinal canal;

6) Use should be made of a screw which is self-tapping, thereby eliminating the need for separate tapping steps;

7) A reliable means should be provided for engaging and manipulating the plate during installation;

8) The plate should be engageable with an instrument means which can reliably produce bone screw holes which are coaxial with the screw holes in the plate;

9) It should be possible to prepare the vertebral bone to receive the bone screws so as to produce a stronger connection and a reduced danger of thread stripping by means of a pilot hole punch creating a pilot hole for the bone screws;

10) Alternatively to the use of a pilot hole punch, a relatively (compared to the overall root diameter of the screw) small diameter drill may be used to create the pilot hole.

11) Means should be provided for locking each and every bone screw in position relative to the plate, and the locking means should be of sufficient size and strength to reliably perform its intended functions;

12) Bone screw locking means should preferably be retainable by the plate prior to bone screw insertion, or should be reliably attachable to a driver to prevent any small parts from becoming loose in the wound; and

13) The system should be capable of effecting compression of the vertebral segments to be fused while maintaining and/or restoring lordosis.

## OBJECTS OF THE INVENTION

It is an object of the present invention to provide an improved anterior cervical plating system, installation instrumentation, and installation method which has the above described features and which avoids many of the shortcomings of previously known systems.

One object of the present invention is to provide a locking mechanism where a plurality of bone screws used for attaching the plate to the vertebrae can be easily and reliably locked in place at the same time by a single operation.

Another object of the present invention is to provide a vertebral plate in which the locking mechanisms for locking the bone screws may be pre-installed by the manufacturer prior to the insertion of the bone screws by the physician so that the physician does not have to attach the locking mechanism to the plate as a separate procedure during the operation.

Another object of the invention is to provide an anterior cervical plating system which allows for the intersegmental compression of the spinal segment (compression of the adjacent vertebrae and the fusion graft in the disc space between the adjacent vertebrae) in lordosis, and similarly, where desired, multisegmental compression.

US 6,936,051 B2

7                                                    8

A further object of the invention is to provide bone screws which provide for tactile feedback to the surgeon to assure sufficient tightening of the screws while avoiding stripping and are less prone to failure by breakage or by loosening.

Another object of the invention is to provide bone screws which achieve optimal purchase within the bone, without the need to penetrate the posterior cortex of the vertebrae.

A further object of the invention is to provide plates which are textured or otherwise treated to promote bone growth from vertebrae to vertebra beneath the plate.

Another object of the invention is to provide a plate which is constructed to reliably engage an instrument for forming all bone screw holes coaxial with the holes formed in the plate, the instrument having integral depth limiting means which completely eliminates the danger of perforation of the posterior vertebral wall or entry into the spinal canal.

Yet another object of the invention is to provide a system in which the bone screws and locking mechanisms, when fully installed, have a low profile.

It is another object of the present invention to provide for an anterior cervical plating system which is at least in part bioresorbable.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone ingrowth materials and surfaces.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone growth promoting substances.

It is another object of the present invention to provide instruments for reliably and easily performing the installation of the plates of the present invention.

It is still another object of the present invention to provide an improved method of installing the plates of the present invention.

The above and other objects and features of the invention will become more readily apparent from the following description of preferred embodiments of the invention, provided with reference to the accompanying drawings, which illustrate embodiments of the invention solely by way of non-limiting example.

SUMMARY OF THE INVENTION

The plating system of the first preferred embodiment of the present invention comprises a plate having a length sufficient to span a disc space and to overlap, at least in part, at least two adjacent cervical vertebrae, a substantial portion of the lower surface of the plate preferably being biconcave, that is concave curved along a substantial portion of the longitudinal axis of the plate and concave curved along a substantial portion of the transverse axis of the plate. The lower surface of the plate may also textured and/or treated to induce bone growth along the lower surface of the plate which contacts the cervical vertebrae. The plate is provided with a plurality of bone screw receiving holes which extend through the plate, from the upper surface to the lower surface of the plate, and at least one locking element is associated with the bone screw receiving hole. The plate and its component parts, may be made of any implant quality material suitable for use in the human body, and the plate and associated component may be made of a bioresorbable material.

Bone screws are each insertable into a respective bone screw receiving hole for attaching the plate to a vertebra. A locking element, is engageable to a locking element receiving recess and has a head formed to lock the bone screws to the plate. In the preferred embodiment, a single locking element locks a number of different bone screws in place. The locking elements are pre-installed prior to use by the surgeon in a manner so as to not impede installation of the bone screws.

As a result, the problems previously associated with the locking screws of the type applied after the insertion of the bone screws, including the problems of instrumentation to position and deliver to the plate the locking means, backing out, breakage, stripping and misthreading associated with the prior art more delicate locking screws resembling "watchmaker's parts", are eliminated.

In an alternative embodiment of the present invention, a locking element fits within a respective bone screw receiving hole to lock a respective one of the bone screws in place. According to this second embodiment of the invention, each of the bone screws is locked to the plate by means of an individual locking element which bears against at least a portion of the bone screw. Since no other holes need be formed in the plate to attach the locks to the plate, the plate remains quite strong.

The locking elements can be in many forms to achieve their intended purpose, such as, but not limited to, screws, threaded caps, rivets, set screws, projecting elements, and the like.

Also, a novel bone screw is disclosed so as to prevent pulling out of the bone screw during use. This is achieved by a design which includes a screw in which the outer diameter or crest diameter of the thread is maintained substantially constant along the entire length of the shaft of the bone screw, from below the head to above the tip, where threads of a lesser outer diameter facilitate insertion. The screw tip is fluted at its distal end to be self-tapping. The thread also has an extremely thin and sharp profile to cut into and preserve the integrity of the vertebral bone stock.

The plating system does not require that the head of the bone screw be hollow, or that additional holes be placed through the plate in addition to those provided for the passage of the bone screws. It will be appreciated that bone screws are weakened when their heads are hollow and that plates are weakened when they are provided with additional holes.

Additionally, the plate of the disclosed systems permit the proper aligning of the holes in the plate for the bone screws and for the plate to be easily applied to the vertebrae in compression. The plates include appropriate slots and engagement means for engaging compression instrumentation, described in detail below, for applying a compression force between adjacent vertebrae to which the plate is attached, in a reliable and easy manner.

An improved locking screw driver is provided. The driver provides for a wedged interference fit with a recess in the head of the bone screws and the head of the locking elements. The same driver is usable for both bone screws and locking elements. The driver ensures that the locking element cannot fall off the driver and become lost in the wound. The driver has a tapered end to facilitate insertion into the complimentary recess in the head of the screws and is used to engage and pick up the locking elements. Alternatively, the receiving socket can be tapered to the same purpose.

Alternatively, a combination bone screw and locking screw driver is disclosed in which the bone screw driver passes through a longitudinal opening in the locking screw driver so that both the bone screw and the locking screw can be loaded prior to insertion of the bone screw and both can be tightened with one instrument, without removing it from position.

US 6,936,051 B2

9

Also, instruments are provided for forming pilot holes to assist in the ease and accuracy of the installment of the bone screws, and for creating a creating a compression force between adjacent vertebrae during installation of the plate and for holding the plate during installation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of a first embodiment of a cervical spine multiple locking plate.

FIG. 2 is a top plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 3 is a side elevational view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 4 is an end view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 5 is a bottom plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 6 is a top plan view of the cervical spine multiple locking plate shown in FIGS. 1–5, with locking elements installed in an open configuration.

FIG. 7 is a top plan view of a modification of the plate of FIGS. 1–6 with a four bone screw locking element in place.

FIG. 8 is a top plan view of a further embodiment of a cervical locking plate of FIG. 1 with an elongated central slot for increased compression capability.

FIG. 9 is a top plan view of a locking element for use with the plates of FIGS. 1–6.

FIG. 10 is a top plan view of a locking element for use with the central opening of the plate of FIGS. 7 and 22.

FIG. 11 is a top plan view of a locking cap for use in the end openings shown in FIGS. 1, 6, and 7.

FIG. 12 is a side elevational view of the locking element of FIG. 16.

FIG. 13 is a side elevational view of another embodiment of the locking element of FIG. 16.

FIG. 14 is a top perspective view of an alternative embodiment of cervical spine multiple locking plate for use with locking rivets.

FIG. 15 is a bottom plan view of the cervical spine multiple locking plate of FIG. 14.

FIG. 16 is a top plan view of a two bone screw locking element.

FIG. 17 is a top plan view of an alternative embodiment of a four bone screw locking element having head slits for increased flexibility of the locking tabs.

FIG. 18 is a bottom plan view of a rivet type locking element for use with the central opening of the plate of FIG. 14.

FIG. 19 is a side elevational view of a rivet locking element.

FIG. 20 is a top perspective view of the bottom portion of the head of rivet of FIG. 19 viewed along lines 20—20.

FIG. 21 is a top perspective view of the head portion of a three bone screw locking element.

FIG. 22 is a top perspective view of a third embodiment of a cervical spine multiple locking plate utilizing locking elements in the form of threaded caps.

FIG. 23 is a side elevational view of a locking element for use with the plate of FIG. 22.

FIG. 24A is a side elevational view of a bone screw in accordance with the present invention.

FIG. 24B is an enlarged side elevational view of the bone screw of FIG. 24A.

10

FIG. 25 is a side elevational view of an alternative embodiment of a bone screw in accordance with the present invention.

FIG. 26 is a bottom end view of the bone screw shown in FIG. 24A.

FIG. 27 is a top end view of the bone screw shown in FIG. 24A.

FIG. 28 is a top perspective view of a fourth embodiment of a cervical spine multiple locking plate.

FIG. 29 is a top perspective view of a locking element for use with the plate of FIG. 28.

FIG. 30 is a partial side sectional view of the plate of FIG. 28 along lines 30—30 with a bone screw in place.

FIG. 31 is a top perspective view of the plate of FIG. 1 positioned against the anterior aspect of three successive vertebral bodies in the cervical spine, a plate holder, and an instrument for forming bone screw receiving holes in to the vertebral bodies.

FIG. 32 is a cross-sectional view of a portion of the bone forming device shown in FIG. 31 viewed along lines 32—32.

FIG. 33 is a side elevational view in partial cross section illustrating a compression post tool and a compression post engaged to it for insertion into a vertebral body.

FIG. 34 is a side elevational view in partial cross section of the compression post tool engaged for removal of the compression post from the vertebral body.

FIG. 35 is a bottom end view of the compression post tool of FIG. 34.

FIG. 36 is a side elevational view of a plate engaging hook for use with the compression apparatus shown in FIG. 38.

FIG. 37 is a cross-sectional view through the plate of an alternative embodiment of a hole forming instrument in the form of a drill guide and drill for use during the plate installation procedure.

FIG. 38 is a side elevational view showing intersegmental compression of the spine and compression apparatus.

FIG. 39 is a view similar to that of FIG. 38 showing the compression apparatus in a further stage of the plate installation procedure.

FIG. 40 is a top perspective view showing the locking of the bone screws to the plate.

FIG. 41 is a partial side sectional view of a locking element attached to a driver instrument.

FIG. 42 is a partial side sectional view of another embodiment of the locking element attached to a driver instrument.

FIG. 43 is a partial cross-sectional view showing a cervical plate, locking element, and bone screws along lines 43—43 of FIG. 40.

FIG. 44 is an enlarged portion of detail along line 44 of FIG. 43.

FIG. 45 is a side view in partial cross section of a plate holder attached to a plate.

FIG. 46 is a side view in partial cross section of another embodiment of a plate holder attached to a plate.

FIG. 47 is a top perspective view of a first embodiment of a single locking plate.

FIG. 48 is a top plan view of the plate shown in FIG. 47.

FIG. 49 is a side elevational view of the plate shown in FIG. 47.

FIG. 50 is an end view of the plate shown in FIG. 47.

FIG. 51 is a bottom plan view of the plate shown in FIG. 47.

US 6,936,051 B2

11

FIG. 52 is a top plan view of the plate shown in FIG. 47, with locking elements in place.

FIG. 53 is a side elevational view of a bone screw used with the plate shown in FIG. 47.

FIG. 54 is a top end view of the bone screw shown in FIG. 53.

FIG. 55 is a bottom end view of the bone screw of FIG. 53.

FIG. 56 is a top plan view of a locking cap for use with the single locking plate of FIG. 47.

FIG. 57 is a side elevational view of the locking cap shown in FIG. 56.

FIG. 58 is a bottom plan view of the locking cap shown in FIGS. 56 and 57.

FIG. 59 is a bottom perspective view of the locking cap of FIGS. 56–58.

FIG. 60 is a top perspective view of the single locking plate of FIG. 47 shown being held by a plate holder against three vertebral bodies, with the hole forming instrument for punching a pilot hole into the vertebral bodies for receiving a bone screw.

FIG. 61 is a side elevational view in partial cutaway of the hole forming instrument threaded to a bone screw receiving hole.

FIG. 62 is a perspective side sectional view of the drill and drill guide threadably engaged to the plate for drilling a hole for insertion of a bone screw.

FIG. 63 is a top perspective view of a single locking plate installed along a segment of the spine with two locking caps installed in two bone screw receiving holes.

FIG. 64 is a side elevational view in partial cross section of a locking cap engaged to a driver for installing the locking cap.

FIG. 65 is a partial cross sectional view of the plate, bone screws and locking caps along line 65—65 of FIG. 63.

FIG. 66 is an enlarged fragmentary view of area 66 of FIG. 65.

FIG. 67 is a perspective view of a cervical locking plate being held by an alternative plate holder instrument.

FIG. 68 is an end sectional view showing the plate holder of FIG. 67 engaging a plate.

FIG. 69A is an end sectional view of an alternative embodiment of the plate holder.

FIG. 69B is an end sectional view of another alternative embodiment of the plate holder.

FIG. 70 is a plate holder instrument with an offset and removable handle.

FIG. 71 is a top perspective view of a second embodiment of a cervical single locking plate having individual locking elements to lock each bone screw.

FIG. 72 is a top perspective view of a threaded locking element for use with the cervical single locking plate of FIG. 71 FIG. 73 is a partial side sectional view of the plate of FIG. 71 viewed along lines 73—73 with the locking element of FIG. 72 in place to hold a bone screw, but not fully tightened.

FIG. 74 is a top perspective view of an alternative locking element for use with a first modification of the cervical single locking plate of FIG. 71.

FIG. 75 is a side sectional view of the first modification of the plate of FIG. 71 with the locking element of FIG. 74.

FIG. 76 is a perspective view of an alternative locking element for use with the first modification of the plate of FIG. 71.

12

FIG. 77 is a partial side sectional view of the first modification of the plate of FIG. 71 with the locking element of FIG. 76 in place.

FIG. 78 is a top perspective view of another alternative locking element in the form of a rivet for use with a second modification of the locking plate of FIG. 71.

FIG. 79 is a partial side sectional detail view of the plate of FIG. 71 modified to use a locking element of FIG. 78 shown in place.

FIG. 80 is a partial cross sectional view of a plate and bone screw with the end of a tool shown for use in inserting both the bone screws and locking caps.

FIG. 81 is a side elevational view of another embodiment of the tool of FIG. 80.

FIG. 82 is a further embodiment of a cervical spine single locking plate for use in stabilizing multiple segments of the spine.

FIG. 83 is a further embodiment of a cervical spine multiple locking plate for use in stabilizing multiple segments of the spine.

FIGS. 84A–84E are various embodiments of cervical spine multiple locking plates for use in stabilizing a single segment of the spine.

DETAILED DESCRIPTION OF THE DRAWINGS

The present invention will be described first in association with the preferred embodiment of the plate system in which a plurality of bone screws are locked in place with one locking element. This is referred to as the multiple locking plate system. The multiple locking plates will be described, then the locking elements for locking the bone screws to the plate, then the bone screws associated with the multiple locking plates, and finally the instrumentation and method of installation of the multiple locking plates. Thereafter the plate systems in which a single locking element locks a single bone screw will be described. This is referred to as the single locking plate system. The locking elements, bone screws, instrumentation, and method of installation associated with the single locking plate will then be discussed.

1. Multiple Locking Plate System

The preferred embodiment of the multiple locking anterior cervical locking plate 2 according to the present invention (here shown by way of example for use in a two level fusion (three adjacent vertebrae)) is shown in FIGS. 1–5. Plate 2 has a generally elongated form whose outline generally departs from rectangular due to the presence of lobes or lateral projections 4 at the corners and at the center of the sides of plate 2. Each lobe 4 has a rounded outline and contains a respective circular bone screw receiving hole 6. Two additional intermediate circular bone screw receiving holes 8 are located inwardly of the sides of plate 2 and are centered on the longitudinal center line of plate 2. Lobes 4 give plate 2 additional strength in the region surrounding each bone screw receiving hole 6. It is recognized that other shapes for the plate 2 may be employed.

The intermediate paired bone screw receiving holes 8 are for use with a two level (three vertebrae) fusion. The intermediate bone screw receiving holes 8 may be eliminated for a single level (two vertebrae) fusion, or additional intermediate bone screw receiving holes 8 may be added if additional levels are to be fused.

Plate 2 is further provided with three locking element holes 12, each of which in the preferred embodiment is internally threaded 3, and each of which is surrounded by a shallow countersunk region 14. As will be described in greater detail below, in the preferred embodiment, bone

US 6,936,051 B2

13

screws are inserted in the bone screw receiving holes and a single pre-installed locking element associated with each of the locking element holes 12 locks a number of bone screws 30 in position at one time.

The number of paired bone screw holes generally correspond to the number of vertebrae to be fused. A plate for a one level fusion could have but a single locking element hole 12, while plates for fusing more than two levels (three vertebrae) could have additional middle locking element holes 12 corresponding to additional paired bone screw holes. In the embodiment illustrated in FIGS. 1–6, each end locking element 20 will lock three bone screws 30 in place, while the locking screw 21 in the central locking hole 12 locks two bone screws 30 in place. As shown in FIG. 7, central locking element 25 can also be configured so that four bone screws 30 are locked at one time.

As shown particularly in FIGS. 3, 4 and 5, plate 2 is shaped so that its bottom surface 27 (the surface which will be in contact with the vertebral bodies) has a bi-concave curvature, being concave both in the longitudinal plane (corresponding to its length) and in the plane transverse thereto, corresponding to its width. The concave curvature in the longitudinal plane conforms to the proper shape of the anterior aspect of the spine with the vertebrae aligned in appropriate lordosis. That longitudinal curve is an arc along the circumference of a circle (referred to herein as the "radius of curvature") 15.0 cm to 30.0 cm in radius and more preferably 20.0–25.0 cm in radius. Viewed on end in FIG. 4, the plate 2 has a radius of curvature of a circle 15–25 mm in radius, but preferably 19–21 mm in radius. While the plate 2 may have a thickness between 2 to 3 mm, a thickness of between 2.25 and 2.5 mm is preferred.

Having the bottom surface 27 of plate 2 contoured so that it is able to lie flush against the associated vertebral bodies is in contrast to conventional plates which have larger radii of curvature that contact the vertebral bodies only along the longitudinal centerline of the plate, thereby permitting side-to-side rocking of the plate relative to the vertebral bodies. The contour of the plate of the present invention provides effective resistance to rocking of the plate 2 relative to the vertebral bodies about the longitudinal center line of the plate, thereby reducing stress on the plate 2 and bone screws 30, and preventing the soft tissues from becoming engaged beneath the plate.

Other advantages produced by the above curvature are that the plate 2 will conform more closely to the facing bone surface; the plate 2 will project from the spine by a smaller distance; soft tissue will be prevented from sliding underneath the edges of the plate 2, where it could be subject to damage; and the angle of the bone screws 30, perpendicular to the plate when viewed from the side, when installed will be at a substantial converging angle, trapping the vertebral bone between the bone screws 30, and thus more strongly anchoring the plate to the spine.

As shown in FIG. 5, the bottom surface 27 of plate 2, preferably has a porous, roughened, and/or textured surface layer and may be coated with, impregnated with, or comprise of fusion promoting substances (such as bone morphogenetic proteins) so as to encourage the growth of bone along the underside of the plate 2 from vertebrae to vertebrae. The textured bottom surface 27 also provides a medium for retaining fusion promoting substances with which the bottom surface 27 layer can be impregnated prior to installation. The bottom surface 27 of plate 2 may be given the desired porous textured form by rough blasting or by any other conventional technology, such as etching, plasma spraying, sintering, and casting for example. If porous, the

14

bottom surface 27 is formed to have a porosity or pore size in the order of 50–500 microns, and preferably 100–300 microns. Fusion promoting substances with which the porous, textured bottom surface 27 can be impregnated include, but are not limited to, bone morphogenetic proteins, hydroxyapatite, or hydroxyapatite tricalcium phosphate. The plate 2 may comprise of at least in part a resorbable material which can further be impregnated with the bone growth material so that as the plate 2 is resorbed by the body of the patient, the bone growth material is released, thus acting as a time release mechanism. Having the plate 2 being made from a material that is resorbable and having bone growth promoting material present permits the vertebrae to be fused in a more natural manner as the plate becomes progressively less load bearing thereby avoiding late stress shielding of the spine.

As further shown in FIGS. 4 and 5, at least one end of plate 2 has a recess 18 that can cooperate with a compression apparatus, described in detail later in reference to FIGS. 36 and 38.

