# EXHIBIT F

US006916320B2

(12) **United States Patent**
Michelson

(10) **Patent No.:** **US 6,916,320 B2**
(45) **Date of Patent:** **Jul. 12, 2005**

(54) **ANTERIOR CERVICAL PLATE SYSTEM**

(76) Inventor: **Gary K. Michelson,** 438 Sherman Canal, Venice, CA (US) 90291

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 364 days.

(21) Appl. No.: **10/253,678**

(22) Filed: **Sep. 24, 2002**

(65) **Prior Publication Data**

US 2003/0018335 A1 Jan. 23, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/754,733, filed on Jan. 4, 2001, now Pat. No. 6,454,771, which is a continuation of application No. 09/022,293, filed on Feb. 11, 1998, now Pat. No. 6,193,721.

(60) Provisional application No. 60/037,139, filed on Feb. 11, 1997.

(51) Int. Cl.[7] .............................................. A61B 17/70

(52) U.S. Cl. ............................ 606/61; 606/69; 606/70; 606/71; 606/76; 606/77

(58) Field of Search ............................... 606/61, 69–71, 606/76–77

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,338,926 A | 7/1982 | Kummer et al. |
| RE31,628 E | 7/1984 | Allgower et al. |
| 4,488,543 A | 12/1984 | Tornier |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 4409833 | 10/1995 |

| DE | 4414781 | 11/1995 | |
| EP | 0 554 915 | 8/1993 | |
| FR | 2 740 321 | 4/1997 | |
| WO | WO8803781 | * | 6/1988 |
| WO | WO 90/02526 | 3/1990 | |
| WO | 94/26193 | 11/1994 | |
| WO | WO 95/31941 | 11/1995 | |
| WO | WO 95 35067 | 12/1995 | |
| WO | WO 96 08206 | 3/1996 | |

OTHER PUBLICATIONS

Advertisement for Codman Anterior Cervical Plate System by Codman; Johnson & Johnson; Professional, Inc.; undated .

AESCULAP Scientific Information Booklet; *Anterior Cervical Fusion and Interbody Stabilization with the Trapezial Osteosynthetic Plate Technique* by Wolfhard Casper; Feb. 1986.

(Continued)

*Primary Examiner*—David O. Reip
(74) *Attorney, Agent, or Firm*—Martin & Ferraro, LLP

(57) **ABSTRACT**

Anatomically contoured anterior cervical plates with bone ingrowth surfaces, providing for intersegmental compressive preloading, and a rigid and locked interface to all of the bone screws, with those engaging the vertebrae deployed in highly convergent pairs. The bone screws have a tapered self-tapping leading end, an increasing root diameter with a generally constant outer diameter with a thread that is narrow and sharp throughout and an enlarged head portion capable of an interference fit to the receiving holes of the plate. Instrumentation consists of plate holders, a compression apparatus and a pilot hole forming device that interlocks with the plate. Methods for spinal compression and bone hole preparation are provided.

**64 Claims, 20 Drawing Sheets**



# US 6,916,320 B2
### Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,493,317 A | 1/1985 | Klaue |
| 4,651,724 A | 3/1987 | Berentey et al. |
| 4,794,918 A | 1/1989 | Wolter |
| 4,959,065 A | 9/1990 | Arnett et al. |
| 5,041,113 A | 8/1991 | Biedermann et al. |
| 5,053,036 A | 10/1991 | Perren et al. |
| 5,127,912 A | 7/1992 | Ray et al. |
| 5,147,361 A | 9/1992 | Ojima et al. |
| 5,180,381 A | 1/1993 | Aust et al. |
| 5,190,544 A | 3/1993 | Chapman et al. |
| 5,300,073 A | 4/1994 | Ray et al. |
| 5,364,399 A | 11/1994 | Lowery et al. |
| 5,380,328 A | 1/1995 | Morgan |
| 5,397,363 A | 3/1995 | Gelbard |
| 5,423,826 A | 6/1995 | Coates et al. |
| 5,492,442 A | 2/1996 | Lasner |
| 5,520,690 A | 5/1996 | Errico et al. |
| 5,531,746 A | 7/1996 | Errico et al. |
| 5,549,612 A | 8/1996 | Yapp et al. |
| 5,558,674 A | 9/1996 | Heggeness et al. |
| 5,562,672 A | 10/1996 | Huebner et al. |
| 5,578,034 A | 11/1996 | Estes |
| 5,601,553 A | 2/1997 | Trebing et al. |
| 5,607,426 A | 3/1997 | Ralph et al. |
| 5,616,142 A | * 4/1997 | Yuan et al. .................. 606/61 |
| 5,643,265 A | 7/1997 | Errico et al. |
| 5,662,652 A | 9/1997 | Schafer et al. |
| 5,676,666 A | 10/1997 | Oxland et al. |
| 5,676,703 A | 10/1997 | Gelbard |
| 5,681,311 A | * 10/1997 | Foley et al. .................. 606/61 |
| 5,766,254 A | 6/1998 | Gelbard |
| D402,032 S | 12/1998 | Stone |
| D406,646 S | 3/1999 | Stone |
| 5,876,402 A | 3/1999 | Errico |
| 5,876,446 A | 3/1999 | Agrawal et al. |
| 5,954,722 A | 9/1999 | Bono |
| 6,342,055 B1 | 1/2002 | Eisermann et al. |

## OTHER PUBLICATIONS

Article from Plastic and Reconstructive Surgery; *Comparison of Compression and Torque Measurements of Self-Tapping and Pretapped Screws* by John T. Phillips, M.D., F.R.C.S. (C), and Berton A. Rahn, M.D., D.D.S.; Mar. 1989.

Article from The Journal of Prosthetic Dentistry; *Bone-implant interface structures after nontapping and tapping insertion of screw-type titanium alloy endosseous implants* by Keiichi Satomi, D.D.S.; Yasumasa, D.D.S., Ph.D.; and Hiroshima Tsuru, D.D.S., Ph.D.; Mar. 1988; vol. 59, No. 3.

Brochure by SYNTHES Spine for *Cervical Spine Locking Plate*; 1991.

ORION Brochure; *Anterior Cervical Plate System, Surgical Technique*, as described by Gary L. Lowery, M.D., Ph.D.; 1996.

CODMAN Brochure; *Anterior Cervical Plate System*; Sep. 1995.

* cited by examiner

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 4 of 131



FIG 1

FIG 2

FIG 3

FIG 4

FIG 5

FIG 6

FIG 7

FIG 8

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 5 of 131



FIG 9

FIG 15

FIG 10

FIG 11

FIG 16

FIG 12

FIG 13

FIG 17

FIG 14

FIG 18

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 6 of 131



FIG 19

FIG 23

FIG 20

FIG 21

FIG 22

FIG 24A

FIG 25

FIG 26

FIG 27



FIG 28

FIG 29

FIG 24B

FIG 30



FIG 31

FIG 32

FIG 33

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 9 of 131



*FIG 34*



*FIG 35*



*FIG 36*



*FIG 37*



*FIG 38*



FIG 39

FIG 40

FIG 41          FIG 42



*FIG 43*



*FIG 45*



*FIG 44*



*FIG 46*

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 13 of 131



FIG 50

FIG 47

FIG 51

FIG 48

FIG 49

FIG 52



*FIG 53*



*FIG 56*



*FIG 57*



*FIG 54*



*FIG 58*



*FIG 55*



*FIG 59*



*FIG 61*

*FIG 60*

*FIG 62*



*FIG 63*

*FIG 64*



*FIG 65*

*FIG 66*



FIG 68

FIG 69A

FIG 67

FIG 69B



*FIG 70*



FIG 71

FIG 72

FIG 74

FIG 73

FIG 75

**U.S. Patent**   Jul. 12, 2005   **Sheet 17 of 20**   **US 6,916,320 B2**



*FIG 76*



*FIG 78*



*FIG 77*



*FIG 79*

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 21 of 131



*FIG 81*



*FIG 80*



*FIG 82*

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 23 of 131



*FIG 83*

*FIG 84A*

*FIG 84B*

*FIG 84C*

*FIG 84D*

*FIG 84E*

US 6,916,320 B2

1

# ANTERIOR CERVICAL PLATE SYSTEM

## RELATED APPLICATIONS

This is a division of application Ser. No. 09/754,733, filed Jan. 4, 2001, now U.S. Pat. No. 6,454,771; which is a continuation of application Ser. No. 09/022,293, filed Feb. 11, 1998, now U.S. Pat. No. 6,193,721: and claims benefit of U.S. provisional application Ser. No. 60/037,139, filed Feb. 11, 1997; all of which are incorporated herein by reference. Application Ser. No. 09/022,344, filed Feb. 11, 1998, and titled Skeletal Plating System, now U.S. Pat. No. 6,139,550, is incorporated by reference herein.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to implants, method, and instrumentation for fusion of the human cervical spine from the anterior aspect, and in particular to plate systems for aligning and maintaining adjacent cervical vertebrae in a selected spatial relationship during spinal fusion of those vertebrae.

### 2. Description of the Related Art

It is current practice in the art to use cervical plating systems for this purpose. Such systems are composed essentially of plates and screws for aligning and holding vertebrae in a desired position relative to one another. The earliest such devices consisted of stainless steel plates and screws and required that the screws passed entirely through the vertebrae and into the spinal canal in order to engage the strong bone tissue (the posterior cortex) of the vertebral bodies. This required the ability to observe or visualize this area radiographically, which is not always possible, especially in the lower cervical spine where the vertebrae may be hidden radiographically by the shoulders.

In order to form holes in the vertebral bodies for insertion of each screw, a drilling operation was performed, followed by a tapping operation. Each of these operations involved the passage of an instrument entirely through the associated vertebral body and into the spinal column. Thus, these instruments come into close proximity to the spinal cord and the dural sac which are in close proximity to the back surfaces of the vertebral bodies. Any procedure which introduces an object into the spinal canal presents serious risks which are of concern to the surgeon.

The conventional technique of forming a bone screw receiving hole in vertebral bodies by drilling has a number of significant disadvantages. For example, drilling removes bone material, leaving a void and resulting in a loss of bone material. Drilling also causes microfracturing of the bone at the drill bit-bone interface and the resulting fracture lines tend to propagate in directions perpendicular to the wall of the hole. More specifically, the bone material is essentially a type of ceramic which exhibits a brittle pattern of fracture formation and propagation in response to drilling. Furthermore, drilling generates heat which can result in thermal necrosis of the bone material precisely at the interface between the bone and a subsequently installed screw, where necrosis is most harmful. Any bone which does experience necrosis will subsequently be resorbed by the body as part of the bone repair process and this can lead to the loosening of the screw.

Another problem with drilling is that the path of the drill bit is difficult to control and since the drill bit operates by rotation, it can wind up soft tissue about the associated plate. In addition, unless great care is taken, the drill bit may be

2

driven significantly past the posterior cortex and cause irreparable harm within the spinal canal. Finally, a drill bit may bind and fracture within the vertebral body and can then cause serious injury as the still rotating portion of the drill bit passes into the wound, while the portion of the bit which has broken off may either protrude dangerously from the vertebral body or may be broken off flush with the upper surface of the body so as to be irretrievably embedded therein. In any event, the steps that must be taken to retrieve the broken-off portion of a drill bit will inevitably prolong and complicate the surgical procedure.

In known plating systems, there have been problems with loosening and failure of the hardware, breakage of the screws and plates, and backing out of screws into the patient's throat area. These occurrences generally require further surgical procedures to replace the broken parts or the plates and screws entirely, and to repair any damage that may have been caused.

Other problems which have been encountered with known systems result from the failure of the screws to achieve a sufficient purchase in the bone and the stripping of the screws.

Also, the use of the known plating systems may result in a loss of lordosis, which is the normal curve of the cervical spine when viewed from the side.

Known plating systems additionally experience problems in connection with those procedures where bone grafts are placed between vertebral bodies to achieve an interbody fusion which heals by a process called "creeping substitution". In this process, bone at the interface between the graft and a vertebra is removed by a biological process which involves the production of powerful acids and enzymes, as a prelude to invasion of the interface by living tissue and the deposition, or growth, of new bone. While the plates allow for proper alignment of the vertebrae and their rigid fixation, they can therefore, at the same time unfortunately, hold the vertebrae apart while the resorption phase of the creeping substitution process forms gaps in the bone at the fusion site with the result that the desired fusion does not occur. Such failure is known as pseudoarthrosis. When such a failure occurs, the hardware itself will usually break or become loosened from the spine, thus requiring a further surgical procedure to remove the broken components and another surgical procedure to again attempt fusion.

In response to the problems described above, a second generation of plating systems has been developed and/or proposed. These include a system disclosed in U.S. Pat. No. 5,364,399 to Lowery and U.S. Pat. No. 5,423,826 to Morscher, as well as cervical spine locking plating systems offered by SYNTHES Spine, the DANEK ORION plate, the CODMAN SHURTLEFF plate, and the SMITH NEPHEW RICHARDS plate, among others. The systems' forming members of this second generation have a number of common properties. They are all made of either a titanium alloy or pure titanium rather than stainless steel, to minimize adverse tissue reactions and are MRI compatible, which stainless steel is not. The screws and the plates have been given increased thickness in order to achieve increased strength. The screws have larger diameters to improve their purchase without requiring that they engage the posterior cortex of the vertebral bodies. Some mild longitudinal contouring of the plates is employed to allow for some lordosis, and/or limited transverse contouring to better follow the generally curved aspect of the front of the vertebral bodies. Mechanisms are employed for securing the vertebral bone screws to their associated plates in a manner to prevent

US 6,916,320 B2

3

the screws from backing out. While this second generation of plating systems represents a significant improvement over earlier systems, certain existing problems persist, while new problems have been created.

For example, since the screws no longer extend into the posterior cortex, it is common for the threads in the tapped screw hole to become stripped and for the screws to fail to gain a suitable purchase. In addition, screw breakage continues to be experienced and occurs most commonly at the junction of the screw to the posterior aspect of the plate. The screws employed in both the SYNTHES system and the SMITH NEPHEW RICHARDS system are particularly vulnerable to this problem because those screws are hollow at the level where they attach to the plate to permit the internal reception of locking screws.

In an attempt to prevent screw to plate junction breakage of the screw, more recent designs of screws have an increasing root diameter from tip to head, which thus far has resulted in a near useless stubby and blunt thread near the screw head with little holding power and little tactile feedback to the surgeon to signal the completion of tightening prior to stripping of the screw within the bone. Based on empiric studies testing these prior art screws, the use of a pretapped hole, rather than a self-tapping screw, was found to be preferred for pullout strength and thus these screws have not been self-tapping and thus the screw holes must be pre-tapped. Since the thread cutting portion of a tap is necessarily sharp and rotated to work, there is a serious risk of damage to the surrounding soft tissues when it is used. This is compounded by the fact that the plates employed in these systems do not provide sufficient long axis contouring to make full allowance for lordosis and do not have sufficient transverse contouring to prevent rocking of the plate about its longitudinal axis and to conform to the anterior shape of the vertebral bodies, so that these plates do not prevent soft tissue from creeping in from the sides and beneath the screw holes thus exposing these tissues to damage by the drill and the tap. While it is possible, at the time of surgery, to make some change in the contouring of these plates, this is generally limited to contouring of the longitudinal axis and quite often causes distortion of the plate's bone screw holes and screw hole to plate junctions in a manner which has an adverse effect on the screw-plate interlock. Lack of proper contouring prevents these plates from having an optimally low profile relative to the spine.

In some of the second generation cervical plating systems, screw backout continues to occur, because these plates could not be designed to allow for the locking of all of the screws. Specifically, while the designers of these plates recognized the importance of securing the bone screws to the plates, they were unable to lock all of the screws and had to settle for leaving some of the screws unlocked.

Furthermore, several of these second generation systems utilize tiny and delicate "watchmaker" parts to achieve interlocking. These parts are characterized by the need to engage them with particularly delicate small ended screw drivers. These interlocking components are easily rendered ineffective by any effort to alter the contours of a plate during surgery.

Despite the improvement of these second generation plating systems over the first problems, the problems still persist, the most important of which is pseudoarthroses, and particularly "distraction pseudoarthroses". Although these second generation plates have clearly led to an increase in fusion rate, when a failure to produce fusion occurs, it is generally accompanied by bone resorption along a line at the graft-to-vertebra junction, which can be seen on a radiograph.

4

In the case of the weak first generation plates and screws, the plates might hold the vertebrae apart, preventing fusion, but only until the hardware would break, relieving the distraction, and then allowing the fusion to occur. The second generation systems of plates are too strong to allow this to occur, thus requiring further surgical procedures for the correction of the pseudoarthroses.

Compression plates are well-known and are widely used in orthopedic surgery for the stabilization of tubular bones, and sometimes also flat bones. Such plates may rely on some external compression means or may be self-compressing, relying on the ability of the screw head to slide within a ramped slot such that the tightening of the bone screws through the plate imparts a linear motion perpendicular to the screw axes. U.S. Pat. No. 5,180,381 discloses an attempt to employ such a mechanism in connection with anterior spinal fixation.

However, it has been found that all of the proposed self-compressing plating systems have in common the need for a screw to engage both a proximal and a distal cortex, (bone casing of very dense bone material), so as to anchor the screw tip in a manner to allow the plate to move relative to the screw when tightened rather than allowing the plate to drag the screw off axis. However, as already discussed earlier herein, when a screw is to engage the posterior cortex of the vertebral body, it is necessary for the drill and the tap which form the screw hole, as well as the screw tip itself, to all enter the spinal canal, thereby exposing the spinal cord to damage.

While the system disclosed in U.S. Pat. No. 5,180,381 avoids such danger by engaging the vertebral body end plate instead of the posterior vertebral body cortex, the path of the screw is of necessity quite short, so that there is very little opportunity for the screw threads to achieve additional purchase within the vertebral body. It would therefore appear that to the extent that the device disclosed in U.S. Pat. No. 5,180,381 is able to achieve its stated objectives, it would pull the front of the spine together more than the back and would not appear to compress the back of the vertebral bodies at all, thus producing an undesirable iatrogenic loss of the normal cervical lordosis. Such a situation is disruptive to the normal biomechanics of the cervical spine and potentially quite harmful.

The creation of compression between adjacent vertebrae would offer a number of advantages, including reduced distraction pseudoarthrosis, increased surface area of contact between the graft and vertebrae as slightly incongruent surfaces are forced together, increased osteogenic stimulation, since compressive loads stimulate bone formation, and increased fusion graft and spinal segment stability.

Among the new problems created by these second generation systems is a tendency for the small "watchmaker" parts used to lock the bone screws to the plate to fall off of the driver used for attaching those parts, or out of the associated plates and to become lost in the wound. In addition, these small parts are quite fragile and require specialized additional instruments for their insertion and/or manipulation. Furthermore, incorrect bone screw placement relative to the axis of a plate hole may render the screw locking mechanism unworkable or may cause sharp and jagged shavings of titanium to be formed as a locking screw is driven into contact with an improperly seated bone screw. The means for establishing bone screw to plate hole alignment and preparation are less than reliable. Furthermore, most of these second generation systems lack a reliable and effective means for positioning and holding the plate during attachment.

US 6,916,320 B2

5

Specific features of various prior art systems will be summarized below.

The system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, cited earlier herein, includes a thin stainless steel plate which allows for side-by-side or offset bicortical screw placement, the plate having a combination of screw holes and slots.

The "Acromed" system includes a titanium plate and screws which require bicortical screw placement. This system does not include any locking means for the bone screws.

The system disclosed in U.S. Pat. No. 5,180,381 includes an "H" shaped plate having a combination of ramped slots and a hole which requires bicortical screw placement at a 45° angle to the plane of the plate. This patent discloses that this angular positioning is for the purpose of producing compression.

The SYNTHES Morscher plate system employs hollow, slotted screw heads. The screws are placed unicortically so that the heads, when properly aligned, come to rest in the upper portion of the plate holes. The upper portion of each screw is internally threaded to receive a tiny screw which is screwed into the bone screw head in order to increase the interference fit between the bone screw head and the wall of the associated plate hole.

In the system disclosed in U.S. Pat. Nos. 5,364,399 and 5,423,826, use is made of pairs of unicortical bone screws that may be locked in place at both ends of the associated plate by locking screws which have a small diameter shank and a large head. At each end of a plate two bone screws may be locked in place by a single locking screw which is situated between the bone screws. Generally, the plate is provided, between its two ends, with a diagonal slot or slots for receiving one or more additional screws, each additional screw being securable in a bone graft or respective vertebra which is spanned by the plate. There is no locking screw associated with these intermediate bone screws to lock the bone screws to the plate.

The Codman Shurtleff plating system utilizes the side of a preinstalled rivet having a head rotatable to press against the side of the head of a bone screw so as to secure that one screw to the plate. The plates of this system also are provided with holes for receiving intermediate screws, but these screws are not associated with any locking means.

While the designers of the last-mentioned systems recognized the importance of locking the bone screws in position on their associated plates, they did not provide for any locking of the intermediate bone screws in their associated holes.

In an earlier version of the Codman Shurtleff system, the locking mechanism was a lever pivotable about a shaft passing entirely through the plate and then flared so as to retain the shaft within the plate. The lever was rotated after the bone screw had been inserted to engage the head of the bone screw and thus secure the bone screw to the plate.

Based on a consideration of the features of all of the known cervical plating systems, it appears that there remains a need for an improved system having the following combination of features:

1) The plate should be sufficiently strong to perform its intended function without mechanical failure;

2) The plate should be preformed in three dimensions so as to anatomically conform in both the longitudinal and transverse planes to the anterior cervical spine;

3) The plate should be constructed so that all of the bone screws are generally perpendicular to the plate when

6

viewed from the side, but pairs of screws are highly convergent corresponding to any vertebral level when viewed from the bottom, or on end;

4) Each pair of screws engages in a respective vertebra and the high convergence of screws in a pair allows the length of the screws which engage the bone to be longer and still remain within that vertebra and provide a safer and stronger engagement with the vertebrae;

5) The system should include bone screws which are capable of achieving enhanced purchase within the bone of the vertebral body and without the need to penetrate the posterior vertebral cortex and enter the spinal canal;

6) Use should be made of a screw which is self-tapping, thereby eliminating the need for separate tapping steps;

7) A reliable means should be provided for engaging and manipulating the plate during installation;

8) The plate should be engageable with an instrument means which can reliably produce bone screw holes which are coaxial with the screw holes in the plate;

9) It should be possible to prepare the vertebral bone to receive the bone screws so as to produce a stronger connection and a reduced danger of thread stripping by means of a pilot hole punch creating a pilot hole for the bone screws;

10) Alternatively to the use of a pilot hole punch, a relatively (compared to the overall root diameter of the screw) small diameter drill may be used to create the pilot hole.

11) Means should be provided for locking each and every bone screw in position relative to the plate, and the locking means should be of sufficient size and strength to reliably perform its intended functions;

12) Bone screw locking means should preferably be retainable by the plate prior to bone screw insertion, or should be reliably attachable to a driver to prevent any small parts from becoming loose in the wound; and

13) The system should be capable of effecting compression of the vertebral segments to be fused while maintaining and/or restoring lordosis.

## OBJECTS OF THE INVENTION

It is an object of the present invention to provide an improved anterior cervical plating system, installation instrumentation, and installation method which has the above described features and which avoids many of the shortcomings of previously known systems.

One object of the present invention is to provide a locking mechanism where a plurality of bone screws used for attaching the plate to the vertebrae can be easily and reliably locked in place at the same time by a single operation.

Another object of the present invention is to provide a vertebral plate in which the locking mechanisms for locking the bone screws may be pre-installed by the manufacturer prior to the insertion of the bone screws by the physician so that the physician does not have to attach the locking mechanism to the plate as a separate procedure during the operation.

Another object of the invention is to provide an anterior cervical plating system which allows for the intersegmental compression of the spinal segment (compression of the adjacent vertebrae and the fusion graft in the disc space between the adjacent vertebrae) in lordosis, and similarly, where desired, multisegmental compression.

US 6,916,320 B2

7

A further object of the invention is to provide bone screws which provide for tactile feedback to the surgeon to assure sufficient tightening of the screws while avoiding stripping and are less prone to failure by breakage or by loosening.

Another object of the invention is to provide bone screws which achieve optimal purchase within the bone, without the need to penetrate the posterior cortex of the vertebrae.

A further object of the invention is to provide plates which are textured or otherwise treated to promote bone growth from vertebrae to vertebra beneath the plate.

Another object of the invention is to provide a plate which is constructed to reliably engage an instrument for forming all bone screw holes coaxial with the holes formed in the plate, the instrument having integral depth limiting means which completely eliminates the danger of perforation of the posterior vertebral wall or entry into the spinal canal.

Yet another object of the invention is to provide a system in which the bone screws and locking mechanisms, when fully installed, have a low profile.

It is another object of the present invention to provide for an anterior cervical plating system which is at least in part bioresorbable.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone ingrowth materials and surfaces.

It is another object of the present invention to provide for an anterior cervical plating system comprising at least in part of bone growth promoting substances.

It is another object of the present invention to provide instruments for reliably and easily performing the installation of the plates of the present invention.

It is still another object of the present invention to provide an improved method of installing the plates of the present invention.

The above and other objects and features of the invention will become more readily apparent from the following description of preferred embodiments of the invention, provided with reference to the accompanying drawings, which illustrate embodiments of the invention solely by way of non-limiting example.

SUMMARY OF THE INVENTION

The plating system of the first preferred embodiment of the present invention comprises a plate having a length sufficient to span a disc space and to overlap, at least in part, at least two adjacent cervical vertebrae, a substantial portion of the lower surface of the plate preferably being bi-concave, that is concave curved along a substantial portion of the longitudinal axis of the plate and concave curved along a substantial portion of the transverse axis of the plate. The lower surface of the plate may also textured and/or treated to induce bone growth along the lower surface of the plate which contacts the cervical vertebrae. The plate is provided with a plurality of bone screw receiving holes which extend through the plate, from the upper surface to the lower surface of the plate, and at least one locking element is associated with the bone screw receiving hole. The plate and its component parts, may be made of any implant quality material suitable for use in the human body, and the plate and associated component may be made of a bioresorbable material.

Bone screws are each insertable into a respective bone screw receiving hole for attaching the plate to a vertebra. A locking element, is engageable to a locking element receiving recess and has a head formed to lock the bone screws to

8

the plate. In the preferred embodiment, a single locking element locks a number of different bone screws in place. The locking elements are pre-installed prior to use by the surgeon in a manner so as to not impede installation of the bone screws.

As a result, the problems previously associated with the locking screws of the type applied after the insertion of the bone screws, including the problems of instrumentation to position and deliver to the plate the locking means, backing out, breakage, stripping and misthreading associated with the prior art more delicate locking screws resembling "watchmaker's parts", are eliminated.

In an alternative embodiment of the present invention, a locking element fits within a respective bone screw receiving hole to lock a respective one of the bone screws in place. According to this second embodiment of the invention, each of the bone screws is locked to the plate by means of an individual locking element which bears against at least a portion of the bone screw. Since no other holes need be formed in the plate to attach the locks to the plate, the plate remains quite strong.

The locking elements can be in many forms to achieve their intended purpose, such as, but not limited to, screws, threaded caps, rivets, set screws, projecting elements, and the like.

Also, a novel bone screw is disclosed so as to prevent pulling out of the bone screw during use. This is achieved by a design which includes a screw in which the outer diameter or crest diameter of the thread is maintained substantially constant along the entire length of the shaft of the bone screw, from below the head to above the tip, where threads of a lesser outer diameter facilitate insertion. The screw tip is fluted at its distal end to be self-tapping. The thread also has an extremely thin and sharp profile to cut into and preserve the integrity of the vertebral bone stock.

The plating system does not require that the head of the bone screw be hollow, or that additional holes be placed through the plate in addition to those provided for the passage of the bone screws. It will be appreciated that bone screws are weakened when their heads are hollow and that plates are weakened when they are provided with additional holes.

Additionally, the plate of the disclosed systems permit the proper aligning of the holes in the plate for the bone screws and for the plate to be easily applied to the vertebrae in compression. The plates include appropriate slots and engagement means for engaging compression instrumentation, described in detail below, for applying a compression force between adjacent vertebrae to which the plate is attached, in a reliable and easy manner.

An improved locking screw driver is provided. The driver provides for a wedged interference fit with a recess in the head of the bone screws and the head of the locking elements. The same driver is usable for both bone screws and locking elements. The driver ensures that the locking element cannot fall off the driver and become lost in the wound. The driver has a tapered end to facilitate insertion into the complimentary recess in the head of the screws and is used to engage and pick up the locking elements. Alternatively, the receiving socket can be tapered to the same purpose.

Alternatively, a combination bone screw and locking screw driver is disclosed in which the bone screw driver passes through a longitudinal opening in the locking screw driver so that both the bone screw and the locking screw can be loaded prior to insertion of the bone screw and both can be tightened with one instrument, without removing it from position.

US 6,916,320 B2

9

Also, instruments are provided for forming pilot holes to assist in the ease and accuracy of the installment of the bone screws, and for creating a creating a compression force between adjacent vertebrae during installation of the plate and for holding the plate during installation.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of a first embodiment of a cervical spine multiple locking plate.

FIG. 2 is a top plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 3 is a side elevational view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 4 is an end view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 5 is a bottom plan view of the cervical spine multiple locking plate shown in FIG. 1.

FIG. 6 is a top plan view of the cervical spine multiple locking plate shown in FIGS. 1–5, with locking elements installed in an open configuration.

FIG. 7 is a top plan view of a modification of the plate of FIGS. 1–6 with a four bone screw locking element in place.

FIG. 8 is a top plan view of a further embodiment of a cervical locking plate of FIG. 1 with an elongated central slot for increased compression capability.

FIG. 9 is a top plan view of a locking element for use with the plates of FIGS. 1–6.

FIG. 10 is a top plan view of a locking element for use with the central opening of the plate of FIGS. 7 and 22.

FIG. 11 is a top plan view of a locking cap for use in the end openings shown in FIGS. 1, 6, and 7.

FIG. 12 is a side elevational view of the locking element of FIG. 16.

FIG. 13 is a side elevational view of another embodiment of the locking element of FIG. 16.

FIG. 14 is a top perspective view of an alternative embodiment of cervical spine multiple locking plate for use with locking rivets.

FIG. 15 is a bottom plan view of the cervical spine multiple locking plate of FIG. 14.

FIG. 16 is a top plan view of a two bone screw locking element.

FIG. 17 is a top plan view of an alternative embodiment of a four bone screw locking element having head slits for increased flexibility of the locking tabs.

FIG. 18 is a bottom plan view of a rivet type locking element for use with the central opening of the plate of FIG. 14.

FIG. 19 is a side elevational view of a rivet locking element.

FIG. 20 is a top perspective view of the bottom portion of the head of rivet of FIG. 19 viewed along lines 20—20.

FIG. 21 is a top perspective view of the head portion of a three bone screw locking element.

FIG. 22 is a top perspective view of a third embodiment of a cervical spine multiple locking plate utilizing locking elements in the form of threaded caps.

FIG. 23 is a side elevational view of a locking element for use with the plate of FIG. 22.

FIG. 24A is a side elevational view of a bone screw in accordance with the present invention.

FIG. 24B is an enlarged side elevational view of the bone screw of FIG. 24A.

10

FIG. 25 is a side elevational view of an alternative embodiment of a bone screw in accordance with the present invention.

FIG. 26 is a bottom end view of the bone screw shown in FIG. 24A.

FIG. 27 is a top end view of the bone screw shown in FIG. 24A.

FIG. 28 is a top perspective view of a fourth embodiment of a cervical spine multiple locking plate.

FIG. 29 is a top perspective view of a locking element for use with the plate of FIG. 28.

FIG. 30 is a partial side sectional view of the plate of FIG. 28 along lines 30—30 with a bone screw in place.

FIG. 31 is a top perspective view of the plate of FIG. 1 positioned against the anterior aspect of three successive vertebral bodies in the cervical spine, a plate holder, and an instrument for forming bone screw receiving holes in to the vertebral bodies.

FIG. 32 is a cross-sectional view of a portion of the bone forming device shown in FIG. 31 viewed along lines 32—32.

FIG. 33 is a side elevational view in partial cross section illustrating a compression post tool and a compression post engaged to it for insertion into a vertebral body.

FIG. 34 is a side elevational view in partial cross section of the compression post tool engaged for removal of the compression post from the vertebral body.

FIG. 35 is a bottom end view of the compression post tool of FIG. 34.

FIG. 36 is a side elevational view of a plate engaging hook for use with the compression apparatus shown in FIG. 38.

FIG. 37 is a cross-sectional view through the plate of an alternative embodiment of a hole forming instrument in the form of a drill guide and drill for use during the plate installation procedure.

FIG. 38 is a side elevational view showing intersegmental compression of the spine and compression apparatus.

FIG. 39 is a view similar to that of FIG. 38 showing the compression apparatus in a further stage of the plate installation procedure.

FIG. 40 is a top perspective view showing the locking of the bone screws to the plate.

FIG. 41 is a partial side sectional view of a locking element attached to a driver instrument.

FIG. 42 is a partial side sectional view of another embodiment of the locking element attached to a driver instrument.

FIG. 43 is a partial cross-sectional view showing a cervical plate, locking element, and bone screws along lines 43—43 of FIG. 40.

FIG. 44 is an enlarged portion of detail along line 44 of FIG. 43.

FIG. 45 is a side view in partial cross section of a plate holder attached to a plate.

FIG. 46 is a side view in partial cross section of another embodiment of a plate holder attached to a plate.

FIG. 47 is a top perspective view of a first embodiment of a single locking plate.

FIG. 48 is a top plan view of the plate shown in FIG. 47.

FIG. 49 is a side elevational view of the plate shown in FIG. 47.

FIG. 50 is an end view of the plate shown in FIG. 47.

FIG. 51 is a bottom plan view of the plate shown in FIG. 47.

US 6,916,320 B2

11

FIG. 52 is a top plan view of the plate shown in FIG. 47, with locking elements in place.

FIG. 53 is a side elevational view of a bone screw used with the plate shown in FIG. 47.

FIG. 54 is a top end view of the bone screw shown in FIG. 53.

FIG. 55 is a bottom end view of the bone screw of FIG. 53.

FIG. 56 is a top plan view of a locking cap for use with the single locking plate of FIG. 47.

FIG. 57 is a side elevational view of the locking cap shown in FIG. 56.

FIG. 58 is a bottom plan view of the locking cap shown in FIGS. 56 and 57.

FIG. 59 is a bottom perspective view of the locking cap of FIGS. 56–58.

FIG. 60 is a top perspective view of the single locking plate of FIG. 47 shown being held by a plate holder against three vertebral bodies, with the hole forming instrument for punching a pilot hole into the vertebral bodies for receiving a bone screw.

FIG. 61 is a side elevational view in partial cutaway of the hole forming instrument threaded to a bone screw receiving hole.

FIG. 62 is a perspective side sectional view of the drill and drill guide threadably engaged to the plate for drilling a hole for insertion of a bone screw.

FIG. 63 is a top perspective view of a single locking plate installed along a segment of the spine with two locking caps installed in two bone screw receiving holes.

FIG. 64 is a side elevational view in partial cross section of a locking cap engaged to a driver for installing the locking cap.

FIG. 65 is a partial cross sectional view of the plate, bone screws and locking caps along line 65—65 of FIG. 63.

FIG. 66 is an enlarged fragmentary view of area 66 of FIG. 65.

FIG. 67 is a perspective view of a cervical locking plate being held by an alternative plate holder instrument.

FIG. 68 is an end sectional view showing the plate holder of FIG. 67 engaging a plate.

FIG. 69A is an end sectional view of an alternative embodiment of the plate holder.

FIG. 69B is an end sectional view of another alternative embodiment of the plate holder.

FIG. 70 is a plate holder instrument with an offset and removable handle.

FIG. 71 is a top perspective view of a second embodiment of a cervical single locking plate having individual locking elements to lock each bone screw.

FIG. 72 is a top perspective view of a threaded locking element for use with the cervical single locking plate of FIG. 71

FIG. 73 is a partial side sectional view of the plate of FIG. 71 viewed along lines 73—73 with the locking element of FIG. 72 in place to hold a bone screw, but not fully tightened.

FIG. 74 is a top perspective view of an alternative locking element for use with a first modification of the cervical single locking plate of FIG. 71.

FIG. 75 is a side sectional view of the first modification of the plate of FIG. 71 with the locking element of FIG. 74.

FIG. 76 is a perspective view of an alternative locking element for use with the first modification of the plate of FIG. 71.

12

FIG. 77 is a partial side sectional view of the first modification of the plate of FIG. 71 with the locking element of FIG. 76 in place.

FIG. 78 is a top perspective view of another alternative locking element in the form of a rivet for use with a second modification of the plate of FIG. 71.

FIG. 79 is a partial side sectional detail view of the plate of FIG. 71 modified to use a locking element of FIG. 78 shown in place.

FIG. 80 is a partial cross sectional view of a plate and bone screw with the end of a tool shown for use in inserting both the bone screws and locking caps.

FIG. 81 is a side elevational view of another embodiment of the tool of FIG. 80.

FIG. 82 is a further embodiment of a cervical spine single locking plate for use in stabilizing multiple segments of the spine.

FIG. 83 is a further embodiment of a cervical spine multiple locking plate for use in stabilizing multiple segments of the spine.

FIGS. 84A–84E are various embodiments of cervical spine multiple locking plates for use in stabilizing a single segment of the spine.

DETAILED DESCRIPTION OF THE DRAWINGS

The present invention will be described first in association with the preferred embodiment of the plate system in which a plurality of bone screws are locked in place with one locking element. This is referred to as the multiple locking plate system. The multiple locking plates will be described, then the locking elements for locking the bone screws to the plate, then the bone screws associated with the multiple locking plates, and finally the instrumentation and method of installation of the multiple locking plates. Thereafter the plate systems in which a single locking element locks a single bone screw will be described. This is referred to as the single locking plate system. The locking elements, bone screws, instrumentation, and method of installation associated with the single locking plate will then be discussed.

1. Multiple Locking Plate System

The preferred embodiment of the multiple locking anterior cervical locking plate 2 according to the present invention (here shown by way of example for use in a two level fusion (three adjacent vertebrae)) is shown in FIGS. 1–5. Plate 2 has a generally elongated form whose outline generally departs from rectangular due to the presence of lobes or lateral projections 4 at the corners and at the center of the sides of plate 2. Each lobe 4 has a rounded outline and contains a respective circular bone screw receiving hole 6. Two additional intermediate circular bone screw receiving holes 8 are located inwardly of the sides of plate 2 and are centered on the longitudinal center line of plate 2. Lobes 4 give plate 2 additional strength in the region surrounding each bone screw receiving hole 6. It is recognized that other shapes for the plate 2 may be employed.

The intermediate paired bone screw receiving holes 8 are for use with a two level (three vertebrae) fusion. The intermediate bone screw receiving holes 8 may be eliminated for a single level (two vertebrae) fusion, or additional intermediate bone screw receiving holes 8 may be added if additional levels are to be fused.

Plate 2 is further provided with three locking element holes 12, each of which in the preferred embodiment is internally threaded 3, and each of which is surrounded by a shallow countersunk region 14. As will be described in greater detail below, in the preferred embodiment, bone

US 6,916,320 B2

13

14

screws are inserted in the bone screw receiving holes and a single pre-installed locking element associated with each of the locking element holes 12 locks a number of bone screws 30 in position at one time.

The number of paired bone screw holes generally correspond to the number of vertebrae to be fused. A plate for a one level fusion could have but a single locking element hole 12, while plates for fusing more than two levels (three vertebrae) could have additional middle locking element holes 12 corresponding to additional paired bone screw holes. In the embodiment illustrated in FIGS. 1–6, each end locking element 20 will lock three bone screws 30 in place, while the locking screw 21 in the central locking hole 12 locks two bone screws 30 in place. As shown in FIG. 7, central locking element 25 can also be configured so that four bone screws 30 are locked at one time.

As shown particularly in FIGS. 3, 4 and 5, plate 2 is shaped so that its bottom surface 27 (the surface which will be in contact with the vertebral bodies) has a bi-concave curvature, being concave both in the longitudinal plane (corresponding to its length) and in the plane transverse thereto, corresponding to its width. The concave curvature in the longitudinal plane conforms to the proper shape of the anterior aspect of the spine with the vertebrae aligned in appropriate lordosis. That longitudinal curve is an arc along the circumference of a circle (referred to herein as the "radius of curvature") 15.0 cm to 30.0 cm in radius and more preferably 20.0–25.0 cm in radius. Viewed on end in FIG. 4, the plate 2 has a radius of curvature of a circle 15–25 mm in radius, but preferably 19–21 mm in radius. While the plate 2 may have a thickness between 2 to 3 mm, a thickness of between 2.25 and 2.5 mm is preferred.

Having the bottom surface 27 of plate 2 contoured so that it is able to lie flush against the associated vertebral bodies is in contrast to conventional plates which have larger radii of curvature that contact the vertebral bodies only along the longitudinal centerline of the plate, thereby permitting side-to-side rocking of the plate relative to the vertebral bodies. The contour of the plate of the present invention provides effective resistance to rocking of the plate 2 relative to the vertebral bodies about the longitudinal center line of the plate, thereby reducing stress on the plate 2 and bone screws 30, and preventing the soft tissues from becoming engaged beneath the plate.

Other advantages produced by the above curvature are that the plate 2 will conform more closely to the facing bone surface; the plate 2 will project from the spine by a smaller distance; soft tissue will be prevented from sliding underneath the edges of the plate 2, where it could be subject to damage; and the angle of the bone screws 30, perpendicular to the plate when viewed from the side, when installed will be at a substantial converging angle, trapping the vertebral bone between the bone screws 30, and thus more strongly anchoring the plate to the spine.

As shown in FIG. 5, the bottom surface 27 of plate 2, preferably has a porous, roughened, and/or textured surface layer and may be coated with, impregnated with, or comprise of fusion promoting substances (such as bone morphogenetic proteins) so as to encourage the growth of bone along the underside of the plate 2 from vertebrae to vertebrae. The textured bottom surface 27 also provides a medium for retaining fusion promoting substances with which the bottom surface 27 layer can be impregnated prior to installation. The bottom surface 27 of plate 2 may be given the desired porous textured form by rough blasting or by any other conventional technology, such as etching, plasma spraying, sintering, and casting for example. If porous, the

bottom surface 27 is formed to have a porosity or pore size in the order of 50–500 microns, and preferably 100–300 microns. Fusion promoting substances with which the porous, textured bottom surface 27 can be impregnated include, but are not limited to, bone morphogenetic proteins, hydroxyapatite, or hydroxyapatite tricalcium phosphate. The plate 2 may comprise of at least in part a resorbable material which can further be impregnated with the bone growth material so that as the plate 2 is resorbed by the body of the patient, the bone growth material is released, thus acting as a time release mechanism. Having the plate 2 being made from a material that is resorbable and having bone growth promoting material present permits the vertebrae to be fused in a more natural manner as the plate becomes progressively less load bearing thereby avoiding late stress shielding of the spine.

As further shown in FIGS. 4 and 5, at least one end of plate 2 has a recess 18 that can cooperate with a compression apparatus, described in detail later in reference to FIGS. 36 and 38.

FIG. 6 is a top plan view of the plate 2 of FIG. 1 with locking elements 20, 21 inserted into the locking element receiving holes. In the preferred embodiment, the locking elements 20, 21 are in the form of screws that cooperate with the threaded interior 3 of the locking holes 12. Each of these locking elements 20, 21 is shown in its initial open orientation, where the orientation of the cutouts 22 in the head 23 of each locking element 20, 21 is oriented so as to permit introduction of bone screws 30 into adjacent bone screw receiving holes 6,8 without interference by the head 23 of the locking element 20, 21. It is appreciated that other configurations of the head 23 are possible so as to permit introduction of bone screw into adjacent bone screw receiving holes without interference by the head 23.

FIG. 8 is a top view of another embodiment of plate 2 of FIGS. 1–5, and is generally referred to as plate 120. Plate 120 is provided with a longitudinally extending elongated slot 122 along its longitudinal axis which is superimposed on the middle locking hole 12. Elongated slot 122 allows additional relative movement between plate 120 and a compression post 54 associated with a compression tool during the compression procedure, as discussed below.

Referring to FIGS. 14 and 15, an alternative embodiment of a multiple locking plate referred to by the number 70 is shown. In plate 70, rather than the threaded locking hole 12, a central opening 200 for receiving a removable rivet 202, of the type shown in FIGS. 17–20, is provided. FIG. 15 is a bottom plan view of the plate 70 shown in FIG. 14. The contour of the plate 70 is the same as that of the plate 2 shown in FIGS. 1–5. The rivet 202 is removable and fits within the unthreaded opening 200, comparable to the locking hole 12 and slot 122 described above. Other embodiments may employ a rivet that is not removable, but is manufactured as part of the plate 70 as would be used in the end locking holes 19 of FIGS. 14 and 15.

Referring to FIG. 22, another alternative embodiment of a multiple locking plate is shown and is generally referred to by the number 230. The plate 230 uses threaded caps, such as cap 300 shown in FIGS. 9 and 23, for a locking element or preferably one with cut outs as described having an appearance in a top view such as the locking element in FIGS. 10–11, for example. The central locking hole 232 has an elongated slot 234 for providing an increased compression capability, as will be discussed further herein.

Referring to FIGS. 10–13, a first embodiment of a locking element 20, 21, 25 in the form of locking screws according to the present invention for use with plate 2 is shown. FIG.

US 6,916,320 B2

15

10 is a top plan view which illustrates the head 23 of the central locking element 25 shown in FIG. 7. The shaft 46 of locking element 25 is threaded 47 to mate with the threading 3 within the associated locking hole 12 of plate 2. As shown in FIG. 21, each segment 49 on each side of cutouts 22 of the locking element 21 has a bearing surface 48 formed at the lower surface of locking element head 23. As shown in FIG. 16, the locking element head 23 can be provided with two slots 42 for providing flexibility to the locking element head 23 to assist in the locking element's ability to ride over the top of the bone screw head 32 during the bearing action when the locking element is rotated. Alternatively, it is appreciated that the bearing surface can be cammed, ramped or wedged. The cammed, ramped or wedged features can also be used with the other locking elements described herein.

Referring to FIGS. 6 and 10–13, it will be appreciated that when the locking elements 20, 21 are rotated in the clockwise direction with respect to the view of FIG. 6, a respective bearing surface 48 (as best seen in FIG. 21) will ride upon the curved top surface 39 of a respective bone screw head 32 in order to positively lock the associated bone screws 30 and the locking elements 20, 21 in place.

Alternatively, as shown in FIGS. 12 and 13 in place of a bearing surface 48, a ramp or wedge shaped surface 44 may be used to increase the force applied to the bone screw head 32. When locked, the leading end of the ramped portion of the locking element would be lower than the prominence of the bone screw head 32 so that more force is needed to lift the locking element and untighten it than is needed for the locking element to remain tight and locked. However, the locking element heads 23 need not have slots, be cammed, or have a ramped surface to achieve the locking of the bone screw 30 in place. Pressure, friction, interference fits, or other engagement means capable of preventing the locking element from moving from its locked position may be employed.

The rivet 202, shown in FIGS. 17–20 is intended for use in association with plate 70 shown in FIGS. 14–15, is shown in detail in cross section in FIGS. 19 and 20. The rivet 202 has a head 204, a shaft 206, and an elongated bottom segment 208 for fitting within the corresponding opening 200 in the plate 70. The lower surface 210 of the head 204 of the rivet 202 has an irregular surface which may be cammed, such as on the bottom of locking element 20, 21, for engaging the top surface 39 of the bone screw head 32. For use in the end locking holes 19, the upper surface of the elongated bottom segment 208 can have an irregular surface for cooperating with the irregular surface of the bottom of the plate 70 to hold the rivet 202 in the locked position against the bone screw head 32, as shown in FIG. 15. While the rivet of FIG. 18 is a separate, removable component from the plate, the rivets, and particularly those for use with the end locking holes, can be formed as part of the plate during the manufacturing process of the plate and rivet can be non-removable.

Each of the above embodiments provides tight attachment of the locking element relative the bone screw 30 and relevant plate.

In the alternative embodiment of multiple locking plate 23 shown in FIG. 22, the locking element can be in the form of threaded locking cap 300 shown in FIG. 23. The threaded locking cap 300 has a thread 302 on its outer circumference corresponding to the thread 303 on the inner circumference of the locking element depressions 304 in the top of the plate 230 shown in FIG. 22. The locking cap 300 is relatively thin, particularly compared to its width. The top 305 of locking

16

cap 300 is provided with a noncircular through hole 306 for receiving a similarly configured driving tool.

Referring to FIGS. 28, 29, and 30 another embodiment of the multiple locking plate generally referred to by the number 400 and a locking element in the form of a thin locking member 412 are shown. Plate 400 has an opening in its top surface for insertion of the thin locking member 412, a recess 402 associated with each of the bone screw receiving holes 408 and a slot 410 in the side wall of the bone screw receiving holes 408 to permit the thin locking member 412, having a series of thin projections or blades 414, thinner than the slot 410, that give this locking member 412 an appearance similar to that of a propeller. The thin locking member 412 is able to be rotated within)the plate so as to not cover the bone screw holes, thus allowing the thin locking member 412 to be pre-installed prior to the installation of the bone screws by the surgeon. Limited rotation of the thin locking member 412 allows the blades 414 to protrude through the slot 410 and to cover a portion of the top of the associated bone screws 30. The blades 414 of the thin locking member 412 are flexible and, when rotated, slide over the top surface 39 of the bone screw head 32 to lock the bone screw 30 in place. As with the other embodiments discussed, each of the embodiments of the locking element is capable of locking more than one bone screw 30. It is appreciated that the various multiple locking plates and locking element combinations are capable of locking as many as four bone screws at once, but are equally effective for locking a lesser number or none at all, that is securing itself to the plate.

It will be noted that one characteristic of each of the above described locking element embodiments is to have a driver engagement means, in these cases for example, a recess 24 as large as the recess 34 in the bone screws 30 so that the same tool can be used to turn both the bone screws 30 and the locking elements. Also, the locking elements are sufficiently strong and have sufficient mass so as to be able to withstand being locked without breakage.

All of the shown examples of the multiple locking elements that have a number of cutout portions have an arc with a radius greater than that of the bone screw head. In addition, the head 23 of each locking element 20, 21 is provided at its center with a noncircular recess 24, such as shown in FIG. 9 which is engageable by an appropriate manipulation tool, such as shown in FIGS. 40–42. In the embodiment of head 23 shown in FIG. 9, the associated tool would have a hex head, but as discussed with regard to FIGS. 80 and 81, other shapes of recesses in the head 23 may be used. The thread of each locking hole 12 and of each locking element 20, 21 has a close tolerance so that they will reliably retain their orientations so as to permit introduction of bone screws 30 into bone screw receiving holes 6, 8 without interference.

It is appreciated that while various forms of locking elements have been disclosed, in light of the teaching, other equivalent means can be used for the purpose of locking the bone screws 30 in place. In FIG. 83, an alternative multiple locking plate 990 is shown having additional intermediate bone screw receiving holes 980 and associated locking elements 960 for locking bone screws 30 in place. Plate 990 allows for a more close spacing and more pairs of bone screw holes than the number of vertebrae to be engaged.

In FIGS. 84A–84E various plates 700a–g used for a single level fusion are shown. Each of these plates 700a–g is designed to span one spinal segment consisting of one disc space and two adjacent vertebrae (containing the bone graft), and have bone screws inserted into the end of the vertebrae through the bone screw receiving holes 6 associated with the

US 6,916,320 B2

17 18

two adjacent vertebrae and then locked in place. As shown in FIGS. 84A–84E, one locking element 710, or two locking elements can be used to lock four bone screws in place. In FIGS. 84A–84E, each of the plates 700a–e is shown with the locking elements in their open orientation, before being rotated to lock the bone screws.

Each of the above described plates can have the same generally biconcave contour as already described for conforming to the anterior aspect of the spine.

FIGS. 24A and 24B provide a side view of one embodiment of a bone screw 30 according to the present invention. FIG. 27 is a top view of the bone screw 30. At the center of bone screw head 32 is a profiled recess 34 which may have the same form as the recess 24 of each locking element 20, 21 in which case it may be turned with the same tool as that employed for turning locking elements 20, 21. It is appreciated that the driver engaging portion of the bone screw 30 could be slotted, and be either male or female (as is shown).

In the embodiment of bone screw 30 shown in FIGS. 24A and 24B, the bone screw head 32 is stepped, with the first lower head portion 35 being contiguous with the screw shank 33 and has a smaller diameter than the upper portion of the bone screw head 32. When this embodiment of bone screw 30 is employed, each bone screw receiving hole 6, 8 of the plate 2 has a countersunk region 14 matching the diameter of the upper portion of the bone screw head 32 and dimensioned for an interference fit. The lower portion 35 of the bone screw head 32 is dimensioned to achieve an interference fit with its associated portion of bone screw receiving holes 6, 8. The larger diameter upper portion of bone screw head 32 assures that the bone screw 30 cannot be advanced completely through bone screw receiving holes 6, 8 of plate 2. The bone screw 30 passes completely through the upper surface of the plate 2 without engaging the upper surface in any way.

As shown in FIG. 44, the head 32 of screw 30 passes unobstructed through the upper surface of the plate until the lower surface of enlarged screw head 32 engages the upper face of the narrowed bone screw receiving portion at the midsubstance or below the midsubstance of the plate. This is considered optimal for allowing for the greatest screw to plate stability, even absent the lock, against all forces except those reverse the path of insertion, while still providing for the greatest plate strength beneath the bone screw head 23. That is, since the plate is of only generally 2–3 mm in thickness, a sheer vertical circumferential wall is best able to constrain the motion of a screw if the head is similarly configured and there is little tolerance between them. Placing the support of the head near the mid thickness of the plate is preferred as it allows the head to remain large to accommodate the recess for the driver without being weakened, while placing the support of the head away from the upper surface of the plate allows the screw head to be deep into the plate. Placing the support of the head at approximately the mid thickness of the plate assures plenty of plate material beneath the head to support while providing adequate head length above and below the contact point to prevent the contact point from acting as a fulcrum by providing adequate lever arms to prevent unwanted motion.

In the alternative embodiment of bone screw 30', as shown in FIG. 25, bone screw head 32' is tapered in the direction from the top of the bone screw head 32' toward screw tip 36'. Again, the bone screw head 32' is dimensioned to achieve an interference fit in the associated bone screw receiving hole 6,8 when the bone screw 30' has been fully installed. When this embodiment of bone screw 30' is employed, bone screw receiving holes 6, 8 need not be provided with a countersunk region 4.

In each of the above embodiments of the bone screws, the bone screws 30 and 30' present a unique combination of a tapered screw shaft 33 and a helical thread 31. The diameter of screw shaft 33 generally increases from a distal portion of the shaft near the screw tip 36 toward the proximal portion of the shaft near screw head 32. In the preferred embodiment, the rate of increase in diameter is also greater near the bone screw head 32. Such a shape avoids stress risers and provides increased strength at the screw-plate junction, where it is needed the most. The tapering of screw shaft 33 may have a concave form, as shown in FIG. 24A, or may be linear. The distal portion of the screw shaft 33 may assume a constant diameter.

Referring again to FIGS. 24A and 24B, the thread 31 of the bone screw 30 has a substantially constant outer, or crest, diameter "d" from the proximal portion of the shaft below the bone screw head 32 to the distal portion of the shaft near the bone screw tip 36. In the screw tip 36, the crest diameter of thread 31 may be reduced for preferably one to two turns to facilitate the insertion and penetration of the bone screw 30 into the bone.

In the preferred embodiment, the thread 31 of each bone screw 30 has an outer diameter slightly smaller than the diameter of the lowest portion 35 of the bone screw head 32, which is adjacent the trailing, or upper, end of the associated thread 31. In addition, the thread 31 is relatively thin, in the direction of the longitudinal axis of the screw, and tapers outwardly, and has a cross section of a triangle.

An example of the dimensions of a bone screw for use in human anterior cervical spinal surgery for insertion into the vertebrae is as follows: the threaded portion of said screw has a length from about 10 mm to about 22 mm (12–18 mm preferred) and a head length from about 1 mm to about 3 mm (2–2.5 mm preferred). The threaded portion should have a maximum outside diameter from about 3.6 mm to about 5.2 mm (3.8–4.5 mm preferred) and the head has a diameter from about 3.8 mm to about 6 mm (4–5.5 mm preferred). The thread pitch is from about 1.25 mm to about 2.5 mm (1.5–2.0 mm preferred) and has a sharp and thin threaded profile. The apex of the two faces of the thread have an angle of less than about 21 degrees (15 degrees preferred) and the base of the thread is less than about 0.60 mm thick (0.25 mm–0.35 mm preferred). The screw has a root diameter that increases from proximately above the tip of the shank, along the longitudinal axis to proximately below the head portion of the screw. Preferably, the tip of the screw tip is fluted by at least one cut out section so as to make the screw self-tapping.

Even though the thread 31 of the bone screw 30 has a thin profile, the thread will nevertheless be stronger than the bone into which it is introduced so that this thread will efficiently cut a thin helical groove in the bone tissue. The volume of bone that will be displaced by the thickness of the thread is minimized by the thin form of the tread, yet the substantial crest diameter of the screw thread maximizes the surface area of the threads in contact with the bone. While enlarging the screw shaft 33 diameter near the bone screw head 32 increases its strength where needed, reducing the screw shaft 33 diameter away from the bone screw head 32 where such strength is not required allows for the maximum area of engagement for the thread 31 to the bone.

In the preferred embodiment, as shown in FIGS. 24A and 26, bone screw tip 36 is provided with cutting flutes 38, to make the bone screw 30 self-tapping. Unlike the prior art bone screws, used for anterior cervical spinal surgery which are not self-tapping, the thread form of the present invention screw is itself more like a tap than a conventional screw in

US 6,916,320 B2

19

20

that the threads are very sharp and fluted. Additional embodiments of the bone screws 30 is shown in FIGS. 53–55.

By way of example, plates for fusing three adjacent vertebrae (2 interspaces, or two spinal segments) are shown. Each set of the bone screw receiving holes associated with a vertebrae is considered to be a segment of the plate so that for example, in FIG. 1 three segments are shown—an upper, a central, and a lower segment. While the present discussion is in association with plates for use in fusing three vertebrae across two interspaces, it should be understood that longer and shorter plates having the appropriate number and location of bone screw receiving holes corresponding to the number of vertebrae to be fused are contemplated, and would take the form of the plates shown with fewer or more intermediate segments, such as the segment along line 9 of FIG. 1, or the intermediate segments of the plates shown in FIGS. 82–84F.

Referring to FIGS. 31–42, an outline of the steps of the method for installing the plates of the present invention is set forth below. A detailed description of the instrumentation and method for installing the plates of the present invention follows the outline.

Step 1

Having completed the interbody fusions, the surgeon removes any bone spurs or localized irregularities along the front of the spine of the area to be fused.

Step 2

The correct length plate is selected by the surgeon by measuring the distance on the spine by a caliper, ruler, template, and the like. That plate having a length sufficient to span the distance of the spine to be fused and to partially overlap a portion of each of the end vertebrae to be fused.

Step 3

Utilizing a plate holder, the plate is placed into the wound and positioned to confirm positioning, length, and screw hole alignment relative to the segments of the spine to be fused.

Step 4

As shown in FIG. 31, with the plate thus positioned and securely held, the plate may be attached to any of the vertebrae to be fused (by example only, here shown as the top vertebra).

Sub-Step 4A

The pilot (guide) hole punch 60 is attached to the plate 2 as per FIG. 32, or alternatively, while not preferred the drill guide may be used as per FIG. 37. In either event, the pilot hole forming means rigidly aligns with and is captured by the plate bone screw receiving hole wall.

Sub-Step 4B

The pilot hole is then formed by impacting the pilot hole punch of FIG. 32 or drilling with the drill of FIG. 37. In the alternative while not preferred, the formation of the pilot hole can be done away with altogether and the correct screw selected so as to have a length less than the distance along its path to the posterior vertebral cortex can be directly inserted.

The determination of the appropriate screw length is made by measuring or templating from radiographs, MRI's, or CT scans, or determined directly by measuring the depth of the disc space.

Step 5

The correct screw is then attached to the screw driver which regardless of the specific form of the screw driver engagement means, is designed to have an interference fit so as to remain firmly bound to the driver during transport to the insertion site. FIGS. 41, 42, 63, 64, 80 and 81 show

various ways of achieving such a fit of the driver and screw. In addition to a wedging at the screw and driver interface, clips, and springs and other means are well known for temporarily and reversibly securing the screw to the driver, such as is shown in FIG. 80 where a slotted inwardly springing sleeve holds a threaded cap peripherally until, as it is screwed into the plate, it is automatically pushed back releasing the threaded cap.

Once a first bone screw has been fully inserted into a vertebra through the plate, it is preferable to insert the other of the transverse pair in the manner already described as per FIG. 33.

In a similar manner, it is possible to insert the remaining bone screws as per the surgeon's preference into each of the vertebrae to be included into the fusion, just the end vertebrae of the fusion construct, or additionally place screws into the fusion grafts.

However, as shown in FIGS. 33, 34, 38 and 39, it is possible with the present invention at the surgeon's option to place any portion or all of the fusion construct under compression and to do so intersegmentally or across the entire length of the fusion construct even when multi-segmented.

It is appreciated that the same procedure could be generally used for any of the plate systems of the present invention.

As shown in FIG. 31, the vertebrae 50a–c are separated from one another by fusion graft blocks 51 which were previously installed in the spinal disc space between adjacent vertebrae 50 forming a fusion bone graft construct. Plate 2 is shown in FIG. 31 with the locking elements 20, 21 removed in order to simplify the illustration. It will be understood, however, that in the preferred embodiment the locking elements 20, 21 can be, and preferably are, pre-installed in the positions shown in FIG. 6 prior to positioning plate 2 upon vertebral bodies of the vertebrae 50, thereby saving the surgeon time and trouble.

Plate 2 may be held in position by any known plate holding means, but preferably by the holding tools shown in FIGS. 45, 46 or 70 by the notches 142 in the sides of the compression arms 104, 130 of a vertebral compressor tool 100 shown in FIG. 39, or as a further alternative, by the unitary plate holder similar to the FIG. 70 design.

As shown in FIG. 45, plate holder 870 has a hollow tubular housing 872, with a central rod 874 having a thread 878 at one end for engaging one of the threaded locking holes 12 in the plate 2. The bottom end of the housing 872 has projections 880, 882 that extend outwardly and then downwardly to fit into the bone screw receiving holes 8 of the plate 2 preventing the housing 872 from rotating. The central rod 874 is located in the housing 872 such that it can be rotated by rotating a handle (not shown) which is fixed to the central rod 874 at its upper end.

In FIG. 46 an alternative embodiment of the plate holder 890 is shown. A single solid member 890 has a threaded projection 894 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The bottom surface of the holder 890 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

Referring to FIGS. 67–68, an embodiment of a plate holder for holding any of the plates while being positioned on the vertebrae is shown and generally referred to by the number 800. The plate holder 800 has a hollow tubular housing 802, with a central rod 804 having a handle 806 at one end and a thread 808 at its other end for engaging one of the threaded locking holes 12 in the plate 600. The bottom

US 6,916,320 B2

21

end of the housing 802 has projections 810, 812 that extend outwardly and then downwardly 814, 816 to fit along the side edge of both the plate 2 between the end and intermediate lobes 4, preventing the housing 802 from rotating. The central rod 804 is located in the housing 802 such that it can be rotated by rotating the handle 806 which is fixed to the central rod 804 at its upper end. This central rod 804 can also be attached to the housing 802 so that it can move up and down to some extent, by any number of conventional ways, such as by having the central rod 804 have an annular depression with a length of approximately 3–5 mm, and a set screw projecting inward from the housing to engage the central rod 804. Once the plate 600 is in the proper place and the plate is attached to one of the vertebrae by bone screws 30, the central rod 804 is disconnected from the opening 15 in the plate 600 and the holder 800 is removed.

FIG. 69A is an alternative embodiment of the plate holder 850. A single solid member 852 has a threaded projection 854 at its bottom end for attachment to the central threaded locking hole 12 in the plate. The solid member 852 could also be threaded into a bone screw receiving hole 6. The bottom surface of the holder 850 of this embodiment is contoured so as to match the contours of the top surface of the plate adjacent to the locking hole 12, shown as a depression 14 (FIG. 1).

FIG. 69B is another embodiment of the plate holder 850'. A housing 851' having an end 853' configured to engage a bone screw receiving hole 6 contains a rod 855' having an uneven diameter and having a threaded portion 857'. As rod 855' is rotated by a handle similar to handle 806 shown in FIG. 68, rod 855' screws downward into the housing 851' into matching threads 858'. As the end of rod 855' is driven down, it spreads portions 859a' and 859b' (859c' and 859d' not shown) wedging plate holder 850' into a bone screw receiving hole of the plate. Plate holder 850' is best used with non-threaded bone screw receiving holes, but works for all types of bone screw receiving holes.

Referring to FIG. 70, an alternative embodiment of the plate holder referred to by the number 800' is shown in which there is a removable handle 860 that is used for first attaching the plate holder 800' to the plate, by rotating the shaft 804, and then for holding the plate holder 800' off to the side by extension 864, during the attachment procedure reducing the interference of the plate holder 800' with the surgical procedure.

Referring to FIG. 38, a compression tool 100 is shown with a toothed gear bar 102 having a first compression arm 104 secured to its free end. Compression arm 104 has at its distal end a bore 106 for removably holding either a plate engaging element 108, shown in FIG. 36, having a hook 110 at one end for engaging a depression or notch 18 in the end of plate 2, or for removably holding a compression post 54 shown in FIGS. 33–34. As shown in FIG. 36, plate engaging element 108 includes a shaft 112 that will be inserted into the corresponding bore 106 of compression arm 104, and a flange 115 for resting against the bottom face of bore 106 to accurately limit the depth of insertion of plate engaging element 108 into the bore 106. A ring spring 128, preferably of metal, is located in an annular depression of the shaft 112, for holding the plate engaging element 108 in the bore 106.

Referring to FIGS. 38–39, compression tool 100 includes a second moveable compression arm 130 movable along toothed bar 102 parallel to first compression arm 104. The distal end of the second compression arm 130 also has a bore 132, the same as bore 106, that can receive a removable compression post 54. Bores 106 and 132 are the same so that either compression arm 104, 130 can be used to hold the

22

removable compression post 54, permitting the compression tool 100 to be used in any orientation. By permitting the plate engaging element 108 and the compression post 54 to both rotate and slide in the bores 106, 132 of the two compression arms 104, 130, with the plate engaging hook 110 able to work even at an angle to the plate allows for the apparatus to be readily attachable to the spine through the compression post 54 and plate.

Compression arm 130 has a driving assembly consisting of a toothed wheel (not visible) which is engaged with the tooth gear 138 of bar toothed gear 102 and is connected to compression arm 130 such that compression arm 130 is movable along the length of toothed gear bar 102 by means of the rotation of handle 140, which is connected to the toothed wheel. When the handle 140 is turned in the direction of the arrow shown in FIG. 38, compression arm 130 is moved toward compression arm 104. The driving assembly has a self lock release mechanism whereby the movement of the two compression arms 104, 130 away from one another is prevented, without the activation of the release. On the inward distal end of each compression arm, on facing sides, is a notch 142 or recess for holding the plate 2 along its sides between the central lobes 4 and end lobes 4, as shown in FIG. 38.

While the toothed gear bar 102 and compression arms 104, 130 have been described as being straight, it is possible that the toothed gear bar 102 and compression arms 104, 130 may be arcuately or otherwise shaped, so as to induce lordosis in the vertebrae, if so desired.

As shown in FIG. 31, in the event that the compression tool 100 is used to hold the plate 2, the ends 144 of the compression arms 104, 130 will be located in line with the fusion graft construct 51 which was placed in the disc space when plate 2 is properly positioned. A gap will exist between plate 2 and each fusion graft construct 51, providing a space to accommodate the free ends of arms 104, 130 should they extend beyond the bottom surface of the plate 2. As will be described below, the same compression tool 100 can also be used for compressing a plurality of cervical vertebral bodies with bone grafts interposed during the attachment of plate 2 to the vertebrae 50.

Referring to FIG. 31, plate 2 is held by a suitable holder, in this case shown as the compression arms 104 and 130. Once the appropriate length plate 2 has been properly positioned so that the bone screw receiving holes 6 are aligned with each of the respective vertebrae 50a–c to be fused, the next step is the formation of bone screw receiving holes 6 prior to installation of the bone screws 30 themselves in the vertebrae 50a. While the procedure is described as first attaching the plate 2 to the upper vertebrae 50a, the plate 2 can be attached to any of the vertebrae in any order. Different sized plates are used so that, as indicated above, the physician will select the appropriate sized plate in which the bone screw receiving holes 6, 8 are aligned with the three adjacent vertebrae 50a, 50b and 50c. Pilot holes are formed by a pilot hole forming apparatus 60 shown in FIGS. 31 and 32. Unlike with known prior art and screw plating systems, the bone screws 30 may be inserted without the prior formation of an opening into the vertebrae as the bone screws 30 are preferably sharp pointed, self-tapping, and have at their tip a diminishing major diameter to assist the screw entering and pulling into the bone. However, while a hole into the bone of the vertebrae may be formed prior to screw insertion, it is preferable that the hole be of a smaller diameter than the root diameter of the screw and for a different purpose than with the prior art. With the prior art the hole drilled had to be of a diameter equal to but

US 6,916,320 B2

23

preferably larger than the root (minor) diameter of the screw, as the screws were not self-tapping. It is desirous to create pilot holes to assure that a proper path for the bone screws 30 is maintained, and also to prevent damage to the vertebral bone during insertion of the bone screws 30. In addition, the pilot hole forming apparatus 60 creates a more compact vertebral bone mass for reception of the self-tapping bone screw 30 used in this insertion.

As shown in FIGS. 31 and 32, pilot hole forming apparatus 60 includes a hollow cylindrical housing 62 having a bottom provided with a through hole 63. Housing 62 contains a central shaft 64 which extends through the through hole 63 in the bottom of housing 62. The leading end 66 of shaft 64 tapers gradually to a sharp point 65. Shaft 64 is provided with a ring member 78 having a diameter which closely corresponds to the inner diameter of housing 62 to guide the travel of shaft 64 within housing 62. A compression spring 67 is interposed between the ring member 78 and the bottom of housing 62. Compression spring 67 provides a bias force which normally urges the sharp point 65 into a retracted position within housing 62. The upper end of shaft 64 has an enlarged head 68 extending outside of the housing 62 which is intended to be manually depressed or struck by a percussion instrument in order to drive the sharp point 65 out of housing 62 and into a vertebral body 50a. Shaft 64 is given a length, taking into account the length that spring 67 will have when fully compressed, to determine the maximum depth of the pilot hole formed in a vertebral body. The depth is selected to assure that the pilot hole does not reach the posterior cortex of the vertebral body, which borders the spinal canal.

Certain structural features of hole forming apparatus 60 are shown in greater detail in FIG. 32. In particular, it can be seen that the bottom end of housing 62 has a projecting portion 69 dimensioned to fit precisely in a bone screw receiving hole 6 or 8 of plate 2. The bottom 71 of the projecting portion 69 is flat in a plane perpendicular to the axis of housing 62. When the projecting portion 69 of housing 62 is snugly inserted into a bone screw receiving hole 6, 8 and the flat bottom 71 is placed flush against the upper surface of plate 2, it is assured that the leading end 66 of shaft 64 will form a pilot hole in the vertebral bone having an axis perpendicular to the plane of the associated portion of plate 2, thereby assuring that the bone screw 30 will be subsequently installed so that its axis is also perpendicular to the plane which is parallel to the upper and lower surfaces of the associated portion of plate 2.

When a plate is used which has a threaded bone screw receiving hole, the lower end of the pilot hole forming apparatus 60 is threaded so as to engage the thread in the bone screw receiving hole 6, 8 thereby fixing the plate and the pilot hole forming apparatus together, assuring a stable fit between the pilot hole forming apparatus and the plate 2. It should be noted that the diameter of the leading end 66 of the shaft 64 is small since it has to fit within the small space left between the inside wall of the pilot hole forming apparatus. Since it is only a pilot hole for a self-tapping bone screw 30 that is being formed, the small diameter is satisfactory.

Referring to FIG. 37, if for any reason it should be desired to form the pilot hole in the vertebral body 50 by drilling, rather than by the use of the pilot hole forming apparatus 60, use can be made of a drill guide 80, having a lower end as shown in FIG. 37. The drill 80 guide consists of a tubular member 82 and a small diameter lower end 84 which is dimensioned to achieve a precise interference fit in the associated bone screw receiving hole 6, 8 of plate 2. Along

24

the small diameter lower end 84, drill guide 80 has an axial end surface in a plane perpendicular to the longitudinal axis of the drill guide 80 so that when the small diameter portion 84 is fitted into the bone screw receiving hole 6 and the surface surrounding the small diameter portion 84 is flush against the upper surface of plate 2, the axis of the drill guiding bore 86 in drill guide 80 will be precisely perpendicular to the upper and lower surfaces of the associated portion of plate 2. As with the case described above, the bottom end of the drill guide 80 can be threaded so as to engage to the threaded opening of plate 2.

After the bone screw receiving holes 6, 8 are formed in the vertebral body 50a through the upper two bone screw securing holes 6 of plate 2 by means of either hole forming apparatus 60 or drill guide 80, bone screws 30 are threaded into the vertebrae 50 while holding the plate 2 firmly against the vertebrae 50 with compression tool 100 or plate holder 800. This locks the plate to the vertebrae 50a.

It is then possible, if desired, to compress the fusion graft in the next adjacent vertebrae 50b before attaching bone screws 30 to the adjacent vertebrae 50b through the central bone screw receiving holes of plate 2. Once the initial bone screws are in place in the vertebrae 50a, the plate holder 100 or 800 may be removed from the plate 2. The compression of the fusion graft construct between the two adjacent vertebrae 50a and 50b is achieved as follows:

Compression post 54 is driven through the central locking hole 12 of plate 2 by means of insertion tool 90, shown in FIGS. 33, 34 and 35, into the vertebral bone of vertebra 50b, where it will be used in a subsequent step to apply a compression force between vertebrae 50a and 50b. Compression post 54 consists of a shaft 56 having a sharp point 57 at its lower end, an enlarged central collar 58 which serves as a depth stop, and a circumferential groove 59 proximate its upper end, defining an enlarged head 55.

Compression post insertion tool 90 consists of a shaft 92 having a closed hollow portion 94 at its lower end 96 for receiving compression post 54 and an enlarged percussion cap 98 at its other end. Compression post insertion tool 90 also includes in its lower end 96 a second opening 95 having a recess 99 in its inside wall for permitting engagement of the enlarged head 55 on the compression post 54 within the depression 97. The second opening 95 is in communication with the hollow portion 94 of the insertion tool 90, as shown in FIG. 35.

Referring to FIG. 38, the bore 132 in the second compression arm 130 of compression tool 100 is then applied over compression post 54 in vertebrae 50b, and the plate engaging element 108 is inserted in the bore 106 of the first compression arm 104 of compression tool 100. The hook 110 of the plate engaging element 108 shown in FIG. 36 is fitted into the notch 18 at the end of the plate 2 which is fixed by the bone screws 30 inserted into the vertebra 50a, as shown in FIG. 38. As indicated above, however, the compression tool 100 can be rotated so that the first compression arm 104 is now at the bottom and is able to fit over the compression post 54 in vertebra 50c.

Since the plate is attached to vertebrae 50a by means of bone screws 30 and compression post 54 is fixed to the adjacent vertebrae 50b, movement of the first and second compression arms 104 and 130 in the direction of vertebrae 50a by rotation of handle 140 results in compression of the bone graft construct 51 between the adjacent vertebrae 50a and 50b. The distance of several millimeters is sufficient for compression of the bone graft construct 51. Once the desired compression is obtained, bone screw pilot holes can be formed in vertebral body 50b by means of pilot hole forming

US 6,916,320 B2

25

apparatus **60**, as described above, for insertion of bone screws **30** into bone screw receiving holes **8** of bone plate **2**, fixing the plate **2** to the adjacent vertebrae **50***b*. Compression tool **100** can then be withdrawn by activation of the release.

FIG. 39 illustrates the use of compression tool **100** to induce compression between the lower two vertebral bodies **50***b* and **50***c* after bone screws **30** have been installed in the middle vertebral body **50***b* as just described. As shown in FIG. 39, compression post **54** remains in place in the middle vertebral body **50***b* and an additional compression post **54** is driven into the lower vertebral body **50***c* by means of pilot hole forming tool **60** distal to the plate itself in the recess between the end projections **4** to allow for the lower compression post **64** to be moved towards vertebrae **50***b* upwardly as shown. The original compression post **64** is inserted in bore **106** in the first compression arm **104** and the additional compression post **54** is inserted into the bore **132** of the second compression arm **130** of compression tool **100**. Again, as discussed above, the turning of the handle **140** results in the two compression arms **104**, **130** moving towards one another, resulting in the compression post **54** in vertebrae **50***c* moving towards the upper compression post **54** in vertebrae **50***b*, once again compressing the fusion graft construct **51** between vertebrae **50***b* and **50***c*. The upper compression post **54** in vertebrae **50***b* can not move since the vertebrae **50***b* has been fixed to the plate by the insertion of the bone screws **30** in the bone screw receiving holes **8** of the plate **2**. Thus, only the lower compression post **54** and vertebrae **50***c* can move. As before, the pilot holes associated with vertebrae **50***c* are formed and the bone screws **30** are inserted through bone screw receiving holes **6**. The compression tool **100** is then removed. Compression post **54** is then extracted from the vertebrae by inserting it in the second opening **95** of the compression post insertion/removal tool **90**, so that it engages the enlarged head **55** of the end of compression post **54** by depression **97**, as shown in FIG. 34.

It is recognized that other variations in the order of compression may be employed. For example, during the compression of the fusion graft construct **51** between vertebrae **50***b* and **50***c*, the hook **110** of plate engagement element **108** may engage the notch **18** in the end of the plate **2**, and the other compression arm of the compression tool **100** may engage the compression post **54** in the third adjacent vertebrae **50***c*. It should also be noted that plate **2** has a recess and cut out portion between the lobes at the end of the plate for insertion of the compression post **54** in the vertebrae. Otherwise, there may not be room below the end of the plate **2** for insertion of the compression post **54**.

It will be noted that the above-described procedure will be performed with the bone screws **30** fully inserted into vertebral bodies **50***a*, **50***b* and **50***c* and lordosis is maintained during compression of the bone graft construct **51**.

As indicated above, the procedure for attaching the plate **2** to the vertebrae **50***a*, **50***b* and **50***c* was illustrated without the locking screws **20**, **21** in place on the plate **2**. FIG. 40 is a perspective view showing the plate **2** of FIGS. 1–5, at a stage of a surgical procedure when bone screws **30** have been fully installed in three adjacent vertebrae **50***a*, **50***b* and **50***c*, and locking screws **20**, **21** have been rotated through an angle of about 90° to lock three bone screws **30** in place; the left-hand locking screw **20** as viewed has been rotated through an angle of about 60° to lock three bone screws **30** in place and the central locking screw **21** has been rotated through an angle of about 90° to lock two other bone screws **30** in place. At this time, one of the camming surfaces **44** of each locking screw **20**, **21** rests atop the screw head **32** of a respective bone screw **30**.

26

Installation of the locking cap **300** can also be performed with a tool **220** such as shown in FIGS. 41 and 42 having a suitably shaped tip **222** with a length corresponding to the depth of hole **306** in a locking cap **300**. The end **222** of tool **220** is flared just proximal to the most distal end so that it creates a friction fit with the screw cap **300** for ease of manipulation, and prevents the screw cap **300** from falling off the tool **200**.

FIG. 43 is a cross-sectional view in the plane of the center of the two end locking screw holes **6** of plate **2**, with two bone screws **30** in their installed positions and locking element **21** in its locking position. FIG. 44 is an enlarged view of one of the bone screws **30** in plate **2** of FIG. 43. In a preferred embodiment, the axis of each screw **30** is generally perpendicular to tangents to the upper and lower surfaces of plate **2** at points which are intersected by the longitudinal axis of the associated bone screw **30**. Thus, because of the curvature of plate **2** in the plane of FIG. 43, bone screws **30** can be directed so as to converge toward one another at a desired angle. Preferably, such angle will be greater than 14°. More preferably, such angle will be greater than 14° and less than 30°. The axis of the two bone screws **30** shown in FIG. 43 may subtend an angle of about 45N. Alternatively, the curvature of the plate from side to side may be so as to conform to the surface of the anterior aspect of the human adult cervical spine and the axis of the paired screw hole may deviate from being perpendicular to the plate when viewed on end to achieve optimal convergence.

Because the bone screws **30**, once inserted, are locked to the plate, a "claw" of a rigid triangular frame structure is obtained at each pair of bone screws **30** such that the attachment of plate **2** to the vertebral bodies **50***a*, **50***b* and **50***c* would be highly secure due to the trapping of a wedged mass of bone material between the angled bone screws triangle, even if any thread stripping should occur. The "claw" may be further formed by three angled bone screws in a tripod configuration or by four bone screws in a four sided claw configuration.

A plating system according to each of the above embodiments can be installed in the same manner as described above, and using the same instruments and tools, as illustrated and described above with respect to the first embodiment. In the case of the embodiment shown in FIG. 22, the compression operations would be performed by means of slot **232** instead of the middle locking screw hole **12**.

b.) The Single Locking Plate Systems

The single locking plate system will now be described. FIGS. 47–52 are views of a first embodiment of a single locking plate system. The contour of plate **600** is the same as the plate **2** shown in FIGS. 1–5. Plate **600** contains bone screw receiving holes **602** which are internally threaded **603** for receiving corresponding locking elements in the form of a locking cap **610**, shown in FIGS. 56–59. For example, in plate **600**, the bone screw hole **602** has an outer diameter of approximately 5 mm with a preferred range of 4–6 mm; and a threaded inner diameter of approximately 4.8 mm, with a range of 3.5–5.8 mm for this use. Attaching means other than threads may be used, such as bayonet type attachment elements.

The bottom of each bone screw receiving hole **602** has an inwardly stepped portion of properly selected dimensions for retaining an associated bone screw **170**, as shown in FIGS. 53–55. As described in greater detail below, in this embodiment, a single locking element in the form of a locking cap **610** having threads **608** shown in FIGS. 56–59, is associated with each of the bone screws receiving holes **602**.

US 6,916,320 B2

27                                                           28

The difference between the bone screw 170 used in the single locking embodiment of the plate from the bone screw used in association with the multiple locking plate is essentially due to the fact that whereas in the multiple locking plate embodiment the locking elements slide over a portion of the top 39 of the screw head 32, in the single locking embodiment the locking cap 610 fits over the head 172 of the bone screw 170. Therefore, the head 172 of the bone screw 170 of the present embodiment need not be smooth. This permits the head 172 of this embodiment bone screw 170 to be thicker and stronger.

FIG. 65 shows two bone screws 170 and associated threaded locking caps 610 in their fully installed positions. In these positions, head portions 174 and 176 of each bone screw 170 form an interference fit with corresponding portions of an associated bone screw receiving hole 602. Rim 612 of each threaded locking cap 610 forms an interference fit with upper portion 178 of the head of its associated bone screw 170. Because the thread 608 of each locking cap 610 mates precisely with the internal thread in an associated bone screw receiving hole 602, each threaded locking cap 610 is additionally subjected to a clamping force between associated head portion 178 and the internal threads 603 of associated bone screw receiving hole 602. The rounded head 614 of each threaded locking cap 610 assures that the upper surface of an assembled plating system will be free of sharp edges, or projections.

Referring to FIGS. 80 and 81 tools for use in inserting both the bone screws and the locking cap in the single locking plate 600 are shown. In the first embodiment of the driving tool 1000 shown in FIG. 80, the tool 1000 has an outer tubular housing 1002. Within the housing 1002 is a torks type or hexagonal driver 1004 that has a projecting end 1006 that corresponds to the recess 306 in the cap 610 for engagement with the cap 610. As indicated above, the driver 1004 is configured so that it makes a firm attachment for the locking cap 610 for holding the locking cap 610 firmly to the driver. The hex driver 1004 is hollow so as to be able to permit the shaft 1010 of a Phillips or torks screw driver to fit through the hollow portion 1012 for engagement by its tip 1012 with the corresponding recess 180 of bone screw 170 for engagement by the end 1006 of the driver 1004. The shaft 1010 of the driver 1000 is longer than the tubular housing and driver 1004 has an upper end (not shown) extending from the top end of the tubular housing 1002 so that it can be rotated by the handle.

The housing 1002 has a diameter that permits the locking cap 610 to be held within the inner end of the tubular housing 1002 by a friction fit or to the driver 1004. It is appreciated that other methods of holding the locking cap 610 within the end of the tubular housing 1000 may also be employed.

As shown in FIG. 80, the operation of the bone screw and locking element driver 1000 is as follows: the cap 610 is inserted onto the end of the cap driver 1004, and then the cap driver 1004 with the shaft 1010 of the bone screw driver passing through the central longitudinal opening of the cap driver. As shown, the bone screw driver shaft 1010 passes through the recess 306 in the cap 610 and engages the recess 180 in the head of the bone screw 170. The bone screw 170 is shown being installed in a bone screw receiving hole in the plate 600. The handle (not shown) of the bone screw driver is rotated, thereby screwing the bone screw 170 in place. Since the diameter of the bone screw driver is less than the width of the recess 306 of the cap 610, the bone screw driver shaft 1010 is able to rotate without rotation of the cap 610.

The hollow tubular housing 1002 rests on the top surface of the plate 600 and assists in the alignment of the shaft 1010 in relationship to the plate. Once the bone screw 170 is inserted, the cap driver 1004 is depressed until the threads 608 on the outside of the cap 610 engages the threads 603 of the bone screw receiving hole. The cap driver 1004 is then turned until the cap 610 is securely locked in place.

In FIG. 81, an alternative embodiment of the combination bone screw and locking cap driver is shown. In this embodiment, a housing is not used. Instead, the driver shaft 1010 holds the cap 610 by friction and the handle 620 for the bone screw driver shaft 1010 is rotated. A ball spring assembly 622 holds the cap driver 1002 up until the bone screw has been screwed into the bone screw receiving hole. Driver 1010 has an elongated portion that once the bone screw has been installed, the ball spring 622 is depressed and the handle 624 associated with the cap driver is permitted to descend for rotation of the cap 610. A tubular housing can be employed to assist in aligning of the cap 610 in the bone screw receiving hole, as indicated above.

The drivers shown in FIGS. 80 and 81 simplify the procedure, and reduce the number of instruments that are necessary to be used during the installation procedure. The procedure is quick and reliable, giving the physician more assurance that small watch parts will not be lost or difficult to manipulate.

FIG. 52 is a top view of the plate 600 partially installed, with threaded locking caps 600 installed in bone screw receiving holes 602.

FIGS. 53–55 show a bone screw 170 for use with the single locking plating system according to the invention. Bone screw 170 differs from bone screw 30 previously described in detail, only with regard to the stepped configuration of head 172. Preferably, bone screw 170 includes a lower portion 174 which is contiguous with the screw shank and has a reduced diameter equal to the maximum diameter of the shank 176. Portion 178 of head 172 also has smaller diameter than lower portion 174. The thread 182 has the same configuration as for the bone screw 30 discussed above. However, either embodiment of bone screws can be used with any of the plates.

As in the case of the multiple locking plating system described above, the bone screws 170 for use in the single locking plating system are preferably solid, where the screws adjoin the lower plate surface, where screws used with prior art plates are most prone to breakage, the only recess in the heads being for engagement of the tip 222 of driving tool 220 and with the recess being above the critical area. Therefore, these bone screws 170 remain robust. The screw heads are not deeply slitted into portions and the locking caps do not impose a radial outer force on the associated bone screw heads so the screw heads do not spread apart so as to be stressed and weakened.

Referring to FIGS. 71, 73 and 75 another alternative embodiment of the single locking plate system of the present invention is shown and referred to by the number 500. The plate 500 has the same contour as the plate 2 shown in FIGS. 1–5, but associated with each of the bone screw openings 502, are threaded openings 524 offset from the bone screw openings 502 for receiving the locking element 506, 508, shown in FIGS. 72 and 74 as a threaded locking set screw or cap 506 or screw 508.

It is appreciated that other configurations of single locking plates may be employed. Referring to FIG. 82, a single locking plate 900 is shown in which there are a pair of bone screw receiving holes 910 at its ends 930 and a number of bone screw receiving holes 950 along the longitudinal axis

US 6,916,320 B2

29                                                  30

of the plate 900. The additional bone screw receiving holes 950 permit a single plate to be able to be aligned with a number of different sized vertebrae disc spaces, and bone fusion grafts. As indicated above, the plate of the present invention shown in FIGS. 1–5, requires that a properly sized plate be selected by the surgeon so that each pair of bone screw receiving holes 6, 8 line up with the appropriate vertebrae. This requires a number of different sized plates to be available for optimum attachment of the bone screw receiving holes to each of the vertebrae. With the plate 900 of FIG. 82, the close spacing and increased number of central openings permit the surgeon to locate at least one appropriate opening to be aligned with each of the intermediate vertebrae, and/or bone grafts.

The procedure for installation of the single locking plates is substantially the same as described herein in detail for the multiple locking plates. The central longitudinal slot 670 in the single locking plates is used for the compression procedure. The same instrumentation is used to create the plate hole either by means of a punch or a drill. FIGS. 60–69 show the various steps in the procedure for installation of the single locking plates, comparable to the steps employed in the installation of the multiple locking plates.

Referring to FIGS. 76–79 the heads 507 and 526 of the locking elements 508 and 522 have a recess 510 and 524 corresponding to the radius of the bone screw openings 502 and 528 so that the locking element 508 and 522 may be installed in place prior to the insertion of the bone screw 170 into the bone screw receiving hole 502 and 528. When the locking elements 508 and 522 are rotated, a portion of its head extends over the top of the head of bone screw 170 to lock it in place. As with the above embodiments, the bottom surface of the locking screws 508 and 522 can have a camming or other configuration for engagement with the top surface 39 of the associated bone screw 170.

While the plate instrumentation and method have been described in association with attaching a plate to the vertebrae of the spine, it should be appreciated that the plates can be adopted for specification to other parts of the body. See, for example, application Ser. No. 09/022,344, filed Feb. 11, 1998, and titled Skeletal Plating System, now U.S. Pat. No. 6,139,550, incorporated by reference above. However, the dimensions of the plate, the specific contours and placement of the bone screw receiving holes would have to be modified.

Similarly, the bone screws described in this application could be used in other parts of the body, again being modified so as to serve their intended purposed, depending on the size of the body part in which they are to be installed.

While particular embodiments of the present invention have been shown and described, it will be obvious to those skilled in the art that changes and modifications may be made without departing from this invention in its broader aspects and, therefore, the aim in the appended claims is to cover all such changes and modifications as fall within the true spirit and scope of this invention.

While specific innovative features may have been presented in reference to specific examples, they are just examples, and it should be understood that various combinations of these innovative features beyond those specifically shown are taught such that they may now be easily alternatively combined and are hereby anticipated and claimed.

What is claimed is:

1. A plate adapted to be applied to the anterior human cervical spine for contacting the anterior aspects of at least two cervical vertebral bodies to be fused together, said plate comprising:

a mid-longitudinal axis, a lower surface being concave along a substantial portion of the mid-longitudinal axis of said plate and adapted to contact the cervical vertebral bodies, and an upper surface opposite said lower surface;

at least two bone screw receiving holes extending through said plate from said upper surface through said lower surface, each of said bone screw receiving holes having a central longitudinal axis and a radius, each of said bone screw receiving holes being adapted to receive a bone screw for engaging said plate to the cervical spine; and

opposite first and second ends along the mid-longitudinal axis of said plate, at least said first end having one of said bone screw receiving holes on each side of the mid-longitudinal axis of said plate, at least said first end having an end wall extending from said upper surface to said lower surface, said end wall being proximate to a straight line connecting the central longitudinal axes of each bone screw receiving hole at said first end, said end wall being located a distance from the line that is less than a distance of the radius of either of said bone screw receiving holes at said first end to form an indentation at said first end, said indentation having a maximum width transverse to the mid-longitudinal axis that is greater than the minimum distance separating said bone screw receiving holes at said upper surface and along the straight line.

2. The plate of claim 1, wherein said lower surface has a radius of curvature between approximately 15 cm to 30 cm.

3. The plate of claim 1, wherein said lower surface has a radius of curvature between approximately 20 cm to 25 cm.

4. The plate of claim 1, wherein said lower surface has a second concave curvature transverse to the mid-longitudinal axis of said plate, said second concave curvature having a radius of curvature between approximately 15 mm to 25 mm.

5. The plate of claim 4, wherein said second concave curvature has a radius of curvature between approximately 19 mm to 21 mm.

6. The plate of claim 1, wherein said plate has a thickness between said upper surface and said lower surface of between approximately 2 mm to 3 mm.

7. The plate of claim 6, wherein the thickness of said plate is between approximately 2.25 mm to 2.5 mm.

8. The plate of claim 1, wherein said plate has a generally rectangular configuration with lobes extending from at least the corners of said plate and has at least one of said bone screw receiving holes located within one of said lobes.

9. The plate of claim 1, wherein said plate has a minimum length longer than a maximum width.

10. The plate of claim 9, wherein said plate has a length sufficient to span at least three consecutive vertebral bodies.

11. The plate of claim 1, wherein the central longitudinal axis of each bone screw receiving hole is generally perpendicular to said lower surface of said plate.

12. The plate of claim 1, wherein at least a portion of said lower surface comprises a bone ingrowth material.

13. The plate of claim 1, wherein at least a portion of said lower surface comprises a bone growth material.

14. The plate of claim 1, wherein at least a portion of said plate is coated with a material to induce the formation of bone.

15. The plate of claim 1, wherein said plate comprises bone morphogenetic protein.

16. The plate of claim 1, wherein at least a portion of said plate is made of a material which is resorbable.

US 6,916,320 B2

31

17. The plate of claim 16, wherein said resorbable material is polyglyconate.

18. The plate of claim 16, wherein said resorbable material is impregnated with a fusion promoting substance.

19. The plate of claim 1, wherein at least a portion of said lower surface is textured so as to promote bone ingrowth.

20. The plate of claim 19, wherein said textured portion is impregnated with a fusion promoting substance.

21. The plate of claim 1, wherein said lower surface is porous so as to promote bone growth.

22. The plate of claim 21, wherein said lower surface has a porosity of approximately between 50 microns to 500 microns.

23. The plate of claim 22, wherein said lower surface has a porosity of approximately between 100 microns to 300 microns.

24. The plate of claim 1, in combination with an interbody implant.

25. The plate of claim 1, in combination with a bone graft.

26. The plate of claim 1, in combination with a bone growth promoting material.

27. The plate of claim 26, wherein said bone growth promoting material is at least in part other than bone.

28. The plate of claim 26, wherein said bone growth promoting material is at least in part bone.

29. The plate of claim 26, wherein said bone growth promoting material includes at least one of bone morphogenetic protein, hydroxyapatite, and hydroxyapatite tricalcium phosphate.

30. The plate of claim 1, in combination with a bioresorbable material.

31. The plate of claim 1, wherein said end wall includes a generally flat portion where said end wall is closest to the straight line.

32. The plate of claim 1, wherein said plate has a fixed length.

33. The plate of claim 1, wherein said plate includes at least one locking element recess.

34. The plate of claim 1, wherein said plate includes an opening having a central longitudinal axis along the mid-longitudinal axis of said plate, said opening being separated from one of said bone screw receiving holes at said first end by a distance that is less than the radius of either of said bone screw receiving holes at said first end.

35. The plate of claim 1, wherein said end wall includes a portion that forms an arc of a circle having a central longitudinal axis coaxial with the central longitudinal axis of one of said bone screw receiving holes at said first end.

36. A plate adapted to be applied to the anterior human cervical spine for contacting the anterior aspects of at least two cervical vertebral bodies to be fused together, said plate comprising:

a longitudinal axis, a transverse axis and a height perpendicular to the longitudinal and transverse axes of said plate;

a lower surface being concave along a substantial portion of the longitudinal axis of said plate and adapted to contact the cervical vertebral bodies, and an upper surface opposite said lower surface;

at least two bone screw receiving holes extending through said plate from said upper surface through said lower surface, each of said bone screw receiving holes being adapted to receive a bone screw for engaging said plate to the cervical spine; and

opposite ends along the longitudinal axis of said plate, each of said opposite ends having an end wall extending from said upper surface to said lower surface, at

32

least one of said ends having a recess located at the juncture of said end wall and said lower surface, said recess being configured to cooperate with a compression tool for compressing at least two vertebral bodies toward each other, said recess having a height perpendicular to the longitudinal and transverse axes of said plate, the height of said recess being less than the height of said plate at said end wall.

37. The plate of claim 36, wherein said lower surface has a radius of curvature between approximately 15 cm to 30 cm.

38. The plate of claim 36, wherein said lower surface has a radius of curvature between approximately 20 cm to 25 cm.

39. The plate of claim 36, wherein said lower surface has a second concave curvature transverse to the longitudinal axis of said plate, said second concave curvature having a radius of curvature between approximately 15 mm to 25 mm.

40. The plate of claim 39, wherein said second concave curvature has a radius of curvature between approximately 19 mm to 21 mm.

41. The plate of claim 36, wherein said plate has a thickness between said upper surface and said lower surface of between approximately 2 mm to 3 mm.

42. The plate of claim 41, wherein the thickness of said plate is between approximately 2.25 mm to 2.5 mm.

43. The plate of claim 36, wherein said plate has a generally rectangular configuration with lobes extending from at least the corners of said plate and has at least one of said bone screw receiving holes located within one of said lobes.

44. The plate of claim 36, wherein said plate has a minimum length longer than a maximum width.

45. The plate of claim 44, wherein said plate has a length sufficient to span at least three consecutive vertebral bodies.

46. The plate of claim 36, wherein at least a portion of said lower surface comprises a bone ingrowth material.

47. The plate of claim 36, wherein at least a portion of said lower surface comprises a bone growth material.

48. The plate of claim 36, wherein at least a portion of said plate is coated with a material to induce the formation of bone.

49. The plate of claim 36, wherein said plate comprises bone morphogenetic protein.

50. The plate of claim 36, wherein at least a portion of said plate is made of a material which is resorbable.

51. The plate of claim 50, wherein said resorbable material is polyglyconate.

52. The plate of claim 50, wherein said resorbable material is impregnated with a fusion promoting substance.

53. The plate of claim 36, wherein at least a portion of said lower surface is textured so as to promote bone ingrowth.

54. The plate of claim 53, wherein said textured portion is impregnated with a fusion promoting substance.

55. The plate of claim 36, wherein said lower surface is porous so as to promote bone growth.

56. The plate of claim 55, wherein said lower surface has a porosity of approximately between 50 microns to 500 microns.

57. The plate of claim 56, wherein said lower surface has a porosity of approximately between 100 microns to 300 microns.

58. The plate of claim 36, in combination with an interbody implant.

59. The plate of claim 36, in combination with a bone graft.

60. The plate of claim 36, in combination with a bone growth promoting material.

US 6,916,320 B2

33

**61**. The plate of claim **60**, wherein said bone growth promoting material is at least in part other than bone.

**62**. The plate of claim **60**, wherein said bone growth promoting material is at least in part bone.

**63**. The plate of claim **60**, wherein said bone growth promoting material includes at least one of bone morpho-

34

genetic protein, hydroxyapatite, and hydroxyapatite tricalcium phosphate.

**64**. The plate of claim **36**, in combination with a bioresorbable material.

* * * * *

# EXHIBIT G



US006945933B2

(12) **United States Patent**

Branch et al.

(10) Patent No.: **US 6,945,933 B2**

(45) Date of Patent: **Sep. 20, 2005**

(54) **INSTRUMENTS AND METHODS FOR MINIMALLY INVASIVE TISSUE RETRACTION AND SURGERY**

(75) Inventors: **Charles L. Branch**, Advance, NC (US); **Kevin T. Foley**, Germantown, TN (US); **Thomas E. Roehm, III**, Braden, TN (US); **Anthony J. Melkent**, Germantown, TN (US)

(73) Assignee: **SDGI Holdings, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 92 days.

(21) Appl. No.: **10/180,658**

(22) Filed: **Jun. 26, 2002**

(65) **Prior Publication Data**

US 2004/0002629 A1 Jan. 1, 2004

(51) Int. Cl.[7] ................................................. **A61B 1/32**

(52) U.S. Cl. ........................ 600/210; 600/214; 600/215; 600/233

(58) Field of Search ................................ 600/114, 232, 600/233, 210, 213, 214, 235, 215, 205, 201, 218, 221, 224, 219, 206, 207, 208; 606/119, 197, 198, 96, 206, 207

(56) **References Cited**

U.S. PATENT DOCUMENTS

563,236 A * 6/1896 Penhall ........................ 600/220

| | | | | |
|---|---|---|---|---|
| 1,400,616 | A | | 12/1921 | McCrory |
| 2,661,735 | A | | 12/1953 | Darden |
| 3,054,398 | A | * | 9/1962 | Kobler ........................ 600/206 |
| 3,752,149 | A | | 8/1973 | Ungar et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 87 04 901 U | 7/1987 |
| EP | 1 192 905 | 9/2001 |
| FR | 1 019 217 A | 1/1952 |
| FR | 2 788 958 | 8/2000 |
| FR | 2 807 313 | 10/2001 |

OTHER PUBLICATIONS

U.S. Appl. No. 10/720,656, filed Nov. 24, 2003, Frey et al.

Primary Examiner—Pedro Philogene
(74) Attorney, Agent, or Firm—Krieg DeVault LLP

(57) **ABSTRACT**

Methods and devices retract tissue for minimally invasive surgery in a patient. A retractor includes a working channel formed by a first portion and a second portion. The first and second portions are movable relative to one another from a first configuration for insertion that minimizes trauma to skin and tissue to an enlarged configuration after insertion to further retract skin and tissue in a minimally invasive manner. Instruments are engageable to the first and second portions and operable to move the first and second portions relative to one another.

**76 Claims, 7 Drawing Sheets**



## US 6,945,933 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,788,318 A | | 1/1974 | Kim et al. |
| 4,263,899 A | * | 4/1981 | Burgin ...................... 600/213 |
| 4,545,374 A | | 10/1985 | Jacobson |
| 4,716,901 A | | 1/1988 | Jackson et al. |
| 4,747,394 A | | 5/1988 | Watanabe |
| 4,765,311 A | | 8/1988 | Kulik et al. |
| 4,817,587 A | | 4/1989 | Janese |
| 4,899,729 A | | 2/1990 | Gill et al. |
| 5,125,396 A | * | 6/1992 | Ray ........................... 600/208 |
| 5,139,511 A | | 8/1992 | Gill et al. |
| 5,158,545 A | | 10/1992 | Trudell et al. |
| 5,163,949 A | | 11/1992 | Bonutti |
| 5,197,971 A | | 3/1993 | Bonutti |
| 5,312,417 A | | 5/1994 | Wilk |
| 5,339,803 A | | 8/1994 | Mayzels et al. |
| 5,353,784 A | | 10/1994 | Nady-Mohamed |
| 5,389,080 A | | 2/1995 | Yoon |
| 5,490,819 A | | 2/1996 | Nicholas et al. |
| 5,509,893 A | * | 4/1996 | Pracas ........................ 600/224 |
| 5,512,038 A | | 4/1996 | O'Neal et al. |
| 5,549,595 A | | 8/1996 | Freitas |
| 5,573,517 A | | 11/1996 | Bonutti et al. |
| 5,674,240 A | | 10/1997 | Bonutti et al. |
| 5,681,265 A | * | 10/1997 | Maeda et al. ............... 600/219 |
| 5,707,359 A | | 1/1998 | Bufalini |
| 5,755,732 A | | 5/1998 | Green et al. |
| 5,785,648 A | * | 7/1998 | Min ........................... 600/206 |

| | | | |
|---|---|---|---|
| 5,823,947 A | | 10/1998 | Yoon et al. |
| 5,888,196 A | | 3/1999 | Bonutti |
| 5,928,139 A | * | 7/1999 | Koros et al. ................ 600/205 |
| 5,944,658 A | | 8/1999 | Koros et al. |
| 5,951,466 A | | 9/1999 | Segermark et al. |
| 5,961,499 A | | 10/1999 | Bonutti et al. |
| 5,976,146 A | | 11/1999 | Ogawa et al. |
| 6,027,518 A | | 2/2000 | Gaber |
| 6,042,540 A | | 3/2000 | Johnston et al. |
| 6,074,380 A | | 6/2000 | Byrne et al. |
| 6,083,154 A | | 7/2000 | Liu et al. |
| 6,096,046 A | * | 8/2000 | Weiss ......................... 606/119 |
| 6,099,547 A | | 8/2000 | Gellman et al. |
| 6,139,493 A | | 10/2000 | Koros et al. |
| 6,149,583 A | * | 11/2000 | Vierra et al. ................ 600/204 |
| 6,162,236 A | | 12/2000 | Osada |
| 6,171,299 B1 | | 1/2001 | Bonutti |
| 6,187,000 B1 | | 2/2001 | Davison et al. |
| 6,200,322 B1 | | 3/2001 | Branch et al. |
| 6,224,545 B1 | * | 5/2001 | Cocchia et al. ............. 600/233 |
| 6,296,609 B1 | | 10/2001 | Brau |
| 6,312,443 B1 | | 11/2001 | Stone |
| 6,325,812 B1 | | 12/2001 | Dubrul et al. |
| 6,361,492 B1 | | 3/2002 | Santilli |
| 6,371,911 B1 | | 4/2002 | Hossain et al. |
| 6,450,952 B1 | * | 9/2002 | Rioux et al. ................ 600/223 |

* cited by examiner



**Fig. 1**

**Fig. 2**



**Fig. 3**

**Fig. 4**

**Fig. 5**

**Fig. 6**



**Fig. 7**

**Fig. 8**

**Fig. 9**



**Fig. 10**



**Fig. 11**



**Fig. 12**



**Fig. 13**



**Fig. 14**

US 6,945,933 B2

1

# INSTRUMENTS AND METHODS FOR MINIMALLY INVASIVE TISSUE RETRACTION AND SURGERY

## BACKGROUND

The present invention relates to instruments and methods for performing tissue retraction and surgeries through the retracted tissue in minimally invasive procedures.

Traditional surgical procedures for pathologies located within the body can cause significant trauma to the intervening tissues. These procedures often require a long incision, extensive muscle stripping, prolonged retraction of tissues, denervation and devascularization of tissue. These procedures can require operating room time of several hours and several weeks of post-operative recovery time due to the destruction of tissue during the surgical procedure. In some cases, these invasive procedures lead to permanent scarring and pain that can be more severe than the pain leading to the surgical intervention.

The development of percutaneous procedures has yielded a major improvement in reducing recovery time and post-operative pain because minimal dissection of tissue, such as muscle tissue, is required. For example, minimally invasive surgical techniques are desirable for spinal and neurosurgical applications because of the need for access to locations within the body and the danger of damage to vital intervening tissues. While developments in minimally invasive surgery are steps in the right direction, there remains a need for further development in minimally invasive surgical instruments and methods.

## SUMMARY

The present invention is directed to methods and instruments for performing surgery in a patient. One specific application concerns instruments and methods for tissue retraction in minimally invasive spinal surgery. A further specific application includes instruments for percutaneous tissue retraction to provide access to a surgical location in the patient. Another specific application includes surgical methods performed through the percutaneously retracted tissue at any location in a patient's body. Other applications of the invention will also be apparent from the following description of the illustrated embodiments.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a perspective view of one embodiment retractor in an insertion configuration.

FIG. 2 is a perspective view of the retractor of FIG. 1 with first and second portions of the retractor separated from one another.

FIG. 3 is a perspective of another embodiment retractor in an insertion configuration.

FIG. 4 is a detailed view of one configuration of adjacent retractor portions in an insertion configuration.

FIG. 5 is a detailed view of another configuration of adjacent retractor portions in an insertion configuration.

FIG. 6 is a detailed view of another configuration of adjacent retractor portions in an insertion configuration.

FIG. 7 is a plan view of the retractor of FIG. 1 in an insertion configuration with an instrument for separating first and second portions of the retractor coupled thereto.

FIG. 8 is a section view through line 8—8 of FIG. 7 in which the retractor has been inserted over sequential tissue dilators.

2

FIG. 9 is the retractor of FIG. 8 with the working channel of the retractor enlarged.

FIG. 10 is a side view of another embodiment retractor in an insertion configuration.

FIG. 11 is the retractor of FIG. 10 with the working channel enlarged.

FIG. 12 is a perspective view of another embodiment retractor and instrument for separating first and second portions of the retractor.

FIG. 13 is a perspective view of another embodiment retractor and instrument for separating first and second portions of the retractor.

FIG. 14 is a perspective view of another embodiment retractor and instrument for separating first and second portions of the retractor.

## DESCRIPTION OF THE ILLUSTRATED EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is thereby intended. Any such alterations and further modifications in the illustrated devices and described methods, and any such further applications of the principles of the invention as illustrated herein are contemplated as would normally occur to one skilled in the art to which the invention relates.

The present invention provides instruments and methods for performing percutaneous surgery, including spinal surgeries that include one or more techniques such as laminotomy, laminectomy, foramenotomy, facetectomy, discectomy, interbody fusion, spinal nucleus or disc replacement, and implant insertion, for example. The surgery is performed through a working channel or passageway through skin and tissue of the patient provided by a retractor. Viewing of the surgical site at the working end of the retractor can be accomplished with viewing instruments mounted on the retractor, positioned over the retractor, and/or through a viewing system such as lateral fluoroscopy. The retractor is movable in situ to increase the size of the working channel to facilitate access to the working space at the distal end of the retractor while minimizing trauma to tissue surrounding the retractor. The retractor can be used with any surgical approach to the spine, including anterior, posterior, posterior mid-line, lateral, postero-lateral, and/or antero-lateral approaches, and in other regions besides the spine.

In FIG. 1 there is illustrated a retractor 20 that includes a first portion 22 and a second portion 42. First portion 22 has a distal end 24 and an opposite proximal end 26. Second portion 42 has a distal end 44 and an opposite proximal end 46. Distal ends 24, 44 can be beveled to facilitate insertion, although non-beveled ends are also contemplated. First portion 22 can be positioned adjacent to or mated with second portion 42 along adjacent ones of the longitudinal edges 25 of first portion 22 and longitudinal edges 45 of second portion 42. A working channel 50 is formed between first portion 22 and second portion 42. Working channel 50 extends between and opens at distal ends 24, 44 and proximal ends 26, 46.

Retractor 20 is insertable through skin and tissue of a patient to provide working channel 50 to the surgical site. It is contemplated that retractor 20 is inserted through the skin

US 6,945,933 B2

3

and tissue in an insertion configuration for working channel 50, such as shown in FIG. 1. In the insertion configuration, working channel 50 is substantially enclosed or circumscribed by first portion 22 and second portion 42. After insertion into the patient, working channel 50 can be enlarged by separating first portion 22 and second portion 42. Separation of first and second portions 22, 42 increases the size of working channel 50 from proximal ends 26, 46 to distal ends 24, 44.

In the insertion configuration of FIG. 1, working channel 50 is circumscribed or substantially enclosed by first portion 22 and second portion 42. Working channel 50 can have a size in the insertion configuration that allows passage of one or more surgical instruments and/or implants to the surgical location in the patient's body. It may be desirable during surgery to provide greater access to the location in the patient's body beyond the locations provided through working channel 50 in its insertion configuration. First portion 22 and second portion 42 are movable away from one another to enlarge working channel 50. In the enlarged configuration of working channel 50, a space is formed between at least of the adjacent longitudinal edges 25, 45 of first and second portions 22, 42. The space between the adjacent longitudinal edges 25, 45 exposes enlarged working channel 50 to skin and tissue of the patient between the separated first portion 22 and second portion 42. This exposed tissue can also be accessed by the surgeon through the enlarged working channel 50 with one or more instruments and/or implants. It is further contemplated that a shield, guard or tissue retractor could be placed in enlarged working channel 50 to maintain the exposed tissue away from the enlarged working channel 50.

First portion 22 includes a semi-cylindrical body 23 extending between distal end 24 and proximal end 26. A collar 28 extends about proximal end 26, and forms a lip extending about the outer surface of body 23. First portion 22 includes a first bracket member 39 extending from proximal end 26. Second portion 42 includes a semi-cylindrical body 43 extending between distal end 44 and proximal end 46. A collar 48 extends about proximal end 46 of second portion 42, and defines a lip extending about the outer surface of body 43. Second portion 42 includes a second bracket member 40 extending from proximal end 46.

A first alignment member 30 can be provided to couple a first side of first portion 22 to second portion 42 adjacent proximal ends 26, 46. A second alignment member 31 opposite first alignment member 30 can be provided to couple the other side of first portion 22 to second portion 42 adjacent proximal ends 26, 46 along another side of retractor 20. Holding member 38 can be positioned about bracket members 39, 40 to hold first portion 22 and second portion 42 adjacent one another. In one embodiment, alignment members 30, 31 are pins slidably received in holes 43 (only one shown in FIG. 2) formed in the other retractor portion when retractor 20 is in its insertion configuration. Alignment members 30, 31 maintain first portion 22 and second portion 42 in longitudinal alignment with one another during and after insertion. Holding member 38 can be resiliently biased to engage bracket members 39, 40 and maintain first portion 22 and second portion 42 adjacent one another during and after insertion. Holding member 38 can be removed from bracket members 39, 40 when it is desired to separate first and second portions 22, 42.

Other arrangements are also contemplated for aligning and releasably coupling first portion 22 and second portion 42 to one another. Examples of such arrangements include dovetail connections, fasteners, threaded coupling members,

4

clamping members, snap rings, compression bands, straps, ball-detent mechanisms, and releasably interlocking cams or tabs, for example. Examples of suitable holding members include clamps, clips, bands, straps, hooks, ties, sleeves, coupling members and/or fasteners. As shown in FIG. 3, holding member 38 can be provided with a clamping mechanism 35 to bias holding member 38 into engagement with bracket members 39, 40. Clamping mechanism 35 can include a thumb wheel and threaded shaft that bears against one or both of the bracket members 39, 40 to solidly attach holding member 38 thereto and provide a quick disconnect of holding member 38 from bracket members 39, 40.

Bracket member 39 and 40 can extend from and be integrally formed with or attached to respective ones of the collars 28, 48 of first and second portions 22, 42. Bracket members 39, 40 can also be provided as a single bracket on one of the collars 28, 48 in lieu of or in addition to bracket members 39, 40. Bracket members 39, 40 extend away from working channel 50 and are connectable to one end of a flexible or articulatable arm 41 (FIG. 7.) The opposite end of arm 41 (not shown) can be mounted on the surgical table or other support device. Arm 41 supports retractor 20 in the patient yet allows percutaneous manipulation and re-positioning of retractor 20 during surgery. It is further contemplated that more than one flexible arm 41 can be provided to engage respective ones of the retractor portions 22, 42 after enlargement of working channel 50.

With working channel 50 of retractor 20 in its insertion configuration, the opposite edges 25 of first portion 22 are adjacent respective ones of the opposite edges 45 of second portion 42. Various interfaces between the edges 25, 45 are contemplated. For example, in FIG. 4 there is shown a configuration in which edges 25 (only one shown) of first portion 22 abut along all or a portion of the adjacent edge 45 of second portion 42 in the insertion configuration for working channel 50. In FIG. 5 there is another embodiment first portion 22 having an outer recess 27 along each of the edges 25 (only one shown.) Each of the edges 45 can include an inner recess 47. Edges 25, 45 can thus interdigitate and abut one another in recesses 27, 47 in the insertion configuration for working channel 50. In FIG. 6 there is shown an overlapping arrangement in which edges 25 (only one shown) of first portion 22 can be located inside, relative to working channel 50, the adjacent edge 45 of second portion 42. It is also contemplated that edge 45 could be located inside edge 25. It is further contemplated that on one side of retractor 20 edge 25 can be inside edge 45, and on the other side of retractor 20 the other edge 45 can be inside the other edge 25. Other arrangements contemplate a gap between adjacent ones of the edges 25, 45.

Body 23 has a perimeter length along distal end 24 which can be about the same as the perimeter length of body 23 at proximal end 26. Body 43 of second portion 42 includes a perimeter length along distal end 44 which can be about the same as the perimeter length of body 43 adjacent proximal end 46. Bodies 23, 43 can have a semi-circular cross-section, and form a generally circular cross-section for working channel when placed adjacent one another, as shown in FIG. 1. Other cross-sectional shapes are also contemplated for first and second portions 22, 42, such as, for example, any open sided polygonal shape, curved shape, or combined curved/polygonal shape.

Extending proximally from collar 28 of first portion 22 is a first engagement member 32 having a head portion 36 forming a recess 33 therebelow. Extending proximally from collar 48 of second portion 42 is a second engagement member 52 having a head portion 56 forming a recess 53

US 6,945,933 B2

5

therebelow. Head portions 36, 56 can be threadingly engaged, reciprocally engaged and spring biased toward collars 28, 48, or otherwise engaged to the respective collar 28, 48 and adjustable to increase and decrease the height of the respective recess 33, 53 to receive and couple a separation instrument therein. It is also contemplated that engagement members 32, 52 can be non-adjustable, and the separation instrument configured to engage the adjacent engagement member 32, 52.

As discussed further below, an instrument for separating first portion 22 and second portion 42 can be non-releasably or releasably engaged to engagement members 32, 52 for application of a separation force to enlarge working channel 50 by separating first portion 22 and second portion 42. Such an instrument could also be releasable or non-releasably engaged to first portion 22 and second portion 42. Such an instrument could also maintain first portion 22 and second portion 42 in the initial insertion configuration and/or in the enlarged configuration for working channel 50. Other means besides the separation instrument could also be employed for maintaining first portion 22 and second portion 42 in one or both of the initial insertion configuration and the enlarged configuration for working channel 50. For example, when the separation instrument is not attached, a member could extend between and be coupled to each of the engagement members 32, 52 and/or retractor portions 22, 42.

Engagement members 32, 52 are positioned on lateral extensions 29, 49 of collars 28, 48, respectively. Lateral extensions 29, 49 extend far enough laterally to allow engagement of a separation instrument to engagement members 32, 52 without obstructing working channel 50 with the separation instrument.

It is contemplated that body 23 can be provided with a thickness 39 (FIG. 4.) Body 43 of second portion 42 can be provided with a thickness 59 (FIG. 4) that can be the same, greater than, or less than thickness 39 of first portion 22. Bodies 23, 43 can be provided with sufficient rigidity between their distal and proximal ends to separate and maintain separation of body tissue when retractor is initially inserted and also when tissue is retracted by moving first portion 22 and second portion 42 away from one another. First thickness 39 and second thickness 59 can provide first portion 22 and second portion 42, respectively, with sufficient rigidity to resist bending or bowing under the forces exerted on it by the retracted tissue. Also, body 23 has a depth 37 from edges 25 to the midpoint of wall of body 23 extending between edges 25. Depth 37 can provide a sufficient section modulus or moment of inertia in the direction of movement of first portion 22 to resist bending, bowing and/or deflection forces applied during such movement. Similarly, body 43 can have a depth 57 from edges 45 to the midpoint of wall of body 43 extending between edges 45 to provide a sufficient section modulus or moment of inertia in the direction of movement of second portion 42 to resist bending, bowing, and/or deflection forces applied during such movement.

In one specific embodiment, first portion 22 and second portion 42 are each made from surgical grade stainless steel. Other materials are also contemplated for first and second portions 22, 42, including, for example, plastics and metals and metal alloys, such as, for example, spring steel, shape memory metals and alloys, and aluminum.

In the initial insertion configuration, working channel 50 has a generally circular cross-section along retractor 20, as shown in FIGS. 1, 7 and 8. Working channel 50 has a first width 51 in the direction of movement of first portion 22

6

relative to second portion 42, and a second width 55 extending from one of the pair of adjacent edges 25, 45 to the other of the pair of adjacent edges 25, 45. In the illustrated embodiment, first and second widths 51 and 55 can be substantially the same since working channel 50 has a generally circular cross-section in its initial insertion configuration. In the enlarged configuration, as shown in FIGS. 2 and 9, second width 55 remains generally the same as in the initial insertion configuration for retractor 20, while first width 51 is increased by separating first portion 22 and second portion 42.

Various configurations for working channel 50 are contemplated. In the initial insertion configuration, working channel 50 can have a cylindrical shape with, for example, a circular, oval, elliptical, polygonal, or combined polygonal/curved cross-sectional shape. In the enlarged configuration, working channel 50 can have a cylindrical or frusto-conical shape with, for example a cross-section that is oval, elliptical, circular, curved, polygonal, or combined polygonal/curved in shape.

One specific application for retractor 20 is in spinal surgery. It is contemplated that, after insertion of retractor 20, first portion 22 and second portion 42 are separated predominantly in one direction to retract muscle and tissue along pathway 62 (FIG. 7.) For example, first and second portions 22, 42 of retractor 20 can be primarily or predominantly separable in the direction of the spinal column axis. The muscle tissue adjacent the spine has a fiber orientation that extends generally in the direction of the spinal column axis. The separation of body portions 23, 43 of retractor 20 separates the muscle tissue along the fibers, thus the amount of separation and the resultant tearing and trauma to the muscle tissue can be minimized. It is also contemplated in other techniques employing retractor 20 that working channel 50 can be enlarged primarily in a direction other than along the spinal column axis or in areas other than spine. Embodiments of retractor 20 are also contemplated in which working channel 50 is enlarged substantially in one direction or in all directions.

Referring now to FIGS. 7–9, one example of a method for positioning of retractor 20 through the skin 60 and tissue 68 of the patient will be described. An incision is made in skin 60 adjacent the location of a patient's anatomy to be accessed. For example, in spinal surgery, the incision can be made at a vertebral level at a location that provides access to the disc space between adjacent vertebrae or to one or more vertebra through a desired approach. Prior to insertion of retractor 20, skin 60 and tissue 68 can be sequentially dilated via dilation instrument set 66 which can include guidewires and/or one or more tissue dilators of increasing size. The tissue dilators are inserted one over another to form a pathway 62 through skin 60 and tissue 68 to the surgical site in the patient. In such procedures, retractor 20 is positioned over the last inserted dilator to form pathway 62 in the skin and tissue. Working channel 50 through retractor 20 provides access to a working space 64 at the distal end of retractor 20 when the guidewires and dilators, if used, are removed therefrom.

For the entire surgery or for certain procedures during the surgery, it may be desired by the surgeon to increase the size of working channel 50 to facilitate access working space 64 below the distal end of retractor 20, or to increase the size of working space 64. First and second portions 22, 42 of retractor 20 can be separated from their insertion configuration to a separated configuration in which working channel 50 is enlarged, as shown in FIG. 9. In the enlarged configuration, first portion 22 and second portion 42 can be

US 6,945,933 B2

7

moved laterally and/or pivoted away from one another by a separation instrument. One example of a separation instrument is separation instrument 70 extending between and coupled to engagement members 32, 52. Adjacent ones of the edges 25, 45 are separated by a space 69, exposing working channel 50 to the skin and tissue along pathway 62 while first and second portions 22, 42 hold tissue out of the operative field. In the enlarged configuration, working channel 50 and thus pathway 62 are enlarged through the through skin 60 and tissue 68 formed by first portion 22 and second portion 42. The size of working space 64 can be increased while minimizing trauma to the tissue and skin along pathway 62.

First and second portions 22, 42 can be pivoted or rotated away from one another about their proximal ends to provide working channel 50 with a tapered configuration that reduces in size from the distal end of retractor 20 adjacent working space 64 through skin 60 to the proximal end of retractor 20. A tapered working channel provides the surgeon greater access and increased visualization of working space 64 while minimizing tissue retraction. The tapered working channel 50 also allows greater angulation of instruments placed through working channel 50, more selection in positioning of instruments within working channel 50, and the ability to position instruments adjacent the inner wall surfaces of the separated first and second portions 22, 42, increasing the room available at working space 64 for multiple instruments.

Viewing instruments can be positioned in or adjacent to working channel 50 to facilitate surgeon viewing of working space 64 and the operative site. For example, an endoscopic viewing element can be mounted on the proximal end of retractor 20 with a scope portion extending along working channel 50. A microscopic viewing element can be positioned over the proximal end of retractor 20 for viewing working space 64 and the surgical site. Other imaging techniques, such as lateral fluoroscopy, can be used alone or in combination with the endoscopic and microscopic viewing elements. It is further contemplated that other instruments can be mounted on the proximal end of retractor 20, such as nerve root retractors, tissue retractors, forceps, cutter, drills, scrapers, reamers, separators, rongeurs, taps, cauterization instruments, irrigation and/or aspiration instruments, illumination instruments and the like for use in surgical procedures through retractor 20 in the working space. Such viewing instruments and other instruments can be employed with working channel 50 in its initial insertion configuration and/or its enlarged configuration.

Referring now to FIG. 7, further details regarding one embodiment instrument 70 for separating first and second portions 22, 42 will be provided. Instrument 70 includes a rack portion 72 and a body portion 74. Rack portion 72 includes a foot portion 76 releasably engageable to engagement member 52, and body portion 74 includes a foot portion 78 releasably engageable to engagement member 32. Rack portion 72 includes an extension 80 received through a housing 82 of body portion 74. Housing 82 includes a pinion 84 rotatably mounted therein and engaged with teeth 86 of extension 80. Pinion 84 can be engaged by a tool or manually by the surgeon and rotated to move rack portion 72 relative to body portion 74, thereby moving feet portion 76, 78 away from one another to separate first portion 22 and second portion 42 to enlarge working channel 50. A stop member 88 can be provided at the end of or at any position along extension 80 to prevent over-separation of first portion 22 and second portion 42.

Referring now to FIGS. 10 and 11, another embodiment retractor 20 is shown in which retractor portions 22, 42 are

8

simultaneously separable from one another and pivotal relative to one another to enlarge working channel 50. Collar 28 includes an extension 300 extending from body 23 of first portion 22 generally in the direction of separation of first portion 22 from second portion 42. Collar 48 includes an extension 302 extending from body 43 of second portion 42 generally in the direction of separation of second portion 42 from first portion 22. In the insertion configuration of FIG. 10, extension 300 extends distally from collar 28 at an angle 304, and extension 302 extends distally from collar 48 at an angle 306. Engagement members 32, 52 extend proximally from respective ones of the extensions 300, 302.

In FIG. 11, working channel 50 has been enlarged by application of a lateral separation force with, for example, separation instrument 70 discussed above or instrument 220 discussed below, as indicated by arrows 312, 314. The lateral separation forces move first portion 22 away from second portion 42. The lateral separation forces are applied to the engagement members 32, 52 on the angled extensions 300, 302. Angled extensions 300, 302 tend to cause distal ends 24, 44 to pivot or rotate away from one another as angled extensions 300, 302 are rotated or pivoted in the direction in which lateral forces 314, 316 are applied. As a result, edges 25, 45 form angle 307 therebetween and provide working channel 50 with an enlarged, frusto-elliptical shape between the distal ends 24, 44 and proximal ends 26, 46. Distal ends 24, 44 are separated at edges 25, 45 by a distance 308, which is greater than the distance 310 separating edges 25, 45 adjacent proximal ends 26, 46.

Referring now to FIG. 12, there is shown retractor 20 with another embodiment instrument 90 for separating first portion 22 and second portion 42. Instrument 90 includes a rotational separator 92 and a lateral separator 110. Rotational separator 92 is operable to rotate or pivot first portion 22 and second portion 42 relative to one another about their proximal ends 26, 46 to move distal ends 24, 44 away from one another. Lateral separator 110 is operable to move first portion 22 and second portion 24 away from one another by separating proximal ends 26, 46 and distal ends 24, 44 laterally. As discussed further below, instrument 90 can be coupled to engagement members (not shown) of the first and second portions 22, 42 located adjacent one of the edges 25, 45 and extending laterally from the respective first and second portions 22, 42. Rotational separator 92 and lateral separator 110 can be operated sequentially to pivot then laterally separate, or laterally separate and then pivot first and second portions 22, 42. Rotational separator 92 and lateral separator 110 can also be operated simultaneously to pivot/rotate and laterally separate first and second portions 22, 42.

Rotational separator 92 includes a first handle 94 and a second handle 96. First handle 94 is mounted to a first coupling member 98, and second handle 96 is mounted to a second coupling member 100. First coupling member 98 of rotational separator 92 is non-rotatably coupled to the lateral engagement member of first portion 22, and second coupling member 100 of rotational separator 92 is non-rotatably coupled to the lateral engagement member of second portion 42. First and second portions 22, 42 are pivotal or rotatable away from one another by moving first handle 94 in the direction of arrow 105 toward second handle 96, and by moving second handle 96 in the direction of arrow 106 toward first handle 94. Movement of handles 94, 96 in the direction of arrows 105, 106 rotates the proximal ends of coupling members 98, 100 toward one another to effect the pivotal or rotational movement of first and second portions 22, 42. Handles 94, 96 can be pivotally coupled to connec-

US 6,945,933 B2

9

tors **98, 100** for rotation in the direction of arrow **108** to move handles **94, 96** away from the proximal end opening of working channel **50** and provide the surgeon clear access thereto.

Lateral separator **110** extends laterally from retractor **20** transversely to the direction of separation of first portion **22** and second portion **42**. Lateral separator **110** includes a first handle **112** and a second handle **114**. A first coupling member **116** is pivotally coupled at a mid-portion thereof to first handle **112**, and a second coupling member **118** is pivotally coupled at a mid-portion thereof to second handle **114**. Coupling members **116, 118** are rotationally coupled at their distal ends to respective ones of the lateral engagement members extending from first portion **22** and second portion **42**. A first link **120** extends between and is pivotally coupled at one end to first handle **112** and at its opposite end to second coupling member **118**. A second link **122** extends between and is pivotally coupled at one end to second handle **114** and at its opposite end to first coupling member **116**. First coupling member **116** includes a first tab **134** that rotatably receives the lateral engagement member extending from first portion **22**. Second coupling member **118** includes a second tab **136** that rotatably receives the lateral engagement member extending from second portion **42**.

First link **120** includes a first slot **124**, and second link **122** includes a second slot **126**. A locking pin **128** extends through slots **124, 126** and couples links **120, 122** to one another. To laterally separate first portion **22** from second portion **42**, locking pin **128** is loosened so the links **120, 122** are movable relative to one another. First handle **112** is moved in the direction of arrow **130** toward second handle **114**, and second handle **114** is moved in the direction of arrow **132** toward first handle **112**. First link **120** pushes outwardly on second coupling member **118** while second handle **114** pulls outwardly on second coupling member **118**. Similarly, second link **122** pushes outwardly on first coupling member **116** while first handle **112** pulls outwardly on first coupling member **116**. Coupling members **116, 118** thus laterally move away from one another. This separates first and second portions **22, 42** such that edges **25, 45** are displaced laterally the same relative distance from one another between proximal ends **26, 46** and distal ends **24, 44**. Locking pin **128** can then be threaded to clamp link members **120, 122** together and prevent further movement of lateral separator **110**. Movement of handles **112, 114** in the direction opposite arrows **130, 132** moves first and second portion **22, 42** toward one another, and, if pivoted, movement of handles **94, 96** toward one another can pivot first and second portions **22, 42** toward one another to reduce working channel **50** for easier removal of retractor **20** from the incision.

First and second adjustment mechanisms **102, 104** are provided for small incremental adjustment in the rotational positioning of first portion **22** and second portion **42**, respectively. First adjustment mechanism **102** extends through first tab **134** and engages first coupling member **98**. As first adjustment mechanism **102** is threaded toward first tab **134**, the end of first adjustment mechanism **102** pushes on first coupling member **98**, causing first coupling member **98** and first handle **94** along with first portion **22** to pivot or rotate relative first tab **134**. Adjustment mechanism **102** can also engage first coupling member **98** to maintain first portion **22** in a pivoted or rotated position provided through first handle **94**. Similarly, second adjustment mechanism **104** extends through second tab **136** and engages second coupling member **100**. As second adjustment mechanism **104** is threaded toward second tab **136**, the end of second adjustment mecha-

10

nism **104** pushes on second coupling member **100**, causing second coupling member **100** and second handle **96** along with second portion **42** to pivot or rotate relative second tab **136**. Second adjustment mechanism **104** can also engage second coupling member **100** and maintain second portion **42** in a pivoted or rotated position provided through second handle **96**.

In use, the resistance to retraction provided by the tissue may prevent distal ends **24, 44** from separating as far as proximal ends **26, 46** when a separation force is applied with lateral separator **110**. Rotational separator **92** can be used to move distal ends **24, 44** away from one another to provide the desired separation between edges **25, 45** along the length of first and second portions **22, 42**.

Referring now to FIG. 13, there is shown retractor **20** with another embodiment instrument **140** for separating first portion **22** and second portion **42**. Instrument **140** includes a rotational separator **142** and a lateral separator **160**. Rotational separator **142** is operable to rotate or pivot first portion **22** and second portion **42** relative to one another about their proximal ends **26, 46** to move distal ends **24, 44** away from one another. Lateral separator **160** is operable to move first portion **22** and second portion **24** away from one another by separating proximal ends **26, 46** and distal ends **24, 44** laterally. Rotational separator **142** and lateral separator **160** can be operated sequentially to pivot then laterally separate, or laterally separate and then pivot first and second portions **22, 42**. Rotational separator **142** and lateral separator **160** can also be operated simultaneously to pivot/rotate and laterally separate first and second portions **22, 42**.

Rotational separator **142** includes a first handle **144** and a second handle **146**. First handle **144** has a first coupling member **148**, and second handle **146** has a second coupling member **150**. First coupling member **148** includes a slot **149** to receive engagement member **32** of first portion **22**, and second coupling member **150** includes a slot **151** to receive engagement member **52** of second portion **42**. First and second portions **22, 42** are pivotal or rotatable away from one another by moving first handle **144** in the direction of arrow **155** toward second handle **146**, and by moving second handle **146** in the direction of arrow **156** toward first handle **144**. Movement of handles **144, 146** in the direction of arrows **155, 156** moves coupling members **148, 150** away from one another to effect the pivotal or rotational movement of first and second portions **22, 42** relative to one another.

Lateral separator **160** includes a first handle **162** and a second handle **164**. A first connector **166** is pivotally coupled at a mid-portion thereof to first handle **162**, and a second connector **168** is pivotally coupled at a mid-portion thereof to second handle **164**. Connectors **166, 168** are pivotally coupled at their distal ends to respective ones of first handle **144** and second handle **146** of rotational separator **142**.

A first link **170** extends between and is pivotally coupled at one end to first handle **162** and at its opposite end to second connector **168**. A second link **172** extends between and is pivotally coupled at one end to second handle **164** and at its opposite end to first connector **166**. First connector **166** includes a first locking member **152** pivotally coupled thereto that can extend through and releasably engage first handle **144**. Second connector **168** includes a second locking member **154** pivotally coupled thereto that can extend through and releasably engage second handle **146**. Locking members **152, 154** can selectively engage and maintain the positioning of handles **142, 144** at any one of a number of positions to which first portion **22** and second portion **42** have been rotated or pivoted by rotational separator **142**.

US 6,945,933 B2

11

First link 170 includes a first slot 174, and second link 172 includes a second slot 176. A locking pin 178 extends through slots 174, 176 and couples links 170, 172 to one another. To laterally separate first portion 22 from second portion 42, locking pin 178 is loosened so links 170, 172 are movable relative to one another. First handle 162 is moved in the direction of arrow 180 toward second handle 164, and second handle 164 is moved in the direction of arrow 182 toward first handle 162. First link 170 pushes outwardly on second coupling member 168 while second handle 164 pulls outwardly on second coupling member 168. Similarly, second link 172 pushes outwardly on first coupling member 166 while first handle 162 pulls outwardly on first coupling member 166. Coupling members 166, 168 laterally move connecting portions 148 away from one another. Thus, actuation of handles 162, 164 laterally separates the connected first and second portions 22, 42 such that edges 25, 45 are laterally displaced relative to one another between proximal ends 26, 46 and distal ends 24, 44. Locking pin 178 can then be threaded to clamp link members 170, 172 together and prevent further movement of lateral separator 160. Movement of handles 162, 164 in the direction opposite arrows 180, 182 moves first and second portion 22, 42 toward one another to reduce the spacing therebetween for easier removal of retractor 20 from the incision.

In use, the resistance to retraction provided by the tissue may prevent distal ends 24, 44 from separating as far as proximal ends 26, 46 when a separation force is applied with lateral separator 160. Rotational separator 142 can be used to move distal ends 24, 44 away from one another to provide the desired separation between edges 25, 45 along the length of first and second portions 22, 42.

Instrument 140 is positioned over the proximal end opening of working channel 50. To provide clear access to working channel 50 for the surgeon, instrument 140 can be removed from retractor 20, and a guide mechanism 190 can maintain the lateral and rotational positioning of first portion 22 and second portion 42 obtained with instrument 140. Guide mechanism 190 includes a guide member 200 having a slot 202 formed therein. Guide member 200 extends between first portion 22 and second portion 42 along one side thereof, and first and second portions 22, 42 are coupled thereto. It is also contemplated that a second guide member could be provided on the other side of retractor 20.

A first coupling member 192 is movably mounted in slot 202 of guide member 200 adjacent first portion 22, and a second coupling member 214 is movably mounted in slot 202 of guide member 200 adjacent second portion 42. First portion 22 includes a first ear 208 extending from collar 28 pivotally coupled at one end 194 of first coupling member 192. At the other end of first coupling member 192 is a cam locking mechanism 196 that is releasably engageable to guide member 200 to maintain the positioning of first portion 22 along guide member 200. Second portion 42 includes a second ear 210 extending from collar 48 that is pivotally coupled at one end 212 of second coupling member 214. At the other end of second coupling member 214 is a cam locking mechanism 216 that is releasably engageable to guide member 200 to maintain the positioning of second portion 42 along guide member 200.

First and second adjustment mechanisms 198, 206 are provided for small incremental adjustment in the rotational positioning of first portion 22 and second portion 42, respectively. First adjustment mechanism 198 extends through first ear 208 and engages first coupling member 192. As first adjustment mechanism 198 is threaded toward first ear 208, the end of first adjustment mechanism 198 engages first

12

coupling member 192, maintaining first portion 22 in its pivoted position relative to guide member 200. First adjustment mechanism 198 can also be manipulated by the surgeon for small adjustments in the pivotal position of first portion 22 relative to guide member 200 and second portion 42. Second adjustment mechanism 206 extends through second ear 210 and engages second coupling member 214. As second adjustment mechanism 206 is threaded toward second ear 210, the end of second adjustment mechanism 206 engages second coupling member 214 to maintain second portion 42 in its pivoted position relative to guide member 200. Second adjustment mechanism 206 can also be manipulated by the surgeon to make adjustments in the pivotal position of second portion 42 relative to guide member 200 and first portion 22.

Referring now to FIG. 14, there is shown another embodiment instrument 220 for separating first and second portions 22, 42 of retractor 20. Instrument 220 includes a first handle 222 pivotally coupled to a second handle 224 about pin 226. First handle 222 includes a distal portion 223 having a coupling member 228. Coupling member 228 includes a slot 230 for receiving engagement member 32 of first portion 22 therein. Second handle 224 includes a distal portion 225 having a coupling member 232. Coupling member 232 includes a slot 234 for receiving engagement member 52 of second portion 42 therein. A locking member 236 is pivotally coupled at one end to first handle 222, and extends through slot 238 of second handle 224 for releasable locking engagement therewith.

In use, instrument 220 is mounted on retractor 20 with coupling members 228, 232 in engagement with respective ones of engagement members 32, 52. Handles 222, 224 are moved toward one another in the direction indicated by arrows 240, 242 to move coupling members 228, 232 away from one another. In turn, first portion 22 and second portion 42 are separated from one another.

Retractor 20 can be adapted to guide first and second portions 22, 42 during separation and to maintain the separation provided with instrument 220. In the illustrated embodiment, collar 28 of first portion 22 includes opposite first and second ears 240, 242 extending beyond the adjacent edges 25 toward second portion 42. Second portion 42 includes first guide member 246 positionable over first ear 240, and second guide member 250 positionable over second ear 242. First guide member 246 includes a slot 248 and second guide member 250 includes a slot 252. A first cam locking mechanism 254 extends through slot 248 and couples first ear 240 to first guide member 248. A second cam locking mechanism 256 extends through slot 252 and couples second ear 242 to second guide member 250.

First cam locking mechanism 254 includes a lever 258 that clamps a locking body 260 against first ear 240 and first guide member 246, as shown in FIG. 14. Similarly, second cam locking mechanism 256 includes a lever 262 that clamps a locking body 264 against second ear 242 and second guide member 250, as shown in FIG. 14. When it is desired to move first portion 22 and/or second portion 42, levers 258 and 262 are rotated to release the respective clamped locking body 260, 264, respectively. Instrument 220 can then be used to apply a separation force, or first and second portions 22, 42 can be moved toward one another for easy removal from the incision.

It is contemplated that guide members 246, 250 can be curved or arcuate to follow the path of coupling members 228, 232 as coupling members 228, 232 are separated with handles 222, 224. In this manner, first portion 22 and second

US 6,945,933 B2

13

portion **42** are simultaneously pivoted/rotated and laterally separated with instrument **220**. It is further contemplated that one or more guide members between first portion **22** and second portion **42** could be configured to provide only a lateral separation path or only a rotational separation path. Other embodiments contemplate guide members which provide a combined rotational and lateral separation path.

It is contemplated that for spinal surgery various retractors **20** can be provided in a kit with lengths ranging from 20 millimeters to 100 millimeters in increments of 10 or 20 millimeters. It is further contemplated that retractor **20** can be provided in a kit with various sized working insertion configurations, such as 14, 16, 18, 20, 21 or 25 millimeters for initial insertion width **55**. It should be understood, however, that the present invention contemplates that retractor **20** can have other lengths and diameters and can be provided in a kit with different increments. The appropriate length for retractor **20** will depend on the depth of the desired surgical location below the skin of the patient, the anatomical location of the surgery, and the patient's anatomy. These factors in retractor selection can be evaluated through pre-operative planning prior to surgery by x-rays or other known imaging technique, and can be adjusted during the surgical procedure if necessary since retractors of differing lengths and working channel sizes can be made available.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, and that all changes and modifications that come within the spirit of the invention are desired to be protected.

What is claimed is:

1. A tissue retractor for percutaneous surgery in a patient, comprising:

a first portion having a proximal end and a distal end; and

a second portion having a proximal end and a distal end, said second portion forming with said first portion a working channel in communication with an exterior of said first and second portions at said proximal ends and said distal ends with said working channel being enclosed by said first portion and said second portion between said distal and proximal ends, wherein said working channel is enlargeable by laterally moving each of said first and second portions away from one another and pivoting each of said distal ends of said first and second portions away from one another such that only a portion of said working channel is enclosed by said first and second portions.

2. The retractor of claim 1, further comprising a first bracket member extending from said proximal end of said first portion and a second bracket member extending from said proximal end of said second portion, wherein said first and second bracket members are positionable adjacent one another for engagement with a flexible arm.

3. The retractor of claim 1, wherein said first portion includes a collar about said proximal end thereof and said second portion includes a collar about said proximal end thereof, each of said collars including an engagement member extending proximally therefrom.

4. The retractor of claim 1, wherein each of said first and second portions includes a semi-cylindrical body.

5. The retractor of claim 4, wherein said bodies of said first and second portions are rigid.

6. The retractor of claim 1, wherein:

said first portion includes opposite edges extending therealong between said proximal end and said distal end thereof;

14

said second portion includes opposite edges extending therealong between said proximal end and said distal end thereof;

when said working channel is enclosed said opposite edges of said first portion are adjacent respective ones of said opposite edges of said second portion; and

when said working channel is enlarged said opposite edges of said first portion are separated from respective ones of said opposite edges of said second portion.

7. The retractor of claim 6, wherein said opposite edges of said first portion abut with an adjacent one of said opposite edges of said second portion when said working channel is substantially enclosed by said first and second portions.

8. The retractor of claim 6, wherein said opposite edges of said first portion overlap with an adjacent one of said opposite edges of said second portion when said working channel is substantially enclosed by said first and second portions.

9. The retractor of claim 6, wherein said opposite edges of said first portion interdigitate with an adjacent one of said opposite edges of said second portion when said working channel is substantially enclosed by said first and second portions.

10. The retractor of claim 1, wherein:

one of said first portion and said second portion includes an alignment member extending toward the other of said first portion and said second portion; and

the other of said first portion and said second portion includes a receptacle for receiving said alignment member.

11. The retractor of claim 10, wherein said alignment member extends from an edge of said one of said first portion and said second portion facing the other of said first portion and said second portion, and said receptacle is formed in an edge of said other of said first portion and said second portion facing said one of said first portion and said second portion.

12. The retractor of claim 1, further comprising a guide member extending between said first portion and said second portion, each of said first portion and said second portion engageable with said guide member to secure said first portion and said second portion at any one of a number of locations along said guide member.

13. The retractor of claim 12, wherein each of said first and second portions are further engageable with said guide member to secure said first and second portions at any one of a number of pivotal orientations relative to said guide member.

14. The retractor of claim 12, further comprising a separation instrument engageable to said proximal ends of said first and second portions, said separation instrument operable to move at least one of said first and second portions along said guide member.

15. The retractor of claim 14, wherein said guide member includes an arcuate profile between said first portion and said second portion and said separation instrument is operable to simultaneously separate and pivot said first and second portions away from one another along said guide member.

16. The retractor of claim 14, wherein said separation instrument has a lateral separator operable to laterally separate said first and second portions along said guide member and a rotational separator operable to pivot said first and second portions relative to said guide member.

17. The retractor of claim 12, wherein said guide member is pivotally coupled to said proximal ends of each of said first and second portions.

US 6,945,933 B2

15

**18**. The retractor of claim **12**, wherein:

said first portion includes an ear extending from said proximal end thereof toward said second portion;

said guide member is an extension of said proximal end of said second portion; and

said ear is engageable with said guide member.

**19**. The retractor of claim **18**, wherein said guide member includes a slot, and further comprising a cam locking mechanism extending through said slot and coupled to said ear, said cam locking mechanism having a first position locking said ear to said guide member and a second position wherein said ear is moveable along said guide member.

**20**. The retractor of claim **1**, further comprising a separation instrument engageable to said first and second portions, said separation instrument including a lateral separator for laterally separating said first and second portions and a rotational separator for pivoting said first and second portions relative to one another.

**21**. The retractor of claim **20**, wherein:

said lateral separator extends laterally from said first and second portions transversely to a lateral separation direction of said first and second portions; and

said rotational separator extends proximally from said first and second portions.

**22**. The retractor of claim **21**, wherein said rotational separator is pivotal to a lateral orientation along said lateral separator to clear access to said working channel from said proximal ends of said first and second portions.

**23**. The retractor of claim **1**, wherein said working channel has a generally circular cross-section when enclosed by said first and second portions and a generally oval cross-section when said first and second portions are separated.

**24**. A tissue retractor for percutaneous surgery in a patient, comprising:

a first portion and a second portion adjacent said first portion, said first and second portions each having a length between a distal end and a proximal end thereof such that said proximal ends are positionable outside the patient and said distal ends are positionable in the patient;

a working channel between said first and second portions sized to receive at least one surgical instrument for performance of a surgical procedure; and

said working channel having an insertion configuration wherein said working channel has a cross-section circumscribed by said first and second portions and an enlarged configuration wherein each of said first and said portions are laterally separable and pivotable relative to one another to provide said working channel with a cross-section circumscribeable by each of said first and second portions and tissue of the patient between said first and second portions when said working channel is enlarged in the patient.

**25**. The retractor of claim **24**, wherein said cross-section of said working channel is circular in said insertion configuration and said cross-section of said working channel is oval in said enlarged configuration.

**26**. The retractor of claim **24**, wherein said first portion includes opposite edges extending between said distal and proximal ends thereof, said second portion includes opposite edges extending between said distal and proximal ends thereof abutting said edges of said first portion with said working channel in said insertion configuration.

**27**. The retractor of claim **24**, wherein:

said first portion includes opposite edges extending therealong between said proximal end and said distal end thereof;

16

said second portion includes opposite edges extending therealong between said proximal end and said distal end thereof;

when said working channel is in said insertion configuration said opposite edges of said first portion are adjacent respective ones of said opposite edges of said second portion; and

when said working channel is in said enlarged configuration said opposite edges of said first portion are separated from respective ones of said opposite edges of said second portion.

**28**. The retractor of claim **24**, wherein each of said first and second portions has a body with a semi-circular cross-section.

**29**. The retractor of claim **24**, wherein:

said first portion includes a first collar adjacent said proximal end having a first engagement member extending therefrom; and

said second portion includes a second collar adjacent said proximal end having a second engagement member extending therefrom.

**30**. The retractor of claim **29**, wherein said first collar includes a first extension extending at a distal angle relative to said first collar and said second collar includes a second extension extending at a distal angle relative to said second collar, said first engagement member extending from said first extension and said second engagement member extending from said second extension.

**31**. The retractor of claim **29**, wherein:

said first collar includes an ear extending therefrom toward said second portion;

said second collar includes a guide member extending therefrom toward said first portion; and

said ear is engageable at any one of a number of locations along said guide member as said first portion and said second portion are separated from one another.

**32**. The retractor of claim **31**, further comprising a cam locking mechanism for releasably engaging said ear to said guide member.

**33**. The retractor of claim **29**, further comprising a separation instrument removably engageable to said first and second engagement members.

**34**. The retractor of claim **33**, wherein said separation instrument is configured for application of a lateral separation force and a pivotal separation force to said first and second portions.

**35**. The retractor of claim **24**, further comprising a separation instrument removably engageable to each of said first and second portions.

**36**. The retractor of claim **35**, wherein said separation instrument is operable to simultaneously laterally separate and pivotally separate said first and second portions.

**37**. A tissue retractor for percutaneous surgery in a patient, comprising:

a first portion extending between a proximal end and a distal end;

a second portion extending between a proximal and a distal end, said first and second portions forming a working channel between said distal ends and said proximal ends of said first and second portions, said working channel having an insertion configuration wherein said working channel is substantially circumscribed by said first and second portions, said working channel having an enlarged configuration wherein said first portion is separated from said second portion; and

US 6,945,933 B2

17 | 18

means for simultaneously laterally separating and pivoting each of said first and second portions relative to the other of said first and second portions.

**38.** The retractor of claim **37**, wherein said means includes:

a first distally angled extension extending from said proximal end of said first portion and a first engagement member extending proximally from said first extension; and

a second distally angled extension extending from said proximal end of said second portion and a second engagement member extending proximally from said second extension.

**39.** The retractor of claim **37**, wherein said means comprises a guide member extending between said first portion and said second portion, at least one of said first portion and said second portion being engageable with said guide member to secure said at least one of said first portion and said second portion at any one of a number of locations along said guide member.

**40.** The retractor of claim **39**, wherein each of said first and second portions are movable along and pivotal with respect to said guide member.

**41.** The retractor of claim **39**, wherein said means further comprises a separation instrument engageable to said proximal ends of said first and second portions, said separation instrument operable to move said at least one of said first and second portions along said guide member.

**42.** The retractor of claim **41**, wherein said guide member includes an arcuate profile between said first portion and said second portion.

**43.** The retractor of claim **41**, wherein said separation instrument has a lateral separator operable to laterally separate said first and second portions along said guide member and a rotational separator operable to pivot said first and second portions relative to said guide member.

**44.** The retractor of claim **39**, wherein said guide member is pivotally coupled to a proximal end of said first portion and to a proximal end of said second portion.

**45.** The retractor of claim **39**, wherein:

said first portion includes an ear extending from said proximal end thereof;

said guide member is an extension of said proximal end of said second portion;

and said ear is movably engaged with said guide member.

**46.** The retractor of claim **45**, further comprising a second guide member extending between said first portion and said second portion opposite said guide member.

**47.** The retractor of claim **37**, wherein said means comprises a separation instrument engageable to said first and second portions, said separation instrument including a lateral separator for laterally separating said first and second portions and a rotational separator for pivoting said first and second portions relative to one another.

**48.** The retractor of claim **37**, wherein said means comprises a separation instrument engageable to said first and second portions, said separation instrument including:

a lateral separator extending laterally from said first and second portions transversely to a lateral separation direction of said first and second portions; and

a rotational separator for pivoting said first and second portions relative to one another, said rotational separator extending proximally from said first and second portions.

**49.** A kit for use in percutaneous surgery, comprising:

a retractor having a first portion and a second portion forming a working channel, said working channel

having an insertion configuration wherein said working channel is substantially circumscribed by said first and second portions, said first and second portions separable from one another to open said working channel to an exterior of said retractor thereby enlarging said working channel;

at least one guide member extending between and coupling said first portion and said second portion to one another; and

a separation instrument engageable with said first and second portions and operable to separate and pivot each of said first and second portions relative to said guide member and to the other of said first and second portions.

**50.** The kit of claim **49**, wherein each of said first and second portions are engageable with said guide member to secure said first portion and said second portion at any one of a number of locations along said guide member.

**51.** The kit of claim **50**, wherein each of said first and second portions are engageable with said guide member to secure said first and second portions any one of a number of pivotal orientations relative to said guide member.

**52.** The kit of claim **49**, wherein said separation instrument is engageable to said proximal ends of said first and second portions, said separation instrument operable to laterally separate said first and second portion portions along said guide member.

**53.** The kit of claim **52**, wherein said guide member includes an arcuate profile between said first and second portions.

**54.** The kit of claim **49**, wherein said separation instrument has a lateral separator operable to laterally separate said first and second portions along said guide member and a rotational separator operable to pivot said first and second portions relative to said guide member.

**55.** The kit of claim **49**, further comprising a set of sequential tissue dilators.

**56.** A kit for use in percutaneous surgery, comprising:

a retractor having a working channel extending between a proximal end and a distal end of said retractor, said retractor having a first portion and a second portion substantially circumscribing said working channel in an insertion configuration, said first and second portions separable from one another to enlarge said working channel; and

a separation instrument engageable to said first and second portions, said separation instrument having a lateral separator operable to laterally separate each of said first portion and said second portion from the other of said first portion and said second portion and a rotational separator operable to pivot each of said first portion and said second portion relative to the other of said first portion and said second portion.

**57.** The kit of claim **56**, wherein said lateral separator extends laterally from said first and second portions transversely to a lateral separation direction of said first and second portions and said rotational separator extends proximally from said first and second portions.

**58.** The kit of claim **57**, wherein said rotational separator is pivotal to a lateral orientation along said lateral separator to clear access to said working channel from said proximal end of said retractor.

**59.** The kit of claim **56**, wherein each of said lateral separator and said rotational separator extends proximally from said first and second portions.

**60.** The kit of claim **56**, further comprising a dilator set comprising one or more tissue dilators.

US 6,945,933 B2

19

20

**61.** The kit of claim **56**, further comprising a view instrument for visualizing a surgical location in a patient.

**62.** The kit of claim **56**, further comprising one or more surgical instruments insertable through the working channel.

**63.** A method for performing a surgical procedure at a location in a patient, comprising:

making an incision in skin and tissue of the patient to access the location;

forming a substantially enclosed working channel through the incision to the location by inserting a distal end of a retractor into the patient with a proximal end of the retractor located outside of the patient; and

enlarging the working channel by laterally separating and pivoting each one of first and second portions of the retractor relative to the other of the first and second portions of the retractor to expose the working channel to tissue along the retractor.

**64.** The method of claim **63**, further comprising:

mounting a separation instrument on the proximal end of the retractor before exposing the working channel to tissue along the retractor.

**65.** The method of claim **63**, further comprising:

positioning a viewing element to view the location through the retractor.

**66.** The method of claim **63**, wherein forming the working channel includes sequentially dilating tissue through the incision before inserting the distal end of the retractor.

**67.** The method of claim **63**, wherein enlarging the working channel includes simultaneously laterally separating and pivoting the first and second portions of the retractor.

**68.** The method of claim **63**, wherein the location is adjacent the spinal column of the patient.

**69.** The method of claim **63**, wherein the working channel defines a substantially oval cross-section when enlarged.

**70.** A surgical method for accessing a location in a patient, comprising:

sequentially dilating tissue of the patient to the location;

placing a retractor through the sequentially dilated tissue to provide a substantially enclosed working channel to the location, the retractor having a length between a distal end and a proximal end thereof;

performing a first surgical procedure through the substantially enclosed working channel;

enlarging the working channel to expose the working channel to tissue along the length of the retractor by separating and pivoting each of a first portion and a second portion of the retractor relative to one another; and

performing a second surgical procedure through the enlarged working channel.

**71.** The method of claim **70**, wherein the location is adjacent the spinal column of the patient.

**72.** The method of claim **70**, wherein the working channel has a substantially oval cross-section when enlarged.

**73.** The method of claim **70**, wherein the working channel has a substantially circular cross-section when substantially enclosed.

**74.** The method of claim **70**, wherein the working channel is enlarged by simultaneously separating and pivoting the first and second portions of the retractor.

**75.** The method of claim **70**, further comprising positioning a viewing element over the retractor.

**76.** The method of claim **70**, further comprising positioning a viewing element in the working channel.

\* \* \* \* \*

# EXHIBIT H

US007008422B2

(12) **United States Patent**
Foley et al.

(10) **Patent No.:**   **US 7,008,422 B2**
(45) **Date of Patent:**   **Mar. 7, 2006**

(54) **INSTRUMENTS AND METHODS FOR STABILIZATION OF BONY STRUCTURES**

(75) Inventors: **Kevin T. Foley**, Germantown, TN (US); **Michael C. Sherman**, Memphis, TN (US); **Jeff R. Justis**, Gulf Breeze, FL (US)

(73) Assignee: **SDGI Holdings, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 262 days.

(21) Appl. No.: **10/263,522**

(22) Filed: **Oct. 3, 2002**

(65) **Prior Publication Data**

US 2003/0060826 A1    Mar. 27, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/616,581, filed on Jul. 14, 2000, now Pat. No. 6,530,929.

(60) Provisional application No. 60/186,729, filed on Mar. 3, 2000, provisional application No. 60/160,489, filed on Oct. 20, 1999.

(51) **Int. Cl.**
*A61B 17/90*    (2006.01)
(52) **U.S. Cl.** ...................................................... **606/61**
(58) **Field of Classification Search** ................. 606/53, 606/60, 61, 80, 86, 87, 96, 98, 99, 104, 130, 606/170
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,338,159 A | 1/1944 | Appleton | |
| 2,372,866 A * | 4/1945 | Tofflemire | .................... 606/54 |
| 2,697,433 A * | 12/1954 | Zehnder | ...................... 606/96 |
| 3,892,232 A | 7/1975 | Neufeld | |
| 4,335,715 A | 6/1982 | Kirkley | |
| 4,409,968 A | 10/1983 | Drummond | |
| 4,448,191 A | 5/1984 | Rodnyansky et al. | |
| 4,545,374 A | 10/1985 | Jacobson | |
| 4,573,448 A | 3/1986 | Kambin | |
| 4,722,331 A | 2/1988 | Fox | |
| 4,863,430 A * | 9/1989 | Klyce et al. | ........... 604/170.03 |
| 4,883,048 A | 11/1989 | Purnell et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    197 26 754 A1    6/1997

(Continued)

OTHER PUBLICATIONS

Sofamor Danek; *The Spine Specialist, TSRH Pedicle Screw Spinal System, Severe Spondylolisthesis of L5-S1 Grade 3 & 4*; Surgical Technique as described by Edward H. Simmons, MD, Edward D. Simmons, Jr. MD, Howard D. Markowitz, MD ©1997.

(Continued)

*Primary Examiner*—Eduardo C. Robert
*Assistant Examiner*—David Comstock
(74) *Attorney, Agent, or Firm*—Krieg DeVault LLP

(57) **ABSTRACT**

The present invention relates to a brace installation instrument placement that is mounted to anchors secured in an animal subject. The installation instrument includes anchor extensions coupled to the anchors. The instrument is movable with respect to the anchors to position a brace in a position more proximate the anchors. The brace can be indexed for insertion at a predetermined orientation with respect to the installation instrument. Methods and techniques for using the installation instrument are also provided.

**50 Claims, 12 Drawing Sheets**



**US 7,008,422 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,896,661 A | | 1/1990 | Bogert et al. |
| 4,955,885 A | | 9/1990 | Meyers |
| 4,957,495 A | * | 9/1990 | Kluger .......................... 606/58 |
| 5,080,662 A | * | 1/1992 | Paul ........................... 606/130 |
| 5,116,344 A | * | 5/1992 | Sundqvist ................. 606/130 |
| 5,163,940 A | | 11/1992 | Bourque et al. |
| 5,171,279 A | * | 12/1992 | Mathews ................... 128/898 |
| 5,196,013 A | | 3/1993 | Harms et al. |
| 5,242,443 A | | 9/1993 | Kambin |
| 5,242,444 A | | 9/1993 | MacMillan |
| 5,281,223 A | | 1/1994 | Ray |
| 5,314,429 A | * | 5/1994 | Goble .......................... 606/96 |
| 5,334,205 A | | 8/1994 | Cain |
| 5,383,454 A | | 1/1995 | Bucholz |
| 5,409,488 A | | 4/1995 | Ulrich |
| 5,437,667 A | | 8/1995 | Papierski et al. |
| 5,474,551 A | * | 12/1995 | Finn et al. .................... 606/61 |
| 5,569,248 A | | 10/1996 | Mathews |
| 5,591,165 A | | 1/1997 | Jackson |
| 5,591,167 A | | 1/1997 | Laurain et al. |
| 5,601,562 A | | 2/1997 | Wolf et al. |
| 5,613,968 A | | 3/1997 | Lin |
| 5,613,971 A | | 3/1997 | Lower et al. |
| 5,643,273 A | | 7/1997 | Clark |
| 5,672,175 A | * | 9/1997 | Martin ......................... 606/61 |
| 5,681,320 A | * | 10/1997 | McGuire .................... 606/104 |
| 5,683,392 A | * | 11/1997 | Richelsoph et al. .......... 606/61 |
| 5,704,937 A | | 1/1998 | Martin |
| 5,720,751 A | | 2/1998 | Jackson |
| 5,725,532 A | | 3/1998 | Shoemaker |
| 5,735,857 A | | 4/1998 | Lane |
| 5,741,266 A | | 4/1998 | Moran et al. |
| 5,752,962 A | | 5/1998 | D'Urso |
| 5,772,594 A | | 6/1998 | Barrick |
| 5,851,183 A | | 12/1998 | Bucholz |
| 5,871,445 A | | 2/1999 | Bucholz |
| 5,891,034 A | | 4/1999 | Bucholz |
| 5,891,150 A | | 4/1999 | Chan |
| 5,891,158 A | | 4/1999 | Manwaring et al. |
| 5,904,683 A | | 5/1999 | Pohndorf |
| RE36,221 E | | 6/1999 | Breard et al. |
| 5,910,141 A | | 6/1999 | Morrison et al. |
| 5,941,885 A | * | 8/1999 | Jackson ...................... 606/104 |
| 6,036,692 A | | 3/2000 | Burel et al. |
| 6,099,528 A | | 8/2000 | Saurat |
| 6,123,707 A | | 9/2000 | Wagner |
| 6,139,549 A | | 10/2000 | Keller |
| 6,146,386 A | * | 11/2000 | Blackman et al. .......... 606/103 |
| 6,162,223 A | * | 12/2000 | Orsak et al. .................. 606/59 |
| 6,226,548 B1 | | 5/2001 | Foley et al. |
| 6,235,028 B1 | | 5/2001 | Brumfield et al. |
| 6,530,926 B1 | | 3/2003 | Davison |
| 6,530,929 B1 | | 3/2003 | Justis et al. |
| 2002/0045904 A1 | | 4/2002 | Fuss et al. |
| 2002/0161368 A1 | | 10/2002 | Foley et al. |
| 2003/0229347 A1 | | 12/2003 | Sherman et al. |
| 2005/0021031 A1 | | 1/2005 | Foley et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 100 27 988 A1 | 1/2002 |
| SU | 0839513 | 6/1981 |
| WO | WO 97/30666 | 8/1997 |
| WO | WO 97/38639 | 10/1997 |
| WO | WO 99/15097 | 4/1999 |
| WO | WO 99/26549 | 6/1999 |
| WO | WO 00/44288 | 8/2000 |

## OTHER PUBLICATIONS

Sofamor Danek, The Spine Specialist; *Horizon Spinal System, Surgical Technique;* as described by Samuel J. Laufer, M.D., J. Andrew Bowe, M.D. ©1999.

Posterior Percutaneous Spine Insturmentation; 9 Supp 1) Eur Spine J (2000) Accepted Sep. 4, 1999.

* cited by examiner



*Fig. 1*

*Fig. 3*



**Fig. 2**

**Fig. 4**

**Fig. 5**



*Fig. 2a*



*Fig. 3a*



**Fig. 6**



**Fig. 7**



*Fig. 8*



**Fig. 9**

**Fig. 9a**



**Fig. 10**



**Fig. 11**



**Fig. 11a**

**Fig. 12**



**Fig. 13**



**Fig. 14**



**Fig. 15**



**Fig. 16**



**Fig. 17**



*Fig. 20b*

*Fig. 18*



*Fig. 19*



*Fig. 20a*



**Fig. 21**



**Fig. 22**



Fig. 23



*Fig. 24*

US 7,008,422 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**INSTRUMENTS AND METHODS FOR STABILIZATION OF BONY STRUCTURES**

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a divisional application of U.S. patent application Ser. No. 09/616,581 filed on Jul. 14, 2002, U.S. Pat. No. 6,530,929, which claims the benefit of the filing dates of Provisional Application Ser. No. 60/186,729, filed Mar. 3, 2000 and Provisional Application Ser. No. 60/160,489, filed Oct. 20, 1999. The referenced applications are each incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

The present invention generally relates to surgical instruments and methods for use of the same, and more particularly, but not exclusively, relates to instruments and methods for stabilizing bony structures.

The use of various devices and methods for stabilizing bone structures have been used for many years. For example, the fracture of an elongated bone, such as a femur or humerus, can be stabilized by securing a plate to the fractured bone across the fracture. The plate extends across the fractured area and thus stabilizes the fractured components of the bones relative to one another in a desired position. When the fracture heals, the plate can be removed or left in place, depending on the type of plate that is used.

Another type of stabilization technique uses one or more elongated rods extending between components of a bony structure and secured to the bony structure to stabilize the components relative to one another. The components of the bony structure are exposed and one or more bone engaging fasteners are placed into each component. The elongated rod is then secured to the bone engaging fasteners in order to stabilize the components of the bony structure.

One problem associated with the above described stabilization structures is that the skin and tissue surrounding the surgical site must be cut, removed, and/or repositioned in order for the surgeon to access the location where the stabilization device is to be installed. This repositioning of tissue causes trauma, damage, and scarring to the tissue. There are also risks that the tissue will become infected and that a long recovery time will be required after surgery for the tissue to heal.

Minimally invasive surgical techniques are particularly desirable in, for example, spinal and neurosurgical applications because of the need for access to locations deep within the body and the danger of damage to vital intervening tissues. The development of percutaneous minimally invasive spinal procedures has yielded a major improvement in reducing recovery time and post-operative pain because they require minimal, if any, muscle dissection and can be performed under local anesthesia. These benefits of minimally invasive techniques have also found application in surgeries for other locations in the body where it is desirable to minimize tissue disruption.

Examples of instruments and techniques for performing surgeries using minimally invasive techniques are found in U.S. Pat. Nos. 5,792,044 and 5,902,231 to Foley et al. While these techniques are steps in the right direction, there remains a need for instruments and methods for stabilizing bony structures using minimally invasive techniques. This need and others are addressed by the present invention.

### SUMMARY OF THE INVENTION

The present invention relates to devices and methods for insertion of an orthopedic brace to one or more anchors secured to an animal subject.

In one aspect of the invention, there is provided a method for using an instrument to connect at least two bone anchors with a connecting element. The instrument is secured to the anchors and manipulated to place the connecting element in a position more proximate the anchors.

In another aspect of the present invention, there is provided a method that includes: placing at least two anchors in a bony structure, each of the anchors having an extension associated therewith; attaching a brace inserter of an installation instrument to the extensions; and guiding a brace into a desired position relative to the anchors.

In a further aspect of the invention, there is provided an instrument for placing a brace or connecting element into a desired position relative to at least two anchors. The instrument employs a fixed geometric relationship to guide the connecting element into a position proximate the anchors.

In yet a further aspect of the invention, there is provided an instrument for placing a connecting element into a desired position proximate the location of two anchors. The instrument is mounted to the at least two anchors and holds the connecting element in spatial relation to the anchors about a pivot point. The instrument is rotated about the pivot point to guide the connecting element to the desired position.

According to an additional aspect of the invention, there is provided an installation instrument having a brace secured thereto. The brace is indexed so that the brace can assume only a desired orientation when secured to the installation instrument.

According to one aspect of the invention, the percutaneous brace placement device includes first and second anchor extensions and a pivoting brace inserter mounted to the anchor extensions about a pivot axis. The pivoting brace inserter includes an arm having a brace mounting portion at its distal end for connecting an orthopedic brace to the device.

In another aspect of the present invention, the installation instrument includes a support arm engaged to the anchor extension. An anchor is engaged to the distal end of each anchor extension. Preferably, the anchors are in the form of a multi-axial screw capable of allowing universal rotation of the anchor extension. In one form, the arm is located at a predetermined radius from the pivot axis and in a curve at a substantially constant radius relative to the pivot axis to the brace mounting portion. In yet another form, a brace gripper or coupler is operable to selectively grip and release an orthopedic brace from the inserter. In another form, a brace has one end connected at the brace mounting portion and an opposite end adapted to puncture soft tissue of an animal body. Preferably, the brace and pivot arm lie in a circle centered on the pivot axis at a constant radius. The brace is curved at the constant radius relative to the pivot axis in one plane, and the brace is oriented to lie in the circle.

According to another aspect of the invention, a method of installing an orthopedic brace in an animal subject is provided. The method comprises placing first and second anchors mounted on first and second anchor extensions, respectively, percutaneously in first and second bony parts of the body of the subject; mounting a brace inserter on the anchor extensions, the inserter having a pivot axis about the anchor extensions; mounting the brace on the pivoting brace inserter; and swinging the brace inserter relative to the anchor extensions about the pivot axis and thereby moving

US 7,008,422 B2

3

the brace in a forward direction through an arc centered on the pivot axis and introducing an end of the brace percutaneously to the location of the anchors. In a further form, the brace is fixed to the anchors; the inserter disconnected from the brace; and the inserter moved in a reverse direction through the arc and to remove the inserter from the body. Preferably, the brace is a shaft curved at a single radius about an axis co-linear with the pivot axis of the arc, and the method further includes introducing the shaft through receivers in the anchors during the introduction step.

In yet another aspect of the present invention, anchors, or anchors and anchor extensions are placed by image guided navigation to locate optimum placement and orientation of the anchors in pedicles of vertebral bodies of a single level of the spine of the animal. The image guided technology is also used to determine animal skin locations for percutaneous puncture entry of the anchors. In one form the anchors are cannulated and inserted over guidewires anchored in the vertebral bodies.

According to another aspect of the invention, a technique for spinal fusion of adjacent vertebral bodies of the animal spine is provided. The method includes removal of intervertebral disc material from the space between first and second vertebral bodies of the subject. One or more interbody fusion devices are introduced into the space. First and second anchors are engaged to the first and second vertebral bodies, respectively, through first and second percutaneous punctures in the subject. A curved brace is installed through a third percutaneous puncture in the subject using an installation instrument. The brace is connected to the anchors by application of fastening tool to the anchors through the first and second punctures.

In another form of the present invention, a curved brace is installed by swinging the brace through an arc in a plane containing the brace and perpendicular to the axis of curvature of the brace, and passing portions of the brace into passageways in the anchors. The pivot axis of the brace is at a fixed distance from the passageways equal to the radius of curvature of the brace.

One object of the present invention of the present invention is to provide minimally invasive techniques and instruments for stabilizing a bony structure in an animal subject.

Related features, aspects, embodiments, objects and advantages of the present invention will be apparent from the following description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a brace and an installation instrument for installing the brace according to one embodiment of the present invention.

FIG. 2 is an enlarged fragmentary section view taken at line 2—2 of FIG. 1 and viewed in the direction of the arrows.

FIG. 2a is a side elevational view of another embodiment of a brace inserter.

FIG. 3 is an enlarged fragmentary exploded view of the connection of the brace to a portion of the installation instrument.

FIG. 3a is an enlarged fragmentary exploded view of another embodiment connection of the brace to a portion of the installation instrument.

FIG. 4 is an enlarged section view of a portion of the installation instrument taken at line 4—4 of FIG. 1.

FIG. 5 is an end view, on a smaller scale than FIG. 4, of an outer sleeve comprising a portion of the installation instrument of FIG. 1.

4

FIG. 6 is an enlarged section view of a portion of the installation instrument taken through line 6—6 of FIG. 1.

FIG. 7 is a perspective view on a much smaller scale than FIGS. 4 and 6 of an inner sleeve comprising a portion of the installation instrument of FIG. 1.

FIG. 8 is a perspective view of a further embodiment of a brave and an installation instrument according to the present invention.

FIG. 9 is an exploded perspective view of a portion of the installation instrument of FIG. 8.

FIG. 9a is a section view taken through line 9a—9a of FIG. 9.

FIG. 10 is a side elevational view of the portion of the installation instrument of FIG. 9.

FIG. 11 is a side elevational view of the brace coupler of the installation instrument of FIG. 8.

FIG. 11a is an enlarged detail view of a portion of the brace gripper of FIG. 10.

FIG. 12 is an enlarged detail view of the portion of installation instrument connected to an indexed brace.

FIG. 13 is an enlarged view of a trocar and the portion of the installation instrument connected thereto.

FIG. 14 is an elevational view of an inner sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8.

FIG. 15 is a right hand end view of the inner sleeve of FIG. 14.

FIG. 16 is a side elevational view of a first outer sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8.

FIG. 17 is a side elevational view of a second outer sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8 rotated 90 degrees about its longitudinal axis as compared with the first outer sleeve of FIG. 16.

FIG. 18 is a perspective view of a guidewire.

FIG. 19 is a perspective view of a cannulated awl usable in a surgical technique with the installation instrument of the present invention.

FIGS. 20a and 20b are perspective views of driver tools usable in a surgical technique with the installation instrument of the present invention.

FIG. 21 is a side elevational view of a portion of the spinal column and the installation instrument along with a cannula for performing surgical procedures in the disc space.

FIG. 22 is a top plan view of the instruments of FIG. 21 at the skin level.

FIGS. 23 and 24 are perspective views of another embodiment of an installation instrument of the present invention usable in a two level stabilization procedure.

DESCRIPTION OF THE ILLUSTRATED EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is thereby intended. Any such alterations and further modifications in the illustrated devices, and such further applications of the principles of the invention as illustrated herein are contemplated as would normally occur to one skilled in the art to which the invention relates.

The present invention is directed to instruments and methods for insertion of a brace for connection with anchors engaged to bony parts of the body. Referring to FIG. 1, connecting element or brace 90 is preferably an elongated

US 7,008,422 B2

5

rod or shaft curved along its length between a connecting end 91 and an insertion end 92 with a radius of curvature R. However, it should be understood that the present invention contemplates that brace 90 can include any configuration known for a rod, implant, or fastener, so long as brace 90 is insertable using installation instrument 20. Further, brace 90 can be elastic or super-elastic member in the form of a cable, band or artificial ligament that used in tethering or other surgical procedures. Brace 90 can be percutaneously or non-percutaneously inserted with an installation instrument 20 into passageways of anchors engaged to a bony structure in the body of an animal subject to stabilize the bony structure.

In the illustrated embodiment, brace 90 is a shaft curved at a single radius R along an arc A, and brace 90 has an axis co-linear with arc A. However, it is contemplated that brace 90 can have a curvature that differs from arc A, or can have a curvature that varies or is compounded along its length. The curvature of brace 90 can be defined by any one or any combination of mathematical relationships, including, for example, linear, exponential, logarithmic, trigonometric, geometric, parabolic, quadratic, cubic, hyperbolic, elliptic, or parametric relationships. Brace 90 in FIG. 1 is inserted via the installation instruments of the present invention through passageways 70a and 70b of anchors 60a and 60b, respectively in order to stabilize adjacent vertebrae V1 and V2. The installation instrument can employ any type of fixed geometric relationship to insert brace 90 into passageways 70a and 70b. This fixed geometric relationship can be governed any one or combination of a pinned joint, a cam, a four-bar linkage, a guide member that provides a path for translational movement of brace 90, or any other mechanical relationship that would occur to those skilled in the art.

Installation instrument 20 illustrated in FIG. 1 includes a first support arm 22a and a second support arm 22b. Support arms 22a, 22b are pivotally connected at a proximal end 32 of a brace inserter 24. Brace inserter 24 includes a distal end 33 from which a brace 90 extends. A pivot arm 31 has a straight portion 31a extending from proximal end 32 to a curved portion 31b that extends to a brace mounting portion 25 at distal end 33. Inserter 24 is pivotable about a pivot axis P to define a curvilinear arc or axis A. Brace mounting portion 25 includes a brace receiving opening 35 at distal end 33.

Preferably, brace 90 is supported by mounting portion 25 in receiving opening 35 so that brace 90 is relatively fixed with respect to inserter 24, maintaining alignment of brace 90 along arc axis A during insertion of brace 90. Curved portion 31b includes a channel 34 extending therealong that receives a brace coupler 36 therein. Preferably, brace coupler 36 is an elongated pin that extends along arc axis A from distal end 33 to a thumb screw 37 adjacent pivot arm 31. As shown in FIG. 3, brace coupler includes an elongated pin having a distal end 36a that is preferably threaded, and is received within an internally threaded bore 93 formed at brace connecting end 91. It is further contemplated that the pin can be a wire or a flexible rod. Thumb screw 37 is manipulated by the surgeon to connect brace 90 to inserter 24 at brace mounting portion 25. After brace 90 is inserted, the surgeon manipulates thumbscrew 37 to disconnect brace 90 from inserter 24.

The present invention also contemplates other mechanisms for connecting brace 90 to inserter 24. For example, in FIG. 3a brace coupler 36 includes a draw bar 140 positionable within channel 34. Bar 140 has a distal end 142 with a pair of opposed jaws 143 forming a mouth 145. Each jaw 143 includes a tooth 144 projecting therefrom towards

6

the opposing jaw. Brace 90' is the same as brace 90, except brace 90' has a connecting end 91' with a connecting post 94 extending therefrom.

Connecting post 94 is tapered from connecting end 91' to tip 96, and is configured to mate with jaws 143 in mouth 145 when jaws 143 are clamped around connecting post 94. Connecting post 94 includes a recess 95 formed adjacent connecting end 91' configured to receive teeth 144 therein. In order to clamp connecting post 94, a proximal end of draw bar 140 extends from inserter 24, as shown in FIG. 1 with respect to coupler 36, and has a threaded thumbscrew engaged thereto. The jaws are actuated and clamped around connecting post 94 by threading the thumbscrew in an appropriate direction to draw bar 140 into channel 34. Jaws 143 are pressed towards one another and teeth 144 are received into recess 95, thereby connecting brace 90' to inserter 24. Preferably, connecting post 94 is indexed so that brace 90' can only be coupled to inserter 24 with brace 90' extending along axis A. This indexing can be accomplished by providing two recesses 95 each sized to receive tooth 144 and positioned on post 94 such that brace 90' can only be coupled via teeth 144 if brace 90' is oriented along axis A.

Inserter 24 has a bottom surface 25a that is preferably curved along axis A to facilitate smooth percutaneous insertion of brace 90. Further, curved portion 31b has at mounting portion 25 a thickness t1 between bottom surface 25a and a top surface 25b. The thickness increases along the length of curved portion 31b of pivot arm 31 in a smooth taper to a thickness t2 adjacent the straight portion 31a. Thickness t2 is preferably greater than thickness t1, facilitating percutaneous insertion and withdrawal of curved portion 31b while minimizing damage and trauma to the surrounding tissue.

Support arms 22a and 22b have proximal end portions adjacent axis P with tool bores 26a and 26b, respectively, for receiving a driving tool therethrough to manipulate anchors 60a and 60b, respectively, as discussed further below. In the illustrated embodiment, support arm 22a includes an upper post 28a having a channel 23a extending upwardly to the proximal end portion and communicating with tool bore 26a. An anchor extension 30a is mounted in channel 23a via a thumbscrew 27a threadedly received in a threaded aperture 29a that extends through upper post 28a and anchor extension 30a. Anchor extension 30a is mounted at its lower or distal end to anchor 60a. Similarly, support arm 22b includes an upper post 28b having a channel 23b communicating with tool bore 26b. An anchor extension 30b is mounted in channel 29b via a thumbscrew 27b threadedly received in a threaded aperture (not shown) extending through upper post 28b and anchor extension 30b. Anchor 30b is mounted at its lower or distal end to anchor 60b. The present invention also contemplates that upper post 28a and anchor extension 30a, and similarly upper post 28b and anchor extension 30b, are not separate components but rather are formed as a unit to which brace inserter 24 is pivotally attached.

Inserter 24 is pivotally connected to upper posts 28a and 28b of support arms 22a and 22b, respectively. As shown in FIG. 2, a cross-section taken at line 2—2, inserter 24 is positioned between support arms 22a and 22b. Upper post 28a has a cylindrical portion 46a with a first flanged bushing 47a extending therefrom. Upper post 28b has a cylindrical portion 46b with a second flanged bushing 47b extending therefrom. Bushings 47a and 47b are rotatably received in a through-hole 39 that extends through pivot arm 31. Bushings 47a and 47b define a through opening 48 for receiving a pin 49 therein to secure posts 28a and 28b to pivot arm 31. Preferably, pin 49 is threaded along a portion of its length to engage internal threads in bushing 47a, and the head of pin

US 7,008,422 B2

7

49 sits within a countersink formed in cylindrical portion 46b at bushing 47b to maintain clearance of bore 26b.

An alternate form of pivot arm 31 for pivoting rod inserter 24 is illustrated in FIG. 2a and designated as rod inserter 24', and like elements between inserter 24 and 24' are designated with like reference numerals. Inserter 24' has pivot arm 122 extending from curved portion 31b to a proximal end 123. A handle 128 is positioned adjacent brace mounting portion 25 on pivot arm 122 to facilitate percutaneous insertion of brace 90 and withdrawal of the instrument by the surgeon. A pair of arms 124, 126 adjacent proximal end 123 form a passage therebetween. The passage is configured to receive support arms 22a, 22b between arms 124 and 126. Holes 125 and 127 formed through arm 124 and 126, respectively, are provided for a connection mechanism to pivotally connect inserter 24' to support arms 22a and 22b.

Referring now to FIG. 4, details of anchor extensions 30a and 30b and anchors 60a and 60b (hereinafter collectively referred to as anchor extension 30 and anchor 60) will now be described. In FIG. 4, anchor 60 is shown fragmentarily as a bone screw 61 with its head 63 mounted in a receiver or connector. In FIG. 1, screws 61a and 61b are shown cannulated with central passage 85a and 85b, respectively; however, non-cannulated screws 61 are also contemplated. In the illustrated embodiment, the receiver or connector is a yoke 68 that defines a passageway 70 for receiving brace 90 therethrough and a set screw 76 to secure brace 90 in yoke 68. Yoke 68 is mountable to anchor extension 30 before and during percutaneous placement and securement of anchor 60 to the bony structure. Anchor extension 30 includes an outer sleeve 40 and an inner sleeve 50 disposed within a bore 45 through outer sleeve 40. Inner sleeve 50 defines a bore 51 therethrough that communicates with the channel and tool bore 26 of the upper post 28 to which inner sleeve 50 is attached (FIG. 1). Distal end 53 of inner sleeve 50 includes a lip 52 extending radially therearound projecting into inner bore 51. Lip 52 retains set screw 76 on inner sleeve 50 with screw 76 at least partially threaded into yoke 68, thereby mounting anchor 60 on anchor extension 30.

Screw 61 has bone engaging threads formed on shank 62 and a head 63 that includes tool opening 64, such as a hex opening or the like, configured to receive a driving tool. In a preferred form, anchor 60 is a multi-axial screw assembly that has yoke 68 pivotably coupled to head 63 of screw 61. However, the use of an anchor 60 that does not include a screw having multi-axial capabilities is not precluded by the present invention. As is known in the art, screw 61 is capable of being rotated within yoke 68 to assume a plurality of angles between axes L1 and L2. Further, screw 61 can be rotated 360 degrees about axis L at any one of the angular positions between axis L1 and L2. One specific example of a multi-axial screw having application with the present invention is described in U.S. Pat. Nos. 5,797,911 and 5,879,350, each of which is incorporated herein by reference.

In the illustrated example, anchor 60 includes a connector in the form of a generally cylindrical yoke 68 having passageway 70 therethrough for receiving brace 90. Head 63 of screw 61 is received within a bowl 69 formed at the bottom of yoke 68. A groove 67 is formed in bowl 69, and a collar 65 is retained in bowl 69 via groove 67. Collar 65 captures screw 61 in yoke 68, and is configured to mate with head 63 to allow multi-axial orientations of screw 61 as described above. A cap 66 is positioned over head 63 and limits upward displacement of screw 61 in yoke 68.

Yoke 68 includes arms 71 extending upwardly from bowl 69 on opposite sides of passageway 70. Arms 71 have

8

internal threads 72 configured to mate with external threads 77 on set screw 76. Set screw 76 has upper tool engaging portion 78 having tool dimension d2 and a lower tool engaging portion 79 having tool dimension d1 that is less than d2. Set screw 76 has a shoulder 80 that is supported on inner sleeve 50 by lip 52. Set screw 76 is positioned with shoulder 80 on lip 52 by threading external threads 77 past lip 52. In FIG. 4, set screw 76 is partially threaded into internal threads 72 of yoke 68 in order to couple anchor 60 to anchor extension 30. Upper tool engaging portion 78 has a reduced thickness portion 81 where it joins lower tool engaging portion 79. Thus, in this embodiment, set screw 76 is a break-off type set screw which severs at reduced thickness portion 81 when a predetermined threshold torque is applied at upper tool engaging portion 78, thus allowing a desirable and uniform securing force to be applied to brace 90 with each of the set screws 76. Another advantage is that set screw 76 can be released from anchor extension 30 when set screw 76 is severed.

Yoke 68 is received within recess portion 42 at distal end 41 of outer sleeve 40. As shown in FIG. 5, an end view of outer sleeve 40, recess 42 is shaped with a generally cylindrical wall with a couple of flat surface to conform to the outer perimeter of yoke 68 at upper end surfaces 73. Upper surfaces 73 of arms 71 are held firmly against recessed surface 44 by set screw 76, which is releasably coupled to yoke 68 and inner sleeve 50, by drawing yoke 68 into recess 42 via inner sleeve 50. Anchor 60 is mounted to anchor extension 30 and held in a fixed position relative to anchor extension 30. Axis L3 of anchor extension 30 is aligned with axis L1 of bone screw 61 when a guidewire, such as guidewire 280 of FIG. 18, or a tool, such as tool 100 or 100' of FIGS. 20 and 20b is inserted into screw 61 to maintain anchor 60 in this aligned position.

Referring to FIGS. 6 and 7, inner sleeve 50 and its connection with outer sleeve 40 will be further described. Inner sleeve 50 includes lower cylindrical tubular body portion 53. Fingers 54 extend from body portion 53 to upper end 55 of inner sleeve 50. Fingers 54 include retainers 56 adjacent upper end 55. A pin or nub 58 is positioned on and extends from the outer surface of each finger 54. Outer sleeve 40 includes upper paired holes 57a and lower paired holes 57b, which serve as catches. As shown in FIG. 6, nubs 58 are positionable within catches 57a or 57b formed in outer sleeve 40 to hold inner sleeve 50 relative to outer sleeve 40. Retainers 56 contact upper end 46 of outer sleeve 40 when nubs 58 are positioned in lower catches 57b. Retainers 56 limit the depth of insertion of inner sleeve 50 into bore 45 of outer sleeve 40. Retainers 56 also facilitate insertion and withdrawal of inner sleeve 50 relative to outer sleeve 40 by providing the surgeon means to grasp fingers 54 and squeeze.

Finger 54 can be deflected towards one another as indicated by arrows P in order to disengage nubs 58 from catches 57a and 57b, thus allowing rotation and axial translation of inner sleeve 50 in outer sleeve 40. Outer sleeve 40 includes notches 59 formed at upper end 46 on opposite sides of outer sleeve 40 between respective ones of the paired catches 57a and paired catches 57b. Notches 59 allow inner sleeve 50 to be positioned in outer sleeve 40 with nubs 58 at a depth approximating the location of catches 57a and 57b without deflecting fingers 54. Fingers 54 can then be pressed together to withdrawal nubs 58 from notches 59, allowing inner sleeve 50 to be rotated and nubs 58 positioned in the desired paired catches 57a or paired catches 57b.

With nubs 58 positioned in lower catches 57b, set screw 76 extends into recess portion 42 of outer sleeve 40 enough

US 7,008,422 B2

9

10

to allow anchor 60 to be mounted on extension 30 by threading set screw 76 partially into yoke 68. Nubs 58 can then be positioned in upper catches 57a, retracting yoke 68 into recessed portion 42 of outer sleeve 40 to hold anchor 60 firmly in place as shown in FIG. 4 and described above. Anchor 60 can thus be pre-assembled with anchor extension 30 before engaging anchors 60 to the bony structure, allowing the assembled anchor 60 and anchor extension 30 to be positioned percutaneously together in a minimally invasive approach to the bony structure. However, it is also contemplated that anchor extension 30 can be mounted on an anchor 60 that is already engaged to the bony structure.

Referring now to FIGS. 8 and 9, another embodiment of an installation instrument is illustrated. In FIG. 9, anchor extensions 230 are not illustrated. Anchors extensions 230 include an inner sleeve 250 that is received proximally within outer sleeve 240 in a manner similar to that described above with respect to anchor extensions 30. The inner sleeve 250 and outer sleeve 240 are further illustrated in FIGS. 14–17, and are described in further detail below.

Installation instrument 220 includes a brace inserter 224 having a first support arm 222a and a second support arm 222b. Support arms 222a, 222b come together and are fixedly connected at a proximal end 232 of a pivot arm 231. Referring now further to FIGS. 9a and 10, pivot arm 231 includes a distal end 233 from which brace 290 extends. Brace inserter 224 includes a brace mounting portion 225 adjacent distal end 233 for securing a brace, such as brace 290, thereto. Brace 290 is similar to brace 90, and includes a connecting portion 291 as described further below. Brace inserter 224 is pivotable about a pivot axis P to define a curvilinear arc or axis A. Pivot arm 231 of brace inserter 224 is preferably curved along curved portion 231b to follow axis A and facilitate smooth percutaneous insertion and withdrawal of pivot arm 231. As shown in FIG. 9a, brace mounting portion 225 includes a brace receiving opening 235 extending proximally from distal end 233.

Pivot arm 231 includes a channel 234 extending from distal end 233 therealong towards proximal end 232. Channel 234 receives a brace coupler 236 therein that is secured to inserter 224 by a nut 239 and pin 228. For the purposes of clarity, nut 239 and brace coupler 236 are shown displaced from channel 234 except at distal end 233. Preferably, brace coupler 236 is an elongated flexible member that extends with arc axis A from distal end 233 through nut 239 to a set screw 237 adjacent proximal end 232. Coupler 236 is pivotably coupled to inserter 224 at brace mounting portion 225 via pin 228. Set screw 237 is threadingly received in a threaded opening formed in nut 239. Brace mounting portion 225 also includes stop pin 229 extending therethrough in communication with brace receiving opening 235.

Referring now further to FIGS. 11–12, brace 290 is positionable in brace receiving opening 235 so that brace 290 is relatively fixed with respect to inserter 224 by brace coupler 236, maintaining alignment of brace 290 along arc axis A during insertion of brace 290. Brace coupler 236 includes gripping portion 270 at its distal end for gripping brace 290. Gripping portion 270 has through-hole 272 receiving pin 228 therethrough and rotatably coupling gripping portion 270 at brace mounting portion 225. Gripping portion 270 further includes a tooth 274 extending therefrom at its distal end 271. A notch 276 extends proximally from tooth 274.

Brace 290 has a connecting end 291 with a connecting post 294 extending therefrom. Preferably, connecting post 294 is tapered from connecting end 291 to tip 296, and has a recess 297 with a length and depth configured to receive tooth 274 at the end of the recess 297 adjacent tip 296 and stop pin 229 at the end of recess 297 adjacent connecting end 291. Stop pin 229 contacts brace 290 in recess 297 to limit the depth of insertion of brace 290 into opening 235.

In one aspect of the invention, brace 290 is indexed by providing a single recess 297 at a predetermined location on post 294. Post 294 cannot be inserted properly into channel 235 unless stop pin 229 is received in recess 297, thus ensuring an orientation of brace 290 with respect to inserter 224 that is determined by the position of recess 297 with respect to stop pin 229. Preferably, the position of recess 297 is such that it is located with respect to gripping portion 270 so that the radius of curvature of brace 290 extends from inserter 224 along arc axis A. This ensures accurate positioning and orientation of brace 290 with respect to anchors 60 during installation of brace 290.

In order to grip brace 290 when connecting portion 291 is placed into opening 235, gripping portion 270 is rotated downwardly about pin 228 in the direction of arrow R by drawing brace coupler 236 proximally via threading of set screw 237 in a first direction with respect to lock nut 239. Set screw 237 is threaded in an opposite second direction to push brace coupler 236 distally and therefore bend coupler 236, rotating tooth 274 about pin 228 in the direction opposite arrow R out of recess 297 thereby releasing brace 290.

Referring back to FIGS. 8 and 9, support arms 222a and 222b have through-holes 223a, 223b for receiving a clamping mechanism 221. Clamping mechanism 221 draws arms 222a, 222b towards one another to pivotably secure anchor extensions 230a, 230b therebetween. Pivot nuts 225a and 225b are positionable in through holes 223a and 223b, respectively. A clamping bar 225 extends between arms 222a and 222b, and has threaded bores at each end that allow bar 225 to be secured to and clamp arms 222a, 222b via threaded fastener 226 and clamping knob 227 having a threaded stem 227a. Clamping knob 227 is manipulated by the surgeon to secure or release extensions 230a and 230b from arms 222a and 222b.

In the illustrated embodiment, pin 260a is press fit into opening 262a of arm 222a. Anchor extension 230a is rotatably mounted on support arm 222a via pin 260a. Similarly, anchor extension 230b is rotatably mounted on support arm 222b via pin 260b press fit into opening 262b of arm 222b. Other techniques for securing pins 260a, 260b and mounting extensions 30a, 30b thereto are also contemplated as would occur to those skilled in the art. Each arm 222a, 222b can be provided with a stop bar 264a, 264b extending therefrom towards the other support arm 222b, 222a, respectively. Stop bars 264a and 264b limit rotation of instrument 220 along axis A when stop bars 264a, 264b contact a corresponding one of the extensions 230a, 230b.

Referring now to FIGS. 14–17, anchor extensions 230 that coupled to inserter 224 will now be described in further detail. These anchor extensions 230 are illustrated in an assembled condition in FIG. 8. It should be noted that second outer sleeve 240b of FIG. 17 is illustrated rotated 90 degrees about its longitudinal axis as compared with the orientation of the elevational view of first outer sleeve 240a of FIG. 16.

Although anchors are not shown in FIG. 8, anchor extension 230a can have mounted thereon at its lower or distal end a first anchor, such as anchor 60a described above. Similarly, anchor 230b can have mounted at its lower or distal end a second anchor, such as anchor 60b, described above. Anchor extensions 230a, 230b, collectively referred

US 7,008,422 B2

11

to as anchor extensions 230, each include outer sleeve 240 and an inner sleeve 250 disposed within a bore 245 through outer sleeve 240. Inner sleeve 250 defines a bore 251 therethrough that allows tools to extend to the anchor. Distal end 253 of inner sleeve 250 includes a lip 252 extending radially therearound projecting into inner bore 251. Lip 252 supports a set screw, such as set screw 76 described above, on the distal end of inner sleeve 250.

Yoke 68 is preferably received within end portion 242 at distal end 241 of outer sleeve 240. As shown in FIG. 16, end portion 242 has a U-shaped opening that is alignable with passageway 70 to accommodate insertion of brace 290 therethrough. The arms 244 of end portion 242 are alignable with the arms 71 of yoke 68, receiving arms 71 therein, firmly securing anchor 60 onto anchor extension 230 during insertion of the anchor.

The positioning of inner sleeve 250 into outer sleeve 240 will be further described, although those skilled in the art will appreciate that anchor extension 30 and anchor extension 230 are similar in many respects. Inner sleeve 250 includes lower gripping elements or fingers 254 that include circular relief portions 277 therebetween to allow flexing of fingers 254. Inner sleeve 250 further includes upper notch 256 and lower notch 256' between fingers 254 and upper end 255. Outer sleeve 240 includes a plunger-type spring biased retainer 257 extending therein adjacent bore 245 having a cross bar 258 extending transversely from a plunger 259. Cross bar 258 is selectively positionable in a desired one of the notches 256 and 256' to hold inner sleeve 250 relative to outer sleeve 240. Shoulder 261 limits the depth of travel of inner sleeve 250 distally into bore 245 of outer sleeve 240. When cross bar 258 is in upper notch 256, set screw 76 of anchor 60 can be threaded onto or pushed between fingers 254 at distal end 253, where set screw 76 is retained thereon by lip 252.

If not already secured to set screw 76, yoke 68 can then be at least partially threaded onto set screw 76. Movement of inner sleeve 250 relative to outer sleeve 240 is facilitated by depressing plunger 259 to lift cross bar 258 out of upper notch 256. Inner sleeve 250 is moved proximally to position cross bar 258 in lower notch 256', drawing yoke 68 between the arms 244 and against end portion 242 with passage 70 aligned with the U-shaped opening between the arms 244. Axis L3 of anchor extension 230 is aligned with axis L1 of bone screw 61 when a guidewire or a tool, such as tool 100 or 100' of FIGS. 20 and 20b is inserted into screw 61 to maintain anchor 60 in this aligned position. An alignment pin 263 of inner sleeve 250 is received in slot 249 of outer sleeve 240 to ensure and maintain proper alignment of inner sleeve 250 in outer sleeve 240.

The assembly of anchor extensions 230a and 230b to one another and also to inserter 224 will now be described. Each anchor extension 230 includes passage 248 through outer sleeve 240 adjacent the proximal end 243. A coupling pin 249a is press fit or otherwise secured in passage 248a on the side of anchor extension 230a adjacent another anchor extension 230b. After anchor extensions 230a and 230b and anchors 60a and 60b are secured to bony structure, anchor extensions 230a and 230b are manipulated through the skin and tissue to place pin 249a into the portion of passage 248b adjacent anchor extension 230a. Inserter 224 is secured to anchor extensions 230a and 230b by placing pin 260a in a portion of passage 248a of first extension 230a opposite pin 249a, and pin 260b in a portion of passage 248b of second extension 230b opposite pin 249a. Pins 260a and 260b are rotatably received in the passages 248a and 248b, respectively, and anchors extension 230a and 230b are secured to

12

support arms 222a and 222b via clamping mechanism 221. Bores 251a and 251b of inner sleeves 250a and 250b remain substantially unobstructed for access to anchors 60a and 60b when instrument 220 is assembled.

Techniques using the above described installation instruments 20, 220 will now be described. The present invention contemplates that placement of anchors 60 into the bony structure can be completed without an anchor extension 30 or 230 mounted thereto, and anchor extension 30 or 230 is thereafter mounted on the anchor 60 engaged to the bony structure. Other techniques contemplate that the anchor 60 is mounted on anchor extension 30 or 230, and anchor extension 30 or 230 and anchor 60 are placed through an open incision, micro-incision, a tube or cannula, or directly through the skin and tissue of the animal subject to engage anchor 60 to a bony structure, such as the pedicles of vertebrae V1 and V2 as shown in FIG. 1.

The surgical techniques of the present invention can employ any type of known imaging system to determine and locate optimum placement and orientation of the anchors in the bony structure and, if necessary, to locate skin locations for percutaneous puncture entry of the anchors. Image guided systems useful in practicing the invention and in placing anchors 60 are known in the art. Examples of image guided technology are provided in U.S. Pat. No. 5,772,594; U.S. Pat. No. 5,383,454; U.S. Pat. No. 5,851,183; U.S. Pat. No. 5,871,445; U.S. Pat. No. 5,891,034; and PCT Publication WO 99/15097, each of which is incorporated herein by reference in its entirety. The STEALTHSTATION® or ION™ systems, sold by Medtronic Surgical Navigation Technologies, Inc. can further be used with the present invention for pre-operative planning and image guided navigation of anchor placement and installation of brace 90.

Other techniques for locating and placing anchors 60 into the bony structure are also contemplated herein as would occur to those skilled in the art. For example, a CT scan or x-ray can be used for pre-operative planning of anchor positioning and orientation. Anchor insertion can be monitored using any known viewing instrument or apparatus. Another example contemplates anchor placement through a cannula or sleeve inserted through the skin that forms a working channel to the anchor location. Anchor placement into the bony structure can be monitored endoscopically or microscopically through the cannula.

In one specific technique, a guidewire, such as guidewire 280 of FIG. 18, of sufficient length is inserted percutaneously and anchored to the bony structure. The guidewire is coupled to a trackable instrument that is tracked via an image guided surgical system that generates a display on a computer monitor. Further examples of such instruments and systems are described in further detail in PCT Publications WO 99/15097 and WO 99/26549, each of which is incorporated herein by reference in its entirety. With the guidewire secured at the appropriate location on the bony structure, various instruments for preparing and inserting the screw into the bony structure can be guided by the guidewire. The preparation and insertion can be monitored via a tracking instrument coupled to the various preparation and insertion instruments.

Various instruments can be used to prepare the surgical site for anchor insertion. For example, in FIG. 19 there is illustrated a cannulated awl 300 that is inserted over the guidewire to prepare the bony structure for screw insertion. Awl 300 has a bore 306 extending between distal end 303 and proximal end 302 that allows awl 300 to be inserted over the guidewire. Awl 300 is configured at proximal end 302 to engage a driving instrument, which can also include a

US 7,008,422 B2

13

tracking instrument to monitor insertion depth. Awl 300 has shaft 304 extending to distal end 303. A cutting head 307 at distal end 303 prepares a hole in the bony structure for the anchor.

After determining the desired position and orientation of guidewire 280 in the bony structure and the skin location for puncture entry and preparing the screw hole, a cannulated anchor 60 mounted on anchor extension 30 or 230 can be placed over the guidewire and advanced, for example, through the skin and tissue directly, through an incision, or through a cannula to the prepared hole. A driving tool, such as cannulated driving tool 100' shown in FIG. 20a, is used to threadingly engage anchor 60 to the bony structure. Cannulated tool 100' includes bore 106' extending between proximal end 102' and distal end 103'. Distal end 103' includes an engaging portion 107' to mate in tool engagement recess 64 of screw 61. Tool 100' is placed over the guidewire and through the tool bores of the anchor extensions 30, 230 to drive the cannulated screw 61 into the bony structure.

It is further contemplated that if the technique does not employ a guidewire, a driving tool 100 of FIG. 20b can be inserted through the tool bores of the anchor extensions 30, 230 to screw 61. Tool 100 includes proximal end 102 and a shaft 104 extending to distal end 103. Proximal end 102 is preferably configured to engage a wrench or handle to facilitate application of a driving force with tool 100. Distal end 103 includes a lower engaging portion 107 having a length configured to mate in tool engagement recess 64 of screw 61 to drive screw 61 into the bony structure.

Anchor extension 30, 230 follows anchor 60 towards the bony structure as anchor 60 is driven therein with driving tool 100 or 100'. Tool 100 is then withdrawn from the tool bore, and if necessary, the guidewire is also withdrawn. In embodiments of anchor 60 having a multi-axial screw, yoke 68 and anchor extension 30, 230 are pivotable about head 63 by manipulating anchor extension 30, 230 in the skin and tissue to the desired position.

With anchors 60a and 60b secured to the bony structure, passageways 70a and 70b are aligned to receive brace 90. For instrument 20, upper posts 28a and 28b are mounted on anchor extensions 30a and 30b using thumb screws 27a and 27b, respectively, aligning passageways 70a and 70b. With anchors 60 employing a multi-axial screw, the anchor extensions 30a and 30b can be manipulated into the desired position for connection with upper posts 28a and 28b. For instrument 220, anchor extensions 230a and 230b are manipulated to place pin 249a in passage 248b, aligning passageways 70a and 70b. Support arms 222a and 222b are secured to anchor extensions 230a and 230b with clamping mechanism 220. If anchor 60 does not have multi-axial capabilities, the orientation of the anchor extensions required to connect the inserter thereto is accounted for during the determination of the orientation and positioning anchors 60a and 60b into the bony structure.

Brace 90, 290 is fixed on inserter 24, 224 and readied for percutaneous insertion into passageways 70a and 70b of anchors 60a and 60b, respectively. Preferably, brace 90, 290 is curved and has a radius of curvature equal to the distance between passageways 70a, 70b and pivot axis P. Inserter 24, 224 swings about pivot axis P to move brace 90 in a forward direction along arc axis A and thereby introducing pointed end of brace 90, 290 into the subject's body towards the aligned passageways 70a and 70b. Brace 90, 290 and inserter 24, 224 are further pivoted to pass portions of brace 90 through passageways 70a and 70b of anchors 60a and 60b.

14

As discussed above, it is preferred that brace is indexed so that it can be secured at a predetermined orientation onto the installation instrument 20, 220. This ensures alignment of brace 90, 290 along the insertion path of the installation instrument and through the passageways of anchors 60a and 60b. In a further form, trocar 390, as shown in FIG. 13, can be used to puncture skin and tissue along the insertion path and facilitate insertion of brace 90, 290 in a percutaneous procedure. Trocar 390 has a connecting end 394 identical to that of brace 290. However, trocar 390 has a short shaft 392 extending to puncture tip 398. Puncture tip 398 has a sharp point 399 to facilitate insertion and create a pathway through skin and tissue of the patient.

Brace 90, 290 is placed through the passageways of anchors 60a and 60b to the desired position, which can be confirmed radiographically or with any know imaging technique. Set screws 76a and 76b of each anchor 60a and 60b are driven downward to contact brace 90, 290. A driving tool is placed through the tool bores of the installation instruments 20, 220 to engage either the upper tool engagement portion 78a, 78b or lower tool engagement portion 79a, 79b and drive set screw 76a, 76b downwardly, tightening it against brace 90, 290 until set screw 76a, 76b is firmly seated thereagainst. Inserter 24, 224 can then be uncoupled from brace 90, 290 and removed from the subject by swinging inserter 24, 224 back along arc axis A. A tool is positioned in upper tool engagement portion 78a, 78b to break off the upper portion of the set screw 76a, 76b upon application of the requisite torque, releasing the anchor extension 30a, 30b from anchor 60a, 60b and allowing removal of extensions 30, 230 from the subject.

The surgeon may also desire to initially seat set screw 76a, 76b using a tool in upper tool engagement portion 78a, 78b and apply sufficient torque to severe the break-off portion of set screw 76a 76b before uncoupling brace 90, 290. In an alternate form, the driving force that is applied to set screw 76a, 76b could force shoulder 80a, 80b through lip 52a, 52b, deflecting lip 52a, 52b downward to release set screw 76a, 76b from inner sleeve 50a, 50b of instrument 20 or deflect fingers 154a, 154b outward to release set screw 76a, 76b from inner sleeve 150a, 150b of instrument 220.

In one specific application of the present invention, brace 90 is installed to stabilize a first vertebra V1 and second vertebra V2 after placement of one or more implants I into disc space D as shown in FIG. 21. The method includes removing the intervertebral disc from the space between first and second vertebral bodies through one percutaneous puncture in the subject. An implant I is introduced into the disc space. Implant I is preferably one or more interbody fusion devices or the like as is known in the art. The first and second anchors 60a and 60b and anchor extensions 30a and 30b are engaged to the first and second vertebral bodies, respectively, through second and third percutaneous punctures in the subject as described above. If desired, the anchor extensions 30 can be manipulated by the surgeon to apply a load to compress or distract the vertebrae prior to installing brace 90. Brace 90 is installed through a fourth percutaneous puncture in the subject using installation instrument 20 and secured to anchors 60a, 60b as described above. In some surgical procedures, it may be desirable to insert one or more additional braces to stabilize the bony structure using the above described installation instrument and techniques.

The present invention has application in further minimally invasive and open techniques for placing interbody fusion device into a disc space between adjacent vertebrae. For example, transforaminal, posterior, and posterior-midline approaches to the disc space are contemplated for placement

US 7,008,422 B2

15                                                                16

of one or more implants or interbody fusion device in the disc space. Such techniques are described in a provisional application entitled "Methods and Instruments for Endoscopic Interbody Surgical Techniques" filed on Oct. 20, 1999 (U.S. Provisional Patent Application Ser. No. 60/160, 550.) This provisional application is incorporated herein by reference in its entirety.

As shown in FIG. 21, installation instrument 20 is mounted on anchors 60a and 60b engaged to vertebrae V1 and V2, respectively. Brace 90 is shown before percutaneous insertion. A cannula 110 is percutaneously inserted to a position adjacent disc space D1. As shown in FIG. 22, a plan view taken at skin surface S, first and second anchor extensions 30a, 30b and brace 90 are positioned on one side of midline M of the spine. Cannula 110 is positioned on the opposite side of midline M. One or more interbody fusion devices, bone graft material, or other material or implants are placed in the disc space. The adjacent vertebrae V1 and V2 are then stabilized by installing brace 90 as described above. Thus, a minimally invasive surgical procedure of the present invention contemplates interbody fusion and stabilization of the adjacent vertebrae to be accomplished with four entry holes or punctures through skin S.

The installation instrument of the present invention can also be used to install braces on both sides of midline M of the spine. The installation instrument can also be used to install multiple braces at one or more levels of the spine. The present invention can be used to stabilize adjacent vertebra in conjunction with any minimally invasive or open surgical techniques for placement of one or more interbody fusion devices into a disc space as would occur to those skilled in the art. For example, one or more interbody fusion devices or intervertebral spacers may be inserted into the disc space via an anterior approach. Examples of anterior approaches are described in PCT International Publication No. WO 97/30666; pending U.S. patent application Ser. No. 09/287, 917; and pending U.S. patent application Ser. No. 09/498, 426 filed on Feb. 4, 2000; each of which is incorporated herein by reference in its entirety. Further, the present invention may also be used to stabilize adjacent vertebrae, or any other bony structure, without placement of fusion devices or implants in the bony structure.

It is further contemplated that brace 90 may be installed and secured to anchors engaged in respective ones of three vertebrae using an installation instrument such as the one illustrated in FIGS. 23–24 and designated generally at 320. Instrument 320 is similar to and functions principally the same as instrument 220, except instrument 320 has a size and configuration adapted for this two level stabilization procedure. In this embodiment, three anchors that are like anchor 60 (not shown) are engageable to respective ones of three vertebrae or other bony structure using any of the above described techniques. Three anchor extensions 330a, 330b, 330c each include outer sleeves 340a, 340b, 340c and inner sleeves 350a, 350b, 350c that are substantially the same as outer sleeve 240 and inner sleeve 250 of instrument 220. Anchor extensions 330 are each mounted on a corresponding one of the three anchors. After the anchors are engaged to the bony structure, the three anchor extensions 330a, 330b, 330c are manipulated through the skin and coupled to one another in the same manner as described above with respect to anchor extensions 230a and 230b. Support arms 322a, 322b of inserter 324 are then rotatably mounted on the anchor extensions 330a, 330b, and 330c and clamped via clamping mechanism 321. Support arms 322a, 322b and clamping mechanism 321 are similar to support arms 222a, 222b and clamping mechanism 221 of installa-

tion instrument 220 except that each is sized to accommodate three anchor extensions 330 therebetween. An indexed brace 490 is similar to brace 290 and has a sufficient length for a two-level stabilization procedure. Brace 490 is secured to pivot arm 331 and then inserted through the passageways of the anchors as described above with respect to installation instrument 220.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only the preferred embodiment has been shown and described and that all changes and modifications that come within the spirit of the invention are desired to be protected.

What is claimed is:

1. A device for use in a surgical procedure on an animal subject, comprising:

an installation instrument coupled to a brace, said brace having an indexed portion coupling said brace in a predetermined orientation with respect to said installation instrument, wherein said installation instrument includes a brace inserter having a distal end, said brace indexed portion being coupled at said distal end of said brace inserter and said installation instrument includes a curved portion extending proximally from said distal end to a proximal end and having a channel formed along said curved portion for receiving a brace coupler, said brace coupler having a proximal end and opposite said brace secured to said brace inserter, said brace coupler having a brace gripper at a distal end pivotally mounted in said channel by a pin secured to said curved portion of said brace inserter, said brace coupler operable to selectively couple and release said brace from said brace inserter.

2. The device of claim 1, wherein said brace is connectable to at least one anchor securable to the animal subject.

3. The device of claim 1, wherein said brace is immovable with respect to said installation instrument when coupled to said installation instrument.

4. The device of claim 1, wherein said brace coupler includes an elongated flexible member extending from said brace gripper proximally through a nut at said proximal end of said curved portion to a set screw.

5. The device of claim 4, wherein said curved portion has a brace receiving opening at said distal end receiving said brace therein.

6. The device of claim 5, wherein said curved portion includes a stop pin extending through said brace receiving opening.

7. The device of claim 6, wherein said brace includes a connecting end having a recess formed therein, said recess having a proximal end wall and a distal end wall, said stop pin contacting said distal end wall limiting the insertion depth of said brace into said brace receiving opening.

8. The device of claim 7, wherein said brace gripper has a tooth positionable in said recess and contacting said proximal end wall of said recess to couple said brace to said pivot arm.

9. The device of claim 1, wherein said indexed portion is at a first end of said brace, said brace including an opposite second end adapted for percutaneous insertion.

10. The device of claim 1, wherein said installation instrument is movable along a predetermined path and said brace is indexed for orientation along said path.

11. The device of claim 10, wherein said path is an arc having a radius determined by a pivot axis of said installation instrument.

US 7,008,422 B2

17

18

12. A method of installation of an orthopedic brace in an animal subject, comprising:

placing first and second anchors mounted on first and second anchor extensions, respectively, in first and second bony parts of the body;

mounting a brace inserter of an installation instrument on the first and second anchor extensions, the installation instrument having a pivot axis relative to the anchors;

swinging the brace inserter relative to the anchors about the pivot axis and thereby moving the brace through an arc centered on the pivot axis of the instrument; and

introducing an end of the brace to the location of the anchors.

13. The method of claim 12, wherein placing first and second anchors includes placing the first and second anchors percutaneously.

14. The method of claim 13, wherein introducing the end of the brace includes introducing the end of the brace percutaneously.

15. The method of claim 12, further comprising:

securing the brace to the anchors;

disconnecting the inserter from the brace; and

moving the inserter in a reverse direction through the arc and thereby removing the inserter from the body.

16. The method of claim 15, further comprising removing the installation instrument from the body.

17. The method of claim 12, wherein the brace is a shaft curved at a single radius about an axis co-linear with the pivot axis of the arc, and the method further comprises:

introducing the shaft through receivers in the anchors after introducing the brace.

18. The method of claim 12, wherein:

placing the anchors includes using image guided navigation to locate optimum placement and orientation of the anchors in pedicles of vertebral bodies of a single level of the spine of the animal and to locate animal skin locations for percutaneous puncture entry of the anchors.

19. The method of claim 18, wherein:

the anchors are bone engaging fasteners; and

placing the anchors includes introducing the bone engaging fasteners and support arms as pre-assembled units percutaneously through punctures at two of the animal skin locations.

20. The method of claim 19 further comprising:

establishing a pivot axis at a fixed distance from the passageways equal to the radius of curvature of the brace.

21. The method of claim 20 wherein establishing a pivot axis comprises:

mounting support arms on the anchor extensions to connect the brace inserter to the anchor extensions.

22. The method of claim 21, further comprising:

coupling the brace to the brace inserter, and

disconnecting the brace inserter from the brace.

23. The method of claim 12 for spinal fusion and wherein the bony parts are vertebral bodies of the animal spine, the method further comprising:

removing the intervertebral disc from the space between first and second vertebral bodies through a first percutaneous puncture in the subject;

introducing one or more interbody fusion devices into the space;

engaging first and second anchors to the first and second vertebral bodies, respectively, through second and third percutaneous punctures in the subject; and

installing the brace through a fourth percutaneous puncture in the subject and connecting the brace to the anchors by application of a fastening tool to the anchors through a bore in each of the first and second anchor extensions.

24. The method of claim 23 wherein introducing one or more interbody fusion devices includes introducing one or more interbody fusion devices via an anterior approach to the disc space.

25. The method of claim 24, wherein the brace installation step includes:

swinging the brace through an arc in a plane containing the brace and perpendicular to the axis of curvature of the brace; and

passing portions of said brace into passageways in the anchors.

26. A method of installation of a connecting element in an animal subject, comprising:

placing first and second anchors in first and second bony parts of the body;

mounting an installation instrument on the first and second anchors, the installation instrument having the connecting element secured thereto; and

moving the installation instrument to position the connecting element more proximate the first and second anchors.

27. The method of claim 26, wherein the connecting element is releasably secured to the installation instrument.

28. The method of claim 26, further comprising:

securing the connecting element to the first and second anchors after moving the installation instrument.

29. A method of installation of a brace in an animal subject, comprising:

placing first and second anchors mounted on first and second anchor extensions, respectively, in first and second bony parts of the body;

mounting a brace inserter on the first and second anchor extensions; and

guiding the brace into a desired position relative to the anchors with the brace inserter.

30. The method of claim 29, wherein the brace is curved, the brace inserter has a pivot axis, and guiding the brace includes swinging the brace through an arc in a plane containing the brace and perpendicular to the axis of curvature of the brace.

31. The method of claim 30, wherein guiding the brace includes passing portions of the brace into passageways in the anchors.

32. The method of claim 31, wherein the pivot axis of the brace inserter is at a fixed distance from the passageways equal to the radius of curvature of the brace.

33. The method of claim 29, further comprising:

using image guided navigation to orient the anchors with respect to the bony parts; and

placing first and second anchors and anchor extensions includes placing the anchors and anchor extensions percutaneously.

34. The method of claim 29, wherein the bony parts are first and second vertebrae of a vertebral level.

35. The method of claim 34, further comprising:

using image guided navigation to orient and place a guidewire in each of the vertebrae;

guiding the anchors and anchor extensions over a corresponding one of the guidewires; and

removing the guidewires after placing the anchors in the first and second vertebrae.

US 7,008,422 B2

19

20

**36.** A method for stabilizing at least one vertebral level of an animal subject, comprising:

inserting at least one interbody fusion device in the disc space between the vertebrae;

engaging first and second anchors to corresponding ones of the vertebrae through first and second percutaneous punctures in the subject;

mounting an installation instrument on the first and second anchors; and

positioning a brace proximate the first and second anchors through a third percutaneous puncture in the subject using the installation instrument.

**37.** The method of claim **36,** wherein engaging first and second anchors includes engaging the anchors through first and second percutaneous punctures.

**38.** The method of claim **37,** wherein positioning the brace includes positioning the brace through a third percutaneous puncture.

**39.** The method of claim **38,** wherein the at least one interbody fusion device is inserted through a fourth percutaneous puncture in the subject.

**40.** The method of claim **39,** further comprising removing intervertebral disc material from the disc space between first and second vertebral bodies through the fourth percutaneous puncture in the subject.

**41.** The method of claim **36,** further comprising:

securing the brace to the anchors by application of fastening tool to the anchors through tool bores of the installation instrument.

**42.** A minimally invasive surgical method, comprising:

positioning at least a pair of anchors within a body of a patient;

contacting a connecting element with an insertion instrument;

referencing a position of the connecting element relative to a position of the pair of anchors; and

percutaneously inserting the connecting element into a desired subcutaneous position relative to the pair of anchors.

**43.** The minimally invasive surgical method of claim **42,** further comprising affixing the connecting element to the pair of anchors.

**44.** The minimally invasive surgical method of claim **42,** where contacting the connecting element with the insertion instrument further comprises releasably attaching the connecting element to the insertion instrument.

**45.** The minimally invasive surgical method of claim **42,** where contacting the connecting element to the insertion instrument further comprises attaching the connecting element in a predetermined fixed orientation with respect to the insertion instrument.

**46.** The minimally invasive surgical method of claim **42,** where contacting the connecting element to the insertion instrument further comprises attaching the insertion instrument to the connecting element along a longitudinal axis of the connecting element.

**47.** The minimally invasive surgical method of claim **42,** where the anchors and the connecting element both are associated with position sensing units, and the minimally invasive surgical method further comprises:

dynamically referencing the position of the connecting element relative to the anchors based on tracking the position sensing units.

**48.** A minimally invasive surgical method for spinal stabilization, comprising:

positioning at least a pair of anchors within at least a corresponding pair of vertebral bone portions;

contacting a connecting element with an insertion instrument referenced to the pair of anchors; and

percutaneously inserting the connecting element into a desired subcutaneous position relative to the pair of anchors.

**49.** A minimally invasive surgical method, comprising:

positioning at least a pair of anchors within a body of a patient, where each of the pair of anchors comprises an anchor portion and a receiver member movably connected to the anchor portion, where each receiver member comprises a body having a passageway therethrough; and

percutaneously controlling a position of the passageway of each respective receiver member.

**50.** The minimally invasive surgical method of claim **49,** further comprising:

aligning the respective positions of each of the passageways into a predetermined orientation; and

percutaneously inserting a connecting member into the passageways.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,008,422 B2                          Page 1 of 1
APPLICATION NO. : 10/263522
DATED               : March 7, 2006
INVENTOR(S)         : Kevin T. Foley et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 1, Line 9: Replace "Jul. 14, 2002" with --Jul. 14, 2000--.

Signed and Sealed this

Fifth Day of September, 2006



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT I

(12) **United States Patent**
Justis et al.

(10) Patent No.: **US 6,530,929 B1**
(45) Date of Patent: **Mar. 11, 2003**

(54) **INSTRUMENTS FOR STABILIZATION OF BONY STRUCTURES**

(75) Inventors: **Jeff R. Justis**, Gulf Breeze, FL (US); **Michael C. Sherman**, Memphis, TN (US); **Kevin T. Foley**, Germantown, TN (US)

(73) Assignee: **SDGI Holdings, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 34 days.

(21) Appl. No.: **09/616,581**

(22) Filed: **Jul. 14, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/186,729, filed on Mar. 3, 2000, and provisional application No. 60/160,489, filed on Oct. 20, 1999.

(51) Int. Cl.⁷ ............................................. **A61B 17/90**
(52) U.S. Cl. ........................... **606/103**; 606/53; 606/61; 606/86
(58) Field of Search ......................... 606/86, 102, 103, 606/53, 60, 61, 1, 72, 87, 96, 97, 98, 104, 148, 130; 242/157 R; 223/99

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,338,159 A | * | 1/1944 | Appleton |
| 3,892,232 A | | 7/1975 | Neufeld |
| 4,335,715 A | * | 6/1982 | Kirkley |
| 4,545,374 A | | 10/1985 | Jacobson |
| 4,573,448 A | | 3/1986 | Kambin |
| 4,722,331 A | | 2/1988 | Fox |
| 4,883,048 A | * | 11/1989 | Purnell et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 197 26 754 A1 | 6/1997 | | |
| SU | 0839513 A | * 6/1981 | ................ | 606/103 |
| WO | WO 97/30666 | 8/1997 | | |
| WO | WO 97/38639 | 10/1997 | | |
| WO | WO 99/15097 | 4/1999 | | |
| WO | WO 99/26549 | 6/1999 | | |
| WO | WO 00/44288 | 8/2000 | | |

OTHER PUBLICATIONS

Sofamor Danek; *The Spine Specialist, TSRH Pedicle Screw Spinal System, Severe Spondylolisthesis of L5–S1 Grade 3 & 4*; Surgical Technique as described by Edward H. Simmons, MD, Edward D. Simmons, Jr. MD, Howard D. Markowitz, MD © 1997.

Sofamor Danek, The Spine Specialist; *Horizon Spinal System, Surgical Technique*; as described by Samuel J. Laufer, M.D., J. Andrew Bowe, M.D. © 1999.

*Posterior Percutaneous Spine Instrumentation*; 9 (Suppl 1) Eur Spine J (2000) Received: Sep. 3, 1999 Accepted: Sep. 4, 1999.

*Primary Examiner*—Jeffrey A. Smith
(74) *Attorney, Agent, or Firm*—Woodard, Emhardt, Naughton, Moriarty & McNett

(57) **ABSTRACT**

The present invention relates to a brace installation instrument placement that is mounted to anchors secured in an animal subject. The installation instrument includes anchor extensions coupled to the anchors. The instrument is movable with respect to the anchors to position a brace in a position more proximate the anchors. The brace can be indexed for insertion at a predetermined orientation with respect to the installation instrument. Methods and techniques for using the installation instrument are also provided.

**98 Claims, 12 Drawing Sheets**



## US 6,530,929 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,896,661 | A | | 1/1990 | Bogert et al. |
| 4,955,885 | A | | 9/1990 | Meyers |
| 4,957,495 | A | * | 9/1990 | Kluger ......................... 606/58 |
| 5,163,940 | A | * | 11/1992 | Bourque ....................... 606/96 |
| 5,242,443 | A | | 9/1993 | Kambin |
| 5,242,444 | A | | 9/1993 | MacMillan .................. 606/60 |
| 5,281,223 | A | | 1/1994 | Ray |
| 5,334,205 | A | | 8/1994 | Cain |
| 5,383,454 | A | | 1/1995 | Bucholz |
| 5,437,667 | A | * | 8/1995 | Papierski et al. ............. 606/55 |
| 5,569,248 | A | | 10/1996 | Mathews |
| 5,591,165 | A | | 1/1997 | Jackson |
| 5,591,167 | A | * | 1/1997 | Laurain et al. ............... 606/61 |
| 5,601,562 | A | * | 2/1997 | Wolf et al. ................... 606/86 |
| 5,613,971 | A | | 3/1997 | Lower et al. |
| 5,643,273 | A | * | 7/1997 | Clark ........................... 606/96 |
| 5,681,320 | A | | 10/1997 | McGuire ..................... 606/104 |
| 5,704,937 | A | * | 1/1998 | Martin ......................... 606/61 |
| 5,720,751 | A | | 2/1998 | Jackson |
| 5,725,532 | A | * | 3/1998 | Shoemaker ................... 606/96 |
| 5,735,857 | A | | 4/1998 | Lane |
| 5,741,266 | A | | 4/1998 | Moran et al. |
| 5,752,962 | A | * | 5/1998 | D'Urso ........................ 606/130 |
| 5,772,594 | A | | 6/1998 | Barrick |
| 5,851,183 | A | | 12/1998 | Bucholz |
| 5,871,445 | A | | 2/1999 | Bucholz |
| 5,891,034 | A | | 4/1999 | Bucholz |
| 5,891,150 | A | | 4/1999 | Chan |
| 5,891,158 | A | | 4/1999 | Manwaring et al. |
| 5,910,141 | A | * | 6/1999 | Morrison et al. ............. 606/61 |
| 6,036,692 | A | | 3/2000 | Burel et al. |
| 6,099,528 | A | | 8/2000 | Saurat |
| 6,123,707 | A | * | 9/2000 | Wagner ........................ 606/61 |
| 6,226,548 | B1 | | 5/2001 | Foley et al. |
| 6,235,028 | B1 | * | 5/2001 | Brumfield et al. ............ 606/53 |
| 2002/0045904 | A1 | | 4/2002 | Fuss et al. |

* cited by examiner



Fig. 3

Fig. 1



**Fig. 2**

**Fig. 5**

**Fig. 4**



**Fig. 2a**



**Fig. 3a**



**Fig. 6**



**Fig. 7**



*Fig. 8*



**Fig. 9**



**Fig. 9a**

**Fig. 10**



*Fig. 11*



*Fig. 11a*

*Fig. 12*



*Fig. 13*



**Fig. 14**



**Fig. 15**



**Fig. 16**



**Fig. 17**



*Fig. 20b*

*Fig. 18*



*Fig. 19*



*Fig. 20a*

Case 3:08-cv-01512-MMA-MDD   Document 1-1   Filed 08/18/08   Page 99 of 131



**Fig. 21**



**Fig. 22**



*Fig. 23*



*Fig. 24*

US 6,530,929 B1

1

# INSTRUMENTS FOR STABILIZATION OF BONY STRUCTURES

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of the filing dates of Provisional Application Serial No. 60/186,729, filed Mar. 3, 2000 and Provisional Application Serial No. 60/160, 489, filed Oct. 20, 1999. The referenced applications are each incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

The present invention generally relates to surgical instruments and methods for use of the same, and more particularly, but not exclusively, relates to instruments and methods for stabilizing bony structures.

The use of various devices and methods for stabilizing bone structures have been used for many years. For example, the fracture of an elongated bone, such as a femur or humerus, can be stabilized by securing a plate to the fractured bone across the fracture. The plate extends across the fractured area and thus stabilizes the fractured components of the bones relative to one another in a desired position. When the fracture heals, the plate can be removed or left in place, depending on the type of plate that is used.

Another type of stabilization technique uses one or more elongated rods extending between components of a bony structure and secured to the bony structure to stabilize the components relative to one another. The components of the bony structure are exposed and one or more bone engaging fasteners are placed into each component. The elongated rod is then secured to the bone engaging fasteners in order to stabilize the components of the bony structure.

One problem associated with the above described stabilization structures is that the skin and tissue surrounding the surgical site must be cut, removed, and/or repositioned in order for the surgeon to access the location where the stabilization device is to be installed. This repositioning of tissue causes trauma, damage, and scarring to the tissue. There are also risks that the tissue will become infected and that a long recovery time will be required after surgery for the tissue to heal.

Minimally invasive surgical techniques are particularly desirable in, for example, spinal and neurosurgical applications because of the need for access to locations deep within the body and the danger of damage to vital intervening tissues. The development of percutaneous minimally invasive spinal procedures has yielded a major improvement in reducing recovery time and post-operative pain because they require minimal, if any, muscle dissection and can be performed under local anesthesia. These benefits of minimally invasive techniques have also found application in surgeries for other locations in the body where it is desirable to minimize tissue disruption.

Examples of instruments and techniques for performing surgeries using minimally invasive techniques are found in U.S. Pat. Nos. 5,792,044 and 5,902,231 to Foley et al. While these techniques are steps in the right direction, there remains a need for instruments and methods for stabilizing bony structures using minimally invasive techniques. This need and others are addressed by the present invention.

## SUMMARY OF THE INVENTION

The present invention relates to devices and methods for insertion of an orthopedic brace to one or more anchors secured to an animal subject.

2

In one aspect of the invention, there is provided a method for using an instrument to connect at least two bone anchors with a connecting element. The instrument is secured to the anchors and manipulated to place the connecting element in a position more proximate the anchors.

In another aspect of the present invention, there is provided a method that includes: placing at least two anchors in a bony structure, each of the anchors having an extension associated therewith; attaching a brace inserter of an installation instrument to the extensions; and guiding a brace into a desired position relative to the anchors.

In a further aspect of the invention, there is provided an instrument for placing a brace or connecting element into a desired position relative to at least two anchors. The instrument employs a fixed geometric relationship to guide the connecting element into a position proximate the anchors.

In yet a further aspect of the invention, there is provided an instrument for placing a connecting element into a desired position proximate the location of two anchors. The instrument is mounted to the at least two anchors and holds the connecting element in spatial relation to the anchors about a pivot point. The instrument is rotated about the pivot point to guide the connecting element to the desired position.

According to an additional aspect of the invention, there is provided an installation instrument having a brace secured thereto. The brace is indexed so that the brace can assume only a desired orientation when secured to the installation instrument.

According to one aspect of the invention, the percutaneous brace placement device includes first and second anchor extensions and a pivoting brace inserter mounted to the anchor extensions about a pivot axis. The pivoting brace inserter includes an arm having a brace mounting portion at its distal end for connecting an orthopedic brace to the device.

In another aspect of the present invention, the installation instrument includes a support arm engaged to the anchor extension. An anchor is engaged to the distal end of each anchor extension. Preferably, the anchors are in the form of a multi-axial screw capable of allowing universal rotation of the anchor extension. In one form, the arm is located at a predetermined radius from the pivot axis and in a curve at a substantially constant radius relative to the pivot axis to the brace mounting portion. In yet another form, a brace gripper or coupler is operable to selectively grip and release an orthopedic brace from the inserter. In another form, a brace has one end connected at the brace mounting portion and an opposite end adapted to puncture soft tissue of an animal body. Preferably, the brace and pivot arm lie in a circle centered on the pivot axis at a constant radius. The brace is curved at the constant radius relative to the pivot axis in one plane, and the brace is oriented to lie in the circle.

According to another aspect of the invention, a method of installing an orthopedic brace in an animal subject is provided. The method comprises placing first and second anchors mounted on first and second anchor extensions, respectively, percutaneously in first and second bony parts of the body of the subject; mounting a brace inserter on the anchor extensions, the inserter having a pivot axis about the anchor extensions; mounting the brace on the pivoting brace inserter; and swinging the brace inserter relative to the anchor extensions about the pivot axis and thereby moving the brace in a forward direction through an arc centered on the pivot axis and introducing an end of the brace percutaneously to the location of the anchors. In a further form, the brace is fixed to the anchors; the inserter disconnected from

US 6,530,929 B1

3

the brace; and the inserter moved in a reverse direction through the arc and to remove the inserter from the body. Preferably, the brace is a shaft curved at a single radius about an axis co-linear with the pivot axis of the arc, and the method further includes introducing the shaft through receivers in the anchors during the introduction step.

In yet another aspect of the present invention, anchors, or anchors and anchor extensions are placed by image guided navigation to locate optimum placement and orientation of the anchors in pedicles of vertebral bodies of a single level of the spine of the animal. The image guided technology is also used to determine animal skin locations for percutaneous puncture entry of the anchors. In one form the anchors are cannulated and inserted over guidewires anchored in the vertebral bodies.

According to another aspect of the invention, a technique for spinal fusion of adjacent vertebral bodies of the animal spine is provided. The method includes removal of intervertebral disc material from the space between first and second vertebral bodies of the subject. One or more interbody fusion devices are introduced into the space. First and second anchors are engaged to the first and second vertebral bodies, respectively, through first and second percutaneous punctures in the subject. A curved brace is installed through a third percutaneous puncture in the subject using an installation instrument. The brace is connected to the anchors by application of fastening tool to the anchors through the first and second punctures.

In another form of the present invention, a curved brace is installed by swinging the brace through an arc in a plane containing the brace and perpendicular to the axis of curvature of the brace, and passing portions of the brace into passageways in the anchors. The pivot axis of the brace is at a fixed distance from the passageways equal to the radius of curvature of the brace.

One object of the present invention of the present invention is to provide minimally invasive techniques and instruments for stabilizing a bony structure in an animal subject.

Related features, aspects, embodiments, objects and advantages of the invention will be apparent from the following description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a brace and an installation instrument for installing the brace according to one embodiment of the present invention.

FIG. 2 is an enlarged fragmentary section view taken at line 2—2 of FIG. 1 and viewed in the direction of the arrows.

FIG. 2a is a side elevational view of another embodiment of a brace inserter.

FIG. 3 is an enlarged fragmentary exploded view of the connection of the brace to a portion of the installation instrument.

FIG. 3a is an enlarged fragmentary exploded view of another embodiment connection of the brace to a portion of the installation instrument.

FIG. 4 is an enlarged section view of a portion of the installation instrument taken at line 4—4 of FIG. 1.

FIG. 5 is an end view, on a smaller scale than FIG. 4, of an outer sleeve comprising a portion of the installation instrument of FIG. 1.

FIG. 6 is an enlarged section view of a portion of the installation instrument taken through line 6—6 of FIG. 1.

FIG. 7 is a perspective view on a much smaller scale than FIGS. 4 and 6 of an inner sleeve comprising a portion of the installation instrument of FIG. 1.

4

FIG. 8 is a perspective view of a further embodiment of a brave and an installation instrument according to the present invention.

FIG. 9 is an exploded perspective view of a portion of the installation instrument of FIG. 8.

FIG. 9a is a section view taken through line 9a—9a of FIG. 9.

FIG. 10 is a side elevational view of the portion of the installation instrument of FIG. 9.

FIG. 11 is a side elevational view of the brace coupler of the installation instrument of FIG. 8.

FIG. 11a is an enlarged detail view of a portion of the brace gripper of FIG. 10.

FIG. 12 is an enlarged detail view of the portion of installation instrument connected to an indexed brace.

FIG. 13 is an enlarged view of a trocar and the portion of the installation instrument connected thereto.

FIG. 14 is an elevational view of an inner sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8.

FIG. 15 is a right hand end view of the inner sleeve of FIG. 14.

FIG. 16 is a side elevational view of a first outer sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8.

FIG. 17 is a side elevational view of a second outer sleeve forming a portion of the anchor extension of the installation instrument of FIG. 8 rotated 90 degrees about its longitudinal axis as compared with the first outer sleeve of FIG. 16.

FIG. 18 is a perspective view of a guidewire.

FIG. 19 is a perspective view of a cannulated awl usable in a surgical technique with the installation instrument of the present invention.

FIGS. 20a and 20b are perspective views of driver tools usable in a surgical technique with the installation instrument of the present invention.

FIG. 21 is a side elevational view of a portion of the spinal column and the installation instrument along with a cannula for performing surgical procedures in the disc space.

FIG. 22 is a top plan view of the instruments of FIG. 21 at the skin level.

FIGS. 23 and 24 are perspective views of another embodiment of an installation instrument of the present invention usable in a two level stabilization procedure.

DESCRIPTION OF THE ILLUSTRATED EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is thereby intended. Any such alterations and further modifications in the illustrated devices, and such further applications of the principles of the invention as illustrated herein are contemplated as would normally occur to one skilled in the art to which the invention relates.

The present invention is directed to instruments and methods for insertion of a brace for connection with anchors engaged to bony parts of the body. Referring to FIG. 1, connecting element or brace 90 is preferably an elongated rod or shaft curved along its length between a connecting end 91 and an insertion end 92 with a radius of curvature R.

US 6,530,929 B1

5

However, it should be understood that the present invention contemplates that brace 90 can include any configuration known for a rod, implant, or fastener, so long as brace 90 is insertable using installation instrument 20. Further, brace 90 can be elastic or super-elastic member in the form of a cable, band or artificial ligament that used in tethering or other surgical procedures. Brace 90 can be percutaneously or non-percutaneously inserted with an installation instrument 20 into passageways of anchors engaged to a bony structure in the body of an animal subject to stabilize the bony structure.

In the illustrated embodiment, brace 90 is a shaft curved at a single radius R along an arc A, and brace 90 has an axis co-linear with arc A. However, it is contemplated that brace 90 can have a curvature that differs from arc A, or can have a curvature that varies or is compounded along its length. The curvature of brace 90 can be defined by any one or any combination of mathematical relationships, including, for example, linear, exponential, logarithmic, trigonometric, geometric, parabolic, quadratic, cubic, hyperbolic, elliptic, or parametric relationships. Brace 90 in FIG. 1 is inserted via the installation instruments of the present invention through passageways 70a and 70b of anchors 60a and 60b, respectively in order to stabilize adjacent vertebrae V1 and V2. The installation instrument can employ any type of fixed geometric relationship to insert brace 90 into passageways 70a and 70b. This fixed geometric relationship can be governed any one or combination of a pinned joint, a cam, a four-bar linkage, a guide member that provides a path for translational movement of brace 90, or any other mechanical relationship that would occur to those skilled in the art.

Installation instrument 20 illustrated in FIG. 1 includes a first support arm 22a and a second support arm 22b. Support arms 22a, 22b are pivotally connected at a proximal end 32 of a brace inserter 24. Brace inserter 24 includes a distal end 33 from which a brace 90 extends. A pivot arm 31 has a straight portion 31a extending from proximal end 32 to a curved portion 31b that extends to a brace mounting portion 25 at distal end 33. Inserter 24 is pivotable about a pivot axis P to define a curvilinear arc or axis A. Brace mounting portion 25 includes a brace receiving opening 35 at distal end 33.

Preferably, brace 90 is supported by mounting portion 25 in receiving opening 35 so that brace 90 is relatively fixed with respect to inserter 24, maintaining alignment of brace 90 along arc axis A during insertion of brace 90. Curved portion 31b includes a channel 34 extending therealong that receives a brace coupler 36 therein. Preferably, brace coupler 36 is an elongated pin that extends along arc axis A from distal end 33 to a thumb screw 37 adjacent pivot arm 31. As shown in FIG. 3, brace coupler includes an elongated pin having a distal end 36a that is preferably threaded, and is received within an internally threaded bore 93 formed at brace connecting end 91. It is further contemplated that the pin can be a wire or a flexible rod. Thumb screw 37 is manipulated by the surgeon to connect brace 90 to inserter 24 at brace mounting portion 25. After brace 90 is inserted, the surgeon manipulates thumbscrew 37 to disconnect brace 90 from inserter 24.

The present invention also contemplates other mechanisms for connecting brace 90 to inserter 24. For example, in FIG. 3a brace coupler 36 includes a draw bar 140 positionable within channel 34. Bar 140 has a distal end 142 with a pair of opposed jaws 143 forming a mouth 145. Each jaw 143 includes a tooth 144 projecting therefrom towards the opposing jaw. Brace 90' is the same as brace 90, except brace 90' has a connecting end 91' with a connecting post 94 extending therefrom.

6

Connecting post 94 is tapered from connecting end 91' to tip 96, and is configured to mate with jaws 143 in mouth 145 when jaws 143 are clamped around connecting post 94. Connecting post 94 includes a recess 95 formed adjacent connecting end 91' configured to receive teeth 144 therein. In order to clamp connecting post 94, a proximal end of draw bar 140 extends from inserter 24, as shown in FIG. 1 with respect to coupler 36, and has a threaded thumbscrew engaged thereto. The jaws are actuated and clamped around connecting post 94 by threading the thumbscrew in an appropriate direction to draw bar 140 into channel 34. Jaws 143 are pressed towards one another and teeth 144 are received into recess 95, thereby connecting brace 90' to inserter 24. Preferably, connecting post 94 is indexed so that brace 90' can only be coupled to inserter 24 with brace 90' extending along axis A. This indexing can be accomplished by providing two recesses 95 each sized to receive tooth 144 and positioned on post 94 such that brace 90' can only be coupled via teeth 144 if brace 90' is oriented along axis A.

Inserter 24 has a bottom surface 25a that is preferably curved along axis A to facilitate smooth percutaneous insertion of brace 90. Further, curved portion 31b has at mounting portion 25 a thickness t1 between bottom surface 25a and a top surface 25b. The thickness increases along the length of curved portion 31b of pivot arm 31 in a smooth taper to a thickness t2 adjacent the straight portion 31a. Thickness t2 is preferably greater than thickness t1, facilitating percutaneous insertion and withdrawal of curved portion 31b while minimizing damage and trauma to the surrounding tissue.

Support arms 22a and 22b have proximal end portions adjacent axis P with tool bores 26a and 26b, respectively, for receiving a driving tool therethrough to manipulate anchors 60a and 60b, respectively, as described further below. In the illustrated embodiment, support arm 22a includes an upper post 28a having a channel 23a extending upwardly to the proximal end portion and communicating with tool bore 26a. An anchor extension 30a is mounted in channel 23a via a thumbscrew 27a threadedly received in a threaded aperture 29a that extends through upper post 28a and anchor extension 30a. Anchor extension 30a is mounted at its lower or distal end to anchor 60a. Similarly, support arm 22b includes an upper post 28b having a channel 23b communicating with tool bore 26b. An anchor extension 30b is mounted in channel 29b via a thumbscrew 27b threadedly received in a threaded aperture (not shown) extending through upper post 28b and anchor extension 30b. Anchor 30b is mounted at its lower or distal end to anchor 60b. The present invention also contemplates that upper post 28a and anchor extension 30a, and similarly upper post 28b and anchor extension 30b, are not separate components but rather are formed as a unit to which brace inserter 24 is pivotally attached.

Inserter 24 is pivotally connected to upper posts 28a and 28b of support arms 22a and 22b, respectively. As shown in FIG. 2, a cross-section taken at line 2—2, inserter 24 is positioned between support arms 22a and 22b. Upper post 28a has a cylindrical portion 46a with a first flanged bushing 47a extending therefrom. Upper post 28b has a cylindrical portion 46b with a second flanged bushing 47b extending therefrom. Bushings 47a and 47b are rotatably received in a through-hole 39 that extends through pivot arm 31. Bushings 47a and 47b define a through opening 48 for receiving a pin 49 therein to secure posts 28a and 28b to pivot arm 31. Preferably, pin 49 is threaded along a portion of its length to engage internal threads in bushing 47a, and the head of pin 49 sits within a countersink formed in cylindrical portion 46b at bushing 47b to maintain clearance of bore 26b.

An alternate form of pivot arm 31 for pivoting rod inserter 24 is illustrated in FIG. 2a and designated as rod inserter 24',

US 6,530,929 B1

7

and like elements between inserter 24 and 24' are designated with like reference numerals. Inserter 24' has pivot arm 122 extending from curved portion 31b to a proximal end 123. A handle 128 is positioned adjacent brace mounting portion 25 on pivot arm 122 to facilitate percutaneous insertion of brace 90 and withdrawal of the instrument by the surgeon. A pair of arms 124, 126 adjacent proximal end 123 form a passage therebetween. The passage is configured to receive support arms 22a, 22b between arms 124 and 126. Holes 125 and 127 formed through arm 124 and 126, respectively, are provided for a connection mechanism to pivotally connect inserter 24' to support arms 22a and 22b.

Referring now to FIG. 4, details of anchor extensions 30a and 30b and anchors 60a and 60b (hereinafter collectively referred to as anchor extension 30 and anchor 60) will now be described. In FIG. 4, anchor 60 is shown fragmentarily as a bone screw 61 with its head 63 mounted in a receiver or connector. In FIG. 1, screws 61a and 61b are shown cannulated with central passage 85a and 85b, respectively; however, non-cannulated screws 61 are also contemplated.

In the illustrated embodiment, the receiver or connector is a yoke 68 that defines a passageway 70 for receiving brace 90 therethrough and a set screw 76 to secure brace 90 in yoke 68. Yoke 68 is mountable to anchor extension 30 before and during percutaneous placement and securement of anchor 60 to the bony structure. Anchor extension 30 includes an outer sleeve 40 and an inner sleeve 50 disposed within a bore 45 through outer sleeve 40. Inner sleeve 50 defines a bore 51 therethrough that communicates with the channel and tool bore 26 of the upper post 28 to which inner sleeve 50 is attached (FIG. 1). Distal end 53 of inner sleeve 50 includes a lip 52 extending radially therearound projecting into inner bore 51. Lip 52 retains set screw 76 on inner sleeve 50 with screw 76 at least partially threaded into yoke 68, thereby mounting anchor 60 on anchor extension 30.

Screw 61 has bone engaging threads formed on shank 62 and a head 63 that includes tool opening 64, such as a hex opening or the like, configured to receive a driving tool. In a preferred form, anchor 60 is a multi-axial screw assembly that has yoke 68 pivotally coupled to head 63 of screw 61. However, the use of an anchor 60 that does not include a screw having multi-axial capabilities is not precluded by the present invention. As is known in the art, screw 61 is capable of being rotated within yoke 68 to assume a plurality of angles between axes L1 and L2. Further, screw 61 can be rotated 360 degrees about axis L at any one of the angular positions between axis L1 and L2. One specific example of a multi-axial screw having application with the present invention is described in U.S. Pat. Nos. 5,797,911 and 5,879,350, each of which is incorporated herein by reference.

In the illustrated example, anchor 60 includes a connector in the form of a generally cylindrical yoke 68 having passageway 70 therethrough for receiving brace 90. Head 63 of screw 61 is received within a bowl 69 formed at the bottom of yoke 68. A groove 67 is formed in bowl 69, and a collar 65 is retained in bowl 69 via groove 67. Collar 65 captures screw 61 in yoke 68, and is configured to mate with head 63 to allow multi-axial orientations of screw 61 as described above. A cap 66 is positioned over head 63 and limits upward displacement of screw 61 in yoke 68.

Yoke 68 includes arms 71 extending upwardly from bowl 69 on opposite sides of passageway 70. Arms 71 have internal threads 72 configured to mate with external threads 77 on set screw 76. Set screw 76 has upper tool engaging portion 78 having tool dimension d2 and a lower tool

8

engaging portion 79 having tool dimension d1 that is less than d2. Set screw 76 has a shoulder 80 that is supported on inner sleeve 50 by lip 52. Set screw 76 is positioned with shoulder 80 on lip 52 by threading external threads 77 past lip 52. In FIG. 4, set screw 76 is partially threaded into internal threads 72 of yoke 68 in order to couple anchor 60 to anchor extension 30. Upper tool engaging portion 78 has a reduced thickness portion 81 where it joins lower tool engaging portion 79. Thus, in this embodiment, set screw 76 is a break-off type set screw which severs at reduced thickness portion 81 when a predetermined threshold torque is applied at upper tool engaging portion 78, thus allowing a desirable and uniform securing force to be applied to brace 90 with each of the set screws 76. Another advantage is that set screw 76 can be released from anchor extension 30 when set screw 76 is severed.

Yoke 68 is received within recess portion 42 at distal end 41 of outer sleeve 40. As shown in FIG. 5, an end view of outer sleeve 40, recess 42 is shaped with a generally cylindrical wall with a couple of flat surface to conform to the outer perimeter of yoke 68 at upper end surfaces 73. Upper surfaces 73 of arms 71 are held firmly against recessed surface 44 by set screw 76, which is releasably coupled to yoke 68 and inner sleeve 50, by drawing yoke 68 into recess 42 via inner sleeve 50. Anchor 60 is mounted to anchor extension 30 and held in a fixed position relative to anchor extension 30. Axis L3 of anchor extension 30 is aligned with axis L1 of bone screw 61 when a guidewire, such as guidewire 280 of FIG. 18, or a tool, such as tool 100 or 100' of FIGS. 20 and 20b is inserted into screw 61 to maintain anchor 60 in this aligned position.

Referring to FIGS. 6 and 7, inner sleeve 50 and its connection with outer sleeve 40 will be further described. Inner sleeve 50 includes lower cylindrical tubular body portion 53. Fingers 54 extend from body portion 53 to upper end 55 of inner sleeve 50. Fingers 54 include retainers 56 adjacent upper end 55. A pin or nub 58 is positioned on and extends from the outer surface of each finger 54. Outer sleeve 40 includes upper paired holes 57a and lower paired holes 57b, which serve as catches. As shown in FIG. 6, nubs 58 are positionable within catches 57a or 57b formed in outer sleeve 40 to hold inner sleeve 50 relative to outer sleeve 40. Retainers 56 contact upper end 46 of outer sleeve 40 when nubs 58 are positioned in lower catches 57b. Retainers 56 limit the depth of insertion of inner sleeve 50 into bore 45 of outer sleeve 40. Retainers 56 also facilitate insertion and withdrawal of inner sleeve 50 relative to outer sleeve 40 by providing the surgeon means to grasp fingers 54 and squeeze.

Finger 54 can be deflected towards one another as indicated by arrows P in order to disengage nubs 58 from catches 57a and 57b, thus allowing rotation and axial translation of inner sleeve 50 in outer sleeve 40. Outer sleeve 40 includes notches 59 formed at upper end 46 on opposite sides of outer sleeve 40 between respective ones of the paired catches 57a and paired catches 57b. Notches 59 allow inner sleeve 50 to be positioned in outer sleeve 40 with nubs 58 at a depth approximating the location of catches 57a and 57b without deflecting fingers 54. Fingers 54 can then be pressed together to withdrawal nubs 58 from notches 59, allowing inner sleeve 50 to be rotated and nubs 58 positioned in the desired paired catches 57a or paired catches 57b.

With nubs 58 positioned in lower catches 57b, set screw 76 extends into recess portion 42 of outer sleeve 40 enough to allow anchor 60 to be mounted on extension 30 by threading set screw 76 partially into yoke 68. Nubs 58 can then be positioned in upper catches 57a, retracting yoke 68

US 6,530,929 B1

9

into recessed portion 42 of outer sleeve 40 to hold anchor 60 firmly in place as shown in FIG. 4 and described above. Anchor 60 can thus be pre-assembled with anchor extension 30 before engaging anchors 60 to the bony structure, allowing the assembled anchor 60 and anchor extension 30 to be positioned percutaneously together in a minimally invasive approach to the bony structure. However, it is also contemplated that anchor extension 30 can be mounted on an anchor 60 that is already engaged to the bony structure.

Referring now to FIGS. 8 and 9, another embodiment of an installation instrument is illustrated. In FIG. 9, anchor extensions 230 are not illustrated. Anchor extensions 230 include an inner sleeve 240 that is received proximally within outer sleeve 250 in a manner similar to that described above with respect to anchor extension 30. The inner sleeve 240 and outer sleeve 250 are further illustrated in FIGS. 14–17, and are described in further detail below.

Installation instrument 220 includes a brace inserter 224 having a first support arm 222a and a second support arm 222b. Support arms 222a, 222b come together and are fixedly connected at a proximal end 232 of a pivot arm 231. Referring now further to FIGS. 9a and 10, pivot arm 231 includes a distal end 233 from which brace 290 extends. Brace inserter 224 includes a brace mounting portion 225 adjacent distal end 233 for securing a brace, such as brace 290, thereto. Brace 290 is similar to brace 90, and includes a connecting portion 291 as described further below. Brace inserter 224 is pivotable about a pivot axis P to define a curvilinear arc or axis A. Pivot arm 231 of brace inserter 224 is preferably curved along curved portion 231b to follow axis A and facilitate smooth percutaneous insertion and withdrawal of pivot arm 231. As shown in FIG. 9a, brace mounting portion 225 includes a brace receiving opening 235 extending proximally from distal end 233.

Pivot arm 231 includes a channel 234 extending from distal end 233 therealong towards proximal end 232. Channel 234 receives a brace coupler 236 therein that is secured to inserter 224 by a nut 239 and pin 228. For the purposes of clarity, nut 239 and brace coupler 236 are shown displaced from channel 234 except at distal end 233. Preferably, brace coupler 236 is an elongated flexible member that extends with arc axis A from distal end 233 through nut 239 to a set screw 237 adjacent proximal end 232. Coupler 236 is pivotally coupled to inserter 224 at brace mounting portion 225 via pin 228. Set screw 237 is threadingly received in a threaded opening formed in nut 239. Brace mounting portion 225 also includes stop pin 229 extending therethrough in communication with brace receiving opening 235.

Referring now further to FIGS. 11–12, brace 290 is positionable in brace receiving opening 235 so that brace 290 is relatively fixed with respect to inserter 224 by brace coupler 236, maintaining alignment of brace 290 along arc axis A during insertion of brace 290. Brace coupler 236 includes gripping portion 270 at its distal end for gripping brace 290. Gripping portion 270 has through-hole 272 receiving pin 228 therethrough and rotatably coupling gripping portion 270 at brace mounting portion 225. Gripping portion 270 further includes a tooth 274 extending therefrom at its distal end 271. A notch 276 extends proximally from tooth 274.

Brace 290 has a connecting end 291 with a connecting post 294 extending therefrom. Preferably, connecting post 294 is tapered from connecting end 291 to tip 296, and has a recess 297 with a length and depth configured to receive tooth 274 at the end of the recess 297 adjacent tip 296 and

10

stop pin 229 at the end of recess 297 adjacent connecting end 291. Stop pin 229 contacts brace 290 in recess 297 to limit the depth of insertion of brace 290 into opening 235.

In one aspect of the invention, brace 290 is indexed by providing a single recess 297 at a predetermined location on post 294. Post 294 cannot be inserted properly into channel 235 unless stop pin 229 is received in recess 297, thus ensuring an orientation of brace 290 with respect to inserter 224 that is determined by the position of recess 297 with respect to stop pin 229. Preferably, the position of recess 297 is such that it is located with respect to gripping portion 270 so that the radius of curvature of brace 290 extends from inserter 224 along arc axis A. This ensures accurate positioning and orientation of brace 290 with respect to anchors 60 during installation of brace 290.

In order to grip brace 290 when connecting portion 291 is placed into opening 235, gripping portion 270 is rotated downwardly about pin 228 in the direction of arrow R by drawing brace coupler 236 proximally via threading of set screw 237 in a first direction with respect to lock nut 239. Set screw 237 is threaded in an opposite second direction to push brace coupler 236 distally and therefore bend coupler 236, rotating tooth 274 about pin 228 in the direction opposite arrow R out of recess 297 thereby releasing brace 290.

Referring back to FIGS. 8 and 9, support arms 222a and 222b have through-holes 223a, 223b for receiving a clamping mechanism 221. Clamping mechanism 221 draws arms 222a, 222b towards one another to pivotably secure anchor extensions 230a, 230b therebetween. Pivot nuts 225a and 225b are positionable in through holes 223a and 223b, respectively. A clamping bar 225 extends between arms 222a and 222b, and has threaded bores at each end that allow bar 225 to be secured to and clamp arms 222a, 222b via threaded fastener 226 and clamping knob 227 having a threaded stem 227a. Clamping knob 227 is manipulated by the surgeon to secure or release extensions 230a and 230b from arms 222a and 222b.

In the illustrated embodiment, pin 260a is press fit into opening 262a of arm 222a. Anchor extension 230a is rotatably mounted on support arm 222a via pin 260a. Similarly, anchor extension 230b is rotatably mounted on support arm 222b via pin 260b press fit into opening 262b of arm 222b. Other techniques for securing pins 260a, 260b and mounting extensions 230a, 30b thereto are also contemplated as would occur to those skilled in the art. Each arm 222a, 222b can be provided with a stop bar 264a, 264b extending therefrom towards the other support arm 222b, 222a, respectively. Stop bars 264a and 264b limit rotation of instrument 220 along axis A when stop bars 264a, 264b contact a corresponding one of the extensions 230a, 230b.

Referring now to FIGS. 14–17, anchor extensions 230 that coupled to inserter 224 will now be described in further detail. These anchor extensions 230 are illustrated in an assembled condition in FIG. 8. It should be noted that second outer sleeve 240b of FIG. 17 is illustrated rotated 90 degrees about its longitudinal axis as compared with the orientation of the elevational view of first outer sleeve 240a of FIG. 16.

Although anchors are not shown in FIG. 8, anchor extension 230a can have mounted thereon at its lower or distal end a first anchor, such as anchor 60a described above. Similarly, anchor 230b can have mounted at its lower or distal end a second anchor, such as anchor 60b, described above. Anchor extensions 230a, 230b, collectively referred to as anchor extensions 230, each include outer sleeve 240

US 6,530,929 B1

11

and an inner sleeve 250 disposed within a bore 245 through outer sleeve 240. Inner sleeve 250 defines a bore 251 therethrough that allows tools to extend to the anchor. Distal end 253 of inner sleeve 250 includes a lip 252 extending radially therearound projecting into inner bore 251. Lip 252 supports a set screw, such as set screw 76 described above, on the distal end of inner sleeve 250.

Yoke 68 is preferably received within end portion 242 at distal end 241 of outer sleeve 240. As shown in FIG. 16, end portion 242 has a U-shaped opening that is alignable with passageway 70 to accommodate insertion of brace 290 therethrough. The arms 244 of end portion 242 are alignable with the arms 71 of yoke 68, receiving arms 71 therein, firmly securing anchor 60 onto anchor extension 230 during insertion of the anchor.

The positioning of inner sleeve 250 into outer sleeve 240 will be further described, although those skilled in the art will appreciate that anchor extension 30 and anchor extension 230 are similar in many respects. Inner sleeve 250 includes lower gripping elements or fingers 254 that include circular relief portions 277 therebetween to allow flexing of fingers 254. Inner sleeve 250 further includes upper notch 256 and lower notch 256' between fingers 254 and upper end 255. Outer sleeve 240 includes a plunger-type spring biased retainer 257 extending therein adjacent bore 245 having a cross bar 258 extending transversely from a plunger 259. Cross bar 258 is selectively positionable in a desired one of the notches 256 and 256' to hold inner sleeve 250 relative to outer sleeve 240. Shoulder 261 limits the depth of travel of inner sleeve 250 distally into bore 245 of outer sleeve 240. When cross bar 258 is in upper notch 256, set screw 76 of anchor 60 can be threaded onto or pushed between fingers 254 at distal end 253, where set screw 76 is retained thereon by lip 252.

If not already secured to set screw 76, yoke 68 can then be at least partially threaded onto set screw 76. Movement of inner sleeve 250 relative to outer sleeve 240 is facilitated by depressing plunger 259 to lift cross bar 258 out of upper notch 256. Inner sleeve 250 is moved proximally to position cross bar 258 in lower notch 256', drawing yoke 68 between the arms 244 and against end portion 242 with passage 70 aligned with the U-shaped opening between the arms 244. Axis L3 of anchor extension 230 is aligned with axis L1 of bone screw 61 when a guidewire or a tool, such as tool 100 or 100' of FIGS. 20a and 20b is inserted into screw 61 to maintain anchor 60 in this aligned position. An alignment pin 263 of inner sleeve 250 is received in slot 249 of outer sleeve 240 to ensure and maintain proper alignment of inner sleeve 250 in outer sleeve 240.

The assembly of anchor extensions 230a and 230b to one another and also to inserter 224 will now be described. Each anchor extension 230 includes passage 248 through outer sleeve 240 adjacent the proximal end 243. A coupling pin 249a is press fit or otherwise secured in passage 248a on the side of anchor extension 230a adjacent anchor extension 230b. After anchor extensions 230a and 230b and anchors 60a and 60b are secured to bony structure, anchor extensions 230a and 230b are manipulated through the skin and tissue to place pin 249a into the portion of passage 248b adjacent anchor extension 230a. Inserter 224 is secured to anchor extensions 230a and 230b by placing pin 260a in a portion of passage 248a of first extension 230a opposite pin 249a, and pin 260b in a portion of passage 248b of second extension 230b opposite pin 249a. Pins 260a and 260b are rotatably received in the passages 248a and 248b, respectively, and anchors extension 230a and 230b are secured to support arms 222a and 222b via clamping mecha-

12

nism 221. Bores 251a and 251b of inner sleeves 250a and 250b remain substantially unobstructed for access to anchors 60a and 60b when instrument 220 is assembled.

Techniques using the above described installation instruments 20, 220 will now be described. The present invention contemplates that placement of anchors 60 into the bony structure can be completed without an anchor extension 30 or 230 mounted thereto, and anchor extension 30 or 230 is thereafter mounted on the anchor 60 engaged to the bony structure. Other techniques contemplate that the anchor 60 is mounted on anchor extension 30 or 230, and anchor extension 30 or 230 and anchor 60 are placed through an open incision, micro-incision, a tube or cannula, or directly through the skin and tissue of the animal subject to engage anchor 60 to a bony structure, such as the pedicles of vertebrae V1 and V2 as shown in FIG. 1.

The surgical techniques of the present invention can employ any type of known imaging system to determine and locate optimum placement and orientation of the anchors in the bony structure and, if necessary, to locate skin locations for percutaneous puncture entry of the anchors. Image guided systems useful in practicing the invention and in placing anchors 60 are known in the art. Examples of image guided technology are provided in U.S. Pat. Nos. 5,772,594; 5,383,454; 5,851,183; 5,871,445; 5,891,034; and PCT Publication WO 99/15097, each of which is incorporated herein by reference in its entirety. The STEALTHSTATION® or ION™ systems, sold by Medtronic Surgical Navigation Technologies, Inc. can further be used with the present invention for pre-operative planning and image guided navigation of anchor placement and installation of brace 90.

Other techniques for locating and placing anchors 60 into the bony structure are also contemplated herein as would occur to those skilled in the art. For example, a CT scan or x-ray can be used for pre-operative planning of anchor positioning and orientation. Anchor insertion can be monitored using any known viewing instrument or apparatus. Another example contemplates anchor placement through a cannula or sleeve inserted through the skin that forms a working channel to the anchor location. Anchor placement into the bony structure can be monitored endoscopically or microscopically through the cannula.

In one specific technique, a guidewire, such as guidewire 280 of FIG. 18, of sufficient length is inserted percutaneously and anchored to the bony structure. The guidewire is coupled to a trackable instrument that is tracked via an image guided surgical system that generates a display on a computer monitor. Further examples of such instruments and systems are described in further detail in PCT Publications WO 99/15097 and WO 99/26549, each of which is incorporated herein by reference in its entirety. With the guidewire secured at the appropriate location on the bony structure, various instruments for preparing and inserting the screw into the bony structure can be guided by the guidewire. The preparation and insertion can be monitored via a tracking instrument coupled to the various preparation and insertion instruments.

Various instruments can be used to prepare the surgical site for anchor insertion. For example, in FIG. 19 there is illustrated a cannulated awl 300 that is inserted over the guidewire to prepare the bony structure for screw insertion. Awl 300 has a bore 306 extending between distal end 303 and proximal end 302 that allows awl 300 to be inserted over the guidewire. Awl 300 is configured at proximal end 302 to engage a driving instrument, which can also include a tracking instrument to monitor insertion depth. Awl 300 has

US 6,530,929 B1

13

shaft 304 extending to distal end 303. A cutting head 307 at distal end 303 prepares a hole in the bony structure for the anchor.

After determining the desired position and orientation of guidewire 280 in the bony structure and the skin location for puncture entry and preparing the screw hole, a cannulated anchor 60 mounted on anchor extension 30 or 230 can be placed over the guidewire and advanced, for example, through the skin and tissue directly, through an incision, or through a cannula to the prepared hole. A driving tool, such as cannulated driving tool 100' shown in FIG. 20a, is used to threadingly engage anchor 60 to the bony structure. Cannulated tool 100' includes bore 106' extending between proximal end 102' and distal end 103'. Distal end 103' includes an engaging portion 107' to mate in tool engagement recess 64 of screw 61. Tool 100' is placed over the guidewire and through the tool bores of the anchor extensions 30, 230 to drive the cannulated screw 61 into the bony structure.

It is further contemplated that if the technique does not employ a guidewire, a driving tool 100 of FIG. 20b can be inserted through the tool bores of the anchor extensions 30, 230 to screw 61. Tool 100 includes proximal end 102 and a shaft 104 extending to distal end 103. Proximal end 102 is preferably configured to engage a wrench or handle to facilitate application of a driving force with tool 100. Distal end 103 includes a lower engaging portion 107 having a length configured to mate in tool engagement recess 64 of screw 61 to drive screw 61 into the bony structure.

Anchor extension 30, 230 follows anchor 60 towards the bony structure as anchor 60 is driven therein with driving tool 100 or 100'. Tool 100 is then withdrawn from the tool bore, and if necessary, the guidewire is also withdrawn. In embodiments of anchor 60 having a multi-axial screw, yoke 68 and anchor extension 30, 230 are pivotable about head 63 by manipulating anchor extension 30, 230 in the skin and tissue to the desired position.

With anchors 60a and 60b secured to the bony structure, passageways 70a and 70b are aligned to receive brace 90. For instrument 20, upper posts 28a and 28b are mounted on anchor extensions 30a and 30b using thumb screws 27a and 27b, respectively, aligning passageways 70a and 70b. With anchors 60 employing a multi-axial screw, the anchor extensions 30a and 30b can be manipulated into the desired position for connection with upper posts 28a and 28b. For instrument 220, anchor extensions 230a and 230b are manipulated to place pin 249a in passage 248b, aligning passageways 70a and 70b. Support arms 222a and 222b are secured to anchor extensions 230a and 230b with clamping mechanism 220. If anchor 60 does not have multi-axial capabilities, the orientation of the anchor extensions required to connect the inserter thereto is accounted for during the determination of the orientation and positioning anchors 60a and 60b into the bony structure.

Brace 90, 290 is fixed on inserter 24, 224 and readied for percutaneous insertion into passageways 70a and 70b of anchors 60a and 60b, respectively. Preferably, brace 90, 290 is curved and has a radius of curvature equal to the distance between passageways 70a, 70b and pivot axis P. Inserter 24, 224 swings about pivot axis P to move brace 90 in a forward direction along arc axis A and thereby introducing pointed end of brace 90, 290 into the subject's body towards the aligned passageways 70a and 70b. Brace 90, 290 and inserter 24, 224 are further pivoted to pass portions of brace 90 through passageways 70a and 70b of anchors 60a and 60b.

14

As discussed above, it is preferred that brace is indexed so that it can be secured at a predetermined orientation onto the installation instrument 20, 220. This ensures alignment of brace 90, 290 along the insertion path of the installation instrument and through the passageways of anchors 60a and 60b. In a further form, trocar 390, as shown in FIG. 13, can be used to puncture skin and tissue along the insertion path and facilitate insertion of brace 90, 290 in a percutaneous procedure. Trocar 390 has a connecting end 394 identical to that of brace 290. However, trocar 390 has a short shaft 392 extending to puncture tip 398. Puncture tip 398 has a sharp point 399 to facilitate insertion and create a pathway through skin and tissue of the patient.

Brace 90, 290 is placed through the passageways of anchors 60a and 60b to the desired position, which can be confirmed radiographically or with any know imaging technique. Set screws 76a and 76b of each anchor 60a and 60b are driven downward to contact brace 90, 290. A driving tool is placed through the tool bores of the installation instruments 20, 220 to engage either the upper tool engagement portion 78a, 78b or lower tool engagement portion 79a, 79b and drive set screw 76a, 76b downwardly, tightening it against brace 90, 290 until set screw 76a, 76b is firmly seated thereagainst. Inserter 24, 224 can then be uncoupled from brace 90, 290 and removed from the subject by swinging inserter 24, 224 back along arc axis A. A tool is positioned in upper tool engagement portion 78a, 78b to break off the upper portion of the set screw 76a, 76b upon application of the requisite torque, releasing the anchor extension 30a, 30b from anchor 60a, 60b and allowing removal of extensions 30, 230 from the subject.

The surgeon may also desire to initially seat set screw 76a, 76b using a tool in upper tool engagement portion 78a, 78b and apply sufficient torque to sever the break-off portion of set screw 76a 76b before uncoupling brace 90, 290. In an alternate form, the driving force that is applied to set screw 76a, 76b could force shoulder 80a, 80b through lip 52a, 52b, deflecting lip 52a, 52b downward to release set screw 76a, 76b from inner sleeve 50a, 50b of instrument 20 or deflect fingers 154a, 154b outward to release set screw 76a, 76b from inner sleeve 150a, 150b of instrument 220.

In one specific application of the present invention, brace 90 is installed to stabilize a first vertebra V1 and second vertebra V2 after placement of one or more implants I into disc space D as shown in FIG. 21. The method includes removing the intervertebral disc from the space between first and second vertebral bodies through one percutaneous puncture in the subject. An implant I is introduced into the disc space. Implant I is preferably one or more interbody fusion devices or the like as is known in the art. The first and second anchors 60a and 60b and anchor extensions 30a and 30b are engaged to the first and second vertebral bodies, respectively, through second and third percutaneous punctures in the subject as described above. If desired, the anchor extensions 30 can be manipulated by the surgeon to apply a load to compress or distract the vertebrae prior to installing brace 90. Brace 90 is installed through a fourth percutaneous puncture in the subject using installation instrument 20 and secured to anchors 60a, 60b as described above. In some surgical procedures, it may be desirable to insert one or more additional braces to stabilize the bony structure using the above described installation instrument and techniques.

The present invention has application in further minimally invasive and open techniques for placing interbody fusion device into a disc space between adjacent vertebrae. For example, transforaminal, posterior, and posterior-midline approaches to the disc space are contemplated for placement

15

of one or more implants or interbody fusion device in the disc space. Such techniques are described in a provisional application entitled "Methods and Instruments for Endoscopic Interbody Surgical Techniques" filed on Oct. 20, 1999 (U.S. Provisional Patent Application Serial No. 60/160,530.) This provisional application is incorporated herein by reference in its entirety.

As shown in FIG. 21, installation instrument 20 is mounted on anchors 60a and 60b engaged to vertebrae V1 and V2, respectively. Brace 90 is shown before percutaneous insertion. A cannula 110 is percutaneously inserted to a position adjacent disc space D1. As shown in FIG. 22, a plan view taken at skin surface S, first and second anchor extensions 30a, 30b and brace 90 are positioned on one side of midline M of the spine. Cannula 110 is positioned on the opposite side of midline M. One or more interbody fusion devices, bone graft material, or other material or implants are placed in the disc space. The adjacent vertebrae V1 and V2 are then stabilized by installing brace 90 as described above. Thus, a minimally invasive surgical procedure of the present invention contemplates interbody fusion and stabilization of the adjacent vertebrae to be accomplished with four entry holes or punctures through skin S.

The installation instrument of the present invention can also be used to install braces on both sides of midline M of the spine. The installation instrument can also be used to install multiple braces at one or more levels of the spine. The present invention can be used to stabilize adjacent vertebra in conjunction with any minimally invasive or open surgical techniques for placement of one or more interbody fusion devices into a disc space as would occur to those skilled in the art. For example, one or more interbody fusion devices or intervertebral spacers may be inserted into the disc space via an anterior approach. Examples of anterior approaches are described in PCT International Publication No. WO 97/30666; pending U.S. patent application Ser. No. 09/287, 917; and pending U.S. patent application Ser. No. 09/498, 426 filed on Feb. 4, 2000; each of which is incorporated herein by reference in its entirety. Further, the present invention may also be used to stabilize adjacent vertebrae, or any other bony structure, without placement of fusion devices or implants in the bony structure.

It is further contemplated that brace 90 may be installed and secured to anchors engaged in respective ones of three vertebrae using an installation instrument such as the one illustrated in FIGS. 23–24 and designated generally at 320. Instrument 320 is similar to and functions principally the same as instrument 220, except instrument 320 has a size and configuration adapted for this two level stabilization procedure. In this embodiment, three anchors that are like anchor 60 (not shown) are engageable to respective ones of three vertebrae or other bony structure using any of the above described techniques. Three anchor extensions 330a, 330b, 330c each include outer sleeves 340a, 340b, 340c and inner sleeves 350a, 350b, 350c that are substantially the same as outer sleeve 240 and inner sleeve 250 of instrument 220. Anchor extensions 330 are each mounted on a corresponding one of the three anchors. After the anchors are engaged to the bony structure, the three anchor extensions 330a, 330b, 330c are manipulated through the skin and coupled to one another in the same manner as described above with respect to anchor extensions 230a and 230b. Support arms 322a, 322b of inserter 324 are then rotatably mounted on the anchor extensions 330a, 330b, and 330c and clamped via clamping mechanism 321. Support arms 322a, 322b and clamping mechanism 321 are similar to support arms 222a, 222b and clamping mechanism 221 of installa-

16

tion instrument 220 except that each is sized to accommodate three anchor extensions 330 therebetween. An indexed brace 490 is similar to brace 290 and has a sufficient length for a two-level stabilization procedure. Brace 490 is secured to anchor arm 331 and then inserted through the passageways of the anchors as described above with respect to installation instrument 220.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only the preferred embodiment has been shown and described and that all changes and modifications that come within the spirit of the invention are desired to be protected.

What is claimed is:

1. A brace installation instrument, comprising:

first and second anchor extensions, each having at least one proximal end and at least one distal end for mounting with a corresponding anchor secured to a bony structure; and

a pivoting brace inserter having a proximal end and a distal end, and including support arms mounted adjacent the proximal end of said anchor extensions and a pivot arm extending to a brace mounting portion at the distal end of said inserter, said pivoting brace inserter pivotable about a pivot axis relative to said anchors.

2. The instrument of claim 1, wherein each of said anchor extensions are pivotably mountable with a corresponding one of the anchors and said brace inserter is pivotably secured to said support arms.

3. The instrument of claim 1, wherein each of the support arms is pivotably secured to a corresponding one of the anchor extensions.

4. The instrument of claim 3, wherein said anchor extensions are coupled together adjacent their proximal ends.

5. The instrument of claim 1 and wherein said inserter is located between said support arms.

6. The instrument of claim 1 and wherein:

said brace mounting portion is located at a predetermined radius from said pivot axis; and

a brace mounted in said brace mounting portion extends in a curve at a substantially constant radius relative to said pivot axis from said brace mounting portion.

7. The instrument of claim 1 and further comprising a brace coupler operable to selectively couple and release a brace from said inserter.

8. The instrument of claim 7, wherein said brace is a circular rod.

9. The instrument of claim 7, wherein said brace has two ends, one end being connectable to said brace coupler and the other end being adapted to puncture soft tissue of an animal body, said brace being curved in one plane and with one radius relative to said pivot axis.

10. The instrument of claim 9 and wherein said brace inserter includes a curved portion that lies in a circle centered on said pivot axis at said radius, and said brace is oriented to lie in said circle when connected with said brace coupler.

11. The instrument of claim 10 and wherein:

said brace has a maximum dimension measured in a direction parallel to said pivot axis; and

said curved portion tapers to a maximum dimension more than twice said maximum dimension of said brace when measured in a direction parallel to said pivot axis, to facilitate passage of said curved portion through soft tissue while moving behind said brace in said arc about said pivot axis during brace placement.

US 6,530,929 B1

17

**12.** The instrument of claim **9**, wherein the distal end of said brace is pointed to facilitate puncture of animal skin and soft tissue.

**13.** The instrument of claim **1**, wherein each anchor includes a multi-axial screw and said anchor extensions are pivotably and rotatably mountable on said multi-axial screw.

**14.** A device for use in a surgical procedure on an animal subject, comprising:

a pair of anchors securable to the animal subject;

an installation instrument mountable on said pair of anchors, said installation instrument movable in a fixed geometrical relationship with respect to said pair of anchors; and

a connecting element coupled to said installation instrument, wherein said installation instrument moves said connecting element into a position more proximate to said pair of anchors.

**15.** The device of claim **14**, wherein said connecting element is moved percutaneously to said position.

**16.** The device of claim **14**, wherein said installation instrument is mounted excutaneously.

**17.** The device of claim **14**, wherein said anchors are each engageable to bony structure in the animal subject.

**18.** The device of claim **17**, wherein said anchors are each engageable to a vertebral body.

**19.** The device of claim **14**, wherein said installation instrument includes a pair of anchor extensions each mounted on a corresponding one of said pair of anchors.

**20.** The device of claim **19**, wherein said installation instrument includes a pair of support arms each coupled to a corresponding one of said anchor extensions.

**21.** The device of claim **20**, wherein said support arms are pivotably coupled to said anchor extensions.

**22.** The device of claim **21**, wherein said device includes a clamping bar extending between said support arms releasably clamping said anchor extensions between said support arms.

**23.** The device of claim **20**, wherein said installation instrument includes a pivoting inserter pivotably coupled to said support arms.

**24.** The device of claim **14**, wherein said anchors each include a passage and said connecting element is moved into said passages.

**25.** The device of claim **24**, wherein said anchors each include a set screw for securing said connecting element in said passage to said anchor.

**26.** The device of claim **25**, wherein each of said set screws is releasably secured to said installation instrument.

**27.** The device of claim **14**, wherein said anchors are multi-axial bone screws.

**28.** The device of claim **14**, wherein said installation instrument moves said connecting element along an arc.

**29.** The device of claim **28**, wherein said arc has a center of curvature defined by a pivot axis of said installation instrument.

**30.** A device for use in a surgical procedure on an animal subject, comprising:

a pair of anchors securable to the animal subject;

an installation instrument mountable on said pair of anchors, said installation instrument having a pivot axis in a fixed spatial relationship with respect to said pair of anchors when mounted thereto; and

a connecting element coupled to said installation instrument, wherein said installation instrument is rotatable about said pivot axis to guide said connecting element into a desired position relative to said pair of anchors.

**31.** The device of claim **30**, wherein said connecting element extends from said installation instrument in a curve at a substantially constant radius relative to said pivot axis.

18

**32.** The device of claim **30**, wherein said installation instrument further comprises a coupler operable to selectively couple and release said connecting element from said installation instrument.

**33.** The device of claim **32**, wherein said connecting element is indexed.

**34.** The device of claim **30**, wherein said installation instrument includes a pair of anchor extensions each mounted on a corresponding one of said pair of anchors.

**35.** The device of claim **34**, wherein said installation instrument includes a pair of support arms each coupled to a corresponding one of said anchor extensions.

**36.** The device of claim **35**, wherein said support arms are pivotably coupled to said anchor extensions.

**37.** The device of claim **35**, wherein said installation instrument includes a pivoting inserter pivotably coupled to said support arms.

**38.** The device of claim **30**, wherein said anchors each include a passageway and said connecting element extends through said passageways when in said desired position.

**39.** The device of claim **38**, wherein each of said anchors include a bone screw pivotably mounted in a connector, said passageway being formed through said connector.

**40.** A brace installation instrument, comprising:

first and second anchor extensions, each having at least one proximal end and at least one distal end for mounting with an anchor securable to a bony structure;

a brace inserter having a proximal end and a distal end, said brace inserter mounted to said first and second anchor extensions at said proximal end of said anchor extensions, said brace inserter movable about a pivot axis; and

a brace releasably coupled to said distal end of said brace inserter.

**41.** The instrument of claim **40**, wherein said brace inserter includes an arm having a brace mounting portion at said distal end receiving said brace.

**42.** The instrument of claim **40**, wherein said brace inserter includes a pair of support arms mounted on a corresponding one of said anchor extensions.

**43.** The instrument of claim **42**, wherein said support arms are pivotably mounted to said anchor extensions.

**44.** The instrument of claim **42**, wherein said brace inserter includes a pivot arm pivotably mounted on said support arms.

**45.** A minimally invasive surgical device, comprising:

at least a pair of anchors positionable within a body of a patient;

a connecting element positionable within the body; and

an instrument associated with the connecting element, the instrument being operable to percutaneously place the connecting element in a predetermined location relative to the pair of anchors.

**46.** The minimally invasive surgical device of claim **45**, wherein the predetermined location aligns the pair of anchors with the connecting element.

**47.** The minimally invasive surgical device of claim **45**, wherein the instrument comprises a mechanical guide for directing the connecting element along a predetermined path.

**48.** The minimally invasive surgical device of claim **47**, wherein the mechanical guide is positioned substantially external of the body.

**49.** The minimally invasive surgical device of claim **47**, wherein the predetermined path is curvilinear.

**50.** The minimally invasive surgical device of claim **47**, wherein the predetermined path has a compound geometry.

**51.** The minimally invasive surgical device of claim **45**, wherein the instrument is fixedly positioned relative to the

**19**

anchors and the connecting element is moved relative to the instrument to place the connecting element in the predetermined location.

52. The minimally invasive surgical device of claim 45, wherein the pair of anchors have, a predetermined respective orientation within the body, and wherein the connecting element has a desired geometry corresponding to the predetermined respective orientation of the pair of anchors.

53. The minimally invasive surgical device of claim 52, wherein the connecting element has a compound geometry.

54. The minimally invasive surgical device of claim 45, wherein the connecting element comprises a flexible material.

55. The minimally invasive surgical device of claim 45, wherein the connecting element is selected from the group consisting of a rod, a cable, a band, and an artificial ligament.

56. The minimally invasive surgical device of claim 45, wherein the connecting element is flexible in a first state and rigid in a second state.

57. The minimally invasive surgical device of claim 45, wherein the connecting element comprises a material having elastic or super-elastic characteristics.

58. The minimally invasive surgical device of claim 45, wherein a first anchor of the pair of anchors is affixable to a first bone within the body, wherein a second anchor of the pair of anchors is affixable to a second bone within the body, and wherein the first anchor and the second anchor each have a desired anchor position with respect to each other, and wherein the predetermined location of the connecting element maintains the first anchor and second anchor in the desired anchor position.

59. The minimally invasive surgical device of claim 45, wherein the pair of anchors each have a receiver portion connectable with the connecting element, wherein the receiver portions of the pair of anchors have a predetermined respective orientation within the body, and wherein the connecting element has a desired geometry corresponding to the predetermined respective orientation of the receiver portions.

60. The minimally invasive surgical device of claim 45, wherein the instrument is releasably coupled to the connecting element.

61. The minimally invasive surgical device of claim 45, wherein the instrument is positioned substantially external with respect to the body.

62. The minimally invasive surgical device of claim 45, wherein the instrument is positionable substantially internal with respect to the body.

63. The minimally invasive surgical device of claim 45, wherein the instrument is fixedly connectable to the anchors.

64. The minimally invasive surgical device of claim 45, wherein the instrument, or the connecting, element, and the anchors include position sensing units associated with an image guided system.

65. The minimally invasive surgical device of claim 45, further comprising an image guided system, and position sensing units associated with the connecting element and the anchors, and wherein the position of the connecting element relative to the anchors is dynamically tracked using a system that identifies the location of the position sensing units.

66. The minimally invasive surgical device of claim 45, wherein the instrument comprises a detachment mechanism for releasing the connecting element from the instrument.

67. The minimally invasive surgical device of claim 66, wherein the detachment mechanism is remotely operable.

68. The minimally invasive surgical device of claim 66, wherein the detachment mechanism is externally operable with respect to the body.

69. The minimally invasive surgical device of claim 45, wherein the instrument comprises a coupling mechanism for

**20**

attaching the connecting element to the instrument in a predetermined orientation.

70. The minimally invasive surgical device of claim 69, wherein the predetermined orientation is fixed.

71. The minimally invasive surgical device of claim 45, wherein the instrument is releasably coupled to the connecting element, and wherein the instrument is further operable to guide the connecting element along a predetermined path to the predetermined location.

72. The minimally invasive surgical device of claim 45, further comprising:

at least a pair of receiver members movably connected to a corresponding one of the pair of anchors, each of the pair of receiver members comprising a body having a passageway therethrough; and

an alignment mechanism percutaneously extendable within the body and connectable with the pair of receiver members, the alignment mechanism operable for controlling a position of the passageway of each respective receiver member.

73. The minimally invasive surgical device of claim 72, wherein the connecting element comprises a predetermined geometry, and wherein an aligned position of the pair passageways matches the predetermined geometry.

74. A minimally invasive surgical system, comprising:

at least a pair of anchors positionable within a body of a patient;

a connecting element having a geometry configured for connection with the pair of anchors, the connecting element movable between a first position corresponding to a percutaneous insertion position of the connecting element with respect to the body, and a second position within the body, the second position having a predetermined relationship with respect to the position of the pair of anchors; and

an inserter referenced to the pair of anchors, the inserter being operable to move the connecting element along a predetermined path between the first position and the second position.

75. The minimally invasive surgical system of claim 74, wherein the inserter is mechanically referenced to the pair of anchors.

76. The minimally invasive surgical system of claim 74, wherein the inserter is dynamically referenced to the pair of anchors.

77. The minimally invasive surgical system of claim 74, further comprising an image guided navigation system associated with the inserter and the anchors, the image guided navigation system operable for dynamically referencing the inserter with the pair of anchors.

78. A minimally invasive surgical system, comprising:

a connecting element having a predetermined geometry comprising at least a first connector point and a second connector point;

an instrument having a coupling mechanism for holding the connecting element in a predetermined relationship with the instrument, and wherein the instrument is operable to guide the connecting element along a predetermined path, the predetermined path comprising at least a first path point, a second path point and a third path point, the first path point and the second path point respectively positionable in a predetermined orientation within a body of a patient, the third path point positionable external to the body, wherein the predetermined path comprises a percutaneous insertion path; and

at least a first anchor and a second anchor, the first anchor at a first position corresponding to the first path point and affixable to a first structure within the body, the

21

second anchor at a second position corresponding to the second path point and affixable to a second structure within the body.

**79.** The minimally invasive surgical system of claim **78,** further comprising a securing element affixing the connecting element to the first and second anchors to maintain the first and second structures relative to the predetermined orientation.

**80.** A minimally invasive surgical system, comprising:

at least a pair of anchors positionable within a body of a patient;

a connecting element, the connecting element being positionable within the body to a predetermined location relative to the pair of anchors; and

an instrument coupled to the connecting element, the instrument being operable to percutaneously guide the connecting element along a predetermined path to the predetermined location.

**81.** The minimally invasive surgical system of claim **80,** wherein the instrument has a known relationship with respect to the pair of anchors.

**82.** The minimally invasive surgical system of claim **80,** wherein the known relationship comprises a fixed relationship.

**83.** The minimally invasive surgical system of claim **80,** wherein the known relationship comprises a variable relationship.

**84.** The minimally invasive surgical system of claim **80,** further comprising an image guided navigation system in communication with the pair of anchors and at least one of the instrument and the connecting element, the image guided navigation system operable from referencing the pair of anchors with respect to the connecting element.

**85.** The minimally invasive surgical system of claim **80,** wherein the connecting element comprises a longitudinal axis, and wherein the instrument is coupled to the connecting element along the longitudinal axis.

**86.** A minimally invasive surgical system, comprising:

at least a pair of anchors positionable within a body of a patient;

a connecting element positionable within the body at a predetermined location relative to the pair of anchors, the connecting element having a longitudinal axis; and

an inserter in contact with the connecting element along the longitudinal axis, the inserter operable to percutaneously position the connecting element at the predetermined location.

**87.** The minimally invasive surgical system of claim **86,** wherein the inserter further comprises a contact portion in contact with the connecting element, and wherein the contact portion is substantially aligned with the longitudinal axis of the connecting element during at least a portion of the percutaneous positioning of the connecting element.

**88.** The minimally invasive surgical system of claim **87,** wherein the contact portion is affixed to the connecting element.

**89.** The minimally invasive surgical system of claim **86,** wherein the connecting element and the inserter are positioned in a predetermined orientation relative to one another.

**90.** The minimally invasive surgical system of claim **89,** wherein the predetermined orientation is fixed.

**91.** The minimally invasive surgical system of claim **86,** further comprising a releasable attachment mechanism for connecting a portion of the inserter with the connecting element in alignment with the longitudinal axis.

**92.** The minimally invasive surgical system of claim **86,** further comprising a guide mechanism operable to control relative movement of the connecting element along a predetermined path relative to the pair of anchors.

**93.** The minimally invasive surgical system of claim **86,** wherein the connecting element comprises a first contact

22

portion and the inserter comprises a second contact portion, wherein the first contact portion and the second contact portion are aligned with the longitudinal axis, and further comprising:

an attachment mechanism connected to the first contact portion and the second contact portion; and

a release mechanism connected to the attachment mechanism the release mechanism being operable to release the connection between the attachment mechanism and the first contact portion.

**94.** The minimally invasive surgical system of claim **86,** wherein the connecting element comprises a first contact portion and the inserter comprises a second contact portion, wherein a connection between the first contact portion and the second contact portion defines an external geometry, and further comprising a release mechanism operable to release the connection without expanding the external geometry.

**95.** A minimally invasive surgical system for spinal stabilization, comprising:

at least a pair of anchors positionable within at least a corresponding pair of vertebral bone portions;

a connecting element, the connecting element being positionable to a predetermined location relative to the pair of anchors; and

an instrument associated with the connecting element, the instrument being operable to percutaneously place the connecting element in the predetermined location.

**96.** A minimally invasive surgical system for spinal stabilization, comprising:

at least a pair of anchors positionable within at least a corresponding pair of vertebral bone portions within a body;

a connecting element having a geometry configured for connection with the pair of anchors, the connecting element having a first position corresponding to a percutaneous insertion position of the connecting element with respect to the body, and a second position within the body, the second position having a predetermined relationship with respect to the position of the pair of anchors; and

an inserter referenced to the pair of anchors, the inserter being operable to move the connecting element along a predetermined path between the first position and the second position.

**97.** A minimally invasive surgical system, comprising:

at least a pair of anchors positionable within a body of a patient;

at least a pair of receiver members movably connectable to a corresponding one of the pair of anchors, each of the pair of receiver members comprising a body having a passageway therethrough; and

an alignment mechanism percutaneously extendable within the body and connectable with the pair of receiver members, the alignment mechanism operable for controlling a position of the passageway of each respective receiver member.

**98.** The minimally invasive surgical system of claim **97,** further comprising:

a connecting element positionable within the body to a predetermined location relative to each of the passageways; and

an instrument associated with the connecting element, the instrument being operable to percutaneously place the connecting element in the predetermined location.

* * * * *

# EXHIBIT J

Case 3:08-cv-01512-MMA-MDD   Document 1   Filed 02/19/08   Page 114 of 131

US006235028B1

(12) **United States Patent**   (10) Patent No.: **US 6,235,028 B1**
Brumfield et al.   (45) Date of Patent: **May 22, 2001**

(54) **SURGICAL GUIDE ROD**

(75) Inventors: **David L. Brumfield**, Southaven, MS (US); **Paige A. Myrick**, Memphis, TN (US); **B. Thomas Barker**, Bartlett, TN (US); **Troy D. Drewry**, Memphis, TN (US)

(73) Assignee: **SDGI Holdings, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/503,962**

(22) Filed: **Feb. 14, 2000**

(51) Int. Cl.[7] .................................................. **A61B 17/56**

(52) U.S. Cl. ................................ 606/53; 606/54; 606/57; 606/59

(58) Field of Search .......................... 606/53, 54, 55, 606/56, 57, 58, 59, 60, 61, 69, 70, 71, 72, 73; 623/17.11

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,913,134 | * 4/1990 | Luque ....................... | 606/53 |
| 5,261,909 | 11/1993 | Sutterline et al. ................ | 606/61 |
| 5,411,476 | 5/1995 | Abrams et al. .................. | 604/95 |
| 5,534,002 | 7/1996 | Brumfield et al. ................ | 606/61 |
| 5,551,871 | 9/1996 | Besselink ..................... | 433/5 |
| 5,597,378 | * 1/1997 | Jervis ........................ | 606/78 |
| 5,637,089 | 6/1997 | Abrams et al. .................. | 604/95 |
| 5,653,710 | 8/1997 | Harle ........................ | 606/73 |

| | | | |
|---|---|---|---|
| 5,662,648 | * 9/1997 | Faccioli et al. ................. | 606/53 |
| 5,728,097 | * 3/1998 | Mathews ..................... | 606/61 |
| 5,797,917 | 8/1998 | Boyd et al. ................... | 606/99 |
| 5,810,817 | 9/1998 | Roussouly et al. ............... | 606/61 |
| 5,899,908 | 5/1999 | Kuslich et al. ................. | 606/96 |

OTHER PUBLICATIONS

*TSRH –3D Surgical Technique*, 1999 by Sofamor Danek, Inc. (Copy to follow.).

* cited by examiner

*Primary Examiner*—Pedro Philogene
(74) *Attorney, Agent, or Firm*—Woodard, Emhardt, Naughton, Moriarty & McNett

(57) **ABSTRACT**

An instrument and method for guiding a spinal implant from a location outside of a patient's body to a location adjacent an exposed portion of a bone anchor engaged to the patient's spine. The instrument is a guide rod having a connecting portion and a guiding portion disposed along a longitudinal axis, with the connecting portion having a shaped end portion adapted to releasably engage a corresponding shaped end portion of the bone anchor. The guiding portion slideably engages a spinal implant and guides the implant along the longitudinal axis until the implant is positioned adjacent the exposed portion of the bone anchor for fixation thereto. The guide rod is then selectively separated or detached from the bone anchor and removed from the patient's body. In one aspect of the invention, the guiding portion is at least partially formed of a malleable material, such as aluminum or a shape-memory material, to allow the guiding portion to be bent or reshaped.

**50 Claims, 9 Drawing Sheets**





*Fig. 1a*

*Fig. 1b*

*Fig. 1c*



***Fig. 2***



**Fig. 3**



**Fig. 4**



**Fig. 5**



**Fig. 6**



*Fig. 7a*

*Fig. 7b*



Fig. 8

Fig. 9



*Fig. 10a*

*Fig. 10b*

1

## SURGICAL GUIDE ROD

### FIELD OF THE INVENTION

The present invention broadly concerns surgical instrumentation. Specifically, the present invention concerns a guide rod for advancing an implant from a location outside the body to a surgical site.

### BACKGROUND OF THE INVENTION

Several techniques and systems have been developed for stabilizing and correcting deformities in the spinal column and for facilitating fusion at various levels of the spine. Most of these techniques involve the disposition of a pair of longitudinal elements along opposite sides of the posterior spinal column. The longitudinal elements are engaged to various vertebrae by way of a number of fixation elements to thereby apply stabilizing and corrective forces to the spine.

Typically, the longitudinal element is either a semi-flexible rod or a rigid plate, each having a length sized to span the distance between at least two adjacent vertebrae. A wide variety of fixation elements can be provided which are configured to engage specific portions of a vertebra and connect to a corresponding longitudinal element. For example, one such fixation element is a hook that is configured to engage the laminae of the vertebra. Other prevalent fixation elements include spinal screws or bolts that have a threaded section configured to be anchored in vertebral bone.

If a spinal rod is employed, a series of connector devices are typically used to interconnect the rod to the fixation elements. The connector devices typically have a first opening adapted to receive and engage an upper portion of the fixation element, and a second opening adapted to receive and engage the rod. An example of such a system is the TSRH® Spinal System manufactured and sold by Medtronic Sofamor Danek Group, Inc., the Assignee of the subject application. The TSRH® System includes elongated rods and a variety of hooks, screws and bolts, all configured to create a segmental construct along the spinal column. If a spinal plate is used as the longitudinal element, the plate typically includes a series of openings or slots, through which extends an upper threaded portion of each fixation element. A nut is threaded onto each threaded portion to connect the spinal plate to the fixation elements. An example of such a system is disclosed in U.S. Pat. No. 5,728,097 to Mathews.

The assembly, delivery and manipulation of the implant components described above can be awkward or cumbersome due to the limited amount space available to manipulate the implant components and the required surgical instruments. Additionally, if the openings in the connector devices or spinal plates are not properly aligned with the corresponding upper portions of the fixation elements, considerable force may be required to stress the rod or plate to achieve the alignment necessary to engage the rod or plate to the fixation elements. Moreover, the assembly and manipulation of multiple implant components within the surgical site is tedious and time consuming, thus prolonging the surgical procedure and increasing the risks associated therewith. There is also a risk of mishandling the implant during delivery to the surgical site and possibly dropping the implant within the surgical wound.

There is therefore a general need in the industry to provide surgical instrumentation an techniques for advancing and guiding an implant or implant construct from a location

2

outside of the body to a location adjacent the surgical site. The present invention meets this need and provides other benefits and advantages in a novel and unobvious manner.

### SUMMARY OF THE INVENTION

While the actual nature of the invention covered herein can only be determined with reference to the claims appended hereto, certain forms of the invention that are characteristic of the preferred embodiments disclosed herein are described briefly as follows.

In one form of the present invention, a surgical instrument is provided for guiding an implant from a location outside the body to a location adjacent a bone anchor disposed within a surgical site. The instrument comprises a longitudinal member having a connecting portion and a guiding portion. The connecting portion defines an end portion of the longitudinal member and is adapted to releasably engage the bone anchor and being selectively seperable therefrom. The guiding portion is adapted to engage the implant and guide the implant along a length of the guiding portion toward the bone anchor. In a further aspect of the invention, the guiding portion is at least partially formed of a malleable material. In another aspect of the invention, the guiding portion is formed of a shape-memory alloy which may be bent or reshaped into different configurations and selectively returned to its initial configuration.

In another form of the present invention, a method is provided for guiding an implant from a location outside a patient's body to a location adjacent the patient's spine. The method comprises: providing a bone anchor having a bone engaging portion and a guiding portion adapted for releasable connection to the bone engaging portion; anchoring the bone engaging portion to the patient's spine; engaging the implant to the guiding portion and advancing the implant along the guiding portion until positioned adjacent the bone engaging portion; fixing the implant to the bone engaging portion; separating the detachable guiding portion from the bone engaging portion; and removing the detachable guiding portion from the patient's body. In one aspect of the method, the guiding portion is releasably connected to the bone engaging portion after anchoring the bone engaging portion to the patient's spine. In another aspect of the method, the guiding portion is bent prior to advancing the implant along the guiding portion.

It is one object of the present invention to provide a surgical instrument and method for guiding a spinal implant from outside the body to a location adjacent the spinal column.

Further objects, features, advantages, benefits, and aspects of the present invention will become apparent from the drawings and description contained herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1a is a side elevation view of a guide rod assembly according to an embodiment of the present invention.

FIG. 1b is an end view of the guide rod assembly of FIG. 1a.

FIG. 1c is a cross sectional view of the guide rod assembly of FIG. 1a taken along line 1c—1c.

FIG. 2 is a posterior view of a vertebral column showing a number of bone screws attached thereto along each side of the vertebral column, and a series of guide rod assemblies engaged to an exposed end portion of the bone screws.

FIG. 3 is a posterior view of the vertebral column, showing a spinal rod/connector construct engaged to the

3

series of guide rod assemblies and being guided toward the exposed end portions of the bone screws.

FIG. 4 is a posterior view of a vertebral column, showing the spinal rod/connector construct engaged to the bone screws.

FIG. 5 is a posterior view of a vertebral column showing a number of bone screws attached thereto along each side of the vertebral column, a series of guide rod assemblies engaged to an exposed end portion of the bone screws, and a spinal plate engaged to the series of guide rod assemblies and being guided toward the exposed end portions of the bone screws.

FIG. 6 is a posterior view of a vertebral column, showing the spinal plate engaged to the bone screws.

FIG. 7a is a side elevation view of a guide rod assembly according to another embodiment of the present invention.

FIG. 7b is a cross sectional view of the guide rod assembly of FIG. 7a taken along line 7b—7b.

FIG. 8 is a side elevation view of a guide rod according to another embodiment of the present invention.

FIG. 9 is a side elevation view of a guide rod according to another embodiment of the present invention.

FIG. 10a is a side elevation view of a guide rod according to another embodiment of the present invention.

FIG. 10b is a cross sectional view of the guide rod of FIG. 10a taken along line 10b—10b.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to the embodiments illustrated in the drawings and specific language will be used to describe the same. It will nevertheless be understood that no limitation of the scope of the invention is hereby intended, any alterations and further modifications in the illustrated devices, and any further applications of the principles of the invention as illustrated herein being contemplated as would normally occur to one skilled in the art to which the invention relates.

FIGS. 1a–1c depicts a guide rod assembly 12 according to one embodiment of the present invention. Guide rod assembly 12 has a longitudinal axis L extending along an elongate guiding portion 14 and a connecting portion 16. The guiding portion 14 is adapted to slidably engage an implant, and the connecting portion 16 is adapted to releasably engage a bone anchor so that the implant may be guided along the longitudinal axis L from a location outside a patient's body to a location adjacent a bone anchor engaged to bone. Further details regarding the instrument and method for guiding the implant are set forth below.

The elongate guiding portion 14 includes a main body portion 18, having an outer diameter D, and an attachment portion 20 having an outer diameter sized slightly smaller than D so as to define an annular shoulder 22. The distal end 14a of the guiding portion 14 defines a taper 24. In one embodiment of the invention, the guiding portion 14 is at least partially formed of a substantially malleable or pliable material, such as, for example, an aluminum material, a shape-memory material, or any other material capable of being bent or reshaped into different configurations, such as a plastic material or certain compositions or formations of stainless steel or titanium. If an aluminum material is used, the guiding portion 14 is preferably covered with a protective coating such as an anodized oxide film or at least one layer of an elastomeric polymer, such as, for example,

4

Teflon. The use of a malleable material allows the guiding portion 14 to be reshaped or bent into a number of different configurations suitable for guiding an implant along the longitudinal axis L. Preferably, the malleable material allows the surgeon to bend the guiding portion 14 manually by hand.

In another embodiment of the invention, the guiding portion 14 is formed of a non-malleable material, such as, for example, certain compositions or formations of stainless steel or titanium. The use of a non-malleable material allows the guiding portion 14 to be pre-shaped or pre-bent into a predetermined configuration suitable for guiding an implant along the longitudinal axis L. The use of a non-malleable material also provides sufficient strength and rigidity to the guiding portion 14 to manipulate a bone anchor or other devices within the surgical site.

If the guiding portion 14 is at least partially formed of a shape-memory alloy (SMA), the guiding portion 14 can be bent or reshaped from an initial configuration to a different configuration suitable for guiding an implant along the longitudinal axis L, and is capable of being returned to its initial configuration without having to manually bend the guide rod back to its original shape. This shape-memory characteristic occurs when the SMA is transformed from a martensitic crystal phase to an austenitic crystal phase. As will be discussed below, this phase transformation can occur with or without a corresponding change in temperature.

The shape of an article formed of a SMA is "pre-programmed" at a temperature well above the transformation temperature while the SMA is in its austenitic state. When sufficiently cooled to a temperature below the transformation temperature, the article will transform to its martensitic state and the SMA will become relatively weak and pliable, thus allowing the article to be easily reformed or reshaped into different shapes and configurations. This increased malleability or pliability occurs due to the formation of temperature-induced martensite, and when the SMA is subsequently heated to a temperature above its transformation temperature, the SMA will revert back to its austenitic state and the article will return to its original, pre-programmed shape. Further details regarding this shape-memory phenomena and additional characteristics of temperature-induced martensite are more fully described in U.S. Pat. No. 5,551,871 to Besselink, entitled "Temperature-Sensitive Medical/Dental Apparatus", the contents of which are hereby incorporated by reference.

Additionally, some SMAs are known to display a super-elastic phenomena, occurring due to the formation of stress-induced martensite (SIM). When an SMA article exhibiting SIM characteristics is stressed or deformed at a temperature above the transformation temperature, the SMA first deforms elastically. Upon the further imposition of stress, the SMA begins to transform into its martensitic state where the SMA exhibits super-elastic properties. When the stress is removed from the article, the SMA will revert back into its austenitic state and the article will return to its original, pre-programmed shape, all occurring without a corresponding change in temperature. Further details regarding this super-elastic phenomena and additional characteristics of stress-induced martensite are more fully described in U.S. Pat. No. 5,597,378 to Jervis, entitled "Medical Devices Incorporating SIM Alloy Elements", the contents of which are hereby incorporated by reference.

There is a wide variety of shape-memory materials, including shape-memory metal alloys (e.g., titanium based alloys and iron based alloys) and shape-memory polymers,

US 6,235,028 B1

5

each having a wide range of possible transformation temperature ranges. Selection of an appropriate shape-memory material will depend, in large part, on the required material properties for the particular application and working environment of the device. While there are many alloys that exhibit shape-memory characteristics, one of the more common SMAs is an alloy of nickel and titanium. One such alloy is nitinol, a bio-compatible SMA of nickel and titanium. nitinol is well suited for the particular application of the present invention because it provides a transformation temperature somewhat above normal human body temperature. Moreover, nitinol has a very low corrosion rate, which provides an advantage when used within the human body. Additionally, implant studies in animals have shown minimal elevations of nickel in the tissues in contact with the nitinol material.

If the guiding portion 14 is at least partially formed of a SMA, pre-programmed to have a substantially straight, original configuration, and is later reshaped or deformed while at a temperature below the transformation temperature, the guiding portion 14 will return to its original configuration when heated to a temperature above the transformation temperature of the SMA. Alternatively, if the guiding portion is 14 is reshaped or deformed through the imposition of stress while at a temperature above the transformation temperature, the guiding portion 14 will return to its original configuration when the stress is removed. Deciding which of these phenomena is most appropriate for a given application primarily centers around the degree of pliability required to reshape guiding portion 14, and whether the deformed shape is required to be maintained during the implant procedure.

The connecting portion 16 includes a tapered portion 30, a central portion 32, and a shaped end portion or stem 34. A longitudinal cavity 36 extends through tapered portion 30 and partially through central portion 32. The attachment portion 20 of guiding portion 14 is inserted within the cavity 36 and the end of the tapered portion 30 is engaged against the annular shoulder 22. A cross pin 38 is inserted through a transverse opening 40 extending through the attachment portion 20 and the central portion 32 to securely attach the guiding portion 14 to the connecting portion 16. Other methods of attaching guiding portion 14 to connecting portion 16 are also contemplated, such as, for example, by welding, threading or crimping. Additionally, although a separate guiding portion and connection portion are shown for purposes of illustration, it is contemplated that the entire assembly may be formed of a single piece of material.

In the illustrated embodiment, the central portion 32 has a maximum outer diameter $D_m$ and the tapered portion 30 provides a smooth transition between the outer diameter D of the main body portion 18 and the maximum outer diameter $D_m$. The shaped end portion 34 preferably has a hexagonal shape; however, other shapes are also contemplated as being within the scope of the invention. For example, the shaped end portion 34 could alternatively have a circular, elliptical or square shape, or could take on a number of other geometric shapes, such as a Torx™ type male drive configuration. It is also contemplated that the shaped end portion 34 may include external threads for engagement with a corresponding internal thread.

Referring now to FIGS. 2–4, shown therein is the guide rod assembly 12, as used in one embodiment of a method for guiding an implant from a location outside a patient's body to a location adjacent the patient's spine. Referring specifically to FIG. 2, shown therein is a surgical incision I made posteriorly along the patient's spine, exposing a posterior

6

view of the vertebral column 50 comprised of a plurality of vertebrae V. A number of bone anchors 52 are engaged to adjacent vertebrae V along each side of the vertebral column 50. In the illustrated embodiment, the bone anchors 52 are bone screws; however, other types of bone anchors are also contemplated as would occur to one of ordinary skill in the art. For example, the bone anchors 52 could be spinal hooks configured to engage a specific portion of a vertebra, such as the laminae. An example of spinal hooks configured to engage the vertebral column is disclosed in U.S. Pat. No. 5,534,002 to Brumfield et al., the contents of which are hereby incorporated by reference.

Each of the bone screws 52 includes a distal threaded portion 54 anchored in a corresponding vertebra V and a proximal shank portion 56 extending from the threaded portion 54 above a posterior surface of the vertebra. The bone screw 52 is preferably a self-tapping pedicle screw having cancellous threads defined on threaded portion 54 and configured to engage vertebral bone. The shank portion 56 defines a generally circular outer surface 58 and is devoid of any sharp corners or edges which might otherwise irritate adjacent tissue. In one embodiment, the shank portion 56 also defines a shaped opening or recess 59 corresponding to the shaped end portion 34 of the guide rod assembly 12. In the illustrated embodiment, the shaped recess 59 has a hexagonal shape; however, other shapes are also contemplated as being within the scope of the invention. For example, the shaped recess 59 could alternatively have a circular, elliptical or square shape, or could take on a number of other geometric shapes, such as a Torx™ type female drive configuration. It is also contemplated that the shaped recess 59 may include internal threads for engagement with a corresponding external thread defined on the connecting portion 16 of guide rod assembly 12.

A series of guide rod assemblies 12 are engaged to the bone screws 52 which are securely anchored along the right side of the vertebral column 50. More specifically, the hexagonal-shaped end portion 34 of connecting portion 16 is inserted within the hexagonally-shaped recess 60 of shank portion 56 to thereby releasably engage or connect each guide rod assembly 12 to a corresponding bone screw 52. It should be understood that the shank portion 56 of the bone screw 52 could alternatively define a hexagonally-shaped end portion which is insertable within a hexagonally-shaped recess defined in the connecting portion 16 of guide rod assembly 12.

In one embodiment of the invention, the bone screws 52 are implanted or anchored to the vertebral column 50 prior to connecting or joining the guide rod assemblies thereto. It is also contemplated that the bone screws 52 and the guide rod assemblies 12 may be interconnected prior to insertion into the patient's body. The guide rod assemblies 12 effectively serve to extend the length of the shank portion 56 of the bone screws 52. Preferably, the distal end 14a of each guide rod assembly 12 extends outside of the patient's body beyond the surgical incision I when the guide rod assembly 12 is engaged to a corresponding bone screw 52. However, it is also contemplated that the distal end 14a can be positioned below the surgical incision I, while still allowing the guide rod assembly 12 to effectively extend the overall length of the bone screws 52. Notably, the guide rod assembly 12 can be selectively detached or separated from the bone screw 52 by simply removing the shaped end portion 34 from the shaped recess 60.

In the illustrated embodiment, the guide rod assemblies 12, and more specifically the guiding portions 14, are bent laterally outward relative to spinal column 50, with the distal

7

8

or upper portion of the guiding portion 14 defining a longitudinal axis L' being disposed at an angle θ relative to the longitudinal axis L of the proximal or lower portion. In one embodiment, angle θ is approximately 90°, with the upper portions of guiding portions 14 being disposed substantially parallel to the surface of the operating table (not shown) to form a type of loading rack, thus allowing a spinal implant to be loaded onto the guide rod assemblies 12 from a location laterally remote from the surgical incision I. However, it should be understood that angle θ can be varied to accommodate other types of loading arrangements. It should also be understood that the guiding portions 14 can be substantially straight or reshaped or bent into other configurations. For example, the guiding portion 14 could be bent along the longitudinal axis L to form an arcuate or curved shape to accommodate various types and configurations of spinal implants.

Referring to FIG. 3, shown therein is a spinal implant 60 engaged to the guiding portions 14 of the series of guide rod assemblies 12. In the illustrated embodiment, implant 60 is a spinal rod/connector construct, including an elongated spinal rod 62 and a plurality of connector assemblies 64 attached thereto. The spinal rod 62 has a generally circular outer cross section and has a length sized to span the distance between at least two adjacent vertebrae V. Each connector assembly 64 has a first opening or passage 66 sized to slidably receive the spinal rod 62 therethrough, and a second opening or passage 68 oriented substantially perpendicular to the first opening 66 and sized to slidably receive the shank portion 56 of bone screw 52 therein. Each connector assembly 64 also includes a set screw 70 engaged within a threaded opening intersecting first opening 66.

In the illustrated embodiment, implant assembly 60 is the TSRH 3D® Spinal System manufactured and sold by Medtronic Sofamor Danek Group, Inc., the Assignee of the subject application. Further details regarding the TSRH 3D® Spinal System are more fully described in a product brochure entitled "TSRH-3D Surgical Technique", published in 1999 by Sofamor Danek, Inc., the contents of which are hereby incorporated by reference. It should be understood, however, that the precise configuration of the implant assembly 60 and the bone screws 52 are for illustration purposes only, and that other configurations are also contemplated as being compatible for use with the present invention.

In one embodiment of the invention, the assembly of the implant assembly 60 is performed external of the patient's body prior to being inserted into the patient's body (as shown in phantom lines). In one aspect of the invention, the implant assembly 60 is assembled at a location laterally offset from the surgical incision I at a distance d. Assembly outside the body is typically easier and less complicated than if performed internally due to severe space limitations within the surgical site. Moreover, the assembly and manipulation of implant components outside of the body may reduce the amount of time spent in surgery, thereby reducing the risks associated therewith. Additionally, assembly at a location laterally offset from the surgical site reduces the risk of mishandling the implant components during delivery or assembly and possibly dropping the components into the patient's body.

Each of the connector assemblies 64 are engaged to a corresponding guide rod assembly 12 by inserting the tapered distal end 14a of the guiding portion 14 through the second implant opening 68. An elongated interconnecting member, such as rod 62, is preferably loosely connected to each of the connector assemblies 64. After being completely assembled, the implant assembly 60 is slidably advanced along the outer surface of the guiding portions 14 (as shown in solid lines), being guided along longitudinal axis L toward the bone screws 52. However, it should be understood that the implant assembly 60 can alternatively be partially assembled prior to being inserted into the patient's body, or the components of the implant assembly 60 can be individually inserted into the patient's body and assembled therein.

Notably, the guiding portions 14 of guide rod assemblies 12 can be reshaped or bent into other shapes or configurations which facilitate the advancement of the connector assemblies 64 and reduce the amount of interference or resistance between the connector assemblies 64 and the guiding portions 14. Additionally, if the connector assemblies 64 are not appropriately aligned with the bone screws 52, the guide rod assemblies 12 can be used as lever arms, providing additional leverage which aids in the bending or contouring of the spinal rod 62 to provide the proper alignment between the implant openings 68 and the shank portions 56. The guide rod assemblies 12 can also be used to urge or manipulate the bone screws 52 into alignment with the connector assemblies 64.

Referring to FIG. 4, the spinal implant 60 continues to be advanced along the guiding portions 14 and over the connecting portion 16 until disposed adjacent the vertebral column 50, with the shank portions 56 of the bone screws 52 disposed within the openings 68 in connector assemblies 64. The set screws 70 are then advanced through the threaded opening until each engages an outer surface of the rod 62, which in turn engages the connector assemblies 64 to the shank portions 56, to thereby fixedly attach the implant construct 60 to the bone screws 52. Once the implant assembly 60 is secured to the shank portions 56, the guide rod assemblies 12 are then separated from the bone screws 52 and removed from the patient's body.

It has thus been shown that one purpose of the guide rod assemblies 12 is to facilitate the loading of a spinal implant assembly 60, or other similar implants, onto a series of bone screws 52 engaged to the spinal column. The guiding portions 14 help guide the connector assemblies 64 into proper alignment with the bone screws 52 to allow subsequent engagement to the shank portions 56. Importantly, in order for the implant assembly 60 to be advanced along guiding portion 14 and across connecting portion 16, the maximum outer cross section of the guide rod assembly 12 must be sized to pass through the implant opening 68. To that end, the maximum outer diameter $D_m$ of the guide rod assembly 12 must be somewhat less than the inner diameter of the implant opening 68. It should also be apparent that another possible use of the guide rod assembly 12 is to drive or manipulate a bone screw 52. If the guide rod assembly is used as a driver or lever, the guiding portion 14 is preferably formed of a non-malleable or substantially rigid material, such as stainless steel or titanium, to avoid inadvertent bending. Additionally, it should be apparent that the guide rod assemblies 12 allow an implant construct, such as the implant assembly 60, to be assembled remote from the surgical site, and then delivered as a complete assembly to the surgical site. This decreases the number of implant components which must be manipulated by the surgeon inside the patient's body during a surgical procedure, thereby reducing the "fiddle factor" and the time spent in surgery.

If the guiding portions 14 are fabricated from a shape-memory material, such as nitinol, the guiding portions 14 can be easily returned to their original shape without having to manually bend the guiding portions 14 back into position.

US 6,235,028 B1

9

If the bending or reshaping of the guiding portions 14 occurs at a temperature below the transformation temperature, the guiding portions 14 are returned to their pre-programmed or memorized shape by simply heating the shape-memory material to a temperature above the transformation temperature. Preferably, a shape-memory material having a transformation temperature slightly above normal body temperature is used to avoid the inadvertent return of the guiding portions to their memorized shape during the implant procedure. If the bending or reshaping occurs at a temperature somewhat above the transformation temperature, the guiding portions 14 are returned to their pre-programmed or memorized shape when the stress created by the lateral forces exerted on the guiding portions 14 by the implant assembly 60 are removed. Alternatively, if the guiding portions 14 are fabricated from aluminum or another similar malleable material, the guiding portions 14 can be manually bent back into their original shape. Once the guiding portions 14 are returned to their original configuration, the guide rod assemblies 12 can be reused to facilitate the loading of another implant assembly. Alternatively, the bent guide rod assemblies can be discarded as disposable, single use items.

Referring now to FIGS. 5–6, shown therein is the guide rod assembly 12, as used in another application involving the guiding of an implant 80 from a location outside the body, remote from the surgical incision I, to a location adjacent the patient's spine. Referring specifically to FIG. 5, a number of bone anchors 84 are engaged to adjacent vertebrae V along each side of the vertebral column 50. In the illustrated embodiment, the bone anchors 84 are bone screws configured similar to bone screws 52, including a distal threaded portion 86 anchored in a corresponding vertebra V and a proximal shank portion 88 extending from the threaded portion 86 above a posterior surface of the vertebra. However, unlike bone screws 52, bone screws 84 have a threaded portion 92 having a plurality of machine threads cut along its length. Additionally, the bone screws 84 include a hub portion or lower nut 90 disposed along the shank portion 88. The shank portion 88 also defines a hexagonal-shaped opening or recess 94 corresponding to the shaped end portion 34 of the guide rod assembly 12.

In the illustrated embodiment, the implant 80 is a spinal plate having a length sized to span the distance between at least two adjacent vertebrae V. The spinal plate 80 includes a slot or opening 82 defined along its length and sized to slidably receive the threaded portion 92 of bone screw 84 therethrough. Further details regarding a similar spinal plate and bone screw are more fully described in U.S. Pat. No. 5,728,097 to Mathews, entitled "Method for Subcutaneous Suprafacial Internal Fixation", the contents of which are hereby incorporated by reference. It should be understood, however, that the precise configuration of the implant 80 and the bone screws 84 are for illustration purposes only, and that other configurations are also contemplated as being compatible for use with the present invention.

A series of guide rod assemblies 12 are releasably connected to the bone screws 84, with the hexagonal-shaped end portion 34 of the guiding portion 14 inserted within the hexagonally-shaped recess 94. In order to facilitate the loading of the spinal plate 80 onto the threaded portion 92 of the bone screws 84, the spinal plate 80 is engaged to the guide rod assemblies 12 by inserting the distal ends 14a of the guiding portions 14 through the opening 82. The spinal plate 80 is then slidably advanced along the outer surface of the guiding portions 14, being guided along longitudinal axis L toward the bone screws 84. The guiding portions 14

10

can be reshaped or bent into other shapes or configurations which facilitate the advancement of the spinal plate 80 by reducing the amount of interference or resistance between the spinal plate 80 and the guiding portions 14. Additionally, if the spinal plate 80 is not appropriately aligned with the bone screws 84, the guide rod assemblies 12 provide additional leverage which aids in providing the proper alignment between the openings 82 and the threaded portions 92. The guide rod assemblies can also be used to urge or manipulate the bone screws 84 into alignment with the spinal plate 80.

Referring to FIG. 6, the spinal plate 80 continues to be advanced along the guiding portions 14 and over the connecting portion 16 until disposed adjacent the vertebral column 50, with each of the threaded portions 92 extending through the opening 82, and the bottom of the spinal plate 80 disposed against the lower nut 90 of the bone screws 84. An upper nut 96 is then slid over the distal end 14a of each guiding portion 14 and slidably advanced along the longitudinal axis L until positioned adjacent the threaded portion 92. The spinal plate 80 is then securely engaged to the bone screws 84 by threading the upper nut 96 tightly against the upper surface of spinal plate 80. Once the spinal plate 80 is secured to the bone screws 84, the guide rod assemblies 12 are then separated from the bone screws 84 and removed from the patient's body.

Further embodiments of the present invention are described below and illustrated in the corresponding figures. It should be understood that the additional embodiments may be used interchangeably with guide rod assembly 12 in any of the applications described above to engage and guide an implant from a location outside the patient's body to a surgical site. It should also be understood that the elements or features of the disclosed embodiments are interchangeable. Thus, other embodiments of the present invention having combinations of features and elements different from those of the illustrated embodiments are also contemplated as being within the scope of the present invention.

Referring to FIGS. 7a–7b, shown therein is a guide rod assembly 100 according to another embodiment of the present invention. Guide rod assembly 100 has a longitudinal axis L extending along an elongate guiding portion 102 and a connecting portion 104. Guiding portion 102 has a distal end 102a and a proximal end 102b, and can be formed of the same malleable and non-malleable materials discussed above with regard to guiding portion 14 of guide rod assembly 12. The distal end 102a is rounded to form a hemispherical dome 106, which facilitates the loading of an implant onto the guiding portion 102. The proximal end 102b is inserted within a longitudinal cavity 108 defined in connecting portion 104. The sidewall 110 surrounding cavity 108 is swaged or crimped onto the proximal end 102b to securely attach the guiding portion 102 to the connecting portion 104. Other methods of attaching guiding portion 102 to connecting portion 104 are also contemplated, such as, for example, by welding, threading or pinning.

The connecting portion 104 has a shaped end portion or stem 112 having a hexagonal shape; however, it should be understood that other shapes are also contemplated, such as those discussed above with regard to the shaped end portion 34 of guide rod assembly 12. Additionally, shaped end portion 112 is inwardly tapered to facilitate insertion into the shaped recess 59, 94 defined in bone screws 52, 84. The inward taper also serves as a wedge, aiding in retaining the engagement of the guide rod assembly 100 to the bone anchor. The outer surface of the guiding portion 102 is coated with a protective material 114. In one embodiment, the protective material 114 constitutes at least one layer of

11

an elastomeric polymer, such as Teflon or the like. In the illustrated embodiment, the protective material 114 has a thickness that is substantially equal to the thickness of the side wall 110 to thereby provide a uniform outer cross section between the guiding portion 102 and the connecting portion 104. Preferably, the uniform outer cross section has a maximum outer diameter $D_m$ approximately equal to the diameter of the shank portion 56 of the bone anchor 52.

Referring to FIG. 8, shown therein is a guide rod 120 according to a further embodiment of the present invention. Guide rod 120 has a longitudinal axis L extending along an elongate guiding portion 122 and a connecting portion 124. Guide rod 120 is configured similar to guide rod assembly 100 in that it has a rounded end defining a hemispherical dome 126, and an opposite end defining a shaped end portion or stem 128. However, the shaped end portion 128 defines external machine threads 129, configured to engage internal threads defined in the bone anchor and aid in retaining the engagement of the guide rod assembly 100 to the bone anchor. Additionally, unlike guide rod assembly 100, the guiding and connecting portions 122, 124 are integral to guide rod 120, thus forming a single, unitary piece. Further, the guiding portion 122 has an arcuate shape.

Instead of manually bending or reshaping the guide rod 120 in preparation for an implant procedure, the guiding portion 122 is fabricated with a predetermined curvature, preferably a uniform radius R, suitable for guiding an implant along the longitudinal axis L. The guide rod 120 is engaged to the bone anchor, with the arcuate guiding portion 122 preferably extending outside of the body to a location laterally remote from the surgical site. In order to maintain the predetermined curvature and to avoid additional bending, the guiding portion 122 is preferably formed of a substantially rigid or nonmalleable material, such as, for example, stainless steel, titanium, or certain plastics. Guiding portion 122 can alternatively be formed of any malleable material, such as a soft aluminum, a shape-memory material, or certain compositions or formations of stainless steel or titanium to allow the guiding portion 122 to be reshaped into other shapes or configurations.

Referring to FIG. 9, shown therein is a guide rod 140 according to yet another embodiment of the present invention. Guide rod 140 has a longitudinal axis L extending along an elongate guiding portion 142 and integral connecting portions 144 disposed at opposite ends thereof. Guide rod 140 can be formed of the same malleable and nonmalleable materials discussed above with regard to guiding portion 14 of guide rod assembly 12. Each of the opposite connecting portions 144 has a tapered portion 146, serving as a transition between the guiding portion 142 and a shaped end portion 148. Shaped end portion 148 has a substantially circular shape with flat portions 150 stamped or machined onto opposite sides thereof that correspond to opposing sides of the hexagonal recess 58 defined in bone anchor 52. However, it should be understood that other shapes are also contemplated, such as those discussed above with regard to the shaped end portion 34 of guide rod assembly 12.

Referring to FIGS. 10a–10b, shown therein is a guide rod 160 according to still another embodiment of the present invention. Guide rod 160 has a longitudinal axis L extending along an elongate guiding portion 162 and an integral connecting portion 164, and can be formed of any malleable or non-malleable material, such as, for example, those discussed above with regard to guiding portion 14 of guide rod assembly 12. The distal end 160a of guide rod 160 is rounded to form a hemispherical dome 166. The guiding portion 162 defines an outer diameter D, which smoothly transitions into connecting portion 164 having a maximum outer diameter $D_m$ by way of a circular fillet 168 and a circular round 170. The connecting portion 164 defines a

12

shaped opening or recess 172 extending along longitudinal axis L and having an outward taper 174 opening onto the proximal end 160b of guide rod 160. The shaped recess 172 has a circular shape; however, other shapes are also contemplated as being within the scope of the invention.

Unlike the previous embodiments illustrated and described above, guide rod 160 is releasably engaged to the bone anchor 52 by sliding the connecting portion 164 over the shank portion 56 or other similar male drive geometry extending from the bone anchor 52. The outward taper 174 aids in guiding the connecting portion 164 over the shank portion 56. Preferably, the inner diameter of the recess 172 is sized slightly larger than the outer diameter of the shank portion 56 of bone anchor 52 to provide a secure engagement therebetween and to stabilize guide rod 160 during an implant procedure. The guide rod 160 effectively serves to extend the length of the shank portion 56, preferably to a location outside of the patient's body, and can be selectively detached or separated from the bone anchor 52 by simply removing the connecting portion 162 from the shank portion 156.

While the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character, it being understood that only the preferred embodiments have been shown and described, and that all changes and modifications that come within the spirit of the invention are desired to be protected.

What is claimed is:

1. An instrument for guiding an implant to a location adjacent a bone anchor engaged to bone, comprising:
   a longitudinal member having a connecting portion and a guiding portion, said connecting portion defining an end portion of said longitudinal member and adapted to releasably engage the bone anchor and being selectively separable therefrom, said guiding portion being adapted to engage the implant and guide the implant along a length of said guiding portion toward the bone anchor.

2. The instrument of claim 1 wherein said guiding portion is at least partially formed of a malleable material capable of being reshaped.

3. The instrument of claim 2 wherein said guiding portion is at least partially formed of a malleable material capable of being reshaped manually by hand.

4. The instrument of claim 2 wherein said malleable material is aluminum.

5. The instrument of claim 2 wherein said malleable material is a shape-memory material.

6. The instrument of claim 5 wherein said guiding portion has an initial configuration and a different reshaped configuration, said guiding portion being reshaped from said initial configuration to said different configuration at a temperature below the transformation temperature of said shape-memory material, and wherein said guiding portion is returned to said initial configuration upon heating said shape-memory material to said transformation temperature.

7. The instrument of claim 5 wherein said guiding portion has an initial configuration and a different reshaped configuration, said guiding portion being reshaped from said initial configuration to said different configuration through the imposition of stress at a temperature above the transformation temperature of said shape-memory material, and wherein said guiding portion is returned to said initial configuration upon removal of said stress.

8. The instrument of claim 1 wherein one of said bone anchor and said connecting portion includes a shaped end

US 6,235,028 B1

13

portion for engaging a corresponding shaped recess defined in another of said bone anchor and said connecting portion, said shaped end portion being engaged within said shaped recess to releasably connect said longitudinal member to said bone anchor.

9. The instrument of claim 8 wherein said shaped end portion and said shaped recess are each hexagonally-shaped.

10. The instrument of claim 8 wherein said shaped end portion is inwardly tapered.

11. The instrument of claim 8 wherein said shaped end portion and said shaped recess are each threaded, said shaped end portion capable of being threadedly engaged within said shaped recess to releasably connect said longitudinal member to said bone anchor.

12. The instrument of claim 1 wherein one of said connecting portion and said guiding portion defines a longitudinal cavity, and wherein an end portion of another of said connecting portion and said guiding portion being engaged within said cavity to attach said connecting portion to said guiding portion.

13. The instrument of claim 12 wherein said connecting portion and said guiding portion are attached by a cross pin disposed within an opening extending transversely through said longitudinal cavity and said end portion.

14. The instrument of claim 12 wherein said connecting portion and said guiding portion are attached by crimping said one of said connecting portion and said guiding portion defining said longitudinal cavity about said end portion of said another of said connecting portion and said guiding portion.

15. The instrument of claim 1 wherein said connecting portion and said guiding portion form a single unitary piece.

16. The instrument of claim 1 wherein the implant has an opening defined therethrough, said guiding portion and said connecting portion having an outer cross section sized to pass through said implant opening.

17. The instrument of claim 1 wherein said guiding portion has a second end portion extending outside the body when said guiding portion is engaged to said bone anchor.

18. The instrument of claim 1 wherein the implant includes:

a longitudinal member having a length sized to span a distance between at least two of said bone anchors;

at least two connectors, each of said connectors being configured to selectively engage the longitudinal member and a corresponding one of said bone anchors to operably connect said longitudinal member to said bone anchors, each of said connectors having an opening extending therethrough sized to slidably receive said guiding portion therein; and

further comprising at least two of the instruments for guiding, each of the instruments being releasably engaged to a corresponding one of said bone anchors, said guiding portion of each of the instruments being inserted within a respective one of said openings to allow said implant to be slidably advanced along said guiding portions toward said at least two of said bone anchors.

19. The instrument of claim 18 further comprising means for selectively engaging each of said connectors to said longitudinal member and to said at least two of said bone anchors.

20. A bone anchor adapted to receive an implant, comprising:

a bone engaging portion; and

a detachable extension portion extending along a longitudinal axis and having an end portion adapted to releasably engage said bone engaging portion and being selectively separable therefrom, said extension portion having an outer cross section sized to slidably

14

receive the implant thereon and guide the implant along the longitudinal axis to a location adjacent said bone engaging portion.

21. The bone anchor of claim 20 wherein said extension portion has a predetermined arcuate shape.

22. The bone anchor of claim 20 wherein one of said bone engaging portion and said extension portion defines an opening and another of said bone engaging portion and said extension portion defines a stem, said stem being engaged within said opening to releasably connect said extension portion to said bone engaging portion, said extension portion being detachable from said bone engaging portion by selectively removing said stem from said opening.

23. The bone anchor of claim 22 wherein said bone engaging portion defines said opening and said extension portion defines said stem, said opening and said stem each having a corresponding shape.

24. The bone anchor of claim 22 wherein said bone engaging portion defines said stem and said extension portion defines said opening, said opening being substantially circular and being sized to receive said stem therein.

25. The bone anchor of claim 20 wherein said extension portion is at least partially formed of a shape-memory material; and

wherein said extension portion has an initial configuration and a different reshaped configuration, said extension portion being reshaped from said initial configuration to said different configuration at a temperature below the transformation temperature of said shape-memory material; and

wherein said extension portion is returned to said initial configuration upon heating said shape-memory material to said transformation temperature.

26. The bone anchor of claim 20 wherein said extension portion is at least partially formed of a shape-memory material; and

wherein said extension portion has an initial configuration and a different reshaped configuration, said extension portion being reshaped from said initial configuration to said different configuration through the imposition of stress at a temperature above the transformation temperature of said shape-memory material; and

wherein said extension portion is returned to said initial configuration upon removal of said stress.

27. The bone anchor of claim 20 wherein the implant has a passage extending therethrough, said passage being sized to slidably receive said extension portion therein to allow the implant to be slidably advanced along a length of said extension portion toward said bone engaging portion.

28. The bone anchor of claim 20 wherein said extension portion has a second end portion disposed outside of the body when said extension portion is engaged to said bone engaging portion.

29. The bone anchor of claim 28 wherein said extension portion is oriented substantially perpendicular to said bone engaging portion.

30. The bone anchor of claim 20 wherein said extension portion is covered with at least one layer of a protective coating selected from the group consisting of an anodized oxide film or an elastomeric polymer.

31. A spinal fixation system, comprising:

a bone anchor having means for engaging a portion of the spine;

a spinal implant;

means for guiding said spinal implant from a first location outside the body to a second location proximately adjacent said bone anchor; and

means for releasably engaging said guiding means to said bone anchor, said engaging means allowing said guiding means to be selectively removed from said bone anchor.

US 6,235,028 B1

15

**32.** The system of claim **31** wherein said guiding means is at least partially formed of a shape-memory material; and

wherein said guiding means is capable of being reshaped from an initial configuration to a different configuration at a temperature below the transformation temperature of said shape-memory material; and

wherein said guiding means returns to said initial configuration upon heating said shape-memory material to said transformation temperature.

**33.** A method for guiding an implant, comprising:

providing a bone anchor having a bone engaging portion and a detachable guiding portion releasably connected to the bone engaging portion and being selectively separable therefrom;

anchoring the bone engaging portion to a patient's spine;

engaging the implant to the detachable guiding portion;

advancing the implant along the detachable guiding portion toward the bone engaging portion until the implant is positioned proximately adjacent the bone engaging portion;

separating the detachable guiding portion from the bone engaging portion; and

removing the detachable guiding portion from the patients body.

**34.** The method of claim **33** wherein the implant is guided from a location outside the patient's body to a location adjacent the patient's spine.

**35.** The method of claim **33** further including releasably connecting the detachable guiding portion to the bone engaging portion after anchoring the bone engaging portion to the patient's spine.

**36.** The method of claim **33** wherein one of the guiding portion and the bone engaging portion defines an opening and another of the guiding portion and the bone engaging portion includes a stem, the stem being engaged within the opening to releasably connect the guiding portion to the bone engaging portion; and

wherein the separating includes removing the stem from the opening.

**37.** The method of claim **36** wherein the stem and the opening are each threaded, the stem being threadedly engaged within the opening to releasably connect the guiding portion to the bone engaging portion; and

wherein the separating includes unthreading the stem from the opening.

**38.** The method of claim **33** wherein the guiding portion is at least partially formed of a malleable material; and

further comprising bending the guiding portion from an initial configuration to a reshaped configuration suitable for advancing the implant along the guiding portion.

**39.** The method of claim **38** wherein the bending of the guiding portion occurs prior to the advancing of the implant along the guiding portion.

**40.** The method of claim **38** wherein the bending is performed manually by hand.

**41.** The method of claim **38** wherein the guiding portion is oriented substantially perpendicular to the bone engaging portion when the guiding portion is in the reshaped configuration.

**42.** The method of claim **38** wherein the bending of the guiding portion occurs during the advancing of the implant along the guiding portion.

**43.** The method of claim **38** wherein the guiding portion is at least partially formed of a shape-memory material; and

wherein the bending occurs at a temperature below the transformation temperature of the shape-memory material; and

16

further comprising heating the shape-memory material to the transformation temperature and returning the guiding portion to the initial configuration.

**44.** The method of claim **38** wherein the guiding portion is at least partially formed of a shape-memory material; and

wherein the bending occurs through the imposition of stress onto the guiding portion at a temperature above the transformation temperature of the shape-memory material; and

further comprising removing the stress and allowing the guiding portion to return to the initial configuration.

**45.** The method of claim **33** wherein the implant has an opening defined therethrough; and

wherein the engaging includes inserting the guiding portion through the implant opening; and

wherein the advancing includes sliding the implant along an outer surface of the guiding portion.

**46.** The method of claim **33** wherein the bone engaging portion of the bone anchor includes a threaded portion and a driving portion, the guiding portion having an end portion adapted to releasably engage the driving portion; and

wherein the anchoring includes releasably engaging the end portion to the driving portion and driving the threaded portion into a vertebral body.

**47.** The method of claim **33** further comprising:

providing at least two of the bone anchors, each having a bone engaging portion and a detachable guiding portion;

anchoring the bone engaging portions to the patient's spine;

engaging the implant to each of the detachable guiding portions;

advancing the implant along the detachable guiding portions toward the bone engaging portions until the implant is positioned proximately adjacent the bone engaging portions;

separating the detachable guiding portions from the bone engaging portions; and

removing the detachable guiding portions from the patient's body.

**48.** The method of claim **47** further comprising:

providing an implant including:

a longitudinal member having a length sized to span a distance between the bone anchors, and

at least two connectors, each of the connectors being configured to selectively engage the longitudinal member and a corresponding one of the bone engaging portions to operably connect the longitudinal member to the bone anchors;

engaging the connectors to the longitudinal member;

slidably engaging the connectors to the detachable guiding portions; and

slidably advancing the connectors along the detachable guiding portions toward the bone engaging portions until the implant is positioned proximately adjacent the bone engaging portions.

**49.** The method of claim **48** wherein each of the connectors has an opening extending therethrough being sized to slidably receive a corresponding one of the guiding portions therein to allow the connectors to be advanced along the guiding portions toward the bone engaging portions.

**50.** The method of claim **48** further comprising provisionally engaging the connectors to the longitudinal member outside of the patient's body prior to advancing the implant along the guiding portions toward the bone engaging portions.

*  *  *  *  *