| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| DOCKET NO.<br>3:08–cv–01512–LAB–AJB | DATE FILED<br>8/18/08 | US District Court Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>Medtronic Sofamor Danek USA, Inc., et al. | | DEFENDANT<br>Nuvasive, Inc. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** 5,860,973 | **6.** 6,945,933 | **11.** 6,428,542 |
| **2.** 5,772,661 | **7.** 7,008,422 | **12.** 6,952,586 |
| **3.** 6,936,051 | **8.** 6,530,929 | **13.** |
| **4.** 6,936,050 | **9.** 6,235,028 | **14.** |
| **5.** 6,916,320 | **10.** 6,969,390 | **15.** |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|