FILED
2008 AUG 18 PM 3:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

1  Stephen C. Holmes (CA SBN 200727)
   Email: sholmes@dl.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303-2225
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  Dirk D. Thomas, Esq. (*pro hac vice* application to be submitted)
   Email: dthomas@dl.com
6  Jeff E. Schwartz, Esq. (*pro hac vice* application to be submitted)
   Email: jschwartz@dl.com
7  Robert A. Auchter, Esq. (*pro hac vice* application to be submitted)
   Email: rauchter@dl.com
8  DEWEY & LEBOEUF LLP
   1101 New York Avenue, N.W.
9  Washington, D.C. 20005-4213
   Telephone: (202) 346-8000
10 Facsimile: (202) 346-8102

11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MEDTRONIC SOFAMOR DANEK USA, INC.; WARSAW ORTHOPEDIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>NUVASIVE, INC.<br><br>Defendant. | Case No.: '08 CV 1512 LAB AJB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |
|---|---|

1 | Plaintiffs Medtronic Sofamor Danek USA, Inc. ("Medtronic USA"), Warsaw
2 | Orthopedic, Inc. ("Warsaw"), Medtronic Puerto Rico Operations Co. ("Medtronic
3 | Puerto Rico"), and Medtronic Sofamor Danek Deggendorf, GmbH ("Medtronic
4 | Deggendorf") hereby provide their Notice of Party with Financial Interest pursuant to
5 | Rule 40.2 of the Local Rules of this Court and Rule 7.1 of the Federal Rules of Civil
6 | Procedure.
7 | Plaintiffs Medtronic USA, Warsaw, Medtronic Puerto Rico, and Medtronic
8 | Deggendorf are all wholly-owned subsidiaries of Medtronic Inc., a Minnesota
9 | corporation.

Respectfully submitted,

Dated: August 18, 2008

*[signature]*

Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Dirk D. Thomas, Esq. (*pro hac vice* application to be submitted)
Email: dthomas@dl.com
Jeff E. Schwartz, Esq. (*pro hac vice* application to be submitted)
Email: jschwartz@dl.com
Robert A. Auchter, Esq. (*pro hac vice* application to be submitted)
Email: rauchter@dl.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

*Attorneys for Plaintiffs*
MEDTRONIC SOFAMOR DANEK USA, INC.;
WARSAW ORTHOPEDIC, INC.;
MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH.