Frank E. Scherkenbach (SBN 142549)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Kimberly I. Kennedy (SBN 253828)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Michael E. Florey (*pro hac vice* application to be submitted)
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 RBC Plaza
Minneapolis, MN  55402
(612) 335-5070 phone
(612) 288-9696 facsimile

Attorneys for Defendant
NUVASIVE, INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK USA, INC.; WARSAW ORTHOPEDIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH,<br><br>Plaintiffs,<br><br>    v.<br><br>NUVASIVE, INC.,<br><br>Defendant. | Case No. 08 CV 1512 LAB (AJB)<br><br>**DEFENDANT NUVASIVE, INC.'S UNOPPOSED EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR PATENT INFRINGEMENT** |

## I.   INTRODUCTION

Defendant Nuvasive, Inc. ("NuVasive") seeks a thirty day extension, until October 9, 2008, to answer or otherwise respond to Medtronic Sofamor Danek USA, Inc., Warsaw Orthopedic, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Sofamor Danek Deggendorf, GmbH's (collectively, "Plaintiffs") complaint for patent infringement. NuVasive requires the extension in order to complete its pre-suit evaluation of the patents-in-suit and Plaintiffs' claim that certain NuVasive products infringe the asserted patents. Plaintiffs' counsel has informed NuVasive's counsel that Plaintiffs do not object to the extension. (Florey Decl. ¶ 6, filed concurrently with this Application.)

## II.   THE LOCAL RULES PERMIT EXTENSIONS OF TIME TO ANSWER

Local Rule 12.1 provides that a party may obtain an extension of time to answer or to move to dismiss a complaint by making a showing of good cause. CivLR 12.1. As NuVasive will establish below, good cause exists for granting NuVasive a thirty day extension to answer or otherwise respond to Plaintiffs' complaint. This request for an extension of time is made on an ex parte basis pursuant to Chambers' Rule 10.

## III.   GOOD CASE SUPPORTS THE REQUEST FOR AN EXTENSION

On August 20, 2008, Plaintiffs served NuVasive with the present complaint for patent infringement. The complaint asserts twelve patents: (1) United States Patent No. 5,860,973 (the "'973 patent"), entitled "Translateral Spinal Implant"; (2) United States Patent No. 5,772,661 (the "'661 patent"), entitled "Methods and Instrumentation for the Surgical Correction of Human Thoracic and Lumbar Spinal Disease from the Antero-Lateral Aspect of the Spine"; (3) United States Patent No. 6,936,051 B2 (the "'051 patent"), entitled "Multilock Anterior Cervical Plating System"; (4) United States Patent No. 6,936,050 B2 (the "'050 patent"), entitled "Multilock Anterior Cervical Plating System"; (5) United States Patent No. 6,916,320 B2 (the "'320 patent"), entitled "Anterior Cervical Plate System"; (6) United States Patent No. 6,945,933 B2 (the "'933 patent"), entitled "Instruments and Methods for Minimally Invasive Tissue Retraction and Surgery"; (7) United States Patent No. 7,008,422 B2 (the "'422 patent"), entitled "Instruments and Methods for Stabilization of Bony Structures"; (8) United States Patent No. 6,530,929 B1

1  (the "'929 patent"), entitled "Instruments for Stabilization of Bony Structures";  (9)  United States
2  Patent No. 6,235,028 B1 (the "'028 patent"), entitled "Surgical Guide Rod";  (10)  United States
3  Patent No. 6,969,390 B2 (the "'390 patent"), entitled "Anterior Cervical Plating System and Bone
4  Screw";  (11)  United States Patent No. 6,428,542 Bl (the "'542 patent"), entitled "Single-Lock
5  Anterior Cervical Plate"; and (12)  United States Patent No. 6,592,586 B1 (the "'586 patent"),
6  entitled "Single-Lock Anterior Cervical Plating System"  (collectively, "the Patents-in-Suit").

7  Plaintiffs allege that NuVasive infringes the Patents-in-Suit by making, using, selling, and
8  offering for sale products that include the inventions claimed in ten asserted patents (the '973
9  patent, '051 patent, '050 patent, '320 patent, '933 patent, '929 patent, '028 patent, '390 patent,
10  '542 patent, and '586 patent).  In addition, Plaintiffs allege that NuVasive "has contributed and is
11  contributing" to the infringement of two asserted patents (the '661 patent and the '422 patent).

