Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Dirk D. Thomas, Esq. (*appearing pro hac vice*)
Email: dthomas@dl.com
Jeff E. Schwartz, Esq. (*appearing pro hac vice*)
Email: jschwartz@dl.com
Robert A. Auchter, Esq. (*appearing pro hac vice*)
Email: rauchter@dl.com
Andre J. Bahou, Esq. (*appearing pro hac vice*)
abahou@deweyleboeuf.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Jonathan Hangartner, Esq. (CA SBN 196268)
Email: jon@x-patents.com
5670 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK USA, INC.; WARSAW ORTHOPEDIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>NUVASIVE, INC.<br><br>Defendant. | Case No.: 3:08-cv-01512-LAB-AJB<br><br>FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT<br><br>JURY TRIAL DEMANDED |

Plaintiffs Medtronic Sofamor Danek USA, Inc. ("Medtronic USA"), Warsaw Orthopedic, Inc. ("Warsaw"), Medtronic Puerto Rico Operations Co. ("Medtronic Puerto Rico"), and Medtronic Sofamor Danek Deggendorf, GmbH ("Medtronic Deggendorf") bring this First Amended Complaint against defendant NuVasive, Inc. ("NuVasive"), alleging as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Medtronic USA is a Tennessee corporation, with its principal place of business in Memphis, Tennessee. Medtronic USA is a leading distributor of medical devices and instruments for use in the spine, including spinal implants.

2. Plaintiff Warsaw is an Indiana corporation, with its principal place of business in Winona Lake, Indiana.

3. Plaintiff Medtronic Puerto Rico is a Cayman Islands corporation, with its principal place of business in Villalba, Puerto Rico.

4. Plaintiff Medtronic Deggendorf is a German corporation, with its principal place of business in Deggendorf, Germany.

5. Defendant NuVasive is a Delaware corporation, with its principal place of business in San Diego, California. NuVasive manufactures and markets various medical devices and instruments for use in the spine, including spinal implants.

6. This action arises under the patent laws of the United States, Title 35 of the United States Code.

7. This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331 and 1338(a) in that this action arises under the Acts of Congress relating to patents.

8. Upon information and belief, NuVasive transacts business in this judicial district by manufacturing, selling, or offering to sell products that infringe, by contributing to the infringement of the patents at issue in this action, or by conducting other business within this judicial district.

9.   Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and/or 1400(b).

## COUNT I

10.   Paragraphs 1-9 are incorporated into this count by reference.

11.   United States Patent No. 5,860,973 (the "'973 patent," a copy of which is attached hereto as Exhibit A), entitled "Translateral Spinal Implant," issued on January 19, 1999. Plaintiff Warsaw is the owner of the '973 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018883, Frame 0400. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '973 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

12.   NuVasive is infringing and has infringed the '973 patent by making, selling, offering for sale, and using infringing products, including but not limited to its CoRoent XL product, within the United States.

13.   NuVasive's infringement of the '973 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT II

14.   Paragraphs 1-9 are incorporated into this count by reference.

15.   United States Patent No. 5,772,661 (the "'661 patent," a copy of which is attached hereto as Exhibit B), entitled "Methods and Instrumentation for the Surgical Correction of Human Thoracic and Lumbar Spinal Disease from the Antero-Lateral Aspect of the Spine," issued on June 30, 1998. Plaintiff Warsaw is the owner of the '661 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018323, Frame 0173. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '661 patent from Plaintiff

Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

16. On information and belief, NuVasive has contributed to acts of infringement of the '661 patent, such acts having been committed in the United States. Such acts of infringement have been committed by at least Doctors Burak M. Ozgur, Henry E. Aryan, Luiz Pimenta, and William R. Taylor as evidenced by the technical report entitled "Extreme Lateral Interbody Fusion (XLIF): a novel surgical technique for anterior lumbar interbody fusion," published in The Spine Journal 6, in 2006, and attached as Exhibit C.

17. By selling, offering to sell, and promoting and teaching the use of at least its CoRoent XL product, NuVasive has contributed to the infringement and continues to contribute to the infringement of the '661 patent, under 35 U.S.C. § 271(c), by selling, offering to sell, and promoting and teaching components and/or materials that are especially made or especially adapted for use in direct infringement of at least one of the methods claimed in the '661 patent, and are not a staple article suitable for substantial non-infringing use.

18. NuVasive's contributory infringement of the '661 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT III

19. Paragraphs 1-9 are incorporated into this count by reference.

20. United States Patent No. 6,936,051 B2 (the "'051 patent," a copy of which is attached hereto as Exhibit D), entitled "Multilock Anterior Cervical Plating System," issued on August 30, 2005. Plaintiff Warsaw is the exclusive licensee of the '051 patent. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive sub-licensees of the '051 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the right to bring suit for infringement of the patent.

