# EXHIBIT 3

1   Luke L. Dauchot (S.B.N. 229829), luke.dauchot@kirkland.com
    Alexander F. MacKinnon (S.B.N. 146883), alexander.mackinnon@kirkland.com
2   Nimalka R. Wickramasekera (S.B.N. 268518), nimalka.wickramasekera@kirkland.com
    Sharre S. Lotfollahi (S.B.N. 258913), sharre.lotfollahi@kirkland.com
3   KIRKLAND & ELLIS LLP
    333 South Hope Street
4   Los Angeles, California  90071
    Telephone: (213) 680-8400
5   Facsimile: (213) 680-8500

6   Jeff E. Schwartz (appearing *pro hac vice*), jschwartz@dl.com
    DEWEY & LEBOEUF LLP
7   1101 New York Avenue, N.W.
    Washington, D.C.  20005-4213
8   Telephone:  (202) 346-8000
    Facsimile:  (202) 346-8102

9
    Douglas E. Olson (S.B.N. 38649), dougolson@sandiegoiplaw.com
10  SAN DIEGO IP LAW GROUP LLP
    12526 High Bluff Drive, Suite 300
11  San Diego, California  92130
    Telephone:  (858) 792-3446
12  Facsimile:  (858) 792-3447

13  Attorneys for Plaintiff/Counterclaim
    Defendants/Counterclaimants
14

15                    **UNITED STATES DISTRICT COURT**

16                   **SOUTHERN DISTRICT OF CALIFORNIA**

17  WARSAW ORTHOPEDIC, INC.,              )  CASE NO. 3:08-CV-01512-MMA (MDD)
                                          )
            Plaintiff,                    )  **MEDTRONIC'S TRIAL WITNESS**
18      vs.                               )  **LIST**
                                          )
19  NUVASIVE, INC.,                       )
                                          )
            Defendant.                    )
20  _____     )
                                          )
21  NUVASIVE, INC.,                       )
                                          )  Date:  August 1
            Counterclaimant,              )  Time:  2:30
22      vs.                               )  Location:  Courtroom 5
                                          )  Judge:  Honorable Michael M. Anello
    MEDTRONIC SOFAMOR DANEK USA, INC.;   )
23  WARSAW ORTHOPEDIC, INC.; MEDTRONIC   )
    PUERTO RICO OPERATIONS CO., and       )
24  MEDTRONIC SOFAMOR DANEK               )
    DEGGENDORF, GmbH,                     )
25                                        )
            Counterclaim Defendant.       )
                                          )
26  _____     )
                                          )
    AND RELATED COUNTERCLAIMS            )
27                                        )

28

1    Plaintiff Warsaw Orthopedic, Inc. and Counterclaim Defendants Medtronic Sofamor Danek

2    USA, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Sofamor Danek Deggendorf,

3    GmbH (jointly and individually "Medtronic") submit this witness list identifying those witnesses

4    that Medtronic may call at the trial scheduled to commence August 30, 2011.  Medtronic also

5    reserves the right to call any person on NuVasive's Trial Witness List and to call a witness live in

6    lieu of deposition, or vice-versa, should circumstances change.

7    Medtronic notes that this witness list has been prepared without the benefit of any pretrial

8    disclosure from NuVasive.  Accordingly, Medtronic reserves the right to amend or supplement this

9    trial witness list in response to NuVasive's disclosures.

10    **I.    FACT WITNESSES**

11    Medtronic may call the following fact witnesses in person (or by deposition, if unavailable).

12    Keith Adcox                              Kay Freund
      c/o Kirkland and Ellis LLP               c/o Kirkland & Ellis LLP
13    333 S. Hope Street                       333 S. Hope Street
      Los Angeles, CA 90071                    Los Angeles, CA 90071
14    (213) 680-8400                           (213) 680-8400

15    Hal Beckham                              Bryant Lee
      c/o Kirkland & Ellis LLP                 c/o Kirkland & Ellis LLP
16    333 S. Hope Street                       333 S. Hope Street
      ]Los Angeles, CA 90071                   Los Angeles, CA 90071
17    (213) 680-8400                           (213) 680-8400

