**VERDICT FORM**

FILED

SEP 20 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

We, the jury in the above-titled action, find the following verdict on the questions submitted to us:

**I.     THE '973 PATENT**

**Question 1.** Has NuVasive shown by clear and convincing evidence that the following claims of the '973 patent are <u>invalid</u> as <u>anticipated</u> by the prior art:

| | | | |
|---|---|---|---|
| **Claim 24** | Yes _____ | No | X |
| **Claim 41** | Yes _____ | No | X |
| **Claim 42** | Yes _____ | No | X |
| **Claim 57** | Yes _____ | No | X |
| **Claim 61** | Yes _____ | No | X |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Warsaw Orthpedic)

**Question 2.** Has NuVasive shown by clear and convincing evidence that the following claims of the '973 patent are <u>invalid</u> as <u>obvious</u> in light of the prior art:

| | | | |
|---|---|---|---|
| **Claim 24** | Yes _____ | No | X |
| **Claim 41** | Yes _____ | No | X |
| **Claim 42** | Yes _____ | No | X |
| **Claim 57** | Yes _____ | No | X |
| **Claim 61** | Yes _____ | No | X |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Warsaw Orthopedic)

/ / /

## II. THE '933 PATENT

**Question 3.** Has Warsaw shown by a preponderance of the evidence that NuVasive <u>infringes</u> the following claims of the '933 patent:

| | | | |
|---|---|---|---|
| **Claim 21** | Yes ✗ | No ___ |
| **Claim 57** | Yes ✗ | No ___ |
| **Claim 66** | Yes ✗ | No ___ |

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

## III. THE '586 PATENT

**Question 4.** Has Warsaw Orthopedic shown by a preponderance of the evidence that NuVasive <u>infringes</u> the following claims of the '586 patent:

| | | | |
|---|---|---|---|
| **Claim 78** | Yes ✗ | No ___ |
| **Claim 148** | Yes ✗ | No ___ |
| **Claim 167** | Yes ✗ | No ___ |

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

## IV. THE '236 PATENT

**Question 5.** Has NuVasive shown by a preponderance of the evidence that Medtronic Sofamor Danek USA <u>infringes</u> the following claims of the '236 patent:

| | | | |
|---|---|---|---|
| **Claim 1** | Yes ✗ | No ___ |
| **Claim 5** | Yes ✗ | No ___ |
| **Claim 9** | Yes ✗ | No ___ |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Medtronic Sofamor Danek USA)

## V. DAMAGES TO WARSAW ORTHOPEDIC (IF APPLICABLE):

If you found at least one claim of one Warsaw Orthopedic patent to be <u>both valid and infringed</u>, please answer the following three questions. If you did <u>not</u> find at least one Warsaw Orthopedic claim both valid and infringed, you may skip Questions 6, 7 & 8 and proceed to Questions 9 & 10.

**Question 6.** Has Warsaw Orthopedic shown by a preponderance of the evidence that it is entitled to <u>lost profits damages</u>?

Yes  __X__   No  _____

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

**Question 7.** What amount of <u>damages</u> has Warsaw Orthopedic shown it is entitled to by a preponderance of the evidence?

**YOU MAY AWARD DAMAGES UNDER ONLY ONE OF WARSAW ORTHOPEDIC'S ALTERNATIVE THEORIES:**

Lost Profits Damages (with royalty remainder):     $ 101,196,000

OR

Reasonable Royalty Damages ONLY:     $ _____

/ / /

**Question 8.** What <u>royalty rate</u> did you use in calculating the damages above for each asserted Warsaw Orthopedic patent <u>that was both valid and infringed</u>?

'973 Patent Royalty Rate   10 %

'933 Patent Royalty Rate   3 %

'586 Patent Royalty Rate   2 %

## VI. DAMAGES TO NUVASIVE (IF APPLICABLE)

If you found at least one claim of NuVasive's '236 patent <u>both valid and infringed</u>, please answer the following question. If you did not find at least one claim both valid and infringed, you may skip Questions 9 & 10.

**Question 9.** What amount of damages has NuVasive shown it is entitled to by a preponderance of the evidence?

**Reasonable Royalty Damages**   $ 660,000

**Question 10.** What royalty rate did you use in calculating the damages above?

'236 Patent Royalty Rate   5.5 %

9/20/11
Date

Jury Foreperson

JURY INSTRUCTIONS AND VERDICT FORM                                    Case No. 3:08-CV-01512-MMA (MDD)