FILED

SEP 29 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., Plaintiff, vs. NUVASIVE, INC., Defendant. | CASE NO. 3:08-CV-01512-MMA (MDD) **JUDGMENT FOLLOWING JURY VERDICT** **PHASE ONE** |
| NUVASIVE, INC., Counterclaimant, vs. MEDTRONIC SOFAMOR DANEK USA, INC. Counterclaim Defendant. | |
| AND RELATED COUNTERCLAIMS | |

This matter was tried before a jury, commencing on August 30, 2011 with the Honorable Michael M. Anello presiding. On September 20, 2011, the jury returned its verdict. In accordance with the verdict so rendered by the jury in this matter, judgment is hereby entered as follows:

1. Judgment in favor of Plaintiff Warsaw Orthopedic, Inc. ("Warsaw Orthopedic") and against defendant NuVasive, Inc. ("NuVasive") in the amount of $101,196,000 on Warsaw Orthopedic's claims of infringement of U.S. Patent Nos. 5,860,973 ("the '973 patent") (claims 24, 41, 42, 57, and 61); 6,945,933 ("the '933 patent") (claims 21, 57 and 66); and 6,592,586 ("the '586 patent") (claims 78, 148, and 167).

2. The award of $101,196,000 represents the jury's determination that Warsaw Orthopedic was entitled to lost profits damages (with royalty remainder).

3. The royalty rates determined by the jury are as follows: 10% for the '973 patent, 3% for the '933 patent, and 2% for the '586 patent.

4. The jury found that claims 24, 41, 42, 57, and 61 of the '973 patent are not invalid by reason of anticipation or obviousness.

5. Judgment in favor of Counterclaimant NuVasive and against counterclaim defendant Medtronic Sofamor Danek USA, Inc. in the amount of $660,000 on NuVasive's claim of infringement of U.S. Patent No. 7,470,236 ("the '236 patent") (claims 1, 5, and 9).

6. The royalty rate determined by the jury for the '236 patent is 5.5%.

7. Interest on the damages awarded shall be calculated in accordance with 28 U.S.C. 1961.

8. A bench trial shall be had to address NuVasive's counterclaim that the '973 patent is unenforceable due to inequitable conduct.

9. While the parties have agreed to the form of this judgment, they expressly reserve their rights to file post-judgment motions, including without limitation motions for judgment as a matter of law, new trial, permanent injunction, prejudgment interest, accounting of post-discovery and post-judgment damages, and compulsory royalties.

///

10. This judgment relates solely to the Phase One proceedings of this litigation as previously established by the Court, and does not adjudicate the parties' rights under their respective patents-in-suit not included in the Phase One proceedings.

DATED: September 29, 2011

Hon. Michael M. Anello
United States District Judge

DATED: September 29, 2011

W. Samuel Hamrick
Clerk

s/L. Hammer
(By) Deputy Clerk

ENTERED ON September 29, 2011

# Warsaw Orthopedic v. NuVasive, Inc.

USDC No. 08cv1512 MMA (DMM)

– Phase One –

# SPECIAL VERDICT FORM

Filed September 20, 2011

Exhibit A

FILED

SEP 20 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# VERDICT FORM

We, the jury in the above-titled action, find the following verdict on the questions submitted to us:

## I. THE '973 PATENT

**Question 1.** Has NuVasive shown by clear and convincing evidence that the following claims of the '973 patent are invalid as anticipated by the prior art:

| | | | | |
|---|---|---|---|---|
| **Claim 24** | **Yes** | ____ | **No** | X |
| **Claim 41** | **Yes** | ____ | **No** | X |
| **Claim 42** | **Yes** | ____ | **No** | X |
| **Claim 57** | **Yes** | ____ | **No** | X |
| **Claim 61** | **Yes** | ____ | **No** | X |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Warsaw Orthpedic)

