**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MEDTRONIC SOFAMOR DANEK USA, INC., et al,

Plaintiffs/Counterclaim Defendants,

vs.

NUVASIVE INC.,

Defendant/Counterclaimant.

CASE NO. 08cv1512-MMA(MDD)

**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE: PARTIES' POST TRIAL MOTIONS**

[Doc. Nos. 406, 407, 408 & 409]

**NOTICE TO ALL PARTIES AND ATTORNEYS OF RECORD**:

Currently pending before the Court, and set for hearing on Thursday, January 26, 2012 are four post-trial motions: (1) Medtronic's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 406]; (2) NuVasive's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 407]; (3) Warsaw's motion for supplemental damages [Doc. No. 408]; and (4) Warsaw's motion for permanent injunction [Doc. No. 409]. Having considered the submissions of the parties, and in anticipation of Thursday's hearing, the Court issues the following tentative rulings:

(i) The Court tentatively **DENIES** Medtronic's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 406].

(ii) The Court tentatively **DENIES** NuVasive's motion for judgment as a matter of law, or in the alternative, new trial [Doc. No. 407].

(iii) The Court tentatively **DENIES** Warsaw's motion for supplemental damages [Doc. No. 408].

(iv) The Court tentatively **DENIES** Warsaw's motion for permanent injunction [Doc. No. 409].

Counsel is advised the Court's rulings are tentative and the Court will entertain additional argument at the hearing on January 26, 2012.

**IT IS SO ORDERED**.

DATED: January 25, 2012

Hon. Michael M. Anello
United States District Judge