UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NUVASIVE, INC.,<br><br>　　　　　　　　　　　Defendant. | Civil No.　08cv1512-CAB (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE AND GRANTING MOTION TO STAY ENFORCEMENT**<br><br>**[Doc. No. 493]** |

On March 14, 2012 the Court held a Status Conference and a Motion hearing on Defendant's Motion to Stay Enforcement Pursuant to Fed. R. Civ. P. 62. [Doc. No. 493.] Luke L. Dauchot, Esq., Alexander MacKinnon, Esq., and Nimalka R. Wickramasekera, Esq. appeared on behalf of the Plaintiff, and Todd Miller, Esq. appeared on behalf of the Defendant. Upon consideration of briefing before the Court, and argument of counsel, the Court hereby **GRANTS** the Motion to Stay Enforcement for **14 days**.

On or before **March 28, 2012** Defendant shall post a bond in the minimum amount of $101.196 million, to be augmented upon the Court's determination of the amount of prejudgment interest owed. If the parties are able to come to an agreement as to an alternative form of security in lieu of bond, the parties are ordered to submit a joint motion setting forth the agreement on or before **March 28, 2012**.

/
/
/
/

| | |
|---|---|
| 1 | With respect to proceeding with Phase II of the litigation, the parties are ordered to contact |
| 2 | Magistrate Judge Dembin to schedule an Early Neutral Evaluation Conference. If the parties do not reach |
| 3 | a settlement, Magistrate Judge Dembin shall issue a Case Management Order for proceeding with litigation |
| 4 | on the '320 patent infringement matter. |

DATED: March 15, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge