| | |
|---|---|
| Luke L. Dauchot (S.B.N. 229829) | Todd G. Miller (S.B.N. 163200) |
| luke.dauchot@kirkland.com | miller@fr.com |
| Alexander F. MacKinnon (S.B.N. 146883) | Craig E. Countryman (S.B.N. 244601) |
| alexander.mackinnon@kirkland.com | countryman@fr.com |
| Nimalka R. Wickramasekera (S.B.N. 268518) | Fish & Richardson P.C. |
| nimalka.wickramasekera@kirkland.com | 12390 El Camino Real |
| Kirkland & Ellis LLP | San Diego, CA 92130 |
| 333 South Hope Street | Telephone: (858) 678-5070 |
| Los Angeles, California 90071 | Facsimile: (858) 678-5099 |
| Telephone: (213) 680-8400 | |
| Facsimile: (213) 680-8500 | Frank E. Scherkenbach (S.B.N. 142549) |
| | scherkenbach@fr.com |
| Attorneys for Plaintiff/Counterclaim | Fish & Richardson P.C. |
| Defendant/Counterclaimant | One Marina Park Drive |
| | Boston, MA 02210-1878 |
| | Telephone: (617) 542-5070 |
| | Facsimile: (617) 542-8906 |
| | |
| | John M. Farrell (S.B.N. 99649) |
| | farrell@fr.com |
| | Jonathan J. Lamberson (S.B.N. 239107) |
| | lamberson@fr.com |
| | Keeley I. Vega (S.B.N. 259928) |
| | kvega@fr.com |
| | Fish & Richardson P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| | |
| | Attorneys for Defendant/Counterclaimant/ |
| | Counterclaim Defendant |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., | ) CASE NO. 3:08-CV-01512-CAB (MDD) |
| Plaintiff, | ) |
| vs. | ) **JOINT MOTION AND STIPULATION** |
| NUVASIVE, INC., | ) **TO CONTINUE CERTAIN DATES** |
| Defendant. | ) **FROM THE COURT'S ORDER OF** |
| | ) **MARCH 23, 2012** |
| NUVASIVE, INC., | ) |
| Counterclaimant, | ) |
| vs. | ) Date: N/A |
| MEDTRONIC SOFAMOR DANEK USA, INC., | ) Time: N/A |
| Counterclaim Defendant. | ) Judge: Hon. Cathy Ann Bencivengo |
| | ) Courtroom: 2, 4th Floor |
| AND RELATED COUNTERCLAIMS | ) |

Pursuant to the Court's Amended Order of March 15, 2012 (Dkt. 500) regarding stay of enforcement, the parties have been engaged in discussions relating to possible alternatives to a bond. The parties have made further progress, but require additional time to attempt to reach a resolution of this issue. Also, pursuant to the Court's Order of March 19, 2012 regarding prejudgment interest, the parties have exchanged calculations and have been engaged in discussions regarding calculation of the amount of prejudgment interest. Again, the parties have made further progress, but require additional time to attempt to reach a resolution. The parties believe that an additional short extension of certain deadlines would be beneficial to their continued discussions and negotiations on these issues.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to approval of the Court, that the following deadlines be amended as follows:

- In the Order of March 23, 2012 (Dkt. 507), the stay of enforcement of the Warsaw judgment and the stay of enforcement of the NuVasive judgment are both extended to and through **April 13, 2012**. In addition, the date for the parties to report to the Court any agreement as to security in lieu of a bond and the date for Plaintiff and Defendant to post a bond if no agreement has been reached are both extended to **April 13, 2012**.

- In the Order of March 23, 2012 (Dkt. 507), the date for the parties to submit a joint prejudgment interest calculation to the Court is extended to **April 11, 2012**.

DATED: March 28, 2012			KIRKLAND & ELLIS LLP

			/s/ Alexander F. MacKinnon
			Alexander F. MacKinnon

			Attorneys for Plaintiff, WARSAW ORTHOPEDIC, INC.; Counterclaim Defendant, MEDTRONIC SOFAMOR DANEK USA, INC.

DATED: March 28, 2012			FISH & RICHARDSON P.C.

			/s/ *Jonathan J. Lamberson*
			Jonathan J. Lamberson

			Attorneys for Defendant/Counterclaimant, NUVASIVE, INC.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 28, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d). Any other counsel of record will be served by U.S. mail or hand delivery.

                                            */s/ Jonathan J. Lamberson*
                                               Jonathan J. Lamberson