# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., <br>     Plaintiff, <br> vs. <br> NUVASIVE, INC., <br>     Defendant. <br> NUVASIVE, INC., <br>     Counterclaimant, <br> vs. <br> MEDTRONIC SOFAMOR DANEK USA, INC., <br>     Counterclaim Defendant. <br> AND RELATED COUNTERCLAIMS | CASE NO. 3:08-CV-01512-CAB (MDD) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN DATES FROM THE COURT'S ORDER OF MARCH 23, 2012** <br><br> [Doc. No. 508] |

Having considered the joint motion of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the parties' Joint Motion to Continue Certain Dates from the Court's Order of March 23, 2012 [Doc No. 508] is GRANTED. The Court's March 23, 2012 Order [Doc. No. 507] is amended as follows:

- The stay of enforcement of the Warsaw judgment and the stay of enforcement of the NuVasive judgment are both extended to and through **April 13, 2012**. In addition, the date for the parties to report to the Court any agreement as to security in lieu of a bond and the date for Plaintiff and Defendant to post a bond if no agreement has been reached are both extended to **April 13, 2012**.

- The date for the parties to submit a joint prejudgment interest calculation to the Court is extended to **April 11, 2012**.

IT IS SO ORDERED.

DATED: March 29, 2012

                                          Hon. Cathy Ann Bencivengo
                                          United States District Judge