Todd G. Miller (SBN 163200), miller@fr.com
Craig E. Countryman (SBN 244601), countryman@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070/Fax: 858-678-5099

Frank E. Scherkenbach (SBN 142549), scherkenbach@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
Phone: 617-542-5070/Fax: 617-542-8906

John M. Farrell (SBN 99649), farrell@fr.com
Jonathan J. Lamberson (SBN 239107), lamberson@fr.com
Keeley I. Vega (SBN 259928), kvega@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5070/Fax: 650-839-5071

Attorneys for Defendant/Counterclaimant/Counterclaim Defendant
NUVASIVE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.,<br><br>        Plaintiff,<br>v.<br>NUVASIVE, INC.,<br><br>        Defendant.<br><br>NUVASIVE, INC.,<br><br>        Counterclaimant,<br>v.<br>MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>        Counterclaim Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:08-CV-1512 MMA (MDD)<br><br>**NOTICE OF FEDERAL CIRCUIT RULING DISMISSING THE PARTIES' APPEALS REGARDING THE PHASE I PATENTS UNTIL THE ONGOING ROYALTY ISSUE IS RESOLVED**<br><br>Judge:    Hon. Cathy Ann Bencivengo<br>Courtroom: 2, 4th floor |

1 | NuVasive submits this Notice to inform the Court of a development in the parties' appeals
2 | regarding issues relating to the Phase I patents.
3 | On March 2, 2012, Judge Anello entered a Rule 54(b) judgment certifying the claims and
4 | counterclaims related to the Phase I patents for immediate appeal to the Federal Circuit. (Doc. No.
5 | 486.) The parties filed notices of appeal and cross-appeal from the Rule 54(b) judgment shortly
6 | thereafter. (Doc. Nos. 487, 491.) Warsaw then filed a motion at the Federal Circuit to dismiss the
7 | appeal and cross-appeal, arguing that the Rule 54(b) judgment had been entered prematurely
8 | because the issues of pre-judgment interest and the amount of an ongoing royalty on the Phase I
9 | patents has not yet been resolved by this Court. After Warsaw's motion to dismiss was filed, but
10 | before it was decided, this Court issued an order resolving the issue of pre-judgment interest.
11 | (Doc. No. 504.) This Court has not yet resolved the parties' dispute regarding the amount of an
12 | ongoing royalty. That issue has been fully briefed. (Doc. Nos. 462, 463, 475, 478.)
13 | Today, the Federal Circuit issued an order dismissing the appeal as premature, holding that
14 | the Phase I claim and counterclaims cannot be appealed until this Court sets the amount of the
15 | ongoing royalty. A copy of that order is included with this Notice.
16 | NuVasive respectfully requests that this Court resolve the parties' dispute regarding the
17 | amount of the ongoing royalty as soon as practicable given the Court's schedule, without further
18 | briefing or a hearing, so that the Court may then enter an amended Rule 54(b) judgment on the
19 | Phase I patents and allow the parties to immediately appeal the issues related to those patents.

Dated: August 2, 2012                    FISH & RICHARDSON P.C.

                                         By: s/Todd G. Miller
                                         Todd G. Miller, miller@fr.com

                                         Attorneys for Defendant/Counterclaimant /
                                         Counterclaim Defendant NUVASIVE, INC.

1

Case No. 3:08-CV-1512 MMA (MDD)

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARSAW ORTHOPEDIC, INC.,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**MEDTRONIC SOFAMOR DANEK USA, INC.,**
*Counterclaim Defendant-Appellant,*

AND

**MEDTRONIC PUERTO RICO OPERATIONS CO.**
AND **MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,**
*Counterclaim Defendants,*

v.

**NUVASIVE, INC.,**
*Defendant/Counterclaimant-Cross Appellant.*

---

2012-1263, -1266

---

Appeals from the United States District Court for the Southern District of California in Case No. 08-CV-1512, Judge Cathy Ann Bencivengo and Judge Michael M. Anello.

---

**ON MOTION**

---

Before LOURIE, SCHALL, and DYK, *Circuit Judges.*

LOURIE, *Circuit Judge.*

## ORDER

Warsaw Orthopedic, Inc. and Medtronic Sofamor Danek USA, Inc. (collectively Warsaw) move to dismiss the appeals for lack of appellate jurisdiction. NuVasive opposes. Warsaw replies.

Warsaw brought this suit against NuVasive for patent infringement of nine patents. NuVasive counterclaimed for infringement of three of its own patents. The district court directed the parties to select three patents each for the first phase of litigation (Phase I). A jury decided the issues of infringement, validity, and damages for the patents involved in Phase I, and the judge subsequently decided the inequitable conduct allegations against Warsaw. The district court entered a final judgment for Phase I pursuant to Fed. R. Civ. P. 54(b) despite the fact that pre-judgment interest and the amount of ongoing royalties have not yet been decided by the court.

"A judgment is not final for Rule 54(b) purposes unless it is 'an ultimate disposition of an individual claim entered in the course of a multiple claims action.'" *W.L. Gore & Assocs., Inc. v. Int'l Med. Prosthetics Research Assocs., Inc.*, 975 F.2d 858, 8620863 (citing *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 432 (1956)). We agree with Warsaw that even assuming Rule 54(b) would give this court jurisdiction over a claim that is "final except for an accounting" within the meaning of 28 U.S.C. § 1292(c)(2), the case is not "final" because the district court has not yet determined ongoing royalties. An ongoing royalty is not the same as an accounting for damages. See *Special Devices, Inc. v. Oea, Inc.*, 269 F.3d 1340, 1343 n.2 (Fed. Cir. 2001) ("'Accounting,' as used in [§

3                              WARSAW ORTHOPEDIC v. NUVASIVE

1292(c)(2)], refers to infringement damages pursuant to 28 U.S.C. § 284.").

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 0 2 2012        /s/ Jan Horbaly
Date                Jan Horbaly
                    Clerk

cc: Luke L. Dauchot, Esq.
    Frank E. Scherkenbach, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2012

JAN HORBALY
CLERK

Issued As A Mandate:   AUG 0 2 2012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 2, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d). Any other counsel of record will be served by U.S. mail or hand delivery.

By: *s/Todd G. Miller*
Todd G. Miller

11229129.doc

1

Case No. 3:08-CV-1512 MMA (MDD)