Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
Alexander F. MacKinnon (S.B.N. 146883)
alexander.mackinnon@kirkland.com
Nimalka R. Wickramasekera (S.B.N. 268518)
nimalka.wickramasekera@kirkland.com
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff/Counterclaim Defendant/Counterclaimant

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.,<br>        Plaintiff,<br>  vs.<br>NUVASIVE, INC.,<br>        Defendant.<br>NUVASIVE, INC.,<br>        Counterclaimant,<br>  vs.<br>MEDTRONIC SOFAMOR DANEK USA, INC.,<br>        Counterclaim Defendant.<br>AND RELATED COUNTERCLAIMS | CASE NO. 3:08-CV-01512- CAB (MDD)<br><br>**WARSAW'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ONGOING ROYALTIES**<br><br>Date:     N/A<br>Time:    N/A<br>Judge:   Hon. Cathy Ann Bencivengo<br>Courtroom:  2, 4th Floor |

1    Warsaw Orthopedic, Inc. submits the attached opinion in *ActiveVideo Networks, Inc. v.*
2    *Verizon Communications, Inc., et al.*, Nos. 2011-1538, -1567, 2012-1129, -1201 (Fed. Cir.  Aug. 24,
3    2012) (Exhibit A hereto), on the issue of the amount of ongoing royalties.  The pertinent discussion
4    is found at pages 52-56 of the opinion.

5    DATED:  September 4, 2012         Respectfully submitted,

            */s/ Alexander F. MacKinnon*
            Luke L. Dauchot
            Alexander F. MacKinnon
            Nimalka R. Wickramasekera
            KIRKLAND & ELLIS LLP

            Attorneys for Plaintiff WARSAW ORTHOPEDIC,
            INC./Counterclaim Defendant  MEDTRONIC
            SOFAMOR DANEK USA, INC.

## TABLE OF EXHIBITS

**Exhibit No.**          **Page No.**

A                         1 - 56

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, Los Angeles, California 90071.

On September 4, 2012, true and correct copies of the foregoing document were served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2012, in Los Angeles, California.

           */s/ Alexander F. MacKinnon*
           Alexander F. MacKinnon