1  Luke L. Dauchot (S.B.N. 229829)
   luke.dauchot@kirkland.com
2  Alexander F. MacKinnon (S.B.N. 146883)
   alexander.mackinnon@kirkland.com
3  Nimalka R. Wickramasekera (S.B.N. 268518)
   nimalka.wickramasekera@kirkland.com
4  Kirkland & Ellis LLP
   333 South Hope Street
5  Los Angeles, California  90071
   Telephone: (213) 680-8400
6  Facsimile: (213) 680-8500

7  Attorneys for Plaintiff/Counterclaim
   Defendant/Counterclaimant
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.,<br>    Plaintiff,<br>  vs.<br>NUVASIVE, INC.,<br>    Defendant.<br>NUVASIVE, INC.,<br>    Counterclaimant,<br>  vs.<br>MEDTRONIC SOFAMOR DANEK USA, INC.,<br>    Counterclaim Defendant.<br>AND RELATED COUNTERCLAIMS | CASE NO. 3:08-CV-01512- CAB (MDD)<br><br>**WARSAW'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ONGOING ROYALTIES**<br><br>Date:    N/A<br>Time:   N/A<br>Judge:  Hon. Cathy Ann Bencivengo<br>Courtroom:  4C |

Warsaw Orthopedic, Inc. submits the attached opinion in *Douglas Dynamics, LLC v. Buyers Products Company,* Nos. 2011-1291, 2012-1046, -1057, -1087, -1088 (Fed. Cir. May 21, 2013) (Ex. A hereto), as supplemental authority on the Phase I issue of ongoing royalties for the '973 patent and '933 patent. At page 14 of yesterday's opinion, the Federal Circuit stated the following in reversing the district court's ongoing royalty rate:

> [T]he district court clearly erred by limiting the ongoing royalty rate based on Buyers's profit margins. This court has held that an infringer's net profit margin is not the ceiling by which a reasonable royalty is capped. *Golight, Inc. v. Wal-Mart Stoares, Inc.*, 355 F.3d 1327, 1338 (Fed. Cir. 2004). The infringer's selling price can be raised if necessary to accommodate a higher royalty rate, and indeed, requiring the infringer to do so may be the only way to adequately compensate the patentee for the use of its technology. Thus, the district court clearly erred by ensuring the ongoing royalty rate it awarded would "leave some room for profit" by Buyers at its current prices. (Ex. A at 14)

DATED: May 22, 2013                        Respectfully submitted,

                                          */s/ Alexander F. MacKinnon*
                                          Luke L. Dauchot
                                          Alexander F. MacKinnon
                                          Nimalka R. Wickramasekera
                                          KIRKLAND & ELLIS LLP

                                          Attorneys for Plaintiff WARSAW ORTHOPEDIC, INC./Counterclaim Defendant MEDTRONIC SOFAMOR DANEK USA, INC.

# TABLE OF EXHIBITS

| Exhibit No. | Page No. |
|:---:|:---:|
| A | 1 - 25 |

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, Los Angeles, California 90071.

On May 22, 2013, true and correct copies of the foregoing document were served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

☒   FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2013, in Los Angeles, California.

*/s/ Alexander F. MacKinnon*
Alexander F. MacKinnon