Todd G. Miller (SBN 163200), miller@fr.com
Michael A. Amon (SBN 226221), amon@fr.com
Craig E. Countryman (SBN 244601), countryman@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070/Fax: 858-678-5099

Frank E. Scherkenbach (SBN 142549), scherkenbach@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
Phone: 617-542-5070/Fax: 617-542-8906

Jonathan J. Lamberson (SBN 239107), lamberson@fr.com
Keeley I. Vega (SBN 259928), kvega@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5070/Fax: 650-839-5071

Attorneys for Defendant/Counterclaimant/Counterclaim Defendant
NUVASIVE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUVASIVE, INC., <br><br> Defendant. <br><br> NUVASIVE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> MEDTRONIC SOFAMOR DANEK USA, INC., <br><br> Counterclaim Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:08-CV-1512 CAB (MDD) <br><br> **NUVASIVE'S RESPONSE TO WARSAW'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ONGOING ROYALTIES** <br><br><br> Judge:     Hon. Cathy Ann Bencivengo <br> Courtroom: 4C |

Case No. 3:08-CV-1512 CAB (MDD)

NuVasive submits this response to Warsaw's citation of *Douglas Dynamics, LLC v. Buyers Products Co.,* Case No. 2011-1291 (Fed. Cir. May 21, 2013). *Douglas Dynamics* does not change the fact that district courts have discretion to set an ongoing royalty rate based on the circumstances of the particular case—it imposes no requirement that the district court must always choose a rate so high that the defendant must raise its prices. This case involves equipment for spinal surgery where the Court has found that there is a public health interest in surgeons being able to continue using NuVasive's products that precludes entry of a permanent injunction. The ongoing royalty rate here must reflect this finding. *Douglas Dynamics*, by contrast, dealt with snow plows, a product where there was no such public health interest. *Douglas Dynamics* thus has little, if any, bearing on the ongoing royalty analysis in this case.

Dated: May 24, 2013             FISH & RICHARDSON P.C.

By: *s/ Craig E. Countryman*
    Craig E. Countryman

Attorneys for Defendant/Counterclaimant / Counterclaim Defendant NUVASIVE, INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above and |
| 3 | foregoing document has been served on May 24, 2013 to all counsel of record who are |
| 4 | deemed to have consented to electronic service via the Court's CM/ECF system per |
| 5 | Civ LR 5.4(d).  Any other counsel of record will be served by U.S. mail or hand |
| 6 | delivery. |

By:  *s/ Craig E. Countryman*
     Craig E. Countryman

11270474.doc

2

Case No. 3:08-CV-1512 CAB (MDD)