1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

WARSAW ORTHOPEDIC, INC.,

Plaintiff,

vs.

NUVASIVE, INC.,

Defendant.

CASE NO. 08-cv-1512-CAB (MDD)

SCHEDULING ORDER

On May 4, 2015, the court held a telephonic status conference and spread the Federal Circuit's mandate.  As discussed, the court sets the following schedule:

| Event | Deadline |
|---|---|
| Fact Discovery completed | August 31, 2015 |
| Plaintiff's Expert Report | September 21, 2015 |
| Defendant's Expert Rebuttal Report | October 12, 2015 |
| Expert Depositions completed | November 9, 2015 |
| Opening *Daubert* Briefs | November 30, 2015 |
| *Daubert* Oppositions | December 14, 2015 |
| *Daubert* Replies | December 21, 2015 |
| *Daubert* Hearing | January 4, 2016 |

08cv1512

| Event | Deadline |
|---|---|
| Pretrial Disclosures, Fed. R. Civ. P. 26(a)(3) | January 21, 2016 |
| Meet and confer in compliance with CivLR 16.1(f)(4) | January 28, 2016 |
| Plaintiff to provide opposing counsel with Proposed Pretrial Order for review and approval | February 4, 2016 |
| Plaintiff to email Proposed Pretrial Order to chambers at efile_bencivengo@casd.uscourts.gov | February 11, 2016 |
| Final Pretrial Conference | February 18, 2016 at 2:00 p.m. |

**IT IS SO ORDERED.**

DATED:  May 4, 2015

**CATHY ANN BENCIVENGO**
United States District Judge

08cv1512