# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   *Warsaw Orthopedic v. NuVasive, Inc.*          Case No:   **08cv1512-CAB (MDD)**

Hon. Cathy Ann Bencivengo       Ct. Deputy Lori Hernandez       Rptr. Tape:

A status conference was held today, September 24, 2015.  The court confirmed the pending case deadlines and directed the parties to confer and propose a six-day period for trial in March 2016.

Date:     September 24, 2015

Initials: dwg