WILSON SONSINI GOODRICH & ROSATI
PAUL D. TRIPODI II, SBN 162380
Email: ptripodi@wsgr.com
GRACE J. PAK, SBN 277705
Email: gpak@wsgr.com
633 W. Fifth Street, Suite 1550
Los Angeles, CA 90071
Tel: 323.210.2900; Fax: 866.974.7329

NATALIE J. MORGAN, SBN 211143
Email: nmorgan@wsgr.com
WENDY L. DEVINE, SBN 246337
Email: wdevine@wsgr.com
12235 El Camino Real, Suite 200
San Diego, CA 92130
Tel: 858.350.2300; Fax: 858.350.2399

ROBERT R. CLEARY, JR. SBN 282113
Email: rcleary@wsgr.com
SARA L. ROSE, SBN 300945
Email: srose@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650.493.9300; Fax: 650.493.6811

Attorneys for Defendant/Counterclaimant **NUVASIVE, INC.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., | CASE NO. 08-cv-01512-CAB (MDD) |
| Plaintiff, | |
| v. | **NUVASIVE'S FED. R. CIV. P. 68 OFFER OF JUDGMENT FOR U.S. PATENT NO. 6,945,933 – ENTIRE DAMAGES AMOUNT CLAIMED BY WARSAW** |
| NUVASIVE, INC., | |
| Defendant. | **[REMAND PROCEEDINGS]** |
| AND RELATED COUNTERCLAIMS | |

## I.      Introduction

In a good faith effort to eliminate the need for trial on matters relating to Warsaw's damages, NuVasive extends an Offer of Judgment pursuant to Fed. R. Civ. P. 68 and Federal Rule of Evidence 408 as described below for U.S. Patent No. 6,945,933 ("the '933 patent").

NuVasive believes that this offer is very reasonable in light of the various factors mitigating damages in this remand, and NuVasive believes that Warsaw's acceptance of the offer will promote the just, speedy, and inexpensive determination of this action. Indeed, it is highly likely that a trial will yield an award amount for Warsaw less than this offer.

Accordingly, to the extent that Warsaw rejects this Offer of Judgment, NuVasive reserves its right to have Warsaw's further pursuit of this action deemed "frivolous and unwarranted" and to seek attorney's fees pursuant to 35 U.S.C. §285, as recently interpreted by the United States Supreme Court in *Octane Fitness LLC v. Icon Health & Fitness Inc.*, 134 S.Ct. 1749, 1755-56 (2014).  This offer shall remain valid for 14 days from the date of service.

## II.     Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68

Defendant NuVasive, Inc. ("NuVasive") shall allow judgment to be entered with respect to the remanded portion of Case No. 3:08-cv-01512-CAB-MDD for liability with respect to the '933 patent in the amounts specified herein:

In these proceedings, Warsaw currently seeks Reasonable Royalty damages in the amount of $5,798,778 in connection with the '933 patent.

Defendant NuVasive shall pay the sum of $5,798,778[1] to Plaintiff Warsaw, which is the total amount that NuVasive shall be obligated to pay on account of any

---

[1] Here, the parties previously agreed to an offset of damages in light of payments made as part of the Phase II settlement agreement executed April 25, 2013 that resolved a portion of the Phase I case. This Offer of Judgment is made subject to any applicable offset from the April 25, 2013 agreement.

1  liability relating to the '933 patent at issue in connection with this remand
2  proceeding. This amount shall constitute the total amount of payment for any and all
3  liabilities in connection with the '933 patent, including any liability for costs of suit,
4  prejudgment interest, expert witness fees and attorney fees, including any and all
5  interest thereon, which shall be waived by acceptance of this Offer of Judgment.

7  Dated:  November 9, 2015          WILSON SONSINI GOODRICH & ROSATI

8                                    By: */s/ Paul D. Tripodi II*

10                                       Paul D. Tripodi II
                                         ptripodi@wsgr.com

12                                   Attorneys for Defendant and
                                     Counterclaimant NUVASIVE, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct.  Executed this 9th day of November 2015, at Los Angeles, California.

/s/ Soo Kim
Soo Kim