FIG. 6 is a top plan view of the plate 2 of FIG. 1 with locking elements 20, 21 inserted into the locking element receiving holes. In the preferred embodiment, the locking elements 20, 21 are in the form of screws that cooperate with the threaded interior 3 of the locking holes 12. Each of these locking elements 20, 21 is shown in its initial open orientation, where the orientation of the cutouts 22 in the head 23 of each locking element 20, 21 is oriented so as to permit introduction of bone screws 30 into adjacent bone screw receiving holes 6,8 without interference by the head 23 of the locking element 20, 21. It is appreciated that other configurations of the head 23 are possible so as to permit introduction of bone screw into adjacent bone screw receiving holes without interference by the head 23.

FIG. 8 is a top view of another embodiment of plate 2 of FIGS. 1–5, and is generally referred to as plate 120. Plate 120 is provided with a longitudinally extending elongated slot 122 along its longitudinal axis which is superimposed on the middle locking hole 12. Elongated slot 122 allows additional relative movement between plate 120 and a compression post 54 associated with a compression tool during the compression procedure, as discussed below.

Referring to FIGS. 14 and 15, an alternative embodiment of a multiple locking plate referred to by the number 70 is shown. In plate 70, rather than the threaded locking hole 12, a central opening 200 for receiving a removable rivet 202, of the type shown in FIGS. 17–20, is provided. FIG. 15 is a bottom plan view of the plate 70 shown in FIG. 14. The contour of the plate 70 is the same as that of the plate 2 shown in FIGS. 1–5. The rivet 202 is removable and fits within the unthreaded opening 200, comparable to the locking hole 12 and slot 122 described above. Other embodiments may employ a rivet that is not removable, but is manufactured as part of the plate 70 as would be used in the end locking holes 19 of FIGS. 14 and 15.

Referring to FIG. 22, another alternative embodiment of a multiple locking plate is shown and is generally referred to by the number 230. The plate 230 uses threaded caps, such as cap 300 shown in FIGS. 9 and 23, for a locking element or preferably one with cut outs as described having an appearance in a top view such as the locking element in FIGS. 10–11, for example. The central locking hole 232 has an elongated slot 234 for providing an increased compression capability, as will be discussed further herein.

Referring to FIGS. 10–13, a first embodiment of a locking element 20, 21, 25 in the form of locking screws according to the present invention for use with plate 2 is shown. FIG.

US 6,936,051 B2

15

10 is a top plan view which illustrates the head 23 of the central locking element 25 shown in FIG. 7. The shaft 46 of locking element 25 is threaded 47 to mate with the threading 3 within the associated locking hole 12 of plate 2. As shown in FIG. 21, each segment 49 on each side of cutouts 22 of the locking element 21 has a bearing surface 48 formed at the lower surface of locking element head 23. As shown in FIG. 16, the locking element head 23 can be provided with two slots 42 for providing flexibility to the locking element head 23 to assist in the locking element's ability to ride over the top of the bone screw head 32 during the bearing action when the locking element is rotated. Alternatively, it is appreciated that the bearing surface can be cammed, ramped or wedged. The cammed, ramped or wedged features can also be used with the other locking elements described herein.

Referring to FIGS. 6 and 10–13, it will be appreciated that when the locking elements 20, 21 are rotated in the clockwise direction with respect to the view of FIG. 6, a respective bearing surface 48 (as best seen in FIG. 21) will ride upon the curved top surface 39 of a respective bone screw head 32 in order to positively lock the associated bone screws 30 and the locking elements 20, 21 in place.

Alternatively, as shown in FIGS. 12 and 13 in place of a bearing surface 48, a ramp or wedge shaped surface 44 may be used to increase the force applied to the bone screw head 32. When locked, the leading end of the ramped portion of the locking element would be lower than the prominence of the bone screw head 32 so that more force is needed to lift the locking element and untighten it than is needed for the locking element to remain tight and locked. However, the locking element heads 23 need not have slots, be cammed, or have a ramped surface to achieve the locking of the bone screw 30 in place. Pressure, friction, interference fits, or other engagement means capable of preventing the locking element from moving from its locked position may be employed.

The rivet 202, shown in FIGS. 17–20 is intended for use in association with plate 70 shown in FIGS. 14–15, is shown in detail in cross section in FIGS. 19 and 20. The rivet 202 has a head 204, a shaft 206, and an elongated bottom segment 208 for fitting within the corresponding opening 200 in the plate 70. The lower surface 210 of the head 204 of the rivet 202 has an irregular surface which may be cammed, such as on the bottom of locking element 20, 21, for engaging the top surface 39 of the bone screw head 32. For use in the end locking holes 19, the upper surface of the elongated bottom segment 208 can have an irregular surface for cooperating with the irregular surface of the bottom of the plate 70 to hold the rivet 202 in the locked position 50 against the bone screw head 32, as shown in FIG. 15. While the rivet of FIG. 18 is a separate, removable component from the plate, the rivets, and particularly those for use with the end locking holes, can be formed as part of the plate during the manufacturing process of the plate and rivet can be non-removable.

Each of the above embodiments provides tight attachment of the locking element relative to the bone screw 30 and relevant plate.

In the alternative embodiment of multiple locking plate 23 shown in FIG. 22, the locking element can be in the form of threaded locking cap 300 shown in FIG. 23. The threaded locking cap 300 has a thread 302 on its outer circumference corresponding to the thread 303 on the inner circumference of the locking element depressions 304 in the top of the plate 65 230 shown in FIG. 22. The locking cap 300 is relatively thin, particularly compared to its width. The top 305 of locking

16

cap 300 is provided with a noncircular through hole 306 for receiving a similarly configured driving tool.

Referring to FIGS. 28, 29, and 30 another embodiment of the multiple locking plate generally referred to by the number 400 and a locking element in the form of a thin locking member 412 are shown. Plate 400 has an opening in its top surface for insertion of the thin locking member 412, a recess 402 associated with each of the bone screw receiving holes 408 and a slot 410 in the side wall of the bone screw receiving holes 408 to permit the thin locking member 412, having a series of thin projections or blades 414, thinner than the slot 410, that give this locking member 412 an appearance similar to that of a propeller. The thin locking member 412 is able to be rotated within the plate so as to not cover the bone screw holes, thus allowing the thin locking member 412 to be pre-installed prior to the installation of the bone screws by the surgeon. Limited rotation of the thin locking member 412 allows the blades 414 to protrude through the slot 410 and to cover a portion of the top of the associated bone screws 30. The blades 414 of the thin locking member 412 are flexible and, when rotated, slide over the top surface 39 of the bone screw head 32 to lock the bone screw 30 in place. As with the other embodiments discussed, each of the embodiments of the locking element is capable of locking more than one bone screw 30. It is appreciated that the various multiple locking plates and locking element combinations are capable of locking as many as four bone screws at once, but are equally effective for locking a lesser number or none at all, that is securing itself to the plate.

It will be noted that one characteristic of each of the above described locking element embodiments is to have a driver engagement means, in these cases for example, a recess 24 as large as the recess 34 in the bone screws 30 so that the same tool can be used to turn both the bone screws 30 and the locking elements. Also, the locking elements are sufficiently strong and have sufficient mass so as to be able to withstand being locked without breakage.

All of the shown examples of the multiple locking elements that have a number of cutout portions have an arc with a radius greater than that of the bone screw head. In addition, the head 23 of each locking element 20, 21 is provided at its center with a noncircular recess 24, such as shown in FIG. 9 which is engageable by an appropriate manipulation tool, such as shown in FIGS. 40–42. In the embodiment of head 23 shown in FIG. 9, the associated tool would have a hex head, but as discussed with regard to FIGS. 80 and 81, other shapes of recesses in the head 23 may be used. The thread of each locking hole 12 and of each locking element 20, 21 has a close tolerance so that they will reliably retain their orientations so as to permit introduction of bone screws 30 into bone screw receiving holes 6, 8 without interference.

It is appreciated that while various forms of locking elements have been disclosed, in light of the teaching, other equivalent means can be used for the purpose of locking the bone screws 30 in place. In FIG. 83, an alternative multiple locking plate 990 is shown having additional intermediate bone screw receiving holes 980 and associated locking elements 960 for locking bone screws 30 in place. Plate 990 allows for a more close spacing and more pairs of bone screw holes than the number of vertebrae to be engaged.

In FIGS. 84A–84E various plates 700a–g used for a single level fusion are shown. Each of these plates 700a–g is designed to span one spinal segment consisting of one disc space and two adjacent vertebrae (containing the bone graft), and have bone screws inserted into the end of the vertebrae through the bone screw receiving holes 6 associated with the

US 6,936,051 B2

17

two adjacent vertebrae and then locked in place. As shown in FIGS. 84A–84E, one locking element 710, or two locking elements can be used to lock four bone screws in place. In FIGS. 84A–84E, each of the plates 700a–e is shown with the locking elements in their open orientation, before being rotated to lock the bone screws.

Each of the above described plates can have the same generally biconcave contour as already described for conforming to the anterior aspect of the spine.

FIGS. 24A and 24B provide a side view of one embodiment of a bone screw 30 according to the present invention. FIG. 27 is a top view of the bone screw 30. At the center of bone screw head 32 is a profiled recess 34 which may have the same form as the recess 24 of each locking element 20, 21 in which case it may be turned with the same tool as that employed for turning locking elements 20, 21. It is appreciated that the driver engaging portion of the bone screw 30 could be slotted, and be either male or female (as is shown).

In the embodiment of bone screw 30 shown in FIGS. 24A and 24B, the bone screw head 32 is stepped, with the first lower head portion 35 being contiguous with the screw shank 33 and has a smaller diameter than the upper portion of the bone screw head 32. When this embodiment of bone screw 30 is employed, each bone screw receiving hole 6, 8 of the plate 2 has a countersunk region 14 matching the diameter of the upper portion of the bone screw head 32 and dimensioned for an interference fit. The lower portion 35 of the bone screw head 32 is dimensioned to achieve an interference fit with its associated portion of bone screw receiving holes 6, 8. The larger diameter upper portion of bone screw head 32 assures that the bone screw 30 cannot be advanced completely through bone screw receiving holes 6, 8 of plate 2. The bone screw 30 passes completely through the upper surface of the plate 2 without engaging the upper surface in any way.

As shown in FIG. 44, the head 32 of screw 30 passes unobstructed through the upper surface of the plate until the lower surface of enlarged screw head 32 engages the upper face of the narrowed bone screw receiving portion at the midsubstance or below the midsubstance of the plate. This is considered optimal for allowing for the greatest screw to plate stability, even absent the lock, against all forces except those reverse the path of insertion, while still providing for the greatest plate strength beneath the bone screw head 23. That is, since the plate is of only generally 2–3 mm in thickness, a sheer vertical circumferential wall is best able to constrain the motion of a screw if the head is similarly configured and there is little tolerance between them. Placing the support of the head near the mid thickness of the plate is preferred as it allows the head to remain large to accommodate the recess for the driver without being weakened, while placing the support of the head away from the upper surface of the plate allows the screw head to be deep into the plate. Placing the support of the head at approximately the mid thickness of the plate assures plenty of plate material beneath the head to support while providing adequate head length above and below the contact point to prevent the contact point from acting as a fulcrum by providing adequate lever arms to prevent unwanted motion.

In the alternative embodiment of bone screw 30', as shown in FIG. 25, bone screw head 32' is tapered in the direction from the top of the bone screw head 32' toward screw tip 36'. Again, the bone screw head 32' is dimensioned to achieve an interference fit in the associated bone screw receiving hole 6,8 when the bone screw 30' has been fully installed. When this embodiment of bone screw 30' is employed, bone screw receiving holes 6, 8 need not be provided with a countersunk region 4.

18

In each of the above embodiments of the bone screws, the bone screws 30 and 30' present a unique combination of a tapered screw shaft 33 and a helical thread 31. The diameter of screw shaft 33 generally increases from a distal portion of the shaft near the screw tip 36 toward the proximal portion of the shaft near screw head 32. In the preferred embodiment, the rate of increase in diameter is also greater near the bone screw head 32. Such a shape avoids stress risers and provides increased strength at the screw-plate junction, where it is needed the most. The tapering of screw shaft 33 may have a concave form, as shown in FIG. 24A, or may be linear. The distal portion of the screw shaft 33 may assume a constant diameter.

Referring again to FIGS. 24A and 24B, the thread 31 of the bone screw 30 has a substantially constant outer, or crest, diameter "d" from the proximal portion of the shaft below the bone screw head 32 to the distal portion of the shaft near the bone screw tip 36. In the screw tip 36, the crest diameter of thread 31 may be reduced for preferably one to two turns to facilitate the insertion and penetration of the bone screw 30 into the bone.

In the preferred embodiment, the thread 31 of each bone screw 30 has an outer diameter slightly smaller than the diameter of the lowest portion 35 of the bone screw head 32, which is adjacent the trailing, or upper, end of the associated thread 31. In addition, the thread 31 is relatively thin, in the direction of the longitudinal axis of the screw, and tapers outwardly, and has a cross section of a triangle.

An example of the dimensions of a bone screw for use in human anterior cervical spinal surgery for insertion into the vertebrae is as follows: the threaded portion of said screw has a length from about 10 mm to about 22 mm (12–18 mm preferred) and a head length from about 1 mm to about 3 mm (2–2.5 mm preferred). The threaded portion should have a maximum outside diameter from about 3.6 mm to about 5.2 mm (3.8–4.5 mm preferred) and the head has a diameter from about 3.8 mm to about 6 mm (4–5.5 mm preferred). The thread pitch is from about 1.25 mm to about 2.5 mm (1.5–2.0 mm preferred) and has a sharp and thin threaded profile. The apex of the two faces of the thread have an angle of less than about 21 degrees (15 degrees preferred) and the base of the thread is less than about 0.60 mm thick (0.25 mm–0.35 mm preferred). The screw has a root diameter that increases from proximately above the tip of the shank, along the longitudinal axis to proximately below the head portion of the screw. Preferably, the tip of the screw tip is fluted by at least one cut out section so as to make the screw self-tapping.

Even though the thread 31 of the bone screw 30 has a thin profile, the thread will nevertheless be stronger than the bone into which it is introduced so that this thread will efficiently cut a thin helical groove in the bone tissue. The volume of bone that will be displaced by the thickness of the thread is minimized by the thin form of the thread, yet the substantial crest diameter of the screw thread maximizes the surface area of the threads in contact with the bone. While enlarging the screw shaft 33 diameter near the bone screw head 32 increases its strength where needed, reducing the screw shaft 33 diameter away from the bone screw head 32 where such strength is not required allows for the maximum area of engagement for the thread 31 to the bone.

In the preferred embodiment, as shown in FIGS. 24A and 26, bone screw tip 36 is provided with cutting flutes 38, to make the bone screw 30 self-tapping. Unlike the prior art bone screws, used for anterior cervical spinal surgery which are not self-tapping, the thread form of the present invention screw is itself more like a tap than a conventional screw in

US 6,936,051 B2

19
20

that the threads are very sharp and fluted. Additional embodiments of the bone screws 30 is shown in FIGS. 53–55.

By way of example, plates for fusing three adjacent vertebrae (2 interspaces, or two spinal segments) are shown. Each set of the bone screw receiving holes associated with a vertebrae is considered to be a segment of the plate so that for example, in FIG. 1 three segments are shown—an upper, a central, and a lower segment. While the present discussion is in association with plates for use in fusing three vertebrae across two interspaces, it should be understood that longer and shorter plates having the appropriate number and location of bone screw receiving holes corresponding to the number of vertebrae to be fused are contemplated, and would take the form of the plates shown with fewer or more intermediate segments, such as the segment along line 9 of FIG. 1, or the intermediate segments of the plates shown in FIGS. 82–84F.

Referring to FIGS. 31–42, an outline of the steps of the method for installing the plates of the present invention is set forth below. A detailed description of the instrumentation and method for installing the plates of the present invention follows the outline.

Step 1

Having completed the interbody fusions, the surgeon removes any bone spurs or localized irregularities along the front of the spine of the area to be fused.

Step 2

The correct length plate is selected by the surgeon by measuring the distance on the spine by a caliper, ruler, template, and the like. That plate having a length sufficient to span the distance of the spine to be fused and to partially overlap a portion of each of the end vertebrae to be fused.

Step 3

Utilizing a plate holder, the plate is placed into the wound and positioned to confirm positioning, length, and screw hole alignment relative to the segments of the spine to be fused.

Step 4

As shown in FIG. 31, with the plate thus positioned and securely held, the plate may be attached to any of the vertebrae to be fused (by example only, here shown as the top vertebra).

Sub-Step 4A

The pilot (guide) hole punch 60 is attached to the plate 2 as per FIG. 32, or alternatively, while not preferred the drill guide may be used as per FIG. 37. In either event, the pilot hole forming means rigidly aligns with and is captured by the plate bone screw receiving wall.

Sub-Step 4B

The pilot hole is then formed by impacting the pilot hole punch of FIG. 32 or drilling with the drill of FIG. 37. In the alternative while not preferred, the formation of the pilot hole can be done away with altogether and the correct screw selected so as to have a length less than the distance along its path to the posterior vertebral cortex can be directly inserted.

The determination of the appropriate screw length is made by measuring or templating from radiographs, MRI's, or CT scans, or determined directly by measuring the depth of the disc space.

Step 5

The correct screw is then attached to the screw driver which regardless of the specific form of the screw driver engagement means, is designed to have an interference fit so as to remain firmly bound to the driver during transport to

the insertion site. FIGS. 41, 42, 63, 64, 80 and 81 show various ways of achieving such a fit of the driver and screw. In addition to a wedging at the screw and driver interface, clips, and springs and other means are well known for temporarily and reversibly securing the screw to the driver, such as is shown in FIG. 80 where a slotted inwardly springing sleeve holds a threaded cap peripherally until, as it is screwed into the plate, it is automatically pushed back releasing the threaded cap.

Once a first bone screw has been fully inserted into a vertebra through the plate, it is preferable to insert the other of the transverse pair in the manner already described as per FIG. 33.

In a similar manner, it is possible to insert the remaining bone screws as per the surgeon's preference into each of the vertebrae to be included into the fusion, just the end vertebrae of the fusion construct, or additionally place screws into the fusion grafts.

However, as shown in FIGS. 33, 34, 38 and 39, it is possible with the present invention at the surgeon's option to place any portion or all of the fusion construct under compression and to do so intersegmentally or across the entire length of the fusion construct even when multi-segmented.

It is appreciated that the same procedure could be generally used for any of the plate systems of the present invention.

As shown in FIG. 31, the vertebrae 50a–c are separated from one another by fusion graft blocks 51 which were previously installed in the spinal disc space between adjacent vertebrae 50 forming a fusion bone graft construct. Plate 2 is shown in FIG. 31 with the locking elements 20, 21 removed in order to simplify the illustration. It will be understood, however, that in the preferred embodiment the locking elements 20, 21 can be, and preferably are, pre-installed in the positions shown in FIG. 6 prior to positioning plate 2 upon vertebral bodies of the vertebrae 50, thereby saving the surgeon time and trouble.

Plate 2 may be held in position by any known plate holding means, but preferably by the holding tools shown in FIGS. 45, 46 or 70 by the notches 142 in the sides of the compression arms 104, 130 of a vertebral compressor tool 100 shown in FIG. 39, or as a further alternative, by the unitary plate holder similar to the FIG. 70 design.

As shown in FIG. 45, plate holder 870 has a hollow tubular housing 872, with a central rod 874 having a thread 878 at one end for engaging one of the threaded locking holes 12 in the plate 2. The bottom end of the housing 872 has projections 880, 882 that extend outwardly and then downwardly to fit into the bone screw receiving holes 8 of the plate 2 preventing the housing 872 from rotating. The central rod 874 is located in the housing 872 such that it can be rotated by rotating a handle (not shown) which is fixed to the central rod 874 at its upper end.

In FIG. 46 an alternative embodiment of the plate holder 890 is shown. A single solid member 890 has a threaded projection 894 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The bottom surface of the holder 890 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

Referring to FIGS. 67–68, an embodiment of a plate holder for holding any of the plates while being positioned on the vertebrae is shown and generally referred to by the number 800. The plate holder 800 has a hollow tubular housing 802, with a central rod 804 having a handle 806 at one end and a thread 808 at its other end for engaging one

US 6,936,051 B2

21                                             22

of the threaded locking holes 12 in the plate 600. The bottom end of the housing 802 has projections 810, 812 that extend outwardly and then downwardly 814, 816 to fit along the side edge of the plate 2 between the end and intermediate lobes 4, preventing the housing 802 from rotating. The central rod 804 is located in the housing 802 such that it can be rotated by rotating the handle 806 which is fixed to the central rod 804 at its upper end. This central rod 804 can also be attached to the housing 802 so that it can move up and down to some extent, by any number of conventional ways, such as by having the central rod 804 have an annular depression with a length of approximately 3–5 mm, and a set screw projecting inward from the housing to engage the central rod 804. Once the plate 600 is in the proper place and the plate is attached to one of the vertebrae by bone screws 30, the central rod 804 is disconnected from the opening in the plate 600 and the holder 800 is removed.