12  After being served with the complaint, NuVasive retained counsel to evaluate Plaintiffs'
13  patent infringement claim.  In performing this evaluation, NuVasive's counsel is currently
14  reviewing the Patents-in-Suit and the prosecution history of the Patents-in-Suit before the U.S.
15  Patent and Trademark Office.  (Florey Decl. ¶ 4.)  NuVasive's counsel is also currently
16  conducting an analysis of the NuVasive products that Plaintiffs accuse of infringement.  (*Id.*)  Due
17  to the large number of asserted patents and accused products, NuVasive needs another thirty days
18  to complete its evaluation of Plaintiffs' claim.  (*Id.*)

19  This is NuVasive's first request for an extension of time.  (*Id.* at ¶ 5.)  This application is
20  not being made for the purpose of delay, and because no case management deadlines have been
21  set, it is not expected to impact the case schedule.  (*Id.*)

22  Accordingly, good cause exists for granting NuVasive a thirty day extension to answer or
23  otherwise respond to Plaintiffs' complaint.  Plaintiffs' counsel has informed NuVasive's counsel
24  that Plaintiffs' have no objection to the requested extension of time.  (*Id.* at ¶ 6.)
25  ///
26  ///
27  ///
28  ///

IV. <u>CONCLUSION</u>

Good cause exists for granting NuVasive a thirty day extension—to October 9, 2008—to answer or otherwise respond to Plaintiffs' complaint.

Dated:  September 8, 2008                          FISH & RICHARDSON P.C.


                                                   By: /s/ Kimberly Kennedy
                                                       Frank E. Scherkenbach (SBN 142549)
                                                       John E. Gartman (SBN 152300)
                                                       Juanita R. Brooks (SBN 75934)
                                                       Michael E. Florey (*pro hac vice* application to be submitted)
                                                       Kimberly I. Kennedy (SBN 253828)

                                                   Attorneys for Defendant
                                                   NUVASIVE INCORPORATED

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 8, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 /s/ Kimberly I. Kennedy
Kimberly I. Kennedy (SBN 253828)
kennedy@fr.com

Attorney for Defendant
NUVASIVE, INCORPORATED

1  Frank E. Scherkenbach (SBN 142549)
   FISH & RICHARDSON P.C.
2  225 Franklin Street
   Boston, MA 02110-2804
3  Telephone: (617) 542-5070
   Facsimile: (617) 542-8906
4
5  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
   Kimberly I. Kennedy (SBN 253828)
6  FISH & RICHARDSON P.C.
   12390 El Camino Real
7  San Diego, California 92130
   Telephone: (858) 678-5070
8  Facsimile: (858) 678-5099

9  Michael E. Florey (*pro hac vice* application to be submitted)
   FISH & RICHARDSON P.C.
10 60 South Sixth Street
   3300 RBC Plaza
11 Minneapolis, MN 55402
   (612) 335-5070 phone
12 (612) 288-9696 facsimile

13 Attorneys for Defendant
   NUVASIVE, INCORPORATED
14

15                UNITED STATES DISTRICT COURT

16                SOUTHERN DISTRICT OF CALIFORNIA

17
   MEDTRONIC SOFAMOR DANEK USA, INC.;    Case No. 08 CV 1512 LAB (AJB)
18 WARSAW ORTHOPEDIC, INC.;
   MEDTRONIC PUERTO RICO OPERATIONS      **DECLARATION OF MICHAEL E.
19 CO.; and MEDTRONIC SOFAMOR DANEK      FLOREY IN SUPPORT OF DEFENDANT
   DEGGENDORF, GmbH,                     NUVASIVE, INC.'S UNOPPOSED EX
20                                       PARTE APPLICATION FOR AN
         Plaintiffs,                     EXTENSION OF TIME TO RESPOND TO
21                                       PLAINTIFFS' COMPLAINT FOR
         v.                              PATENT INFRINGEMENT**
22
   NUVASIVE, INC.,
23
         Defendant.
24
25
26
27
28

                                  1                Case No. 08 CV 1512 LAB (AJB)

I, Michael E. Florey, declare as follows:

1. I am a principal in the law firm of Fish & Richardson P.C., counsel of record in this action for Defendant NuVasive, Inc. I am a member of the Bar of the State of Minnesota.

2. I make this declaration in support of NuVasive, Inc.'s Unopposed Ex Parte Application for an Extension of Time to Respond to Plaintiffs' Complaint for Patent Infringement.

3. I make this Declaration of my own personal knowledge, and could and would testify competently to the matters set forth herein if called upon to do so.

4. NuVasive's counsel is currently reviewing the Patents-in-Suit, along with their extensive file histories, and conducting an analysis of the NuVasive products that Plaintiffs accuse of infringement. Due to the large number of asserted patents and accused products, NuVasive's counsel requires an additional thirty days to complete its evaluation.

5. This is NuVasive's first request for an extension of time. NuVasive's Unopposed Ex Parte Application for an Extension of Time to Respond to Plaintiffs' Complaint for Patent Infringement is not made for the purposes of delay and is not expected to impact any case management deadlines.

6. On September 5, 2008, Plaintiffs' counsel informed NuVasive, Inc.'s counsel that Plaintiffs have no objection to the requested extension of time.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct. Executed at Tampa, Florida on Monday, September 08, 2008.

_____
Michael E. Florey

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 8, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Kimberly I. Kennedy
Kimberly I. Kennedy (SBN 253828)
kennedy@fr.com

Attorney for Defendant
NUVASIVE, INCORPORATED