21. NuVasive is infringing and has infringed the '051 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Gradient product, within the United States.

22. NuVasive's infringement of the '051 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT IV

23. Paragraphs 1-9 are incorporated into this count by reference.

24. United States Patent No. 6,936,050 B2 (the "'050 patent," a copy of which is attached hereto as Exhibit E), entitled "Multilock Anterior Cervical Plating System," issued on August 30, 2005. Plaintiff Warsaw is the exclusive licensee of the '050 patent. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive sub-licensees of the '050 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the right to bring suit for infringement of the patent.

25. NuVasive is infringing and has infringed the '050 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Gradient product, within the United States.

26. NuVasive's infringement of the '050 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## COUNT V

27. Paragraphs 1-9 are incorporated into this count by reference.

28. United States Patent No. 6,916,320 B2 (the "'320 patent," a copy of which is attached hereto as Exhibit F), entitled "Anterior Cervical Plate System," issued on July 12, 2005. Plaintiff Warsaw is the owner of the '320 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018207, Frame 0410. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-

exclusive licensees of the '320 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

29. NuVasive is infringing and has infringed the '320 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Gradient product, within the United States.

30. NuVasive's infringement of the '320 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

### COUNT VI

31. Paragraphs 1-9 are incorporated into this count by reference.

32. United States Patent No. 6,945,933 B2 (the "'933 patent," a copy of which is attached hereto as Exhibit G), entitled "Instruments and Methods for Minimally Invasive Tissue Retraction and Surgery," issued on September 20, 2005. Plaintiff Warsaw is the owner of the '933 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018573, Frame 0086. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '933 patent from Plaintiff Warsaw and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

33. NuVasive is infringing and has infringed the '933 patent by making, selling, offering for sale, and using infringing products, including but not limited to its MaXcess product, within the United States.

34. NuVasive's infringement of the '933 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

### COUNT VII

35. Paragraphs 1-9 are incorporated into this count by reference.

36.     United States Patent No. 6,969,390 B2 (the "'390 patent," a copy of which is attached hereto as Exhibit H), entitled "Anterior Cervical Plating System and Bone Screw" issued on November 29, 2005. Plaintiff Warsaw is the owner of the '390 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018720, Frame 0323. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '390 patent and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

37.     NuVasive is infringing and has infringed the '390 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Helix product, within the United States.

38.     NuVasive's infringement of the '390 patent has caused and will continue to cause Plaintiffs substantial damages, and has caused and will continue to cause Plaintiffs irreparable harm for which there is no adequate remedy at law.

## **COUNT VIII**

39.     Paragraphs 1-9 are incorporated into this count by reference.

40.     United States Patent No. 6,428,542 B1 (the "'542 patent," a copy of which is attached hereto as Exhibit I), entitled "Single-Lock Anterior Cervical Plate," issued on August 6, 2002. Plaintiff Warsaw is the owner of the '542 patent by assignment, as recorded at the United States Patent and Trademark Office, Reel 018720, Frame 0323. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and Medtronic Deggendorf are co-exclusive licensees of the '542 patent and, together with Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.

41.     NuVasive is infringing and has infringed the '542 patent by making, selling, offering for sale, and using infringing products, including but not limited to its Helix product, within the United States.

1  42. NuVasive's infringement of the '542 patent has caused and will continue
2  to cause Plaintiffs substantial damages, and has caused and will continue to cause
3  Plaintiffs irreparable harm for which there is no adequate remedy at law.

### COUNT IX

5  43. Paragraphs 1-9 are incorporated into this count by reference.
6  44. United States Patent No. 6,592,586 B1 (the "'586 patent," a copy of which
7  is attached hereto as Exhibit J), entitled "Single-Lock Anterior Cervical Plating
8  System," issued on July 15, 2003. Plaintiff Warsaw is the owner of the '586 patent by
9  assignment, as recorded at the United States Patent and Trademark Office, Reel
10 018207, Frame 0410. Plaintiffs Medtronic USA, Medtronic Puerto Rico, and
11 Medtronic Deggendorf are co-exclusive licensees of the '586 patent and, together with
12 Plaintiff Warsaw, share the exclusive right to bring suit for infringement of the patent.
13 45. NuVasive is infringing and has infringed the '586 patent by making,
14 selling, offering for sale, and using infringing products, including but not limited to its
15 Helix product, within the United States.
16 46. NuVasive's infringement of the '586 patent has caused and will continue
17 to cause Plaintiffs substantial damages, and has caused and will continue to cause
18 Plaintiffs irreparable harm for which there is no adequate remedy at law.