18

19    Michael Burrage                          Anthony J. Melkent
      c/o Kirkland & Ellis LLP                 c/o Kirkland and Ellis LLP
20    333 S. Hope Street                       333 S. Hope Street
      Los Angeles, CA 90071                    Los Angeles, CA 90071
21    (213) 680-8400                           (213) 680-8400

22    Jim Cloar                                Gary K. Michelson, M.D.
      c/o Kirkland and Ellis LLP               c/o Kirkland and Ellis LLP
23    333 S. Hope Street                       333 S. Hope Street
      Los Angeles, CA 90071                    Los Angeles, CA 90071
24    (213) 680-8400                           (213) 680-8400

25    Kevin T. Foley, M.D.                     David Sharp
      c/o Kirkland and Ellis LLP               c/o Kirkland & Ellis LLP
26    333 S. Hope Street                       333 S. Hope Street
      Los Angeles, CA 90071                    Los Angeles, CA 90071
27    (213) 680-8400                           (213) 680-8400

28

1

## II.    NUVASIVE WITNESSES MEDTRONIC MAY CALL ADVERSELY

Medtronic may call the following fact witnesses in person (or by deposition, if unavailable).

Alex Lukianov
c/o Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

Pat Miles
c/o Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

Mark Ojeda
c/o Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

Jonathan D. Spangler
c/o Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

Keith Valentine
c/o Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

## III.    EXPERT WITNESSES

Medtronic may call the following expert witnesses in person (or by deposition, if unavailable).

**James Carmichael**
Miles & Stockbridge PC
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
Telephone: (703) 610-8640

Mr. Carmichael graduated from Yale University with a Bachelor of Arts degree in 1984. He then studied both electrical engineering and law concurrently at University of Wisconsin. He obtained his Juris Doctor degree in 1987 from the University of Wisconsin, graduating with honors (*cum laude*). He later enrolled in the Master of Science in Electrical and Computer Engineering program at George Mason University, completing about ten of the twenty courses required for that degree before leaving the program in 1996.

From 1991 to 1996, Mr. Carmichael was an attorney in the Office of the Solicitor at the U.S. Patent and Trademark Office ("PTO"). In the Solicitor's Office, he was appointed coordinator of enrollment and disciplinary proceedings, where he assigned and supervised all enforcement proceedings against registered patent attorneys charged with violating the PTO Code of Professional

2

1  Responsibility.  The issues in these matters included violation of attorneys' duty to disclose

2  information known to be material under 37 CFR § 1.56 (duty of disclosure).  See 37 CFR

3  §10.23(c)(10).  He evaluated hundreds of patent applications for possible violations.  Mr.

4  Carmichael also assisted the PTO in developing federal regulations, including consulting with the

5  Solicitor's office to develop the PTO's 1992 revision of 37 CFR § 1.56.  As an Associate Solicitor,

6  he helped revise sections of the Manual of Patent Examining Procedure ("MPEP") and was

7  responsible for legal review of MPEP Chapter 2000 ("Duty of Disclosure"), among others.  In 1996.

8  Mr. Carmichael was appointed Examiner In Chief (also known as Administrative Patent Judge) on

9  the Board of Patent Appeals and Interferences.  In that post, which he held until 1999, he was

10  responsible for hearing and deciding appeals taken from final rejections imposed by patent

11  examiners and authored over two hundred opinions determining patentability.  Currently, Mr.

12  Carmichael is a principal in the Northern Virginia office of Miles & Stockbridge P.C., a law firm of

13  approximately two hundred attorneys in the greater Washington, D.C. area.  He is admitted to the

14  bars of California and Washington, D.C., and is registered to practice in patent cases before the U.S.