**Question 2.** Has NuVasive shown by clear and convincing evidence that the following claims of the '973 patent are invalid as obvious in light of the prior art:

| | | | | |
|---|---|---|---|---|
| **Claim 24** | **Yes** | ____ | **No** | X |
| **Claim 41** | **Yes** | ____ | **No** | X |
| **Claim 42** | **Yes** | ____ | **No** | X |
| **Claim 57** | **Yes** | ____ | **No** | X |
| **Claim 61** | **Yes** | ____ | **No** | X |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Warsaw Orthopedic)

/ / /

## II. THE '933 PATENT

**Question 3.** Has Warsaw shown by a preponderance of the evidence that NuVasive <u>infringes</u> the following claims of the '933 patent:

| | | | | |
|---|---|---|---|---|
| **Claim 21** | **Yes** | X | **No** | ____ |
| **Claim 57** | **Yes** | X | **No** | ____ |
| **Claim 66** | **Yes** | X | **No** | ____ |

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

## III. THE '586 PATENT

**Question 4.** Has Warsaw Orthopedic shown by a preponderance of the evidence that NuVasive <u>infringes</u> the following claims of the '586 patent:

| | | | | |
|---|---|---|---|---|
| **Claim 78** | **Yes** | X | **No** | ____ |
| **Claim 148** | **Yes** | X | **No** | ____ |
| **Claim 167** | **Yes** | X | **No** | ____ |

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

## IV. THE '236 PATENT

**Question 5.** Has NuVasive shown by a preponderance of the evidence that Medtronic Sofamor Danek USA <u>infringes</u> the following claims of the '236 patent:

| | | | | |
|---|---|---|---|---|
| **Claim 1** | **Yes** | X | **No** | ____ |
| **Claim 5** | **Yes** | X | **No** | ____ |
| **Claim 9** | **Yes** | X | **No** | ____ |

(Checking "Yes" is a finding in favor of NuVasive; checking "No" is a finding in favor of Medtronic Sofamor Danek USA)

## V. DAMAGES TO WARSAW ORTHOPEDIC (IF APPLICABLE):

**If you found at least one claim of one Warsaw Orthopedic patent to be <u>both valid and infringed</u>, please answer the following three questions. If you did <u>not</u> find at least one Warsaw Orthopedic claim both valid and infringed, you may skip Questions 6, 7 & 8 and proceed to Questions 9 & 10.**

**Question 6.** Has Warsaw Orthopedic shown by a preponderance of the evidence that it is entitled to <u>lost profits damages</u>?

**Yes** X **No** _____

(Checking "Yes" is a finding in favor of Warsaw Orthopedic; checking "No" is a finding in favor of NuVasive)

**Question 7.** What amount of <u>damages</u> has Warsaw Orthopedic shown it is entitled to by a preponderance of the evidence?

**YOU MAY AWARD DAMAGES UNDER ONLY ONE OF WARSAW ORTHOPEDIC'S ALTERNATIVE THEORIES:**

**Lost Profits Damages (with royalty remainder):** $ 101,196,000

<u>OR</u>

**Reasonable Royalty Damages ONLY:** $ ____________

///

**Question 8.** What royalty rate did you use in calculating the damages above for each asserted Warsaw Orthopedic patent that was both valid and infringed?

| | |
|---|---|
| **'973 Patent Royalty Rate** | 10 % |
| **'933 Patent Royalty Rate** | 3 % |
| **'586 Patent Royalty Rate** | 2 % |

## VI. DAMAGES TO NUVASIVE (IF APPLICABLE)

**If you found at least one claim of NuVasive's '236 patent both valid and infringed, please answer the following question. If you did not find at least one claim both valid and infringed, you may skip Questions 9 & 10.**

**Question 9.** What amount of damages has NuVasive shown it is entitled to by a preponderance of the evidence?

**Reasonable Royalty Damages** $ 660,000

**Question 10.** What royalty rate did you use in calculating the damages above?

**'236 Patent Royalty Rate** 5.5 %

9/20/11
Date

[signature]
Jury Foreperson