FIG. 69A is an alternative embodiment of the plate holder 850. A single solid member 852 has a threaded projection 854 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The solid member 852 could also be threaded into a bone screw receiving hole 6. The bottom surface of the holder 850 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

FIG. 69B is another embodiment of the plate holder 850'. A housing 851' having an end 853' configured to engage a bone screw receiving hole 6 contains a rod 855' having an uneven diameter and having a threaded portion 857'. As rod 855' is rotated by a handle similar to handle 806 shown in FIG. 68, rod 855' screws downward into the housing 851' into matching threads 858'. As the end of rod 855' is driven down, it spreads portions 859a' and 859b' (859c' and 859d' not shown) wedging plate holder 850' into a bone screw receiving hole of the plate. Plate holder 850' is best used with non-threaded bone screw receiving holes, but works for all types of bone screw receiving holes.

Referring to FIG. 70, an alternative embodiment of the plate holder referred to by the number 800' is shown in which there is a removable handle 860 that is used for first attaching the plate holder 800' to the plate, by rotating the shaft 804, and then for holding the plate holder 800' off to the side by extension 864, during the attachment procedure reducing the interference of the plate holder 800' with the surgical procedure.

Referring to FIG. 38, a compression tool 100 is shown with a toothed gear bar 102 having a first compression arm 104 secured to its free end. Compression arm 104 has at its distal end a bore 106 for removably holding either a plate engaging element 108, shown in FIG. 36, having a hook 110 at one end for engaging a depression or notch 18 in the end of plate 2, or for removably holding a compression post 54 shown in FIGS. 33–34. As shown in FIG. 36, plate engaging element 108 includes a shaft 112 that will be inserted into the corresponding bore 106 of compression arm 104, and a flange 115 for resting against the bottom face of bore 106 to accurately limit the depth of insertion of plate engaging element 108 into the bore 106. A ring spring 128, preferably of metal, is located in an annular depression of the shaft 112, for holding the plate engaging element 108 in the bore 106.

Referring to FIGS. 38–39, compression tool 100 includes a second moveable compression arm 130 movable along toothed bar 102 parallel to first compression arm 104. The distal end of the second compression arm 130 also has a bore 132, the same as bore 106, that can receive a removable compression post 54. Bores 106 and 132 are the same so that

either compression arm 104, 130 can be used to hold the removable compression post 54, permitting the compression tool 100 to be used in any orientation. By permitting the plate engaging element 108 and the compression post 54 to both rotate and slide in the bores 106, 132 of the two compression arms 104, 130, with the plate engaging hook 110 able to work even at an angle to the plate allows for the apparatus to be readily attachable to the spine through the compression post 54 and plate.

Compression arm 130 has a driving assembly consisting of a toothed wheel (not visible) which is engaged with the tooth gear 138 of bar toothed gear 102 and is connected to compression arm 130 such that compression arm 130 is movable along the length of toothed gear bar 102 by means of the rotation of handle 140, which is connected to the toothed wheel. When the handle 140 is turned in the direction of the arrow shown in FIG. 38, compression arm 130 is moved toward compression arm 104. The driving assembly has a self lock release mechanism whereby the movement of the two compression arms 104, 130 away from one another is prevented, without the activation of the release. On the inward distal end of each compression arm, on facing sides, is a notch 142 or recess for holding the plate 2 along its sides between the central lobes 4 and end lobes 4, as shown in FIG. 38.

While the toothed gear bar 102 and compression arms 104, 130 have been described as being straight, it is possible that the toothed gear bar 102 and compression arms 104, 130 may be arcuately or otherwise shaped, so as to induce lordosis in the vertebrae, if so desired.

As shown in FIG. 31, in the event that the compression tool 100 is used to hold the plate 2, the ends 144 of the compression arms 104, 130 will be located in line with the fusion graft construct 51 which was placed in the disc space when plate 2 is properly positioned. A gap will exist between plate 2 and each fusion graft construct 51, providing a space to accommodate the free ends of arms 104, 130 should they extend beyond the bottom surface of the plate 2. As will be described below, the same compression tool 100 can also be used for compressing a plurality of cervical vertebral bodies with bone grafts interposed during the attachment of plate 2 to the vertebrae 50.

Referring to FIG. 31, plate 2 is held by a suitable holder, in this case shown as the compression arms 104 and 130. Once the appropriate length plate 2 has been properly positioned so that the bone screw receiving holes 6 are aligned with each of the respective vertebrae 50a–c to be fused, the next step is the formation of bone screw receiving holes 6 prior to installation of the bone screws 30 themselves in the vertebrae 50a. While the procedure is described as first attaching the plate 2 to the upper vertebrae 50a, the plate 2 can be attached to any of the vertebrae in any order. Different sized plates are used so that, as indicated above, the physician will select the appropriate sized plate in which the bone screw receiving holes 6, 8 are aligned with the three adjacent vertebrae 50a, 50b and 50c. Pilot holes are formed by a pilot hole forming apparatus 60 shown in FIGS. 31 and 32. Unlike with known prior art and screw plating systems, the bone screws 30 may be inserted without the prior formation of an opening into the vertebrae as the bone screws 30 are preferably sharp pointed, self-tapping, and have at their tip a diminishing major diameter to assist the screw entering and pulling into the bone. However, while a hole into the bone of the vertebrae may be formed prior to screw insertion, it is preferable that the hole be of a smaller diameter than the root diameter of the screw and for a different purpose than with the prior art. With the prior art

US 6,936,051 B2

23 | 24

the hole drilled had to be of a diameter equal to but preferably larger than the root (minor) diameter of the screw, as the screws were not self-tapping. It is desirous to create pilot holes to assure that a proper path for the bone screws 30 is maintained, and also to prevent damage to the vertebral bone during insertion of the bone screws 30. In addition, the pilot hole forming apparatus 60 creates a more compact vertebral bone mass for reception of the self-tapping bone screw 30 used in this insertion.

As shown in FIGS. 31 and 32, pilot hole forming apparatus 60 includes a hollow cylindrical housing 62 having a bottom provided with a through hole 63. Housing 62 contains a central shaft 64 which extends through the through hole 63 in the bottom of housing 62. The leading end 66 of shaft 64 tapers gradually to a sharp point 65. Shaft 64 is provided with a ring member 78 having a diameter which closely corresponds to the inner diameter of housing 62 to guide the travel of shaft 64 within housing 62. A compression spring 67 is interposed between the ring member 78 and the bottom of housing 62. Compression spring 67 provides a bias force which normally urges the sharp point 65 into a retracted position within housing 62. The upper end of shaft 64 has an enlarged head 68 extending outside of the housing 62 which is intended to be manually depressed or struck by a percussion instrument in order to drive the sharp point 65 out of housing 62 and into a vertebral body 50a. Shaft 64 is given a length, taking into account the length that spring 67 will have when fully compressed, to determine the maximum depth of the pilot hole formed in a vertebral body. The depth is selected to assure that the pilot hole does not reach the posterior cortex of the vertebral body, which borders the spinal canal.

Certain structural features of hole forming apparatus 60 are shown in greater detail in FIG. 32. In particular, it can be seen that the bottom end of housing 62 has a projecting portion 69 dimensioned to fit precisely in a bone screw receiving hole 6 or 8 of plate 2. The bottom 71 of the projecting portion 69 is flat in a plane perpendicular to the axis of housing 62. When the projecting portion 69 of housing 62 is snugly inserted into a bone screw receiving hole 6, 8 and the flat bottom 71 is placed flush against the upper surface of plate 2, it is assured that the leading end 66 of shaft 64 will form a pilot hole in the vertebral bone having an axis perpendicular to the plane of the associated portion of plate 2, thereby assuring that the bone screw 30 will be subsequently installed so that its axis is also perpendicular to the plane which is parallel to the upper and lower surfaces of the associated portion of plate 2.

When a plate is used which has a threaded bone screw receiving hole, the lower end of the pilot hole forming apparatus 60 is threaded so as to engage the thread in the bone screw receiving hole 6, 8 thereby fixing the plate and the pilot hole forming apparatus together, assuring a stable fit between the pilot hole forming apparatus and the plate 2. It should be noted that the diameter of the leading end 66 of the shaft 64 is small since it has to fit within the small space left between the inside wall of the pilot hole forming apparatus. Since it is only a pilot hole for a self-tapping bone screw 30 that is being formed, the small diameter is satisfactory.

Referring to FIG. 37, if for any reason it should be desired to form the pilot hole in the vertebral body 50 by drilling, rather than by the use of the pilot hole forming apparatus 60, use can be made of a drill guide 80, having a lower end as shown in FIG. 37. The drill 80 guide consists of a tubular member 82 and a small diameter lower end 84 which is dimensioned to achieve a precise interference fit in the

associated bone screw receiving hole 6, 8 of plate 2. Along the small diameter lower end 84, drill guide 80 has an axial end surface in a plane perpendicular to the longitudinal axis of the drill guide 80 so that when the small diameter portion 84 is fitted into the bone screw receiving hole 6 and the surface surrounding the small diameter portion 84 is flush against the upper surface of plate 2, the axis of the drill guiding bore 86 in drill guide 80 will be precisely perpendicular to the upper and lower surfaces of the associated portion of plate 2. As with the case described above, the bottom end of the drill guide 80 can be threaded so as to engage the threaded opening of plate 2.

After the bone screw receiving holes 6, 8 are formed in the vertebral body 50a through the upper two bone screw securing holes 6 of plate 2 by means of either hole forming apparatus 60 or drill guide 80, bone screws 30 are threaded into the vertebrae 50 while holding the plate 2 firmly against the vertebrae 50 with compression tool 100 or plate holder 800. This locks the plate to the vertebrae 50a.

It is thus possible, if desired, to compress the fusion graft in the next adjacent vertebrae 50b before attaching bone screws 30 to the adjacent vertebrae 50b through the central bone screw receiving holes of plate 2. Once the initial bone screws are in place in the vertebrae 50a, the plate holder 100 or 800 may be removed from the plate 2. The compression of the fusion graft construct between the two adjacent vertebrae 50a and 50b is achieved as follows:

Compression post 54 is driven through the central locking hole 12 of plate 2 by means of insertion tool 90, shown in FIGS. 33, 34 and 35, into the vertebral bone of vertebra 50b, where it will be used in a subsequent step to apply a compression force between vertebrae 50a and 50b. Compression post 54 consists of a shaft 56 having a sharp point 57 at its lower end, an enlarged central collar 58 which serves as a depth stop, and a circumferential groove 59 proximate its upper end, defining an enlarged head 55.

Compression post insertion tool 90 consists of a shaft 92 having a closed hollow portion 94 at its lower end 96 for receiving compression post 54 and an enlarged percussion cap 98 at its other end. Compression post insertion tool 90 also includes in its lower end 96 a second opening 95 having a recess 99 in its inside wall for permitting engagement of the enlarged head 55 on the compression post 54 within the depression 97. The second opening 95 is in communication with the hollow portion 94 of the insertion tool 90, as shown in FIG. 35.

Referring to FIG. 38, the bore 132 in the second compression arm 130 of compression tool 100 is then applied over compression post 54 in vertebrae 50b, and the plate engaging element 108 is inserted in the bore 106 of the first compression arm 104 of compression tool 100. The hook 110 of the plate engaging element 108 shown in FIG. 36 is fitted into the notch 18 at the end of the plate 2 which is fixed by the bone screws 30 inserted into the vertebra 50a, as shown in FIG. 38. As indicated above, however, the compression tool 100 can be rotated so that the first compression arm 104 is now at the bottom and is able to fit over the compression post 54 in vertebrae 50c.

Since the plate is attached to vertebrae 50a by means of bone screws 30 and compression post 54 is fixed to the adjacent vertebrae 50b, movement of the first and second compression arms 104 and 130 in the direction of vertebrae 50a by rotation of handle 140 results in compression of the bone graft construct 51 between the adjacent vertebrae 50a and 50b. The distance of several millimeters is sufficient for compression of the bone graft construct 51. Once the desired compression is obtained, bone screw pilot holes can be

US 6,936,051 B2

25

formed in vertebral body 50b by means of pilot hole forming apparatus 60, as described above, for insertion of bone screws 30 into bone screw receiving holes 8 of bone plate 2, fixing the plate 2 to the adjacent vertebrae 50b. Compression tool 100 can then be withdrawn by activation of the release.

FIG. 39 illustrates the use of compression tool 100 to induce compression between the lower two vertebral bodies 50b and 50c after bone screws 30 have been installed in the middle vertebral body 50b as just described. As shown in FIG. 39, compression post 54 remains in place in the middle vertebral body 50b and an additional compression post 54 is driven into the lower vertebral body 50c by means of pilot hole forming tool 60 distal to the plate itself in the recess between the end projections 4 to allow for the lower compression post 64 to be moved towards vertebrae 50b upwardly as shown. The original compression post 64 is inserted in bore 106 in the first compression arm 104 and the additional compression post 54 is inserted into the bore 132 of the second compression arm 130 of compression tool 100. Again, as discussed above, the turning of the handle 140 results in the two compression arms 104, 130 moving towards one another, resulting in the compression post 54 in vertebrae 50c moving towards the upper compression post 54 in vertebrae 50b, once again compressing the fusion graft construct 51 between vertebrae 50b and 50c. The upper compression post 54 in vertebrae 50b can not move since the vertebrae 50b has been fixed to the plate by the insertion of the bone screws 30 in the bone screw receiving holes 8 of the plate 2. Thus, only the lower compression post 54 and vertebrae 50c can move. As before, the pilot holes associated with vertebrae 50c are formed and the bone screws 30 are inserted through bone screw receiving holes 6. The compression tool 100 is then removed. Compression post 54 is then extracted from the vertebrae by inserting it in the second opening 95 of the compression post insertion/removal tool 90, so that it engages the enlarged head 55 of the end of compression post 54 by depression 97, as shown in FIG. 34.

It is recognized that other variations in the order of compression may be employed. For example, during the compression of the fusion graft construct 51 between vertebrae 50b and 50c, the hook 110 of plate engagement element 108 may engage the notch 18 in the end of the plate 2, and the other compression arm of the compression tool 100 may engage the compression post 54 in the third adjacent vertebrae 50c. It should also be noted that plate 2 has a recess end cut out portion between the lobes at the end of the plate for insertion of the compression post 54 in the vertebrae. Otherwise, there may not be room below the end of the plate 2 for insertion of the compression post 54.

It will be noted that the above-described procedure will be performed with the bone screws 30 fully inserted into vertebral bodies 50a, 50b and 50c and lordosis is maintained during compression of the bone graft construct 51.

As indicated above, the procedure for attaching the plate 2 to the vertebrae 50a, 50b and 50c was illustrated without the locking screws 20, 21 in place on the plate 2. FIG. 40 is a perspective view showing the plate 2 of FIGS. 1–5, at a stage of a surgical procedure when bone screws 30 have been fully installed in three adjacent vertebrae 50a, 50b and 50c, and locking screws 20, 21 have been rotated through an angle of about 90N to lock three bone screws 30 in place; the left-hand locking screw 20 as viewed has been rotated through an angle of about 60N to lock three bone screws 30 in place and the central locking screw 21 has been rotated through an angle of about 90N to lock two other bone screws 30 in place. At this time, one of the camming surfaces 44 of

26

each locking screw 20, 21 rests atop the screw head 32 of a respective bone screw 30.

Installation of the locking cap 300 can also be performed with a tool 220 such as shown in FIGS. 41 and 42 having a suitably shaped tip 222 with a length corresponding to the depth of hole 306 in a locking cap 300. The end 222 of tool 220 is flared just proximal to the most distal end so that it creates a friction fit with the screw cap 300 for ease of manipulation, and prevents the screw cap 300 from falling off the tool 200.

FIG. 43 is a cross-sectional view in the plane of the center of the two end locking screw holes 6 of plate 2, with two bone screws 30 in their installed positions and locking element 21 in its locking position. FIG. 44 is an enlarged view of one of the bone screws 30 in plate 2 of FIG. 43. In a preferred embodiment, the axis of each screw 30 is generally perpendicular to tangents to the upper and lower surfaces of plate 2 at points which are intersected by the longitudinal axis of the associated bone screw 30. Thus, because of the curvature of plate 2 in the plane of FIG. 43, bone screws 30 can be directed so as to converge toward one another at a desired angle. Preferably, such angle will be greater than 14°. More preferably, such angle will be greater than 14° and less than 30°. The axis of the two bone screws 30 shown in FIG. 43 may subtend an angle of about 45N. Alternatively, the curvature of the plate from side to side may be so as to conform to the surface of the anterior aspect of the human adult cervical spine and the axis of the paired screw hole may deviate from being perpendicular to the plate when viewed on end to achieve optimal convergence.

Because the bone screws 30, once inserted, are locked to the plate, a "claw" of a rigid triangular frame structure is obtained at each pair of bone screws 30 such that the attachment of plate 2 to the vertebral bodies 50a, 50b and 50c would be highly secure due to the trapping of a wedged mass of bone material between the angled bone screws triangle, even if any thread stripping should occur. The "claw" may be further formed by three angled bone screws in a tripod configuration or by four bone screws in a four sided claw configuration.

A plating system according to each of the above embodiments can be installed in the same manner as described above, and using the same instruments and tools, as illustrated and described above with respect to the first embodiment. In the case of the embodiment shown in FIG. 22, the compression operations would be performed by means of slot 232 instead of the middle locking screw hole 12.

2. The Single Locking Plate Systems

The single locking plate system will now be described. FIGS. 47–52 are views of a first embodiment of a single locking plate system. The contour of plate 600 is the same as the plate 2 shown in FIGS. 1–5. Plate 600 contains bone screw receiving holes 602 which are internally threaded 603 for receiving corresponding locking elements in the form of a locking cap 610, shown in FIGS. 56–59. For example, in plate 600, the bone screw hole 602 has an outer diameter of approximately 5 mm with a preferred range of 4–6 mm; and a threaded inner diameter of approximately 4.8 mm, with a range of 3.5–5.8 mm for this use. Attaching means other than threads may be used, such as bayonet type attachment elements.

The bottom of each bone screw receiving hole 602 has an inwardly stepped portion of properly selected dimensions for retaining an associated bone screw 170, as shown in FIGS. 53–55. As described in greater detail below, in this embodiment, a single locking element in the form of a locking cap 610 having threads 608 shown in FIGS. 56–59, is associated with each of the bone screws receiving holes 602.

US 6,936,051 B2

27

28

The difference between the bone screw 170 used in the single locking embodiment of the plate from the bone screw used in association with the multiple locking plate is essentially due to the fact that whereas in the multiple locking plate embodiment the locking elements slide over a portion of the top 39 of the screw head 32, in the single locking embodiment the locking cap 610 fits over the head 172 of the bone screw 170. Therefore, the head 172 of the bone screw 170 of the present embodiment need not be smooth. This permits the head 172 of this embodiment bone screw 170 to be thicker and stronger.

FIG. 65 shows two bone screws 170 and associated threaded locking caps 610 in their fully installed positions. In these positions, head portions 174 and 176 of each bone screw 170 form an interference fit with corresponding portions of an associated bone screw receiving hole 602. Rim 612 of each threaded locking cap 610 forms an interference fit with upper portion 178 of the head of its associated bone screw 170. Because the thread 608 of each locking cap 610 mates precisely with the internal thread in an associated bone screw receiving hole 602, each threaded locking cap 610 is additionally subjected to a clamping force between associated head portion 178 and the internal threads 603 of associated bone screw receiving hole 602. The rounded head 614 of each threaded locking cap 610 assures that the upper surface of an assembled plating system will be free of sharp edges, or projections.

Referring to FIGS. 80 and 81 tools for use in inserting both the bone screws and the locking cap in the single locking plate 600 are shown. In the first embodiment of the driving tool 1000 shown in FIG. 80, the tool 1000 has an outer tubular housing 1002. Within the housing 1002 is a torks type or hexagonal driver 1004 that has a projecting end 1006 that corresponds to the recess 306 in the cap 610 for engagement with the cap 610. As indicated above, the driver 1004 is configured so that it makes a firm attachment for the locking cap 610 for holding the locking cap 610 firmly to the driver. The hex driver 1004 is hollow so as to be able to permit the shaft 1010 of a Phillips or torks screw driver to fit through the hollow portion 1012 for engagement by its tip 1012 with the corresponding recess 180 of bone screw 170 for engagement by the end 1006 of the driver 1004. The shaft 1010 of the driver 1004 is longer than the tubular housing and driver 1004 has an upper end (not shown) extending from the top end of the tubular housing 1002 so that it can be rotated by the handle.

The housing 1002 has a diameter that permits the locking cap 610 to be held within the inner end of the tubular housing 1002 by a friction fit or to the driver 1004. It is appreciated that other methods of holding the locking cap 610 within the end of the tubular housing 1000 may also be employed.

As shown in FIG. 80, the operation of the bone screw and locking element driver 1000 is as follows: the cap 610 is inserted onto the end of the cap driver 1004, and then the cap driver 1004 with the shaft 1010 of the bone screw driver passing through the central longitudinal opening of the cap driver. As shown, the bone screw driver shaft 1010 passes through the recess 306 in the cap 610 and engages the recess 180 in the head of the bone screw 170. The bone screw 170 is shown being installed in a bone screw receiving hole in the plate 600. The handle (not shown) of the bone screw driver is rotated, thereby screwing the bone screw 170 in place. Since the diameter of the bone screw driver is less than the width of the recess 306 of the cap 610, the bone screw driver shaft 1010 is able to rotate without rotation of the cap 610.