### PRAYER FOR RELIEF

20 WHEREFORE, Plaintiffs request that the Court:
21  1. Adjudge that NuVasive has infringed and is infringing the '973 patent;
22  2. Adjudge that NuVasive has contributed and is contributing to the
23 infringement of the '661 patent.
24  3. Adjudge that NuVasive has infringed and is infringing the '051 patent;
25  4. Adjudge that NuVasive has infringed and is infringing the '050 patent;
26  5. Adjudge that NuVasive has infringed and is infringing the '320 patent;
27  6. Adjudge that NuVasive has infringed and is infringing the '933 patent;
28

1  7.  Adjudge that NuVasive has infringed and is infringing the '390 patent;
2  8.  Adjudge that NuVasive has infringed and is infringing the '542 patent;
3  9.  Adjudge that NuVasive has infringed and is infringing the '586 patent;
4  10. Preliminarily and permanently enjoin NuVasive and its affiliates, subsidiaries, officers, directors, employees, agents, representative, licensees, successors, and assigns, and all those acting for it and on its behalf, or acting in concert with it, from further infringement, including contributory infringement, of the '973, '661, '051, '050, '320, '933, '390, '542, and '586 patents.

11. Award compensatory damages to Plaintiffs, together with interest;

12. Award Plaintiffs their costs and, where appropriate, reasonable attorneys fees under 35 U.S.C. § 285; and

13. Award Plaintiffs any other such relief as the Court deems just and proper.

Respectfully submitted,

Dated: October 6, 2008

s/Robert A. Auchter
Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Dirk D. Thomas, Esq. (*appearing pro hac vice*)
Email: dthomas@dl.com
Jeff E. Schwartz, Esq. (*appearing pro hac vice*)
Email: jschwartz@dl.com
Robert A. Auchter, Esq. (*appearing pro hac vice*)
Email: rauchter@dl.com
Andre J. Bahou, Esq. (*appearing pro hac vice*)
abahou@deweyleboeuf.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Jonathan Hangartner, Esq. (CA SBN 196268)
Email: jon@x-patents.com
5670 La Jolla Boulevard

La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314

*Attorneys for Plaintiffs*
MEDTRONIC SOFAMOR DANEK USA, INC.;
WARSAW ORTHOPEDIC, INC.; MEDTRONIC
PUERTO RICO OPERATIONS CO.; and
MEDTRONIC SOFAMOR DANEK
DEGGENDORF, GmbH.

## JURY TRIAL DEMAND

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Dated:  October 6, 2008

s/Robert A. Auchter
Stephen C. Holmes (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Dirk D. Thomas, Esq. (*appearing pro hac vice*)
Email:  dthomas@dl.com
Jeff E. Schwartz, Esq. (*appearing pro hac vice*)
Email:  jschwartz@dl.com
Robert A. Auchter, Esq. (*appearing pro hac vice*)
Email:  rauchter@dl.com
Andre J. Bahou, Esq. (*appearing pro hac vice*)
abahou@deweyleboeuf.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C.  20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Jonathan Hangartner, Esq. (CA SBN 196268)
Email: jon@x-patents.com
5670 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314

*Attorneys for Plaintiffs*
MEDTRONIC SOFAMOR DANEK USA, INC.;
WARSAW ORTHOPEDIC, INC.; MEDTRONIC
PUERTO RICO OPERATIONS CO.; and
MEDTRONIC SOFAMOR DANEK
DEGGENDORF, GmbH.

```
 1                    UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MEDTRONIC SOFAMOR DANEK USA, INC.; WARSAW ORTHOPEDIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and MEDTRONIC SOFAMOR DANEK DEGGENDORF, GmbH,<br><br>    Plaintiffs,<br><br>    v.<br><br>NUVASIVE, INC.<br><br>    Defendant. | Case No.: 3:08-cv-01512-LAB-AJB<br><br>**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL CIVIL RULE 5.4(c) AND ECF GENERAL ORDER NO. 550**<br><br>JURY TRIAL DEMANDED |

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of an attorney appearing in this action. I am over the age of 18 and not a party to this action. My business address is 1101 New York Avenue, NW, Washington, D.C. 20005-4213.

On October 6, 2008, I served the following document:

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

on all parties, all of whom are ECF-registered, by posting such document electronically to the ECF system of the United States District Court for the Southern District of California. They are:

**NuVasive, Inc.**
Kimberly Kennedy
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130
Telephone: (858)678-4748
Facsimile: (858)678-5099
Email: kennedy@fr.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 6, 2008          s/Robert A. Auchter