15  Patent and Trademark Office.

16  Mr. Carmichael is expected to testify regarding patent practice, procedure, and terminology

17  in the PTO; PTO procedures concerning an individual's duty of candor and good faith;

18  reexamination procedures; the promulgation and application of the PTO of 37 CFR § 1.56; the PTO

19  prosecution history of the '973 patent and related applications; PTO procedures implicated by

20  NuVasive's allegations of inequitable conduct; and PTO procedures implicated by NuVasive's

21  expert Dr. van Dam regarding validity of asserted claims of the '973 patent.  Mr. Carmichael is also

22  expected to testify in rebuttal to evidence and testimony introduced by NuVasive.  Mr. Carmichael

23  may also testify about any of the other topics discussed in his expert report and deposition and in

24  rebuttal to any evidence or testimony presented by NuVasive's expert.

25  **Kevin T. Foley, M.D.**
c/o Kirkland and Ellis LLP
26  333 S. Hope Street
Los Angeles, CA 90071
27  (213) 680-8400

28

MEDTRONIC'S TRIAL WITNESS LIST                                    CASE NO: 3:08-CV-01512

1    Dr. Foley is a professor of neurosurgery at the University of Tennessee Health Science

2    Center in Memphis, Tennessee.  He holds academic appointments at the University of Tennessee

3    Department of Biomedical Engineering and the Uniformed Services University for the Health

4    Sciences in Bethesda, Maryland.  He serves as director of complex spine surgery at Semmes-

5    Murphey Clinic, director of the spine fellowship program for the University of Tennessee

6    Department of Neurosurgery, and medical director for both the Medical Education & Research

7    Institute and the Image-Guided Surgery Research Center.

8    Dr. Foley received his Doctor of Medicine degree from the University of California, Los

9    Angeles in 1979.  After an internship at Letterman Army Medical Center, he returned to UCLA in

10    1980 to complete his neurosurgery residency.  Following residency, Dr. Foley served in the United

11    States Army Medical Corps as assistant chief of neurosurgery at Brooke Army Medical Center, chief

12    of neurosurgery at Tripler Army Medical Center, and chief of neurosurgery and residency program

13    director at Walter Reed Army Medical Center.  In 1992, Dr. Foley left the military to enter private

14    practice and pursue an academic career.  In addition to a full-time spine surgery practice, he is

15    actively involved in research in minimally invasive spine surgery, image-guided spinal navigation,

16    and spinal biomechanics.  He has authored 19 book chapters and more than 70 journal publications.

17    He has lectured at more than 200 scientific meetings and educational workshops and has been a

18    visiting professor and invited lecturer at several universities in the USA and abroad.  Dr. Foley is the

19    named inventor on over 70 patents, including U.S. Patent No. 6,945,933.

20    Dr. Foley may provide testimony regarding an overview and background of U.S. Patent No.

21    6,945,933 and the relevant field of technology.

22    **John P. J. Kelly, Ph.D.**
     Kelly Computing, Inc.
23    830 Park Lane
     Santa Barbara, CA 93108
24    Telephone: (805) 566-4807

25    Dr. Kelly has a Bachelor of Arts degree and a Master of Arts degree with honors, both in

26    Mathematics, from the University of Cambridge, England.  He was awarded a Ph.D. in Computer

27    Science from the University of California, Los Angeles.  In the process of obtaining his Ph.D., his

28    studies included computer software, hardware, and system design, including computer programming

4

experience with multiple programming languages, including C, C++, C#, CSS, HTML, Java, JavaScript, PHP, and XML, among others and specification, design, development, integration, and testing of small- and large-scale software systems.  As part of his studies at UCLA, Dr. Kelly also took a series of classes in neurophysiology over a two to three year period of time.  He was a professor for 15 years, combined, in the Computer Science Department at the University of California, Los Angeles and the Electrical and Computer Engineering Department at the University of California, Santa Barbara, where he held tenure.  Dr. Kelly teaches and consults in many different aspects of computer science and engineering, including computer hardware and software architecture and design, software engineering, and fault tolerance.  His particular areas of expertise include computer architecture, software engineering and "clean-room" development and evaluation, reverse engineering, operating systems (including real-time and embedded), network computing (including Internet computing), storage systems, fault tolerance, parallel and distributed computing systems, transaction processing systems, database systems, and program management.  Dr. Kelly has extensive knowledge of and practical experience with computer software, computer operating systems, networking technologies, communication protocols including network communication protocols, user interfaces including graphical user interfaces, embedded computer systems, computer systems for medical devices, and computer hardware design.  For example, from 1978 to 1995, he specified, designed, and implemented distributed database architectures, systems and applications for Los Alamos National Laboratory and NASA's Jet Propulsion Laboratory, and database machine design and implementation at Transaction Technology Incorporated, Ordain, Inc., and Teradata.  Dr. Kelly is currently the principal of Kelly Computing, Inc. (d/b/a Kelly Technology Group), a technology and intellectual property consulting firm.