The hollow tubular housing 1002 rests on the top surface of the plate 600 and assists in the alignment of the shaft 1010 in relationship to the plate. Once the bone screw 170 is inserted, the cap driver 1004 is depressed until the threads 608 on the outside of the cap 610 engages the threads 603 of the bone screw receiving hole. The cap driver 1004 is then turned until the cap 610 is securely locked in place.

In FIG. 81, an alternative embodiment of the combination bone screw and locking cap driver is shown. In this embodiment, a housing is not used. Instead, the driver shaft 1010 holds the cap 610 by friction and the handle 620 for the bone screw driver shaft 1010 is rotated. A ball spring assembly 622 holds the cap driver 1002 up until the bone screw has been screwed into the bone screw receiving hole. Driver 1010 has an elongated portion that once the bone screw has been installed, the ball spring 622 is depressed and the handle 624 associated with the cap driver is permitted to descend for rotation of the cap 610. A tubular housing can be employed to assist in aligning of the cap 610 in the bone screw receiving hole, as indicated above.

The drivers shown in FIGS. 80 and 81 simplify the procedure, and reduce the number of instruments that are necessary to be used during the installation procedure. The procedure is quick and reliable, giving the physician more assurance that small watch parts will not be lost or difficult to manipulate.

FIG. 52 is a top view of the plate 600 partially installed, with threaded locking caps 600 installed in bone screw receiving holes 602.

FIGS. 53–55 show a bone screw 170 for use with the single locking plating system according to the invention. Bone screw 170 differs from bone screw 30 previously described in detail, only with regard to the stepped configuration of head 172. Preferably, bone screw 170 includes a lower portion 174 which is contiguous with the screw shank and has a reduced diameter equal to the maximum diameter of the shank 176. Portion 178 of head 172 also has smaller diameter than lower portion 174. The thread 182 has the same configuration as for the bone screw 30 discussed above. However, either embodiment of bone screws can be used with any of the plates.

As in the case of the multiple locking plating system described above, the bone screws 170 for use in the single locking plating system are preferably solid, where the screws adjoin the lower plate surface, where screws used with prior art plates are most prone to breakage, the only recess in the heads being for engagement of the tip 222 of driving tool 220 and with the recess being above the critical area. Therefore, these bone screws 170 remain robust. The screw heads are not deeply slitted into portions and the locking caps do not impose a radial outer force on the associated bone screw heads so the screw heads do not spread apart so as to be stressed and weakened.

Referring to FIGS. 71, 73 and 75 another alternative embodiment of the single locking plate system of the present invention is shown and referred to by the number 500. The plate 500 has the same contour as the plate 2 shown in FIGS. 1–5, but associated with each of the bone screw openings 502, are threaded openings 524 offset from the bone screw openings 502 for receiving the locking element 506, 508, shown in FIGS. 72 and 74 as a threaded locking set screw or cap 506 or screw 508.

It is appreciated that other configurations of single locking plates may be employed. Referring to FIG. 82, a single locking plate 900 is shown in which there are a pair of bone screw receiving holes 910 at its ends 930 and a number of bone screw receiving holes 950 along the longitudinal axis

# EXHIBIT E

US006936050B2

(12) **United States Patent**
Michelson

(10) **Patent No.:** US 6,936,050 B2
(45) **Date of Patent:** Aug. 30, 2005

(54) **MULTILOCK ANTERIOR CERVICAL PLATING SYSTEM**

(76) Inventor: Gary K. Michelson, 438 Sherman Canal, Venice, CA (US) 90291

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 260 days.

(21) Appl. No.: **10/409,805**

(22) Filed: **Apr. 9, 2003**

(65) **Prior Publication Data**

US 2003/0191471 A1 Oct. 9, 2003

**Related U.S. Application Data**

(62) Division of application No. 10/386,275, filed on Mar. 11, 2003, which is a division of application No. 09/618,036, filed on Jul. 17, 2000, now Pat. No. 6,620,163, which is a division of application No. 09/022,293, filed on Feb. 11, 1998, now Pat. No. 6,193,721.
(60) Provisional application No. 60/037,139, filed on Feb. 11, 1997.

(51) Int. Cl.7 ............................................. A61B 17/70
(52) U.S. Cl. ............................ 606/61; 606/69; 606/70; 606/71; 606/76; 606/77
(58) Field of Search .............................. 606/61, 69, 70, 606/71, 76, 77

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 74,489 A | 2/1868 | Bidwell |
| 824,867 A | 7/1906 | Houghton |
| 1,105,105 A | 7/1914 | Sherman |
| 2,423,511 A | 7/1947 | Luben et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4409833 | 10/1995 |
| DE | 4414781 | 11/1995 |
| EP | 0 554 915 | 8/1993 |
| EP | 1106144 | 6/2001 |
| FR | 2 740 321 | 4/1997 |
| WO | WO 90/02526 | 3/1990 |
| WO | WO 94/17744 | 8/1994 |
| WO | WO 94/26193 | 11/1994 |
| WO | WO 95/11632 | 5/1995 |
| WO | WO 95/31941 | 11/1995 |
| WO | WO 95/35067 | 12/1995 |
| WO | WO 96/08206 | 3/1996 |
| WO | WO 96/39975 | 12/1996 |

OTHER PUBLICATIONS

Advertisement for Codman Anterior Cervical Plate System by Codman; Johnson & Johnson; Professional, Inc.; undated.

AESCULAP Scientific Information Booklet; *Anterior Cervical Fusion and Interbody Stabilization with the Trapezial Osteosynthetic Plate Technique* by Wolfhard Casper; Feb. 1986.

(Continued)

*Primary Examiner*—David O. Reip
(74) *Attorney, Agent, or Firm*—Martin & Ferraro, LLP

(57) **ABSTRACT**

Anatomically contoured anterior cervical plates with bone ingrowth surfaces, providing for intersegmental compressive preloading, and a rigid and locked interface to all of the bone screws, with those engaging the vertebrae deployed in highly convergent pairs. The bone screws have a tapered self-tapping leading end, an increasing root diameter with a generally constant outer diameter with a thread that is narrow and sharp throughout and an enlarged head portion capable of an interference fit to the receiving holes of the plate. Instrumentation consists of plate holders, a compression apparatus and a pilot hole forming device that interlocks with the plate. Methods for spinal compression and bone hole preparation are provided.

**39 Claims, 20 Drawing Sheets**



## US 6,936,050 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,757,457 | A | 8/1956 | Ziegelski, Sr. |
| 3,244,170 | A | 4/1966 | McElvenny |
| 3,386,437 | A | 6/1968 | Treace |
| 3,604,414 | A | 9/1971 | Borges |
| 3,709,219 | A | 1/1973 | Halloran |
| 3,750,652 | A | 8/1973 | Sherwin |
| 3,840,014 | A | 10/1974 | Ling et al. |
| 3,960,147 | A | 6/1976 | Murray |
| 4,069,586 | A | 1/1978 | Skelton |
| 4,102,339 | A | 7/1978 | Weber et al. |
| 4,338,926 | A | 7/1982 | Kummer et al. |
| RE31,628 | E | 7/1984 | Allgower et al. |
| 4,488,543 | A | 12/1984 | Tornier |
| 4,493,317 | A | 1/1985 | Klaue |
| 4,503,848 | A | 3/1985 | Caspar et al. |
| 4,542,539 | A | 9/1985 | Rowe, Jr. et al. |
| 4,651,724 | A | 3/1987 | Berentey et al. |
| 4,733,657 | A | 3/1988 | Kluger |
| 4,794,918 | A | 1/1989 | Wolter |
| 4,896,661 | A | 1/1990 | Bogert et al. |
| 5,549,612 | A | 8/1996 | Yapp et al. |
| 5,558,674 | A | 9/1996 | Heggeness et al. |
| 5,562,663 | A | 10/1996 | Wisnewski et al. |
| 5,562,672 | A | 10/1996 | Huebner et al. |
| 5,578,034 | A | 11/1996 | Estes |
| 5,601,553 | A | 2/1997 | Trebing et al. |
| 5,607,426 | A | 3/1997 | Ralph et al. |
| 5,616,142 | A | 4/1997 | Yuan et al. |
| 5,643,265 | A | 7/1997 | Errico et al. |
| 5,662,652 | A | 9/1997 | Schafer et al. |
| 5,672,175 | A | 9/1997 | Martin |
| 5,676,666 | A | 10/1997 | Oxland et al. |
| 5,676,703 | A | 10/1997 | Gelbard |
| 5,735,853 | A | 4/1998 | Olerud |
| 5,735,899 | A | 4/1998 | Schwartz et al. |
| 5,755,796 | A | 5/1998 | Ibo et al. |
| 5,766,254 | A | 6/1998 | Gelbard |
| D402,032 | S | 12/1998 | Stone |
| 5,849,012 | A | 12/1998 | Abboudi |
| D406,646 | S | 3/1999 | Stone |
| 5,876,402 | A | 3/1999 | Errico |
| 5,876,446 | A | 3/1999 | Agrawal et al. |
| 5,954,722 | A | 9/1999 | Bono |
| 6,022,350 | A | 2/2000 | Ganem |
| 6,030,389 | A | 2/2000 | Wagner et al. |
| 6,152,927 | A | 11/2000 | Farris et al. |
| 6,342,055 | B1 | 1/2002 | Eisermann et al. |

### OTHER PUBLICATIONS

Article from Plastic and Reconstructive Surgery; *Comparison of Compression and Torque Measurements of Self–Tapping and Pretapped Screws* by John T. Phillips, M.D., F.R.C.S. (C), and Berton A. Rahn, M.D., D.D.S.; Mar. 1989.

Article from The Journal of Prosthetic Dentistry; *Bone–implant interface structures after nontapping and tapping insertion of screw–type titanium alloy endosseous implants* by Keiichi Satomi, D.D.S.; Yasumasa Akagawa, D.D.S., Ph.D.; and Hiroshima Tsuru, D.D.S., Ph.D.; Mar. 1988; vol. 59, No. 3.

Article from The Surgeon; *The Anterior Plating of the Cervical Spine with the Titanium Hollow Screw System* by E. Morshcer, F. Sutter, H. Jenny and S. Olerud; (1986).

Brochure by SYNTHES Spine for *Cervical Spine Locking Plate*; 1991.

ORION Brochure; *Anterior Cervical Plate System, Surgical Technique*, as described by Gary L. Lowery, M.D., Ph.D.; 1996.

CODMAN Brochure; *Anterior Cervical Plate System*; Sep. 1995.

AcroMed; *AcroPlate Anterior Cervical System: Ordering Information for Implants and Instruments*; 1994.

AcroMed; *Kaneda Anterior Spinal Instrumentation System, Technique Manual*.

AcroMed; *University Plate Titanium Anterior System: Ordering Information for Implants and Instruments*; 1994.

Caspar et al.; *Experimental and Clinical Studies, Anterior Cervical Fusion and Caspar Plate Stabilization for Cervical Trauma*; Neurosurgery; vol. 25; No. 4; 1989; pp. 491–502.

Caspar, Wolfhard; *Anterior Cervical Fusion and Interbody Stabilization with the Trapezial Osteosynthetic Plate Technique* AESCULAP Scientific Information Booklet.

Cloward Instrument Corporation; *Brochure, New Cloward Cervical Dislocation Reducer*; Catalog No. C–17–1000.

Cloward Instrument Corporation; *Brochure, New Cloward Lumbar Vertebra Spreader*; Catalog. No. C61–1025/C61–1026.

Cloward Instrument Corporation; *Catalog, Cloward Instruments*; 1993; 1–38.

Foley et al.; *Aline Anterior Cervical Plating System: Surgical Technique*; Surgical Dynamics; 1998; pp. 1–16.

Stryker Implants; *alpha plate*; 1997.

Synthes Spine; *New Additions, Cervical Spine Locking Plate System*, 1995; pp, 1–17.

Synthes Spine; *Product Profile*; 1993; pp. 1–8.

Synthes Spine; *The Titanium, Anterior Thoracolumbar Locking Plate System, Technique Guide*; 1994; pp. 1–13.



FIG 1

FIG 2

FIG 3

FIG 4

FIG 5

FIG 6

FIG 7

FIG 8

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 113 of 149



FIG 9

FIG 15

FIG 10

FIG 11

FIG 16

FIG 12

FIG 13

FIG 17

FIG 14

FIG 18



FIG 19

FIG 23

FIG 20

FIG 21

FIG 24A

FIG 25

FIG 26

FIG 22

FIG 27

**U.S. Patent**     Aug. 30, 2005     Sheet 4 of 20     US 6,936,050 B2



FIG 28

FIG 29

FIG 24B

FIG 30



*FIG 31*

*FIG 32*

*FIG 33*



*FIG 34*



*FIG 35*



*FIG 36*



*FIG 37*



*FIG 38*



*FIG 39*

*FIG 40*

*FIG 41*          *FIG 42*



*FIG  43*



*FIG  45*



*FIG  44*



*FIG  46*

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 121 of 149



*FIG 50*

*FIG 47*

*FIG 51*

*FIG 48*

*FIG 49*

*FIG 52*



FIG 53



FIG 56



FIG 57



FIG 54



FIG 58



FIG 55



FIG 59



*FIG 61*

*FIG 60*

*FIG 62*



*FIG 63*

*FIG 64*



*FIG 65*

*FIG 66*



FIG 68

FIG 69A

FIG 67

FIG 69B



*FIG 70*



FIG 71

FIG 72

FIG 74

FIG 73

FIG 75



*FIG 76*



*FIG 78*



*FIG 77*



*FIG 79*



*FIG 81*



*FIG 80*

Case 3:08-cv-01512-MMA -AJB   Document 1   Filed 08/18/08   Page 130 of 149



*FIG 82*



*FIG 83*

*FIG 84A*

*FIG 84B*

*FIG 84C*

*FIG 84D*



*FIG 84E*

US 6,936,050 B2

1

## MULTILOCK ANTERIOR CERVICAL PLATING SYSTEM

### RELATED APPLICATIONS

This application is a divisional of application Ser. No. 10/386,275, filed Mar. 11, 2003; which is a divisional of application Ser. No. 09/618,036, filed Jul. 17, 2000, now U.S. Pat. No. 6,620,163; which is a divisional of application Ser. No. 09/022,293, filed Feb. 11, 1998, now U.S. Pat. No. 6,193,721; which claims the benefit of U.S. provisional application Ser. No. 60/037,139, filed Feb. 11, 1997; all of which are incorporated herein by reference. Application Ser. No. 09/022,344, filed Feb. 11, 1998, and titled SKELETAL PLATING SYSTEM, now U.S. Pat. No. 6,139,550, is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to implants, method, and instrumentation for fusion of the human cervical spine from the anterior aspect, and in particular to plate systems for aligning and maintaining adjacent cervical vertebrae in a selected spatial relationship during spinal fusion of those vertebrae.

2. Description of the Related Art

It is current practice in the art to use cervical plating systems for this purpose. Such systems are composed essentially of plates and screws for aligning and holding vertebrae in a desired position relative to one another. The earliest such devices consisted of stainless steel plates and screws and required that the screws passed entirely through the vertebrae and into the spinal canal in order to engage the strong bone tissue (the posterior cortex) of the vertebral bodies. This required the ability to observe or visualize this area radiographically, which is not always possible, especially in the lower cervical spine where the vertebrae may be hidden radiographically by the shoulders.

In order to form holes in the vertebral bodies for insertion of each screw, a drilling operation was performed, followed by a tapping operation. Each of these operations involved the passage of an instrument entirely through the associated vertebral body and into the spinal column. Thus, these instruments come into close proximity to the spinal cord and the dural sac which are in close proximity to the back surfaces of the vertebral bodies. Any procedure which introduces an object into the spinal canal presents serious risks which are of concern to the surgeon.

The conventional technique of forming a bone screw receiving hole in vertebral bodies by drilling has a number of significant disadvantages. For example, drilling removes bone material, leaving a void and resulting in a loss of bone material. Drilling also causes microfracturing of the bone at the drill bit-bone interface and the resulting fracture lines tend to propagate in directions perpendicular to the wall of the hole. More specifically, the bone material is essentially a type of ceramic which exhibits a brittle pattern of fracture formation and propagation in response to drilling. Furthermore, drilling generates heat which can result in thermal necrosis of the bone material precisely at the interface between the bone and a subsequently installed screw, where necrosis is most harmful. Any bone which does experience necrosis will subsequently be resorbed by the body as part of the bone repair process and this can lead to the loosening of the screw.

Another problem with drilling is that the path of the drill bit is difficult to control and since the drill bit operates by

2

rotation, it can wind up soft tissue about the associated plate. In addition, unless great care is taken, the drill bit may be driven significantly past the posterior cortex and cause irreparable harm within the spinal canal. Finally, a drill bit may bind and fracture within the vertebral body and can then cause serious injury as the still rotating portion of the drill bit passes into the wound, while the portion of the bit which has broken off may either protrude dangerously from the vertebral body or may be broken off flush with the upper surface of the body so as to be irretrievably embedded therein. In any event, the steps that must be taken to retrieve the broken-off portion of a drill bit will inevitably prolong and complicate the surgical procedure.

In known plating systems, there have been problems with loosening and failure of the hardware, breakage of the screws and plates, and backing out of screws into the patient's throat area. These occurrences generally require further surgical procedures to replace the broken parts or the plates and screws entirely, and to repair any damage that may have been caused.

Other problems which have been encountered with known systems result from the failure of the screws to achieve a sufficient purchase in the bone and the stripping of the screws. Also, the use of the known plating systems may result in a loss of lordosis, which is the normal curve of the cervical spine when viewed from the side.

Known plating systems additionally experience problems in connection with those procedures where bone grafts are placed between vertebral bodies to achieve an interbody fusion which heals by a process called "creeping substitution". In this process, bone at the interface between the graft and a vertebra is removed by a biological process which involves the production of powerful acids and enzymes, as a prelude to invasion of the interface by living tissue and the deposition, or growth, of new bone. While the plates allow for proper alignment of the vertebrae and their rigid fixation, they can therefore, at the same time unfortunately, hold the vertebrae apart while the resorption phase of the creeping substitution process forms gaps in the bone at the fusion site with the result that the desired fusion does not occur. Such failure is known as pseudoarthrosis. When such a failure occurs, the hardware itself will usually break or become loosened from the spine, thus requiring a further surgical procedure to remove the broken components and another surgical procedure to again attempt fusion.

In response to the problems described above, a second generation of plating systems has been developed and/or proposed. These include a system disclosed in U.S. Pat. No. 5,364,399 to Lowery and Pat. No. 5,423,826 to Morscher, as well as cervical spine locking plating systems offered by SYNTHES Spine, the DANEK ORION plate, the CODMAN SHURTLEFF plate, and the SMITH NEPHEW RICHARDS plate, among others. The systems' forming members of this second generation have a number of common properties. They are all made of either a titanium alloy or pure titanium rather than stainless steel, to minimize adverse tissue reactions and are MRI compatible, which stainless steel is not. The screws and the plates have been given increased thickness in order to achieve increased strength. The screws have larger diameters to improve their purchase without requiring that they engage the posterior cortex of the vertebral bodies. Some mild longitudinal contouring of the plates is employed to allow for some lordosis, and/or limited transverse contouring to better follow the generally curved aspect of the front of the vertebral bodies. Mechanisms are employed for securing the vertebral bone screws to their associated plates in a manner to prevent

US 6,936,050 B2

3

the screws from backing out. While this second generation of plating systems represents a significant improvement over earlier systems, certain existing problems persist, while new problems have been created.

For example, since the screws no longer extend into the posterior cortex, it is common for the threads in the tapped screw hole to become stripped and for the screws to fail to gain a suitable purchase. In addition, screw breakage continues to be experienced and occurs most commonly at the junction of the screw to the posterior aspect of the plate. The screws employed in both the SYNTHES system and the SMITH NEPHEW RICHARDS system are particularly vulnerable to this problem because those screws are hollow at the level where they attach to the plate to permit the internal reception of locking screws.

In an attempt to prevent screw to plate junction breakage of the screw, more recent designs of screws have an increasing root diameter from tip to head, which thus far has resulted in a near useless stubby and blunt thread near the screw head with little holding power and little tactile feedback to the surgeon to signal the completion of tightening prior to stripping of the screw within the bone. Based on empiric studies testing these prior art screws, the use of a pretapped hole, rather than a self-tapping screw, was found to be preferred for pullout strength and thus these screws have not been self-tapping and thus the screw holes must be pre-tapped. Since the thread cutting portion of a tap is necessarily sharp and rotated to work, there is a serious risk of damage to the surrounding soft tissues when it is used. This is compounded by the fact that the plates employed in these systems do not provide sufficient long axis contouring to make full allowance for lordosis and do not have sufficient transverse contouring to prevent rocking of the plate about its longitudinal axis and to conform to the anterior shape of the vertebral bodies, so that these plates do not prevent soft tissue from creeping in from the sides and beneath the screw holes thus exposing these tissues to damage by the drill and the tap. While it is possible, at the time of surgery, to make some change in the contouring of these plates, this is generally limited to contouring of the longitudinal axis and quite often causes distortion of the plate's bone screw holes and screw hole to hole junctions in a manner which has an adverse effect on the screw-plate interlock. Lack of proper contouring prevents these plates from having an optimally low profile relative to the spine.

In some of the second generation cervical plating systems, screw backout continues to occur, because these plates could not be designed to allow for the locking of all of the screws. Specifically, while the designers of these plates recognized the importance of securing the bone screws to the plates, they were unable to lock all of the screws and had to settle for leaving some of the screws unlocked.