Dr. Kelly is expected to testify regarding his opinion that there is no infringement of the asserted claims of the '236 patent, as well as his study of the NIM-ECLIPSE software source code as it relates to the opinions and conclusions of NuVasive's expert Dr. Raymond, specifically with respect to claim 1 of the '236 patent and the level of ordinary skill in the art as it relates to the software necessary to effectuate the recited steps in the claimed method.  Dr. Kelly is also expected to testify regarding the operation of the NIM-ECLIPSE software, the interactions of that software

with the NIM-ECLIPSE hardware, the general operation of the NIM-ECLIPSE hardware, and related infringement issues.  Dr. Kelly may also testify about any of the other topics discussed in his expert report and deposition, as well as in response and/or rebuttal to evidence and testimony introduced by NuVasive and/or NuVasive's experts.

**Anthony J. Melkent**
c/o Kirkland and Ellis LLP
333 S. Hope Street
Los Angeles, CA 90071
(213) 680-8400

Mr. Melkent is the Senior Director of Product Development for the Spinal and Biologics Division of Medtronic, Inc.  He received a Bachelor of Science in Mechanical Engineering from the University of Memphis in 1992 and a Master of Business Administration from Christian Brothers University in 1997.  From 1992 to the present, Mr. Melkent has been involved in the design, development, manufacture, and marketing of medical devices.  Since 1997, he has worked in the design, development, manufacture, and marketing of products and procedures for spinal surgery, including minimally invasive spinal surgery.  The products included retractor assemblies and other instruments commonly used in conjunction with retractors.  Before joining Medtronic in 1997, Mr. Melkent was a product development engineer at Wright Medical Technology, Inc. and Smith & Nephew Orthopedics, where he was named as an inventor on several patents related to medical devices.  At Medtronic, Mr. Melkent has managed a group of engineering staff and managers that have developed and maintained various spinal implant instrument products.  His product areas of responsibility have included minimally invasive instrument and implant systems, disc arthroplasty systems, and spinal plating systems.  Mr. Melkent is the named inventor on 31 patents, many of which relate to retractors and minimally invasive surgery, including U.S. Patent No. 6,945,933.

Mr. Melkent is expected to provide expert testimony regarding an overview and background of U.S. Patent No. 6,945,933 and the relevant field of technology.

**Gary K. Michelson, M.D.**
c/o Kirkland and Ellis LLP
333 S. Hope Street
Los Angeles, CA 90071
(213) 680-8400

Dr. Michelson is an inventor of surgical devices and a retired board certified orthopedic spinal surgeon who is devoted to a number of charitable causes. Educated at Temple University and Hahnemann Medical College, he then had fellowship training in a joint program between Baylor University and the University of Texas. He was a practicing spinal surgeon for over 35 years before he retired.

Dr. Michelson is the inventor of a number of surgical instruments, operative methods and medical implants, including the first threaded spinal fusion implant. He is the sole named inventor of U.S. Patent Nos. 6,592,586 and 5,860,973. Dr. Michelson began inventing tools and devices in his garage, and he eventually turned his hobby into Karlin Technology, Inc., a technology licensing company. Dr. Michelson's inventions improved back surgery, making it better for patients (less painful, less trauma, less blood loss, less recovery time), for doctors (easier, less risky, more successful), and the public (less costly and disruptive to lives). Dr. Michelson's devices have been implanted globally in hundreds of thousands of patients. He has over 900 issued or pending patents worldwide related to instruments, operative procedures, and medical devices. Dr. Michelson has also founded and funded two charitable organizations: a medical research foundation which primarily focuses on genetic research and Found Animals Foundation, a 501(c)(3) private operating foundation dedicated to animal welfare. Dr. Michelson was inducted into the National Inventors Hall of Fame on May 4, 2011.