Furthermore, several of these second generation systems utilize tiny and delicate "watchmaker" parts to achieve interlocking. These parts are characterized by the need to engage them with particularly delicate small ended screw drivers. These interlocking components are easily rendered ineffective by any effort to alter the contours of a plate during surgery.

Despite the improvement of these second generation plating systems over the first problems, the problems still persist, the most important of which is pseudoarthroses, and particularly "distraction pseudoarthroses". Although these second generation plates have clearly led to an increase in fusion rate, when a failure to produce fusion occurs, it is generally accompanied by bone resorption along a line at the graft-to-vertebra junction, which can be seen on a radiograph.

4

In the case of the weak first generation plates and screws, the plates might hold the vertebrae apart, preventing fusion, but only until the hardware would break, relieving the distraction, and then allowing the fusion to occur. The second generation systems of plates are too strong to allow this to occur, thus requiring further surgical procedures for the correction of the pseudoarthroses.

Compression plates are well known and are widely used in orthopedic surgery for the stabilization of tubular bones, and sometimes also flat bones. Such plates may rely on some external compression means or may be self-compressing, relying on the ability of the screw head to slide within a ramped slot such that the tightening of the bone screws through the plate imparts a linear motion perpendicular to the screw axes. U.S. Pat. No. 5,180,381 discloses an attempt to employ such a mechanism in connection with anterior spinal fixation.

However, it has been found that all of the proposed self-compressing plating systems have in common the need for a screw to engage both a proximal and a distal cortex, (bone casing of very dense bone material), so as to anchor the screw tip in a manner to allow the plate to move relative to the screw when tightened rather than allowing the plate to drag the screw off axis. However, as already discussed earlier herein, when a screw is to engage the posterior cortex of the vertebral body, it is necessary for the drill and the tap which form the screw hole, as well as the screw tip itself, to all enter the spinal canal, thereby exposing the spinal cord to damage.

While the system disclosed in U.S. Pat. No. 5,180,381 avoids such danger by engaging the vertebral body end plate instead of the posterior vertebral body cortex, the path of the screw is of necessity quite short, so that there is very little opportunity for the screw threads to achieve additional purchase within the vertebral body. It would therefore appear that to the extent that the device disclosed in U.S. Pat. No. 5,180,380 is able to achieve its stated objectives, it would pull the front of the spine together more than the back and would not appear to compress the back of the vertebral bodies at all, thus producing an undesirable iatrogenic loss of the normal cervical lordosis. Such a situation is disruptive to the normal biomechanics of the cervical spine and potentially quite harmful.

The creation of compression between adjacent vertebrae would offer a number of advantages, including reduced distraction pseudoarthrosis, increased surface area of contact between the graft and vertebrae as slightly incongruent surfaces are forced together, increased osteogenic stimulation, since compressive loads stimulate bone formation, and increased fusion graft and spinal segment stability.

Among the new problems created by these second generation systems is a tendency for the small "watchmaker" parts used to lock the bone screws to the plate to fall off of the driver used for attaching those parts, or out of the associated plates and to become lost in the wound. In addition, these small parts are quite fragile and require specialized additional instruments for their insertion and/or manipulation. Furthermore, incorrect bone screw placement relative to the axis of a plate hole may render the screw locking mechanism unworkable or may cause sharp and jagged shavings of titanium to be formed as a locking screw is driven into contact with an improperly seated bone screw. The means for establishing bone screw to plate hole alignment and preparation are less than reliable. Furthermore, most of these second generation systems lack a reliable and effective means for positioning and holding the plate during attachment.

US 6,936,050 B2

5

Specific features of various prior art systems will be summarized below.

The system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, cited earlier herein, includes a thin stainless steel plate which allows for side-by-side or offset bicortical screw placement, the plate having a combination of screw holes and slots.

The "Acromed" system includes a titanium plate and screws which require bicortical screw placement. This system does not include any locking means for the bone screws.

The system disclosed in U.S. Pat. No. 5,180,381 includes an "H" shaped plate having a combination of ramped slots and a hole which requires bicortical screw placement at a 45N angle to the plane of the plate. This patent discloses that this angular positioning is for the purpose of producing compression.

The SYNTHES Morscher plate system employs hollow, slotted screw heads. The screws are placed unicortically so that the heads, when properly aligned, come to rest in the upper portion of the plate holes. The upper portion of each screw is internally threaded to receive a tiny screw which is screwed into the bone screw head in order to increase the interference fit between the bone screw head and the wall of the associated plate hole.

In the system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, use is made of pairs of unicortical bone screws that may be locked in place at both ends of the associated plate by locking screws which have a small diameter shank and a large head. At each end of a plate two bone screws may be locked in place by a single locking screw which is situated between the bone screws. Generally, the plate is provided, between its two ends, with a diagonal slot or slots for receiving one or more additional screws, each additional screw being securable in a bone graft or a respective vertebra which is spanned by the plate. There is no locking screw associated with these intermediate bone screws to lock the bone screws to the plate.

The Codman Shurtleff plating system utilizes the side of a preinstalled rivet having a head rotatable to press against the side of the head of a bone screw so as to secure that one screw to the plate. The plates of this system also are provided with holes for receiving intermediate screws, but these screws are not associated with any locking means.

While the designers of the last-mentioned systems recognized the importance of locking the bone screws in position on their associated plates, they did not provide for any locking of the intermediate bone screws in their associated holes.

In an earlier version of the Codman Shurtleff system, the locking mechanism was a lever pivotable about a shaft passing entirely through the plate and then flared so as to retain the shaft within the plate. The lever was rotated after the bone screw had been inserted to engage the head of the bone screw and thus secure the bone screw to the plate.

Based on a consideration of the features of all of the known cervical plating systems, it appears that there remains a need for an improved system having the following combination of features:

1) The plate should be sufficiently strong to perform its intended function without mechanical failure;

2) The plate should be preformed in three dimensions so as to anatomically conform in both the longitudinal and transverse planes to the anterior cervical spine;

3) The plate should be constructed so that all of the bone screws are generally perpendicular to the plate when

6

viewed from the side, but pairs of screws are highly convergent corresponding to any vertebral level when viewed from the bottom, or on end;

4) Each pair of screws engages in a respective vertebra and the high convergence of screws in a pair allows the length of the screws which engage the bone to be longer and still remain within that vertebra and provide a safer and stronger engagement with the vertebrae;

5) The system should include bone screws which are capable of achieving enhanced purchase within the bone of the vertebral body and without the need to penetrate the posterior vertebral cortex and enter the spinal canal;

6) Use should be made of a screw which is self-tapping, thereby eliminating the need for separate tapping steps;

7) A reliable means should be provided for engaging and manipulating the plate during installation;

8) The plate should be engageable with an instrument means which can reliably produce bone screw holes which are coaxial with the screw holes in the plate;

9) It should be possible to prepare the vertebral bone to receive the bone screws so as to produce a stronger connection and a reduced danger of thread stripping by means of a pilot hole punch creating a pilot hole for the bone screws;

10) Alternatively to the use of a pilot hole punch, a relatively (compared to the overall root diameter of the screw) small diameter drill may be used to create the pilot hole.

11) Means should be provided for locking each and every bone screw in position relative to the plate, and the locking means should be of sufficient size and strength to reliably perform its intended functions;

12) Bone screw locking means should preferably be retainable by the plate prior to bone screw insertion, or should be reliably attachable to a driver to prevent any small parts from becoming loose in the wound; and

13) The system should be capable of effecting compression of the vertebral segments to be fused while maintaining and/or restoring lordosis.

## OBJECTS OF THE INVENTION

It is an object of the present invention to provide an improved anterior cervical plating system, installation instrumentation, and installation method which has the above described features and which avoids many of the shortcomings of previously known systems.

One object of the present invention is to provide a locking mechanism where a plurality of bone screws used for attaching the plate to the vertebrae can be easily and reliably locked in place at the same time by a single operation.

Another object of the present invention is to provide a vertebral plate in which the locking mechanisms for locking the bone screws may be pre-installed by the manufacturer prior to the insertion of the bone screws by the physician so that the physician does not have to attach the locking mechanism to the plate as a separate procedure during the operation.

Another object of the invention is to provide an anterior cervical plating system which allows for the intersegmental compression of the spinal segment (compression of the adjacent vertebrae and the fusion graft in the disc space between the adjacent vertebrae) in lordosis, and similarly, where desired, multisegmental compression.

US 6,936,050 B2

7

A further object of the invention is to provide bone screws which provide for tactile feedback to the surgeon to assure sufficient tightening of the screws while avoiding stripping and are less prone to failure by breakage or by loosening.

Another object of the invention is to provide bone screws which achieve optimal purchase within the bone, without the need to penetrate the posterior cortex of the vertebrae.

A further object of the invention is to provide plates which are textured or otherwise treated to promote bone growth from vertebrae to vertebra beneath the plate.

Another object of the invention is to provide a plate which is constructed to reliably engage an instrument for forming all bone screw holes coaxial with the holes formed in the plate, the instrument having integral depth limiting means which completely eliminates the danger of perforation of the posterior vertebral wall or entry into the spinal canal.

Yet another object of the invention is to provide a system in which the bone screws and locking mechanisms, when fully installed, have a low profile.

It is another object of the present invention to provide for an anterior cervical plating system which is at least in part bioresorbable.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone ingrowth materials and surfaces.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone growth promoting substances.

It is another object of the present invention to provide instruments for reliably and easily performing the installation of the plates of the present invention.

It is still another object of the present invention to provide an improved method of installing the plates of the present invention.

The above and other objects and features of the invention will become more readily apparent from the following description of preferred embodiments of the invention, provided with reference to the accompanying drawings, which illustrate embodiments of the invention solely by way of non-limiting example.

## SUMMARY OF THE INVENTION

The plating system of the first preferred embodiment of the present invention comprises a plate having a length sufficient to span a disc space and to overlap, at least in part, at least two adjacent cervical vertebrae, a substantial portion of the lower surface of the plate preferably being biconcave, that is concave curved along a substantial portion of the longitudinal axis of the plate and concave curved along a substantial portion of the transverse axis of the plate. The lower surface of the plate may also textured and/or treated to induce bone growth along the lower surface of the plate which contacts the cervical vertebrae. The plate is provided with a plurality of bone screw receiving holes which extend through the plate, from the upper surface to the lower surface of the plate, and at least one locking element is associated with the bone screw receiving hole. The plate and its component parts, may be made of any implant quality material suitable for use in the human body, and the plate and associated component may be made of a bioresorbable material.

Bone screws are each insertable into a respective bone screw receiving hole for attaching the plate to a vertebra. A locking element, is engageable to a locking element receiving recess and has a head formed to lock the bone screws to

8

the plate. In the preferred embodiment, a single locking element locks a number of different bone screws in place. The locking elements are pre-installed prior to use by the surgeon in a manner so as to not impede installation of the bone screws.

As a result, the problems previously associated with the locking screws of the type applied after the insertion of the bone screws, including the problems of instrumentation to position and deliver to the plate the locking means, backing out, breakage, stripping and misthreading associated with the prior art more delicate locking screws resembling "watchmaker's parts", are eliminated.

In an alternative embodiment of the present invention, a locking element fits within a respective bone screw receiving hole to lock a respective one of the bone screws in place. According to this second embodiment of the invention, each of the bone screws is locked to the plate by means of an individual locking element which bears against at least a portion of the bone screw. Since no other holes need be formed in the plate to attach the locks to the plate, the plate remains quite strong.

The locking elements can be in many forms to achieve their intended purpose, such as, but not limited to, screws, threaded caps, rivets, set screws, projecting elements, and the like.

Also, a novel bone screw is disclosed so as to prevent pulling out of the bone screw during use. This is achieved by a design which includes a screw in which the outer diameter or crest diameter of the thread is maintained substantially constant along the entire length of the shaft of the bone screw, from below the head to above the tip, where threads of a lesser outer diameter facilitate insertion. The screw tip is fluted at its distal end to be self-tapping. The thread also has an extremely thin and sharp profile to cut into and preserve the integrity of the vertebral bone stock.

The plating system does not require that the head of the bone screw be hollow, or that additional holes be placed through the plate in addition to those provided for the passage of the bone screws. It will be appreciated that bone screws are weakened when their heads are hollow and that plates are weakened when they are provided with additional holes.

Additionally, the plate of the disclosed systems permit the proper aligning of the holes in the plate for the bone screws and for the plate to be easily applied to the vertebrae in compression. The plates include appropriate slots and engagement means for engaging compression instrumentation, described in detail below, for applying a compression force between adjacent vertebrae to which the plate is attached, in a reliable and easy manner.

An improved locking screw driver is provided. The driver provides for a wedged interference fit with a recess in the head of the bone screws and the head of the locking elements. The same driver is usable for both bone screws and locking elements. The driver ensures that the locking element cannot fall off the driver and become lost in the wound. The driver has a tapered end to facilitate insertion into the complimentary recess in the head of the screws and is used to engage and pick up the locking elements. Alternatively, the receiving socket can be tapered to the same purpose.

Alternatively, a combination bone screw and locking screw driver is disclosed in which the bone screw driver passes through a longitudinal opening in the locking screw driver so that both the bone screw and the locking screw can be loaded prior to insertion of the bone screw and both can be tightened with one instrument, without removing it from position.

US 6,936,050 B2

9

Also, instruments are provided for forming pilot holes to assist in the ease and accuracy of the installment of the bone screws, and for creating a creating a compression force between adjacent vertebrae during installation of the plate and for holding the plate during installation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of a first embodiment of a cervical spine multiple locking plate.

FIG. 2 is a top plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 3 is a side elevational view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 4 is an end view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 5 is a bottom plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 6 is a top plan view of the cervical spine multiple locking plate shown in FIGS. 1–5, with locking elements installed in an open configuration.

FIG. 7 is a top plan view of a modification of the plate of FIGS. 1–6 with a four bone screw locking element in place.

FIG. 8 is a top plan view of a further embodiment of a cervical locking plate of FIG. 1 with an elongated central slot for increased compression capability.

FIG. 9 is a top plan view of a locking element for use with the plates of FIGS. 1–6.

FIG. 10 is a top plan view of a locking element for use with the central opening of the plate of FIGS. 7 and 22.

FIG. 11 is a top plan view of a locking cap for use in the end openings shown in FIGS. 1, 6, and 7.

FIG. 12 is a side elevational view of the locking element of FIG. 16.

FIG. 13 is a side elevational view of another embodiment of the locking element of FIG. 16.

FIG. 14 is a top perspective view of an alternative embodiment of cervical spine multiple locking plate for use with locking rivets.

FIG. 15 is a bottom plan view of the cervical spine multiple locking plate of FIG. 14.

FIG. 16 is a top plan view of a two bone screw locking element.

FIG. 17 is a top plan view of an alternative embodiment of a four bone screw locking element having head slits for increased flexibility of the locking tabs.

FIG. 18 is a bottom plan view of a rivet type locking element for use with the central opening of the plate of FIG. 14.

FIG. 19 is a side elevational view of a rivet locking element.

FIG. 20 is a top perspective view of the bottom portion of the head of rivet of FIG. 19 viewed along lines 20—20.

FIG. 21 is a top perspective view of the head portion of a three bone screw locking element.

FIG. 22 is a top perspective view of a third embodiment of a cervical spine multiple locking plate utilizing locking elements in the form of threaded caps.

FIG. 23 is a side elevational view of a locking element for use with the plate of FIG. 22.

FIG. 24A is a side elevational view of a bone screw in accordance with the present invention.

FIG. 24B is an enlarged side elevational view of the bone screw of FIG. 24A.

10

FIG. 25 is a side elevational view of an alternative embodiment of a bone screw in accordance with the present invention.

FIG. 26 is a bottom end view of the bone screw shown in FIG. 24A.

FIG. 27 is a top end view of the bone screw shown in FIG. 24A.

FIG. 28 is a top perspective view of a fourth embodiment of a cervical spine multiple locking plate.

FIG. 29 is a top perspective view of a locking element for use with the plate of FIG. 28.

FIG. 30 is a partial side sectional view of the plate of FIG. 28 along lines 30—30 with a bone screw in place.

FIG. 31 is a top perspective view of the plate of FIG. 1 positioned against the anterior aspect of three successive vertebral bodies in the cervical spine, a plate holder, and an instrument for forming bone screw receiving holes in to the vertebral bodies.

FIG. 32 is a cross-sectional view of a portion of the bone forming device shown in FIG. 31 viewed along lines 32—32.

FIG. 33 is a side elevational view in partial cross section illustrating a compression post tool and a compression post engaged to it for insertion into a vertebral body.

FIG. 34 is a side elevational view in partial cross section of the compression post tool engaged for removal of the compression post from the vertebral body.

FIG. 35 is a bottom end view of the compression post tool of FIG. 34.

FIG. 36 is a side elevational view of a plate engaging hook for use with the compression apparatus shown in FIG. 38.

FIG. 37 is a cross-sectional view through the plate of an alternative embodiment of a hole forming instrument in the form of a drill guide and drill for use during the plate installation procedure.

FIG. 38 is a side elevational view showing intersegmental compression of the spine and compression apparatus.

FIG. 39 is a view similar to that of FIG. 38 showing the compression apparatus in a further stage of the plate installation procedure.

FIG. 40 is a top perspective view showing the locking of the bone screws to the plate.

FIG. 41 is a partial side sectional view of a locking element attached to a driver instrument.

FIG. 42 is a partial side sectional view of another embodiment of the locking element attached to a driver instrument.

FIG. 43 is a partial cross-sectional view showing a cervical plate, locking element, and bone screws along lines 43—43 of FIG. 40.

FIG. 44 is an enlarged portion of detail along line 44 of FIG. 43.

FIG. 45 is a side view in partial cross section of a plate holder attached to a plate.

FIG. 46 is a side view in partial cross section of another embodiment of a plate holder attached to a plate.

FIG. 47 is a top perspective view of a first embodiment of a single locking plate.

FIG. 48 is a top plan view of the plate shown in FIG. 47.

FIG. 49 is a side elevational view of the plate shown in FIG. 47.

FIG. 50 is an end view of the plate shown in FIG. 47.

FIG. 51 is a bottom plan view of the plate shown in FIG. 47.

US 6,936,050 B2

11

FIG. **52** is a top plan view of the plate shown in FIG. **47**, with locking elements in place.

FIG. **53** is a side elevational view of a bone screw used with the plate shown in FIG. **47**.

FIG. **54** is a top end view of the bone screw shown in FIG. **53**.

FIG. **55** is a bottom end view of the bone screw of FIG. **53**.

FIG. **56** is a top plan view of a locking cap for use with the single locking plate of FIG. **47**.

FIG. **57** is a side elevational view of the locking cap shown in FIG. **56**.

FIG. **58** is a bottom plan view of the locking cap shown in FIGS. **56** and **57**.

FIG. **59** is a bottom perspective view of the locking cap of FIGS. **56–58**.

FIG. **60** is a top perspective view of the single locking plate of FIG. **47** shown being held by a plate holder against three vertebral bodies, with the hole forming instrument for punching a pilot hole into the vertebral bodies for receiving a bone screw.

FIG. **61** is a side elevational view in partial cutaway of the hole forming instrument threaded to a bone screw receiving hole.

FIG. **62** is a perspective side sectional view of the drill and drill guide threadably engaged to the plate for drilling a hole for insertion of a bone screw.

FIG. **63** is a top perspective view of a single locking plate installed along a segment of the spine with two locking caps installed in two bone screw receiving holes.

FIG. **64** is a side elevational view in partial cross section of a locking cap engaged to a driver for installing the locking cap.

FIG. **65** is a partial cross sectional view of the plate, bone screws and locking caps along line **65—65** of FIG. **63**.

FIG. **66** is an enlarged fragmentary view of area **66** of FIG. **65**.

FIG. **67** is a perspective view of a cervical locking plate being held by an alternative plate holder instrument.

FIG. **68** is an end sectional view showing the plate holder of FIG. **67** engaging a plate.

FIG. **69A** is an end sectional view of an alternative embodiment of the plate holder.

FIG. **69B** is an end sectional view of another alternative embodiment of the plate holder.

FIG. **70** is a plate holder instrument with an offset and removable handle.

FIG. **71** is a top perspective view of a second embodiment of a cervical single locking plate having individual locking elements to lock each bone screw.

FIG. **72** is a top perspective view of a threaded locking element for use with the cervical single locking plate of FIG. **71** FIG. **73** is a partial side sectional view of the plate of FIG. **71** viewed along lines **73—73** with the locking element of FIG. **72** in place to hold a bone screw, but not fully tightened.

FIG. **74** is a top perspective view of an alternative locking element for use with a first modification of the cervical single locking plate of FIG. **71**.

FIG. **75** is a side sectional view of the first modification of the plate of FIG. **71** with the locking element of FIG. **74**.

FIG. **76** is a perspective view of an alternative locking element for use with the first modification of the plate of FIG. **71**.

12

FIG. **77** is a partial side sectional view of the first modification of the plate of FIG. **71** with the locking element of FIG. **76** in place.

FIG. **78** is a top perspective view of another alternative locking element in the form of a rivet for use with a second modification of the locking plate of FIG. **71**.

FIG. **79** is a partial side sectional detail view of the plate of FIG. **71** modified to use a locking element of FIG. **78** shown in place.