Dr. Michelson is expected to provide expert testimony regarding an overview and background of U.S. Patent Nos. 6,592,586 and 5,860,973 and the relevant fields of technology.

**Kevin Neels, Ph.D.**
1850 M Street NW, Suite 1200
Washington, DC 20036
Telephone: (202) 955-5050

Dr. Neels holds the position of Principal at The Brattle Group, an economics consulting firm headquartered in Cambridge, Massachusetts. He has more than 30 years of experience providing economic analysis, research and consulting to a wide range of clients. The core of his work involves the quantitative analysis of economic issues and economic problems, including assessment of damages in intellectual property cases. Prior to joining The Brattle Group, Dr. Neels served on the

1  staff of a number of other institutions, including the Rand Corporation, the Urban Institute, Charles

2  River Associates and the consulting firm of Putnam, Hayes & Bartlett.  He is a member of the

3  American Economic Association, the American Bar Association, and the Licensing Executives

4  Society.  Dr. Neels holds a Ph.D. in Economics from Cornell University. And his work has often

5  addressed issues relating to the development, commercialization and overall economics of new

6  medical technologies.  His experience covers a number of therapeutic areas, including orthopedics,

7  cardiology, neurology, oncology and women's health.

8        Dr. Neels is expected to testify regarding the damages that Warsaw Orthopedics, Inc.

9  ("Warsaw") has suffered as a result of infringement by NuVasive of the 5,860,973, the 6,945,933,

10 and the 6,592,586 patents owned by Warsaw under all relevant possible combinations of patent

11 validity and infringement scenarios, including lost profits, reasonably royalties, injunctive relief, and

12 related market and damages considerations.  Dr. Neels is also expected to respond to testimony by

13 NuVasive's designated expert Dr. Sullivan regarding the damages that Warsaw has suffered as a

14 result of NuVasive's infringement.  Dr. Neels is also expected to respond to testimony by Dr.

15 Sullivan regarding the alleged reasonable royalty damages suffered by NuVasive due to the alleged

16 infringement of U.S. Patent No. 7,470,236, including related market and damages considerations.

17 Dr. Neels may also testify about any of the other topics discussed in his expert reports and

18 deposition, as well as in response and/or rebuttal to evidence and testimony introduced by NuVasive

19 and/or NuVasive's experts.

20    **Barton L. Sachs, M.D., MBA, CPE**
      Medical University of South Carolina
21    169 Ashley Avenue
      P.O. Box 250332
22    Charleston, SC 29425
      Telephone: (843) 792-8533
23

24        Dr. Sachs received his Bachelor of Arts, *cum laude*, with honors in Biology in 1973 from

25 Harvard University and his Doctorate of Medicine in 1977 from State University of New York.

26 Following medical school, he served as a Resident in orthopedics at the Case Western Reserve

27 University Hospitals of Cleveland, Ohio, from 1977 to 1982.  From 1982 to 1983, he was the Chief

28 Resident in Orthopaedic Surgery at Case Western.  In 1998, he received a Masters of Business

8

Administration from Rensselaer Polytechnic Institute in Troy, New York.  Dr. Sachs has also completed a number of fellowships in orthopedic surgery, cartilage disease and research, and clinical operative and spinal surgical training for the treatment of spinal disorders.