FIG. **80** is a partial cross sectional view of a plate and bone screw with the end of a tool shown for use in inserting both the bone screws and locking caps.

FIG. **81** is a side elevational view of another embodiment of the tool of FIG. **80**.

FIG. **82** is a further embodiment of a cervical spine single locking plate for use in stabilizing multiple segments of the spine.

FIG. **83** is a further embodiment of a cervical spine multiple locking plate for use in stabilizing multiple segments of the spine.

FIGS. **84A–84E** are various embodiments of cervical spine multiple locking plates for use in stabilizing a single segment of the spine.

DETAILED DESCRIPTION OF THE DRAWINGS

The present invention will be described first in association with the preferred embodiment of the plate system in which a plurality of bone screws are locked in place with one locking element. This is referred to as the multiple locking plate system. The multiple locking plates will be described, then the locking elements for locking the bone screws to the plate, then the bone screws associated with the multiple locking plates, and finally the instrumentation and method of installation of the multiple locking plates. Thereafter the plate systems in which a single locking element locks a single bone screw will be described. This is referred to as the single locking plate system. The locking elements, bone screws, instrumentation, and method of installation associated with the single locking plate will then be discussed.

1. Multiple Locking Plate System

The preferred embodiment of the multiple locking anterior cervical locking plate **2** according to the present invention (here shown by way of example for use in a two level fusion (three adjacent vertebrae)) is shown in FIGS. 1–5. Plate **2** has a generally elongated form whose outline generally departs from rectangular due to the presence of lobes or lateral projections **4** at the corners and at the center of the sides of plate **2**. Each lobe **4** has a rounded outline and contains a respective circular bone screw receiving hole **6**. Two additional intermediate circular bone screw receiving holes **8** are located inwardly of the sides of plate **2** and are centered on the longitudinal center line of plate **2**. Lobes **4** give plate **2** additional strength in the region surrounding each bone screw receiving hole **6**. It is recognized that other shapes for the plate **2** may be employed.

The intermediate paired bone screw receiving holes **8** are for use with a two level (three vertebrae) fusion. The intermediate bone screw receiving holes **8** may be eliminated for a single level (two vertebrae) fusion, or additional intermediate bone screw receiving holes **8** may be added if additional levels are to be fused.

Plate **2** is further provided with three locking element holes **12**, each of which in the preferred embodiment is internally threaded **3**, and each of which is surrounded by a shallow countersunk region **14**. As will be described in greater detail below, in the preferred embodiment, bone

US 6,936,050 B2

13

screws are inserted in the bone screw receiving holes and a single pre-installed locking element associated with each of the locking element holes 12 locks a number of bone screws 30 in position at one time.

The number of paired bone screw holes generally correspond to the number of vertebrae to be fused. A plate for a one level fusion could have but a single locking element hole 12, while plates for fusing more than two levels (three vertebrae) could have additional middle locking element holes 12 corresponding to additional paired bone screw holes. In the embodiment illustrated in FIGS. 1–6, each end locking element 20 will lock three bone screws 30 in place, while the locking screw 21 in the central locking hole 12 locks two bone screws 30 in place. As shown in FIG. 7, central locking element 25 can also be configured so that four bone screws 30 are locked at one time.

As shown particularly in FIGS. 3, 4 and 5, plate 2 is shaped so that its bottom surface 27 (the surface which will be in contact with the vertebral bodies) has a biconcave curvature, being concave both in the longitudinal plane (corresponding to its length) and in the plane transverse thereto, corresponding to its width. The concave curvature in the longitudinal plane conforms to the proper shape of the anterior aspect of the spine with the vertebrae aligned in appropriate lordosis. That longitudinal curve is an arc along the circumference of a circle (referred to herein as the "radius of curvature") 15.0 cm to 30.0 cm in radius and more preferably 20.0–25.0 cm in radius. Viewed on end in FIG. 4, the plate 2 has a radius of curvature of a circle 15–25 mm in radius, but preferably 19–21 mm in radius. While the plate 2 may have a thickness between 2 to 3 mm, a thickness of between 2.25 and 2.5 mm is preferred.

Having the bottom surface 27 of plate 2 contoured so that it is able to lie flush against the associated vertebral bodies is in contrast to conventional plates which have larger radii of curvature that contact the vertebral bodies only along the longitudinal centerline of the plate, thereby permitting side-to-side rocking of the plate relative to the vertebral bodies. The contour of the plate of the present invention provides effective resistance to rocking of the plate 2 relative to the vertebral bodies about the longitudinal center line of the plate, thereby reducing stress on the plate 2 and bone screws 30, and preventing the soft tissues from becoming engaged beneath the plate.

Other advantages produced by the above curvature are that the plate 2 will conform more closely to the facing bone surface; the plate 2 will project from the spine by a smaller distance; soft tissue will be prevented from sliding underneath the edges of the plate 2, where it could be subject to damage; and the angle of the bone screws 30, perpendicular to the plate when viewed from the side, when installed will be at a substantial converging angle, trapping the vertebral bone between the bone screws 30, and thus more strongly anchoring the plate to the spine.

As shown in FIG. 5, the bottom surface 27 of plate 2, preferably has a porous, roughened, and/or textured surface layer and may be coated with, impregnated with, or comprise of fusion promoting substances (such as bone morphogenetic proteins) so as to encourage the growth of bone along the underside of the plate 2 from vertebrae to vertebrae. The textured bottom surface 27 also provides a medium for retaining fusion promoting substances with which the bottom surface 27 layer can be impregnated prior to installation. The bottom surface 27 of plate 2 may be given the desired porous textured form by rough blasting or any other conventional technology, such as etching, plasma spraying, sintering, and casting for example. If porous, the

14

bottom surface 27 is formed to have a porosity or pore size in the order of 50–500 microns, and preferably 100–300 microns. Fusion promoting substances with which the porous, textured bottom surface 27 can be impregnated include, but are not limited to, bone morphogenetic proteins, hydroxyapatite, or hydroxyapatite tricalcium phosphate. The plate 2 may comprise of at least in part a resorbable material which can further be impregnated with the bone growth material so that as the plate 2 is resorbed by the body of the patient, the bone growth material is released, thus acting as a time release mechanism. Having the plate 2 being made from a material that is resorbable and having bone growth promoting material present permits the vertebrae to be fused in a more natural manner as the plate becomes progressively less load bearing thereby avoiding late stress shielding of the spine.

As further shown in FIGS. 4 and 5, at least one end of plate 2 has a recess 18 that can cooperate with a compression apparatus, described in detail later in reference to FIGS. 36 and 38.

FIG. 6 is a top plan view of the plate 2 of FIG. 1 with locking elements 20, 21 inserted into the locking element receiving holes. In the preferred embodiment, the locking elements 20, 21 are in the form of screws that cooperate with the threaded interior 3 of the locking holes 12. Each of these locking elements 20, 21 is shown in its initial open orientation, where the orientation of the cutouts 22 in the head 23 of each locking element 20, 21 is oriented so as to permit introduction of bone screws 30 into adjacent bone screw receiving holes 6,8 without interference by the head 23 of the locking element 20, 21. It is appreciated that other configurations of the head 23 are possible so as to permit introduction of bone screw into adjacent bone screw receiving holes without interference by the head 23.

FIG. 8 is a top view of another embodiment of plate 2 of FIGS. 1–5, and is generally referred to as plate 120. Plate 120 is provided with a longitudinally extending elongated slot 122 along its longitudinal axis which is superimposed on the middle locking hole 12. Elongated slot 122 allows additional relative movement between plate 120 and a compression post 54 associated with a compression tool during the compression procedure, as discussed below.

Referring to FIGS. 14 and 15, an alternative embodiment of a multiple locking plate referred to by the number 70 is shown. In plate 70, rather than the threaded locking hole 12, a central opening 200 for receiving a removable rivet 202, of the type shown in FIGS. 17–20, is provided. FIG. 15 is a bottom plan view of the plate 70 shown in FIG. 14. The contour of the plate 70 is the same as that of the plate 2 shown in FIGS. 1–5. The rivet 202 is removable and fits within the unthreaded opening 200, comparable to the locking hole 12 and slot 122 described above. Other embodiments may employ a rivet that is not removable, but is manufactured as part of the plate 70 as would be used in the end locking holes 19 of FIGS. 14 and 15.

Referring to FIGS. 22, another alternative embodiment of a multiple locking plate is shown and is generally referred to by the number 230. The plate 230 uses threaded caps, such as cap 300 shown in FIGS. 9 and 23, for a locking element or preferably one with cut outs as described having an appearance in a top view such as the locking element in FIGS. 10–11, for example. The central locking hole 232 has an elongated slot 234 for providing an increased compression capability, as will be discussed further herein.

Referring to FIGS. 10–13, a first embodiment of a locking element 20, 21, 25 in the form of locking screws according to the present invention for use with plate 2 is shown. FIG.

US 6,936,050 B2

15

10 is a top plan view which illustrates the head 23 of the central locking element 25 shown in FIG. 7. The shaft 46 of locking element 25 is threaded 47 to mate with the threading 3 within the associated locking hole 12 of plate 2. As shown in FIG. 21, each segment 49 on each side of cutouts 22 of the locking element 21 has a bearing surface 48 formed at the lower surface of locking element head 23. As shown in FIG. 16, the locking element head 23 can be provided with two slots 42 for providing flexibility to the locking element head 23 to assist in the locking element's ability to ride over the top of the bone screw head 32 during the bearing action when the locking element is rotated. Alternatively, it is appreciated that the bearing surface can be cammed, ramped or wedged. The cammed, ramped or wedged features can also be used with the other locking elements described herein.

Referring to FIGS. 6 and 10–13, it will be appreciated that when the locking elements 20, 21 are rotated in the clockwise direction with respect to the view of FIG. 6, a respective bearing surface 48 (as best seen in FIG. 21) will ride upon the curved top surface 39 of a respective bone screw head 32 in order to positively lock the associated bone screws 30 and the locking elements 20, 21 in place.

Alternatively, as shown in FIGS. 12 and 13 in place of a bearing surface 48, a ramp or wedge shaped surface 44 may be used to increase the force applied to the bone screw head 32. When locked, the leading end of the ramped portion of the locking element would be lower than the prominence of the bone screw head 32 so that more force is needed to lift the locking element and untighten it than is needed for the locking element to remain tight and locked. However, the locking element heads 23 need not have slots, be cammed, or have a ramped surface to achieve the locking of the bone screw 30 in place. Pressure, friction, interference fits, or other engagement means capable of preventing the locking element from moving from its locked position may be employed.

The rivet 202, shown in FIGS. 17–20 is intended for use in association with plate 70 shown in FIGS. 14–15, is shown in detail in cross section in FIGS. 19 and 20. The rivet 202 has a head 204, a shaft 206, and an elongated bottom segment 208 for fitting within the corresponding opening 200 in the plate 70. The lower surface 210 of the head 204 of the rivet 202 has an irregular surface which may be cammed, such as on the bottom of locking element 20, 21, for engaging the top surface 39 of the bone screw head 32. For use in the end locking holes 19, the upper surface of the elongated bottom segment 208 can have an irregular surface for cooperating with the irregular surface of the bottom of the plate 70 to hold the rivet 202 in the locked position against the bone screw head 32, as shown in FIG. 15. While the rivet of FIG. 18 is a separate, removable component from the plate, the rivets, and particularly those for use with the end locking holes, can be formed as part of the plate during the manufacturing process of the plate and rivet can be non-removable.

Each of the above embodiments provides tight attachment of the locking element relative the bone screw 30 and relevant plate.

In the alternative embodiment of multiple locking plate 23 shown in FIG. 22, the locking element can be in the form of threaded locking cap 300 shown in FIG. 23. The threaded locking cap 300 has a thread 302 on its outer circumference corresponding to the thread 303 on the inner circumference of the locking element depressions 304 in the top of the plate 230 shown in FIG. 22. The locking cap 300 is relatively thin, particularly compared to its width. The top 305 of locking

16

cap 300 is provided with a noncircular through hole 306 for receiving a similarly configured driving tool.

Referring to FIGS. 28, 29, and 30 another embodiment of the multiple locking plate generally referred to by the number 400 and a locking element in the form of a thin locking member 412 are shown. Plate 400 has an opening in its top surface for insertion of the thin locking member 412, a recess 402 associated with each of the bone screw receiving holes 408 and a slot 410 in the side wall of the bone screw receiving holes 408 to permit the thin locking member 412, having a series of thin projections or blades 414, thinner than the slot 410, that give this locking member 412 an appearance similar to that of a propeller. The thin locking member 412 is able to be rotated within the plate so as to not cover the bone screw holes, thus allowing the thin locking member 412 to be pre-installed prior to the installation of the bone screws by the surgeon. Limited rotation of the thin locking member 412 allows the blades 414 to protrude through the slot 410 and to cover a portion of the top of the associated bone screws 30. The blades 414 of the thin locking member 412 are flexible and, when rotated, slide over the top surface 39 of the bone screw head 32 to lock the bone screw 30 in place. As with the other embodiments discussed, each of the embodiments of the locking element is capable of locking more than one bone screw 30. It is appreciated that the various multiple locking plates and locking element combinations are capable of locking as many as four bone screws at once, but are equally effective for locking a lesser number or none at all, that is securing itself to the plate.

It will be noted that one characteristic of each of the above described locking element embodiments is to have a driver engagement means, in these cases for example, a recess 24 as large as the recess 34 in the bone screws 30 so that the same tool can be used to turn both the bone screws 30 and the locking elements. Also, the locking elements are sufficiently strong and have sufficient mass so as to be able to withstand being locked without breakage.

All of the shown examples of the multiple locking elements that have a number of cutout portions have an arc with a radius greater than that of the bone screw head. In addition, the head 23 of each locking element 20, 21 is provided at its center with a noncircular recess 24, such as shown in FIG. 9 which is engageable by an appropriate manipulation tool, such as shown in FIGS. 40–42. In the embodiment of head 23 shown in FIG. 9, the associated tool would have a hex head, but as discussed with regard to FIGS. 80 and 81, other shapes of recesses in the head 23 may be used. The thread of each locking hole 12 and of each locking element 20, 21 has a close tolerance so that they will reliably retain their orientations so as to permit introduction of bone screws 30 into bone screw receiving holes 6, 8 without interference.

It is appreciated that while various forms of locking elements have been disclosed, in light of the teaching, other equivalent means can be used for the purpose of locking the bone screws 30 in place. In FIG. 83, an alternative multiple locking plate 990 is shown having additional intermediate bone screw receiving holes 980 and associated locking elements 960 for locking bone screws 30 in place. Plate 990 allows for a more close spacing and more pairs of bone screw holes than the number of vertebrae to be engaged.

In FIGS. 84A–84E various plates 700a–g used for a single level fusion are shown. Each of these plates 700a–g is designed to span one spinal segment consisting of one disc space and two adjacent vertebrae (containing the bone graft), and have bone screws inserted into the end of the vertebrae through the bone screw receiving holes 6 associated with the

US 6,936,050 B2

17

two adjacent vertebrae and then locked in place. As shown in FIGS. 84–84E, one locking element 710, or two locking elements can be used to lock four bone screws in place. In FIGS. 84A–84E, each of the plates 700a–e is shown with the locking elements in their open orientation, before being rotated to lock the bone screws.

Each of the above described plates can have the same generally biconcave contour as already described for conforming to the anterior aspect of the spine.

FIGS. 24A and 24B provide a side view of one embodiment of a bone screw 30 according to the present invention. FIG. 27 is a top view of the bone screw 30. At the center of bone screw head 32 is a profiled recess 34 which may have the same form as the recess 24 of each locking element 20, 21 in which case it may be turned with the same tool as that employed for turning locking elements 20, 21. It is appreciated that the driver engaging portion of the bone screw 30 could be slotted, and be either male or female (as is shown).

In the embodiment of bone screw 30 shown in FIGS. 24A and 24B, the bone screw head 32 is stepped, with the first lower head portion 35 being contiguous with the screw shank 33 and has a smaller diameter than the upper portion of the bone screw head 32. When this embodiment of bone screw 30 is employed, each bone screw receiving hole 6, 8 of the plate 2 has a countersunk region 14 matching the diameter of the upper portion of the bone screw head 32 and dimensioned for an interference fit. The lower portion 35 of the bone screw head 32 is dimensioned to achieve an interference fit with its associated portion of bone screw receiving holes 6, 8. The larger diameter upper portion of bone screw head 32 assures that the bone screw 30 cannot be advanced completely through bone screw receiving holes 6, 8 of plate 2. The bone screw 30 passes completely through the upper surface of the plate 2 without engaging the upper surface in any way.

As shown in FIG. 44, the head 32 of screw 30 passes unobstructed through the upper surface of the plate until the lower surface of enlarged bone head 32 engages the upper face of the narrowed bone screw receiving portion at the midsubstance or below the midsubstance of the plate. This is considered optimal for allowing for the greatest screw to plate stability, even absent the lock, against all forces except those reverse the path of insertion, while still providing for the greatest plate strength beneath the bone screw head 23. That is, since the plate is of only generally 2–3 mm in thickness, a sheer vertical circumferential wall is best able to constrain the motion of a screw if the head is similarly configured and there is little tolerance between them. Placing the support of the head near the mid thickness of the plate is preferred as it allows the head to remain large to accommodate the recess for the driver without being weakened, while placing the support of the head away from the upper surface of the plate allows the screw head to be deep into the plate. Placing the support of the head at approximately the mid thickness of the plate assures plenty of plate material beneath the head to support while providing adequate head length above and below the contact point to prevent the contact point from acting as a fulcrum by providing adequate lever arms to prevent unwanted motion.

In the alternative embodiment of bone screw 30', as shown in FIG. 25, bone screw head 32' is tapered in the direction from the top of the bone screw head 32' toward screw tip 36'. Again, the bone screw head 32' is dimensioned to achieve an interference fit in the associated bone screw receiving hole 6,8 when the bone screw 30' has been fully installed. When this embodiment of bone screw 30' is employed, bone screw receiving holes 6, 8 need not be provided with a countersunk region 4.

18

In each of the above embodiments of the bone screws, the bone screws 30 and 30' present a unique combination of a tapered screw shaft 33 and a helical thread 31. The diameter of screw shaft 33 generally increases from a distal portion of the shaft near the screw tip 36 toward the proximal portion of the shaft near screw head 32. In the preferred embodiment, the rate of increase in diameter is also greater near the bone screw head 32. Such a shape avoids stress risers and provides increased strength at the screw-plate junction, where it is needed the most. The tapering of screw shaft 33 may have a concave form, as shown in FIG. 24A, or may be linear. The distal portion of the screw shaft 33 may assume a constant diameter.

Referring again to FIGS. 24A and 24B, the thread 31 of the bone screw 30 has a substantially constant outer, or crest, diameter "d" from the proximal portion of the shaft below the bone screw head 32 to the distal portion of the shaft near the bone screw tip 36. In the screw tip 36, the crest diameter of thread 31 may be reduced for preferably one to two turns to facilitate the insertion and penetration of the bone screw 30 into the bone.

In the preferred embodiment, the thread 31 of each bone screw 30 has an outer diameter slightly smaller than the diameter of the lowest portion 35 of the bone screw head 32, which is adjacent the trailing, or upper, end of the associated thread 31. In addition, the thread 31 is relatively thin, in the direction of the longitudinal axis of the screw, and tapers outwardly, and has a cross section of a triangle.

An example of the dimensions of a bone screw for use in human anterior cervical spinal surgery for insertion into the vertebrae is as follows: the threaded portion of said screw has a length from about 10 mm to about 22 mm (12–18 mm preferred) and a head length from about 1 mm to about 3 mm (2–2.5 mm preferred). The threaded portion should have a maximum outside diameter from about 3.6 mm to about 5.2 mm (3.8–4.5 mm preferred) and the head has a diameter from about 3.8 mm to about 6 mm (4–5.5 mm preferred). The thread pitch is from about 1.25 mm to about 2.5 mm (1.5–2.0 mm preferred) and has a sharp and thin threaded profile. The apex of the two faces of the thread have an angle of less than about 21 degrees (15 degrees preferred) and the base of the thread is less than about 0.60 mm thick (0.25 mm–0.35 mm preferred). The screw has a root diameter that increases from proximately above the tip of the shank, along the longitudinal axis to proximately below the head portion of the screw. Preferably, the tip of the screw tip is fluted by at least one cut out section so as to make the screw self-tapping.

Even though the thread 31 of the bone screw 30 has a thin profile, the thread will nevertheless be stronger than the bone into which it is introduced so that this thread will efficiently cut a thin helical groove in the bone tissue. The volume of bone that will be displaced by the thickness of the thread is minimized by the thin form of the thread, yet the substantial crest diameter of the screw thread maximizes the surface area of the threads in contact with the bone. While enlarging the screw shaft 33 diameter near the bone screw head 32 increases its strength where needed, reducing the screw shaft 33 diameter away from the bone screw head 32 where such strength is not required allows for the maximum area of engagement for the thread 31 to the bone.

In the preferred embodiment, as shown in FIGS. 24A and 26, bone screw tip 36 is provided with cutting flutes 38, to make the bone screw 30 self-tapping. Unlike the prior art bone screws, used for anterior cervical spinal surgery which are not self-tapping, the thread form of the present invention screw is itself more like a tap than a conventional screw in

19 20

that the threads are very sharp and fluted. Additional embodiments of the bone screws 30 is shown in FIGS. 53–55.