Dr. Sachs has been licensed to practice medicine for over 30 years, and holds Medical Licenses in New York, Minnesota, Texas, New Hampshire, Massachusetts (not renewed), Arizona, and South Carolina.  He has been a board certified orthopedic surgeon since 1988 and holds a Certified Commission in Medical Management (CPE).  His current surgical practice includes standard operative procedures such as discectomies, laminectomies, and decompression procedures, as well as more complex reconstructive spine operations with fusions, implant devices, deformity corrections, and advanced technology operations that include minimally invasive and endoscopic surgery of the spine.  Dr. Sachs has lead clinical developments of minimally invasive spinal surgical techniques, including laparoscopic lumbar spinal fusions, thoracoscopic spinal surgery, endoscopic percutaneous discectomy, and spinal arthroplasty development.  Dr. Sachs is also a named inventor on U.S. Patent No. 6,325,808, relating to a robotic system, docking station, and surgical tool for collaborative control in minimally invasive surgery, and has developed a number of medical devices, including a percutaneous facet screw system.  Dr. Sachs has taught medicine and surgery since 1985 and has held various academic appointments ever since.  He is also a member of several professional organizations, including the North American Spine Society and the Scoliosis Research Society.

Dr. Sachs is expected to provide an overview of U.S. Patent Nos. 6,945,933 (the "'933 patent") and 5,860,973 (the "'973 patent"), including their inventions, prosecution histories, and conception.  Dr. Sachs is also expected to testify regarding the level of ordinary skill in the art at the time of alleged invention, the pertinent underlying technologies, relevant spinal anatomy, a historical overview of the developments in spinal fusion surgery and considerations taken into account by persons of ordinary skill in the art when designing spinal fusion devices, and the development of minimally invasive approaches to the spine, including the systems, instruments, and devices for use in such approaches.

Dr. Sachs is expected to testify regarding his opinion that NuVasive's CoRoent XL implant products infringe the asserted claims of the '973 patent.  Dr. Sachs is also expected to testify

9

regarding his opinion that (1) NuVasive infringes the asserted apparatus claims of the '933 patent by making, using, selling, and offering for sale the MaXcess II and MaXcess III retractors (collectively "Accused Retractors"); (2) the activities of NuVasive, in the past and currently, actively contribute to and induce the infringement of the asserted method claims of the '933 patent through its selling, offering to sell, promoting, and teaching the use of the Accused Retractors; and (3) NuVasive is contributing, has contributed, and continues to contribute to the infringement of the asserted method claims of the '933 patent by selling, offering to sell, promoting, and teaching the use of components and/or materials that are especially made or especially adapted for use in direct infringement of at least one of the asserted methods claimed of the '933 patent, and are not a staple article of commerce suitable for substantial non-infringing uses.

Dr. Sachs is expected to testify regarding his opinion that the asserted claims of the '973 and '933 patents are valid, as well as the conception and filing dates to which each is entitled.  Dr. Sachs is also expected to testify regarding objective factors indicating non-obviousness of the asserted claims of the '973 and '933 patents, including at least (1) whether there was long felt but unresolved need in the art that was satisfied by the invention; (2) whether the invention was praised by others; (3) whether products incorporating the invention, including those of Medtronic, NuVasive, and other competitors, have achieved commercial success; (4) teaching away by others; (5) recognition of a problem; and (6) copying of the invention by NuVasive and other competitors.  Dr. Sachs is also expected to testify in rebuttal to evidence and testimony introduced by NuVasive regarding the indications for and efficacy of neuromonitoring and the availability and acceptability of non-infringing alternatives.  Dr. Sachs may also testify about any of the other topics discussed in his expert reports and deposition, as well as in response and/or rebuttal to evidence and testimony introduced by NuVasive and/or NuVasive's experts and third-party witnesses.

**J. Richard Toleikis, Ph.D.**
Associate Professor, Director
Intraoperative Neurophysiological Monitoring
Department of Anesthesiology
Rush University Medical Center,
1653 W. Congress Parkway
Chicago, IL 60612
Telephone: (312) 942-3662

10

1    Dr. Toleikis is an Associate Professor and Director of the Intraoperative Neurophysiological

2    Monitoring Service, Department of Anesthesiology, at Rush University Medical Center in Chicago,

3    Illinois.  Dr. Toleikis has been doing research and providing clinical neurophysiological testing and

4    intraoperative monitoring services at various institutions since 1977.  He has been a faculty member

5    of Rush University since 2002.  Dr. Toleikis received his B.S. degree in Electrical Engineering in

6    1966 from the Illinois Institute of Technology and his Ph.D. degree in Biomedical Engineering in

7    1972 from Marquette University.  He was board certified in Neurophysiologic Intraoperative

8    Monitoring (CNIM) (Technician level) by the American Board of Registration of

9    Electroencephalographic and Evoked Potential Technologists, Inc. (ABRET).  He is also board

10   certified as a Diplomate in the specialty of Neurophysiologic Monitoring (D. ABNM) (Supervisory

11   level) by the American Board of Neurophysiologic Monitoring (ABNM).