By way of example, plates for fusing three adjacent vertebrae (2 interspaces, or two spinal segments) are shown. Each set of the bone screw receiving holes associated with a vertebrae is considered to be a segment of the plate so that for example, in FIG. 1 three segments are shown—an upper, a central, and a lower segment. While the present discussion is in association with plates for use in fusing three vertebrae across two interspaces, it should be understood that longer and shorter plates having the appropriate number and location of bone screw receiving holes corresponding to the number of vertebrae to be fused are contemplated, and would take the form of the plates shown with fewer or more intermediate segments, such as the segment along line 9 of FIG. 1, or the intermediate segments of the plates shown in FIGS. 82–84F.

Referring to FIGS. 31–42, an outline of the steps of the method for installing the plates of the present invention is set forth below. A detailed description of the instrumentation and method for installing the plates of the present invention follows the outline.

Step 1

Having completed the interbody fusions, the surgeon removes any bone spurs or localized irregularities along the front of the spine of the area to be fused.

Step 2

The correct length plate is selected by the surgeon by measuring the distance on the spine by a caliper, ruler, template, and the like. That plate having a length sufficient to span the distance of the spine to be fused and to partially overlap a portion of each of the end vertebrae to be fused.

Step 3

Utilizing a plate holder, the plate is placed into the wound and positioned to confirm positioning, length, and screw hole alignment relative to the segments of the spine to be fused.

Step 4

As shown in FIG. 31, with the plate thus positioned and securely held, the plate may be attached to any of the vertebrae to be fused (by example only, here shown as the top vertebra).

Sub-Step 4A

The pilot (guide) hole punch 60 is attached to the plate 2 as per FIG. 32, or alternatively, while not preferred the drill guide may be used as per FIG. 37. In either event, the pilot hole forming means rigidly aligns with and is captured by the plate bone screw receiving hole wall.

Sub-Step 4B

The pilot hole is then formed by impacting the pilot hole punch of FIG. 32 or drilling with the drill of FIG. 37. In the alternative while not preferred, the formation of the pilot hole can be done away with altogether and the correct screw selected so as to have a length less than the distance along its path to the posterior vertebral cortex can be directly inserted.

The determination of the appropriate screw length is made by measuring or templating from radiographs, MRI's, or CT scans, or determined directly by measuring the depth of the disc space.

Step 5

The correct screw is then attached to the screw driver which regardless of the specific form of the screw driver engagement means, is designed to have an interference fit so as to remain firmly bound to the driver during transport to the insertion site. FIGS. 41, 42, 63, 64, 80 and 81 show

various ways of achieving such a fit of the driver and screw. In addition to a wedging at the screw and driver interface, clips, and springs and other means are well known for temporarily and reversibly securing the screw to the driver, such as is shown in FIG. 80 where a slotted inwardly springing sleeve holds a threaded cap peripherally until, as it is screwed into the plate, it is automatically pushed back releasing the threaded cap.

Once a first bone screw has been fully inserted into a vertebra through the plate, it is preferable to insert the other of the transverse pair in the manner already described as per FIG. 33.

In a similar manner, it is possible to insert the remaining bone screws as per the surgeon's preference into each of the vertebrae to be included into the fusion, just the end vertebrae of the fusion construct, or additionally place screws into the fusion grafts.

However, as shown in FIGS. 33, 34, 38 and 39, it is possible with the present invention at the surgeon's option to place any portion or all of the fusion construct under compression and to do so intersegmentally or across the entire length of the fusion construct even when multi-segmented.

It is appreciated that the same procedure could be generally used for any of the plate systems of the present invention.

As shown in FIG. 31, the vertebrae 50a–c are separated from one another by fusion graft blocks 51 which were previously installed in the spinal disc space between adjacent vertebrae forming a fusion bone graft construct. Plate 2 is shown in FIG. 31 with the locking elements 20, 21 removed in order to simplify the illustration. It will be understood, however, that in the preferred embodiment the locking elements 20, 21 can be, and preferably are, preinstalled in the positions shown in FIG. 6 prior to positioning plate 2 upon vertebral bodies of the vertebrae 50, thereby saving the surgeon time and trouble.

Plate 2 may be held in position by any known plate holding means, but preferably by the holding tools shown in FIGS. 45, 46 or 70 by the notches 142 in the sides of the compression arms 104, 130 of a vertebral compressor tool 100 shown in FIG. 39, or as a further alternative, by the unitary plate holder similar to the FIG. 70 design.

As shown in FIG. 45, plate holder 870 has a hollow tubular housing 872, with a central rod 874 having a thread 878 at one end for engaging one of the threaded locking holes 12 in the plate 2. The bottom end of the housing 872 has projections 880, 882 that extend outwardly and then downwardly to fit into the bone screw receiving holes 8 of the plate 2 preventing the housing 872 from rotating. The central rod 874 is located in the housing 872 such that it can be rotated by rotating a handle (not shown) which is fixed to the central rod 874 at its upper end.

In FIG. 46 an alternative embodiment of the plate holder 890 is shown. A single solid member 890 has a threaded projection 894 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The bottom surface of the holder 890 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

Referring to FIGS. 67–68, an embodiment of a plate holder for holding any of the plates while being positioned on the vertebrae is shown and generally referred to by the number 800. The plate holder 800 has a hollow tubular housing 802, with a central rod 804 having a handle 806 at one end and a thread 808 at its other end for engaging one of the threaded locking holes 12 in the plate 600. The bottom

US 6,936,050 B2

21

end of the housing 802 has projections 810, 812 that extend outwardly and then downwardly 814, 816 to fit along the side edge of the plate 2 between the end and intermediate lobes 4, preventing the housing 802 from rotating. The central rod 804 is located in the housing 802 such that it can be rotated by rotating the handle 806 which is fixed to the central rod 804 at its upper end. This central rod 804 can also be attached to the housing 802 so that it can move up and down to some extent, by any number of conventional ways, such as by having the central rod 804 have an annular depression with a length of approximately 3–5 mm, and a set screw projecting inward from the housing to engage the central rod 804. Once the plate 600 is in the proper place and the plate is attached to one of the vertebrae by bone screws 30, the central rod 804 is disconnected from the opening in the plate 600 and the holder 800 is removed.

FIG. 69A is an alternative embodiment of the plate holder 850. A single solid member 852 has a threaded projection 854 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The solid member 852 could also be threaded into a bone screw receiving hole 6. The bottom surface of the holder 850 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

FIG. 69B is another embodiment of the plate holder 850'. A housing 851' having an end 853' configured to engage a bone screw receiving hole 6 contains a rod 855' having an uneven diameter and having a threaded portion 857'. As rod 855' is rotated by a handle similar to handle 806 shown in FIG. 68, rod 855' screws downward into the housing 851' into matching threads 858'. As the end of rod 855' is driven down, it spreads portions 859a' and 859b' (859c' and 859d' not shown) wedging plate holder 850' into a bone screw receiving hole of the plate. Plate holder 850' is best used with non-threaded bone screw receiving holes, but works for all types of bone screw receiving holes.

Referring to FIG. 70, an alternative embodiment of the plate holder referred to by the number 800' is shown in which there is a removable handle 860 that is used for first attaching the plate holder 800' to the plate, by rotating the shaft 804, and then for holding the plate holder 800' off to the side by extension 864, during the attachment procedure reducing the interference of the plate holder 800' with the surgical procedure.

Referring to FIG. 38, a compression tool 100 is shown with a toothed gear bar 102 having a first compression arm 104 secured to its free end. Compression arm 104 has at its distal end a bore 106 for removably holding either a plate engaging element 108, shown in FIG. 36, having a hook 110 at one end for engaging a depression or notch 18 in the end of plate 2, or for removably holding a compression post 54 shown in FIGS. 33–34. As shown in FIG. 36, plate engaging element 108 includes a shaft 112 that will be inserted into the corresponding bore 106 of compression arm 104, and a flange 115 for resting against the bottom face of bore 106 to accurately limit the depth of insertion of plate engaging element 108 into the bore 106. A ring spring 128, preferably of metal, is located in an annular depression of the shaft 112, for holding the plate engaging element 108 in the bore 106.

Referring to FIGS. 38–39, compression tool 100 includes a second moveable compression arm 130 movable along toothed bar 102 parallel to first compression arm 104. The distal end of the second compression arm 130 also has a bore 132, the same as bore 106, that can receive a removable compression post 54. Bores 106 and 132 are the same so that either compression arm 104, 130 can be used to hold the

22

removable compression post 54, permitting the compression tool 100 to be used in any orientation. By permitting the plate engaging element 108 and the compression post 54 to both rotate and slide in the bores 106, 132 of the two compression arms 104,130, with the plate engaging hook 110 able to work even at an angle to the plate allows for the apparatus to be readily attachable to the spine through the compression post 54 and plate.

Compression arm 130 has a driving assembly consisting of a toothed wheel (not visible) which is engaged with the tooth gear 138 of bar toothed gear 102 and is connected to compression arm 130 such that compression arm 130 is movable along the length of toothed gear bar 102 by means of the rotation of handle 140, which is connected to the toothed wheel When the handle 140 is turned in the direction of the arrow shown in FIG. 38, compression arm 130 is moved toward compression arm 104. The driving assembly has a self lock release mechanism whereby the movement of the two compression arms 104,130 away from one another is prevented, without the activation of the release. On the inward distal end of each compression arm, on facing sides, is a notch 142 or recess for holding the plate 2 along its sides between the central lobes 4 and end lobes 4, as shown in FIG. 38.

While the toothed gear bar 102 and compression arms 104, 130 have been described as being straight, it is possible that the toothed gear bar 102 and compression arms 104, 130 may be arcuately or otherwise shaped, so as to induce lordosis in the vertebrae, if so desired.

As shown in FIG. 31, in the event that the compression tool 100 is used to hold the plate 2, the ends 144 of the compression arms 104, 130 will be located in line with the fusion graft construct 51 which was placed in the disc space when plate 2 is properly positioned. A gap will exist between plate 2 and each fusion graft construct 51, providing a space to accommodate the free ends of arms 104, 130 should they extend beyond the bottom surface of the plate 2. As will be described below, the same compression tool 100 can also be used for compressing a plurality of cervical vertebral bodies with bone grafts interposed during the attachment of plate 2 to the vertebrae 50.

Referring to FIG. 31, plate 2 is held by a suitable holder, in this case shown as the compression arms 104 and 130. Once the appropriate length plate 2 has been properly positioned so that the bone screw receiving holes 6 are aligned with each of the respective vertebrae 50a–c to be fused, the next step is the formation of bone screw receiving holes 6 prior to installation of the bone screws 30 themselves in the vertebrae 50a. While the procedure is described as first attaching the plate 2 to the upper vertebrae 50a, the plate 2 can be attached to any of the vertebrae in any order. Different sized plates are used so that, as indicated above, the physician will select the appropriate sized plate in which the bone screw receiving holes 6, 8 are aligned with the three adjacent vertebrae 50a, 50b and 50c. Pilot holes are formed by a pilot hole forming apparatus 60 shown in FIGS. 31 and 32. Unlike with known prior art and screw plating systems, the bone screws 30 may be inserted without the prior formation of an opening into the vertebrae as the bone screws 30 are preferably sharp pointed, self-tapping, and have at their tip a diminishing major diameter to assist the screw entering and pulling into the bone. However, while a hole into the bone of the vertebrae may be formed prior to screw insertion, it is preferable that the hole be of a smaller diameter than the root diameter of the screw and for a different purpose than with the prior art. With the prior art the hole drilled had to be of a diameter equal to but

US 6,936,050 B2

23

preferably larger than the root (minor) diameter of the screw, as the screws were not self-tapping. It is desirous to create pilot holes to assure that a proper path for the bone screws 30 is maintained, and also to prevent damage to the vertebral bone during insertion of the bone screws 30. In addition, the pilot hole forming apparatus 60 creates a more compact vertebral bone mass for reception of the self-tapping bone screw 30 used in this insertion.

As shown in FIGS. 31 and 32, pilot hole forming apparatus 60 includes a hollow cylindrical housing 62 having a bottom provided with a through hole 63. Housing 62 contains a central shaft 64 which extends through the through hole 63 in the bottom of housing 62. The leading end 66 of shaft 64 tapers gradually to a sharp point 65. Shaft 64 is provided with a ring member 78 having a diameter which closely corresponds to the inner diameter of housing 62 to guide the travel of shaft 64 within housing 62. A compression spring 67 is interposed between the ring member 78 and the bottom of housing 62. Compression spring 67 provides a bias force which normally urges the sharp point 65 into a retracted position within housing 62. The upper end of shaft 64 has an enlarged head 68 extending outside of the housing 62 which is intended to be manually depressed or struck by a percussion instrument in order to drive the sharp point 65 out of housing 62 and into a vertebral body 50a. Shaft 64 is given a length, taking into account the length that spring 67 will have when fully compressed, to determine the maximum depth of the pilot hole formed in a vertebral body. The depth is selected to assure that the pilot hole does not reach the posterior cortex of the vertebral body, which borders the spinal canal.

Certain structural features of hole forming apparatus 60 are shown in greater detail in FIG. 32. In particular, it can be seen that the bottom end of housing 62 has a projecting portion 69 dimensioned to fit precisely in a bone screw receiving hole 6 or 8 of plate 2. The bottom 71 of the projecting portion 69 is flat in a plane perpendicular to the axis of housing 62. When the projecting portion 69 of housing 62 is snugly inserted into a bone screw receiving hole 6, 8 and the flat bottom 71 is placed flush against the upper surface of plate 2, it is assured that the leading end 66 of shaft 64 will form a pilot hole in the vertebral bone having an axis perpendicular to the plane of the associated portion of plate 2, thereby assuring that the bone screw 30 will be subsequently installed so that its axis is also perpendicular to the plane which is parallel to the upper and lower surfaces of the associated portion of plate 2.

When a plate is used which has a threaded bone screw receiving hole, the lower end of the pilot hole forming apparatus 60 is threaded so as to engage the thread in the bone screw receiving hole 6, 8 thereby fixing the plate and the pilot hole forming apparatus together, assuring a stable fit between the pilot hole forming apparatus and the plate 2. It should be noted that the diameter of the leading end 66 of the shaft 64 is small since it has to fit within the small space left between the inside wall of the pilot hole forming apparatus. Since it is only a pilot hole for a self-tapping bone screw 30 that is being formed, the small diameter is satisfactory.

Referring to FIG. 37, if for any reason it should be desired to form the pilot hole in the vertebral body 50 by drilling, rather than by the use of the pilot hole forming apparatus 60, use can be made of a drill guide 80, having a lower end as shown in FIG. 37. The drill 80 guide consists of a tubular member 82 and a small diameter lower end 84 which is dimensioned to achieve a precise interference fit in the associated bone screw receiving hole 6, 8 of plate 2. Along

24

the small diameter lower end 84, drill guide 80 has an axial end surface in a plane perpendicular to the longitudinal axis of the drill guide 80 so that when the small diameter portion 84 is fitted into the bone screw receiving hole 6 and the surface surrounding the small diameter portion 84 is flush against the upper surface of plate 2, the axis of the drill guiding bore 86 in drill guide 80 will be precisely perpendicular to the upper and lower surfaces of the associated portion of plate 2. As with the case described above, the bottom end of the drill guide 80 can be threaded so as to engage to the threaded opening of plate 2.

After the bone screw receiving holes 6, 8 are formed in the vertebral body 50a through the upper two bone screw securing holes 6 of plate 2 by means of either hole forming apparatus 60 or drill guide 80, bone screws 30 are threaded into the vertebrae 50 while holding the plate 2 firmly against the vertebrae 50 with compression tool 100 or plate holder 800. This locks the plate to the vertebrae 50a.

It is then possible, if desired, to compress the fusion graft in the next adjacent vertebrae 50b before attaching bone screws 30 to the adjacent vertebrae 50b through the central bone screw receiving holes of plate 2. Once the initial bone screws are in place in the vertebrae 50a, the plate holder 100 or 800 may be removed from the plate 2. The compression of the fusion graft construct between the two adjacent vertebrae 50a and 50b is achieved as follows:

Compression post 54 is driven through the central locking hole 12 of plate 2 by means of insertion tool 90, shown in FIGS. 33, 34 and 35, into the vertebral bone of vertebra 50b, where it will be used in a subsequent step to apply a compression force between vertebrae 50a and 50b. Compression post 54 consists of a shaft 56 having a sharp point 57 at its lower end, an enlarged central collar 58 which serves as a depth stop, and a circumferential groove 59 proximate its upper end, defining an enlarged head 55.

Compression post insertion tool 90 consists of a shaft 92 having a closed hollow portion 94 at its lower end 96 for receiving compression post 54 and an enlarged percussion cap 98 at its other end. Compression post insertion tool 90 also includes in its lower end 96 a second opening 95 having a recess 99 in its inside wall for permitting engagement of the enlarged head 55 on the compression post 54 within the depression 97. The second opening 95 is in communication with the hollow portion 94 of the insertion tool 90, as shown in FIG. 35.

Referring to FIG. 38, the bore 132 in the second compression arm 130 of compression tool 100 is then applied over compression post 54 in vertebrae 50b, and the plate engaging element 108 is inserted in the bore 106 of the first compression arm 104 of compression tool 100. The hook 110 of the plate engaging element 108 shown in FIG. 36 is fitted into the notch 18 at the end of the plate 2 which is fixed by the bone screws 30 inserted into the vertebra 50a, as shown in FIG. 38. As indicated above, however, the compression tool 100 can be rotated so that the first compression arm 104 is now at the bottom and is able to fit over the compression post 54 in vertebrae 50c.

Since the plate is attached to vertebrae 50a by means of bone screws 30 and compression post 54 is fixed to the adjacent vertebrae 50b, movement of the first and second compression arms 104 and 130 in the direction of vertebrae 50a by rotation of handle 140 results in compression of the bone graft construct 51 between the adjacent vertebrae 50a and 50b. The distance of several millimeters is sufficient for compression of the bone graft construct 51. Once the desired compression is obtained, bone screw pilot holes can be formed in vertebral body 50b by means of pilot hole forming

US 6,936,050 B2

25

apparatus 60, as described above, for insertion of bone screws 30 into bone screw receiving holes 8 of bone plate 2, fixing the plate 2 to the adjacent vertebrae 50b. Compression tool 100 can then be withdrawn by activation of the release.

FIG. 39 illustrates the use of compression tool 100 to induce compression between the lower two vertebral bodies 50b and 50c after bone screws 30 have been installed in the middle vertebral body 50b as just described. As shown in FIG. 39, compression post 54 remains in place in the middle vertebral body 50b and an additional compression post 54 is driven into the lower vertebral body 50c by means of pilot hole forming tool 60 distal to the plate itself in the recess between the end projections 4 to allow for the lower compression post 64 to be moved towards vertebrae 50b upwardly as shown. The original compression post 64 is inserted in bore 106 in the first compression arm 104 and the additional compression post 54 is inserted into the bore 132 of the second compression arm 130 of compression tool 100. Again, as discussed above, the turning of the handle 140 results in the two compression arms 104, 130 moving towards one another, resulting in the compression post 54 in vertebrae 50c moving towards the upper compression post 54 in vertebrae 50b, once again compressing the fusion graft construct 51 between vertebrae 50b and 50c. The upper compression post 54 in vertebrae 50b can not move since the vertebrae 50b has been fixed to the plate by the insertion of the bone screws 30 in the bone screw receiving holes 8 of the plate 2. Thus, only the lower compression post 54 and vertebrae 50c can move. As before, the pilot holes associated with vertebrae 50c are formed and the bone screws 30 are inserted through bone screw receiving holes 6. The compression tool 100 is then removed. Compression post 54 is then extracted from the vertebrae by inserting it in the second opening 95 of the compression post insertion/removal tool 90, so that it engages the enlarged head 55 of the end of compression post 54 by depression 97, as shown in FIG. 34.

It is recognized that other variations in the order of compression may be employed. For example, during the compression of the fusion graft construct 51 between vertebrae 50b and 50c, the hook 110 of plate engagement element 108 may engage the notch 18 in the end of the plate 2, and the other compression arm of the compression tool 100 may engage the compression post 54 in the third adjacent vertebrae 50c. It should also be noted that plate 2 has a recess and cut out portion between the lobes at the end of the plate for insertion of the compression post 54 in the vertebrae. Otherwise, there may not be room below the end of the plate 2 for insertion of the compression post 54.

It will be noted that the above-described procedure will be performed with the bone screws 30 fully inserted into vertebral bodies 50a, 50b and 50c and lordosis is maintained during compression of the bone graft construct 51.

As indicated above, the procedure for attaching the plate 2 to the vertebrae 50a, 50b and 50c was illustrated without the locking screws 20, 21 in place on the plate 2. FIG. 40 is a perspective view showing the plate 2 of FIGS. 1–5, at a stage of a surgical procedure when bone screws 30 have been fully installed in three adjacent vertebrae 50a, 50b and 50c, and locking screws 20, 21 have been rotated through an angle of about 90N to lock three bone screws 30 in place; the left-hand locking screw 20 as viewed has been rotated through an angle of about 60N to lock three bone screws 30 in place and the central locking screw 21 has been rotated through an angle of about 90N to lock two other bone screws 30 in place. At this time, one of the camming surfaces 44 of each locking screw 20, 21 rests atop the screw head 32 of a respective bone screw 30.