12   Dr. Toleikis is expected to testify regarding his opinions that there is no infringement of the

13   asserted claims of U.S. Patent No. 7,470,236 ("the '236 patent").  Dr. Toleikis is also expected to

14   testify regarding his opinions that the asserted claims of the '236 patent are invalid because they

15   would have been obvious to one of ordinary skill in the art and because they fail to comply with the

16   written description requirement.  Dr. Toleikis is also expected to testify regarding the level of

17   ordinary skill in the art at the time of alleged invention, pertinent underlying technology, relevant

18   neurophysiological and technical principles, a historical overview of developments in nerve

19   monitoring systems and considerations taken into account by persons of ordinary skill in the art

20   when designing and building a nerve monitoring system, and an overview of the alleged invention

21   disclosed in the '236 patent.  Dr. Toleikis is also expected to testify as to the understanding of a

22   person of ordinary skill in the art of a variety of neurophysiological and technical terms, as well as

23   certain terms in the asserted claims.  Dr. Toleikis is also expected to testify regarding the '236

24   method, and Medtronic's NIM-ECLIPSE system.

25   Dr. Toleikis may also testify about any of the other topics discussed in his expert reports and

26   deposition, as well as in response and/or rebuttal to evidence and testimony introduced by NuVasive

27   and/or NuVasive's experts.

28

11

**Raymond P. Vito, Ph.D.**
Georgia Institute of Technology
A French Building, Room 112, MC 0740
225 North Avenue
Atlanta, GA 30332
Telephone: (404) 385-3685

Dr. Vito received his Doctorate degree in Theoretical and Applied Mechanics from Cornell University in 1971, his Masters of Science degree in Engineering Science from State University of New York at Buffalo in 1965, and his Bachelor of Science degree in Engineering Science from State University of New York at Buffalo in 1964.  From 1971 to 1973, Dr. Vito was a Post-Doctoral Fellow at McMaster University in Canada jointly in the Departments of Civil Engineering, Engineering Mechanics, and Pathology, with an emphasis on biomechanics and atherosclerosis.  Dr. Vito is a professor in the George W. Woodruff School of Mechanical Engineering at the Georgia Institute of Technology, where he has conducted research and served in various teaching and administrative roles since 1974.  Currently, he serves as the Vice Provost for Graduate and Undergraduate Studies.  In his tenure at Georgia Tech, Dr. Vito has taught numerous courses in mechanics, bioengineering design, and biomechanics, and has conducted extensive research, primarily in the area of soft tissue mechanics.  Dr. Vito has authored over 100 scientific articles, including peer-reviewed journal publications, presentations at academic meetings and conferences, as well as chapters in medical textbooks, is a named inventor on numerous issued patents and patent applications, several of which are directed towards orthopedic applications, and has extensive experience in the design of medical devices, including orthopedic devices and anterior cervical plates.

Dr. Vito is expected to provide an overview of United States Patent No. 6,592,586 (the "'586 patent"), including its prosecution history and conception.  Dr. Vito is also expected to testify regarding the level of ordinary skill in the art at the time of alleged invention, the pertinent underlying technology, a historical overview of developments in anterior cervical plating systems and considerations taken into account by persons of ordinary skill in the art when designing anterior cervical plating systems, and an overview of the invention disclosed in the '586 patent.