26

Installation of the locking cap 300 can also be performed with a tool 220 such as shown in FIGS. 41 and 42 having a suitably shaped tip 222 with a length corresponding to the depth of hole 306 in a locking cap 300. The end 222 of tool 220 is flared just proximal to the most distal end so that it creates a friction fit with the screw cap 300 for ease of manipulation, and prevents the screw cap 300 from falling off the tool 200.

FIG. 43 is a cross-sectional view in the plane of the center of the two end locking screw holes 6 of plate 2, with two bone screws 30 in their installed positions and locking element 21 in its locking position. FIG. 44 is an enlarged view of one of the bone screws 30 in plate 2 of FIG. 43. In a preferred embodiment, the axis of each screw 30 is generally perpendicular to tangents to the upper and lower surfaces of plate 2 at points which are intersected by the longitudinal axis of the associated bone screw 30. Thus, because of the curvature of plate 2 in the plane of FIG. 43, bone screws 30 can be directed so as to converge toward one another at a desired angle. Preferably, such angle will be greater than 14°. More preferably, such angle will be greater than 14° and less than 30°. The axis of the two bone screws 30 shown in FIG. 43 may subtend an angle of about 45N. Alternatively, the curvature of the plate from side to side may be so as to conform to the surface of the anterior aspect of the human adult cervical spine and the axis of the paired screw hole may deviate from being perpendicular to the plate when viewed on end to achieve optimal convergence.

Because the bone screws 30, once inserted, are locked to the plate, a "claw" of a rigid triangular frame structure is obtained at each pair of bone screws 30 such that the attachment of plate 2 to the vertebral bodies 50a, 50b and 50c would be highly secure due to the trapping of a wedged mass of bone material between the angled bone screws triangle, even if any thread stripping should occur. The "claw" may be further formed by three angled bone screws in a tripod configuration or by four bone screws in a four sided claw configuration.

A plating system according to each of the above embodiments can be installed in the same manner as described above, and using the same instruments and tools, as illustrated and described above with respect to the first embodiment. In the case of the embodiment shown in FIG. 22, the compression operations would be performed by means of slot 232 instead of the middle locking screw hole 12.

2. The Single Locking Plate Systems

The single locking plate system will now be described. FIGS. 47–52 are views of a first embodiment of a single locking plate system. The contour of plate 600 is the same as the plate 2 shown in FIGS. 1–5. Plate 600 contains bone screw receiving holes 602 which are internally threaded 603 for receiving corresponding locking elements in the form of a locking cap 610, shown in FIGS. 56–59. For example, in plate 600, the bone screw hole 602 has an outer diameter of approximately 5 mm with a preferred range of 4–6 mm; and a threaded inner diameter of approximately 4.8 mm, with a range of 3.5–5.8 mm for this use. Attaching means other than threads may be used, such as bayonet type attachment elements.

The bottom of each bone screw receiving hole 602 has an inwardly stepped portion of properly selected dimensions for retaining an associated bone screw 170, as shown in FIGS. 53–55. As described in greater detail below, in this embodiment, a single locking element in the form of a locking cap 610 having threads 608 shown in FIGS. 56–59, is associated with each of the bone screws receiving holes 602.

US 6,936,050 B2

27

The difference between the bone screw 170 used in the single locking embodiment of the plate from the bone screw used in association with the multiple locking plate is essentially due to the fact that whereas in the multiple locking plate embodiment the locking elements slide over a portion of the top 39 of the screw head 32, in the single locking embodiment the locking cap 610 fits over the head 172 of the bone screw 170. Therefore, the head 172 of the bone screw 170 of the present embodiment need not be smooth. This permits the head 172 of this embodiment bone screw 170 to be thicker and stronger.

FIG. 65 shows two bone screws 170 and associated threaded locking caps 610 in their fully installed positions. In these positions, head portions 174 and 176 of each bone screw 170 form an interference fit with corresponding portions of an associated bone screw receiving hole 602. Rim 612 of each threaded locking cap 610 forms an interference fit with upper portion 178 of the head of its associated bone screw 170. Because the thread 608 of each locking cap 610 mates precisely with the internal thread in an associated bone screw receiving hole 602, each threaded locking cap 610 is additionally subjected to a clamping force between associated head portion 178 and the internal threads 603 of associated bone screw receiving hole 602. The rounded head 614 of each threaded locking cap 610 assures that the upper surface of an assembled plating system will be free of sharp edges, or projections.

Referring to FIGS. 80 and 81 tools for use in inserting both the bone screws and the locking cap in the single locking plate 600 are shown. In the first embodiment of the driving tool 1000 shown in FIG. 80, the tool 1000 has an outer tubular housing 1002. Within the housing 1002 is a torks type or hexagonal driver 1004 that has a projecting end 1006 that corresponds to the recess 306 in the cap 610 for engagement with the cap 610. As indicated above, the driver 1004 is configured so that it makes a firm attachment for the locking cap 610 for holding the locking cap 610 firmly to the driver. The hex driver 1004 is hollow so as to be able to permit the shaft 1010 of a Phillips or torks screw driver to fit through the hollow portion 1012 for engagement by its tip 1012 with the corresponding recess 180 of bone screw 170 for engagement by the end 1006 of the driver 1004. The shaft 1010 of the driver 1000 is longer than the tubular housing and driver 1004 has an upper end (not shown) extending from the top end of the tubular housing 1002 so that it can be rotated by the handle.

The housing 1002 has a diameter that permits the locking cap 610 to be held within the inner end of the tubular housing 1002 by a friction fit or to the driver 1004. It is appreciated that other methods of holding the locking cap 610 within the end of the tubular housing 1000 may also be employed.

As shown in FIG. 80, the operation of the bone screw and locking element driver 1000 is as follows: the cap 610 is inserted onto the end of the cap driver 1004, and then the cap driver 1004 with the shaft 1010 of the bone screw driver passing through the central longitudinal opening of the cap driver. As shown, the bone screw driver shaft 1010 passes through the recess 306 in the cap 610 and engages the recess 180 in the head of the bone screw 170. The bone screw 170 is shown being installed in a bone screw receiving hole in the plate 600. The handle (not shown) of the bone screw driver is rotated, thereby screwing the bone screw 170 in place. Since the diameter of the bone screw driver is less than the width of the recess 306 of the cap 610, the bone screw driver shaft 1010 is able to rotate without rotation of the cap 610.

28

The hollow tubular housing 1002 rests on the top surface of the plate 600 and assists in the alignment of the shaft 1010 in relationship to the plate. Once the bone screw 170 is inserted, the cap driver 1004 is depressed until the threads 608 on the outside of the cap 610 engages the threads 603 of the bone screw receiving hole. The cap driver 1004 is then turned until the cap 610 is securely locked in place.

In FIG. 81, an alternative embodiment of the combination bone screw and locking cap driver is shown. In this embodiment, a housing is not used. Instead, the driver shaft 1010 holds the cap 610 by friction and the handle 620 for the bone screw driver shaft 1010 is rotated. A ball spring assembly 622 holds the cap driver 1002 up until the bone screw has been screwed into the bone screw receiving hole. Driver 1010 has an elongated portion that once the bone screw has been installed, the ball spring 622 is depressed and the handle 624 associated with the cap driver is permitted to descend for rotation of the cap 610. A tubular housing can be employed to assist in aligning of the cap 610 in the bone screw receiving hole, as indicated above.

The drivers shown in FIGS. 80 and 81 simplify the procedure, and reduce the number of instruments that are necessary to be used during the installation procedure. The procedure is quick and reliable, giving the physician more assurance that small watch parts will not be lost or difficult to manipulate.

FIG. 52 is a top view of the plate 600 partially installed, with threaded locking caps 600 installed in bone screw receiving holes 602.

FIGS. 53–55 show a bone screw 170 for use with the single locking plating system according to the invention. Bone screw 170 differs from bone screw 30 previously described in detail, only with regard to the stepped configuration of head 172. Preferably, bone screw 170 includes a lower portion 174 which is contiguous with the screw shank and has a reduced diameter equal to the maximum diameter of the shank 176. Portion 178 of head 172 also has smaller diameter than lower portion 174. The thread 182 has the same configuration as for the bone screw 30 discussed above. However, either embodiment of bone screws can be used with any of the plates.

As in the case of the multiple locking plating system described above, the bone screws 170 for use in the single locking plating system are preferably solid, where the screws adjoin the lower plate surface, where screws used with prior art plates are most prone to breakage, the only recess in the heads being for engagement of the tip 222 of driving tool 220 and with the recess being above the critical area. Therefore, these bone screws 170 remain robust. The screw heads are not deeply slitted into portions and the locking caps do not impose a radial outer force on the associated bone screw heads so the screw heads do not spread apart so as to be stressed and weakened.

Referring to FIGS. 71, 73 and 75 another alternative embodiment of the single locking plate system of the present invention is shown and referred to by the number 500. The plate 500 has the same contour as the plate 2 shown in FIGS. 1–5, but associated with each of the bone screw openings 502, are threaded openings 524 offset from the bone screw openings 502 for receiving the locking element 506, 508, shown in FIGS. 72 and 74 as a threaded locking set screw or cap 506 or screw 508.

It is appreciated that other configurations of single locking plates may be employed. Referring to FIG. 82, a single locking plate 900 is shown in which there are a pair of bone screw receiving holes 910 at its ends 930 and a number of bone screw receiving holes 950 along the longitudinal axis

29

of the plate **900**. The additional bone screw receiving holes **950** permit a single plate to be able to be aligned with a number of different sized vertebrae disc spaces, and bone fusion grafts. As indicated above, the plate of the present invention shown in FIGS. 1–5, requires that a properly sized plate be selected by the surgeon so that each pair of bone screw receiving holes **6, 8** line up with the appropriate vertebrae. This requires a number of different sized plates to be available for optimum attachment of the bone screw receiving holes to each of the vertebrae. With the plate **900** of FIG. **82**, the close spacing and increased number of central openings permit the surgeon to locate at least one appropriate opening to be aligned with each of the intermediate vertebrae, and/or bone grafts.

The procedure for installation of the single locking plates is substantially the same as described herein in detail for the multiple locking plates. The central longitudinal slot **670** in the single locking plates is used for the compression procedure. The same instrumentation is used to create the plate hole either by means of a punch or a drill. FIGS. **60–69** show the various steps in the procedure for installation of the single locking plates, comparable to the steps employed in the installation of the multiple locking plates.

Referring to FIGS. **76–79** the heads **507** and **526** of the locking elements **508** and **522** have a recess **510** and **524** corresponding to the radius of the bone screw openings **502** and **528** so that the locking element **508** and **522** may be installed in place prior to the insertion of the bone screw **170** into the bone screw receiving hole **502** and **528**. When the locking elements **508** and **522** are rotated, a portion of its head extends over the top of the head of bone screw **170** to lock it in place. As with the above embodiments, the bottom surface of the locking screws **508** and **522** can have a camming or other configuration for engagement with the top surface **39** of the associated bone screw **170**.

While the plate instrumentation and method have been described in association with attaching a plate to the vertebrae of the spine, it should be appreciated that the plates can be adopted for specification to other parts of the body. See, for example, application Ser. No. 09/022,344, filed Feb. 11, 1998, and titled Skeletal Plating System, now U.S. Pat. No. 6,139,550, incorporated by reference above. However, the dimensions of the plate, the specific contours and placement of the bone screw receiving holes would have to be modified.

Similarly, the bone screws described in this application could be used in other parts of the body, again being modified so as to serve their intended purposed, depending on the size of the body part in which they are to be installed.

While particular embodiments of the present invention have been shown and described, it will be obvious to those skilled in the art that changes and modifications may be made without departing from this invention in its broader aspects and, therefore, the aim in the appended claims is to cover all such changes and modifications as fall within the true spirit and scope of this invention.

While specific innovative features may have been presented in reference to specific examples, they are just examples, and it should be understood that various combinations of these innovative features beyond those specifically shown are taught such that they may now be easily alternatively combined and are hereby anticipated and claimed.

What is claimed is:

1. A plate system adapted for application to the anterior human cervical spine and for contacting at least a portion of the anterior aspects of at least two cervical vertebral bodies, said plate system comprising:

30

a plate having a longitudinal axis and a length sufficient to span a disc space and overlap portions of at least two adjacent cervical vertebral bodies, said plate having a lower surface for placement against the vertebral bodies and an upper surface opposite said lower surface, said lower surface being concave along a substantial portion of the longitudinal axis of said plate, said plate having a recess;

at least two bone screw receiving holes extending through said plate from said upper surface through said lower surface, each of said bone screw receiving holes having a central longitudinal axis and being adapted to receive a bone screw to attach said plate to the cervical spine; and

a lock for preventing the inadvertent backing out of the screws from within said bone screw receiving holes, said lock having a threaded shaft member with a longitudinal axis and a cover portion adapted to cover at least a portion of at least two of said bone screw receiving holes, said cover portion of said lock having a non-circular perimeter lying generally in a plane transverse to the longitudinal axis of said threaded shaft member, at least a portion of the perimeter of said cover portion being received in said recess, said threaded shaft member being adapted to engage said plate to secure said cover portion of said lock over a portion of said plate and a portion of at least two bone screw receiving holes.

2. The plate system of claim 1, wherein at least two of said bone screw receiving holes lie along a line transverse to the longitudinal axis of said plate to overlie one of the cervical vertebral bodies.

3. The plate system of claim 1, wherein at least a portion of said lower surface of said plate is other than smooth.

4. The plate system of claim 1, wherein said lock is removably coupled to said plate.

5. The plate system of claim 1, further comprising at least a third bone screw receiving hole, said cover portion of said lock being configured to cover at least three of said bone screw receiving holes.

6. The plate system of claim 5, further comprising at least a fourth bone screw receiving hole, said cover portion of said lock being configured to cover at least four of said bone screw receiving holes.

7. The plate system of claim 1, wherein said lock comprises of a screw.

8. The plate system of claim 1, in combination with at least two bone screws each having a central longitudinal axis and being adapted to engage each of the at least two vertebral bodies, respectively, each of said bone screws having a leading end for insertion into the vertebral bodies and a trailing end opposite said leading end.

9. The plate system of claim 8, comprising at least in part of a bioresorbable material.

10. The plate system of claim 1, wherein at least a first pair of said bone screw receiving holes is transversely oriented side-by-side in said plate to overlie the anterior aspect of a cervical vertebral body, said cover portion of said lock being adapted to cover at least in part a portion of each of said transversely oriented side-by-side bone screw receiving holes.

11. The plate system of claim 1, in combination with an interbody implant.

12. The plate system of claim 1, in combination with a bone graft.

13. The plate system of claim 1, in combination with a bone growth promoting material.

US 6,936,050 B2

31

32

14. The plate system of claim 13, wherein said bone growth promoting material is at least in part other than bone.

15. The plate system of claim 13, wherein said bone growth promoting material is at least in part bone.

16. The plate system of claim 13, wherein said bone growth promoting material includes at least one of bone morphogenetic protein, hydroxyapatite, and hydroxyapatite tricalcium phosphate.

17. The plate system of claim 1, wherein at least a portion of said lower surface of said plate comprises a bone ingrowth material.

18. The plate system of claim 1, wherein at least a portion of said lower surface of said plate includes a bone ingrowth surface.

19. The plate system of claim 1, wherein at least a portion of one of said plate and said lock is a bioresorbable material.

20. A plate system adapted for application to the anterior human cervical spine and for contacting at least a portion of the anterior aspects of at least two cervical vertebral bodies, said plate system comprising:

a plate having a longitudinal axis and a length sufficient to span a disc space and overlap portions of at least two adjacent cervical vertebral bodies, said plate having a lower surface for placement against the vertebral bodies and an upper surface opposite said lower surface, said lower surface being concave along a substantial portion of the longitudinal axis of said plate;

at least two bone screws each having a central longitudinal axis and one each being adapted to engage one each of the at least two vertebral bodies, each of said bone screws having a leading end for insertion into the vertebral bodies and a trailing end opposite said leading end;

at least two bone screw receiving holes extending through said plate from said upper surface through said lower surface, each of said bone screw receiving holes having a central longitudinal axis and being adapted to receive a bone screw to attach for engaging said plate to the cervical spine; and

a lock comprising at least in part a threaded shaft member having a longitudinal axis to cooperatively engage said plate and a cover portion adapted to cover at least a portion of said trailing ends of at least two bone screws to prevent the inadvertent backing out of said at least two bone screws from said plate, said cover portion of said lock having a maximum dimension and a minimum dimension transverse to the longitudinal axis of said shaft, the minimum dimension being less than and generally perpendicular to the maximum dimension, the maximum dimension of said cover portion of said lock being generally transverse to the longitudinal axis of said plate to retain at least two bone screws to said plate.

21. The plate system of claim 20, wherein said plate includes a recess configured to receive at least a portion of a perimeter of said cover portion.

22. The plate system of claim 20, wherein at least two of said bone screw receiving holes lie along a line transverse to the longitudinal axis of said plate to overlie one of the cervical vertebral bodies.

23. The plate system of claim 20, wherein at least a portion of said lower surface of said plate is other than smooth.

24. The plate system of claim 20, wherein said lock is removably coupled to said plate.

25. The plate system of claim 20, further comprising at least a third bone screw receiving hole, said cover portion of said lock being configured to cover at least three of said bone screw receiving holes.

26. The plate system of claim 25, further comprising at least a fourth bone screw receiving hole, said cover portion of said lock being configured to cover at least four of said bone screw receiving holes.

27. The plate system of claim 20, wherein said lock comprises of a screw.

28. The plate system of claim 20, in combination with at least two bone screws each having a central longitudinal axis and being adapted to engage each of the at least two vertebral bodies, respectively, each of said bone screws having a leading end for insertion into the vertebral bodies and a trailing end opposite said leading end.

29. The plate system of claim 28, comprising at least in part of a bioresorbable material.

30. The plate system of claim 20, wherein at least a first pair of said bone screw receiving holes is transversely oriented side-by-side in said plate to overlie the anterior aspect of a cervical vertebral body, said cover portion of said lock being adapted to cover at least in part a portion of each of said transversely oriented side-by-side bone screw receiving holes.

31. The plate system of claim 20, in combination with an interbody implant.

32. The plate system of claim 20, in combination with a bone graft.

33. The plate system of claim 20, in combination with a bone growth promoting material.

34. The plate system of claim 33, wherein said bone growth promoting material is at least in part other than bone.

35. The plate system of claim 33, wherein said bone growth promoting material is at least in part bone.

36. The plate system of claim 33, wherein said bone growth promoting material includes at least one of bone morphogenetic protein, hydroxyapatite, and hydroxyapatite tricalcium phosphate.

37. The plate system of claim 20, wherein at least a portion of said lower surface of said plate comprises a bone ingrowth material.

38. The plate system of claim 20, wherein at least a portion of said lower surface of said plate includes a bone ingrowth surface.

39. The plate system of claim 20, wherein at least a portion of one of said plate and said lock is a bioresorbable material.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,936,050 B2                                   Page 1 of 2
DATED        : August 30, 2005
INVENTOR(S)  : Gary K. Michelson

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [56], **References Cited**, U.S. PATENT DOCUMENTS, please insert the
following:

| | | |
|---|---|---|
| -- 4,898,161 | 2/1990 | Grundei |
| 4,957,495 | 9/1990 | Kluger |
| 4,959,065 | 09/1990 | Arnett et al. |
| 5,000,166 | 3/1991 | Karpf |
| 5,019,079 | 05/1991 | Ross |
| 5,041,113 | 08/1991 | Biedermann et al. |
| 5,052,373 | 10/1991 | Michelson |
| 5,053,036 | 10/1991 | Perren et al. |
| 5,059,194 | 10/1991 | Michelson |
| 5,127,912 | 07/1992 | Ray et al. |
| 5,147,361 | 09/1992 | Ojima et al. |
| 5,167,662 | 12/1992 | Hayes et al. |
| 5,180,381 | 01/1993 | Aust et al. |
| 5,190,544 | 03/1993 | Chapman et al. |
| 5,209,751 | 5/1993 | Farris et al. |
| 5,217,497 | 6/1993 | Mehdian |
| 5,234,430 | 08/1993 | Huebner |
| 5,300,073 | 04/1994 | Ray et al. |
| 5,338,197 | 08/1994 | Kwan |
| 5,364,399 | 11/1994 | Lowery et al. |
| 5,380,328 | 01/1995 | Morgan |
| 5,397,363 | 03/1995 | Gelbard |
| 5,423,826 | 06/1995 | Coates et al. |
| 5,456,685 | 10/1995 | Huebner |
| 5,478,340 | 12/1995 | Kluger |
| 5,478,348 | 12/1995 | Bajada |
| 5,492,442 | 02/1996 | Lasner |
| 5,520,690 | 05/1996 | Errico et al. |
| 5,527,314 | 06/1996 | Brumfield et al. |
| 5,531,554 | 07/1996 | Jeanson et al. |

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,936,050 B2                                          Page 2 of 2
DATED          : August 30, 2005
INVENTOR(S)    : Gary K. Michelson

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page (cont'd),
| 5,531,746 | 07/1996 | Errico et al. |
| 5,545,163 | 08/1996 | Miller et al. |
| 5,545,165 | 08/1996 | Biedermann et al. --. |

Signed and Sealed this

Eighteenth Day of October, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*