Dr. Vito is expected to testify regarding his opinion that NuVasive's Helix and Helix Mini anterior cervical plating systems infringe the asserted claims of the '586 patent.  Dr. Vito is also expected to testify regarding his opinion that asserted claims of the '586 patent are valid, as well as the conception and filing dates to which they are entitled.  Dr. Vito may also testify regarding objective factors indicating non-obviousness of the asserted claims of the '586 patent, including at least (1) whether there was long felt but unresolved need in the art that was satisfied by the invention; (2) whether the invention was praised by others; (3) whether products incorporating the invention, including those of NuVasive, have achieved commercial success; (4) teaching away by others; (5) recognition of a problem; and (6) copying of the invention by NuVasive and other competitors.  Dr. Vito may also testify about any of the other topics discussed in his expert reports and deposition, as well as in response and/or rebuttal to evidence and testimony introduced by NuVasive and/or NuVasive's experts.

## IV.     WITNESSES MEDTRONIC MAY CALL BY DEPOSITION

Medtronic may call the following witnesses by deposition (by reading the transcript or showing the videotape of designated portions of the transcript) including, as applicable, in their capacity as Rule 30(b)(6) witnesses.  Medtronic also reserves the right to call any of the persons identified above by designation/deposition if unavailable or otherwise appropriate.

| | |
|---|---|
| Alex Lukianov<br>NuVasive, Inc. | Dr. Luiz Pimenta |
| Pat Miles<br>NuVasive, Inc. | Dr. James F. Marino |
| Keith Valentine<br>NuVasive, Inc. | Dr. Burak M. Ozgur |
| Jonathan D. Spangler<br>NuVasive, Inc. | Dr. John Brantigan |
| Patrick Williams<br>NuVasive, Inc. | Dr. Paul McAfee |
| Ryan Donahoe<br>NuVasive, Inc. | Dr. John Regan |

13

| | |
|---|---|
| Caleb Granger<br>NuVasive, Inc. | Dr. J. Allan Goodrich |
| Mark Ojeda<br>NuVasive, Inc. | Dr. Lawrence M. Boyd |
| Matthew Curran<br>NuVasive, Inc. | Dr. Thomas Zdeblick |
| Troy Woolley<br>NuVasive, Inc. | Howard Bailin |
| Scot Martinelli<br>NuVasive, Inc. | Dezider Imre |
| Kelli Howell<br>NuVasive, Inc. | |

DATED:  July 20, 2011          Respectfully submitted,


                              _/s/ Nimalka R. Wickramasekera_
                              Luke L. Dauchot
                              Alexander F. MacKinnon
                              Nimalka R. Wickramasekera
                              Sharre S. Lotfollahi
                              KIRKLAND & ELLIS LLP

                              Jeff E. Schwartz
                              DEWEY & LEBOEUF LLP

                              Douglas E. Olson
                              SAN DIEGO IP LAW GROUP LLP

                              Attorneys for Plaintiff/Counterclaim
                              Defendants/Counterclaimants,
                              WARSAW ORTHOPEDIC, INC.; MEDTRONIC
                              SOFAMOR DANEK USA, INC.; MEDTRONIC
                              PUERTO RICO OPERATIONS CO.; AND
                              MEDTRONIC SOFAMOR DANEK DEGGENDORF,
                              GMBH

MEDTRONIC'S TRIAL WITNESS LIST                              CASE NO: 3:08-CV-01512

1

## CERTIFICATE OF SERVICE

2

I, the undersigned, declare:

3

I am a citizen of the United States and am employed in the office of an attorney appearing in

4

this action.  I am over the age of 18 and not a party to this action.  My business address is 333 South

5

Hope Street, Los Angeles, CA 90071.

6

On July 20, 2011, I served or caused to be served the foregoing document on NuVasive via

7

e-mail to:

8

         E-mail:  Nuvasive-MedtronicFRService@fr.com

9

☒     FEDERAL:  I declare under penalty of perjury under the laws of the United States of

10

America that the foregoing is true and correct.

11

Executed on July 20, 2011, at Los Angeles, California.

12

13

                */s/ Nimalka R. Wickramasekera*
                Nimalka R. Wickramasekera

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                          CASE NO: 3:08-CV-01512